IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No.:  GLR 20-cr-283 |
| GARY ROCKY JONES | * | *SEALED* |

***

## ORDER

Newly appointed counsel for defendant Gary Rocky Jones, Joseph Balter, has requested a copy of the transcript from the sealed attorney inquiry hearing conducted before me on September 11, 2023. It is hereby ORDERED that the court reporter is permitted to provide a copy of the sealed transcript to Mr. Balter. A copy of the transcript shall not be sent directly to the defendant.

So Ordered this __8th__ day of November, 2023.

/S/
Matthew J. Maddox
United States District Judge