IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

UNITED STATES OF AMERICA, )
Plaintiff , )
)
vs. ) CASE NUMBER: GLR-20-0283
)
GARY ROCKY JONES, )
Defendant. )
)

TRANSCRIPT OF PROCEEDINGS
INITIAL APPEARANCE/ARRAIGNMENT/LAFLER FRYE HEARING
BEFORE THE HONORABLE BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE
Tuesday, September 5, 2023
Baltimore, Maryland
Courtroom 7B

A P P E A R A N C E S

FOR THE PLAINTIFF:

BY: PAUL BUDLOW, ESQUIRE
BY: COLLEEN McGUINN, ESQUIRE
OFFICE OF THE UNITED STATES ATTORNEY
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201

FOR THE DEFENDANT:

BY: COURTNEY FRANCIK, ESQUIRE
BY: KATHERINE NEWBERGER, ESQUIRE
OFFICE OF THE FEDERAL PUBLIC DEFENDER
100 S. Charles Street, Tower II, 9th Floor
Baltimore, Maryland 21201

***Proceedings Recorded by FTR GOLD***
Transcript Produced by Computer-Aided Transcription

**P R O C E E D I N G S**

**(10:13 a.m.)**

**MR. BUDLOW:** United States of America v. Gary Rocky Jones. It is Criminal Number GLR-20-283. The matter is scheduled before Your Honor this morning for a Lafler Frye hearing. I'm Paul Budlow on behalf of the Government. Joining me at counsel table is Assistant U.S. Attorney Colleen McGuinn and FBI Special Agent Rachel Corn.

**THE COURT:** Good morning to all of you.

**MS. FRANCIK:** Good morning, Your Honor. Courtney Francik on behalf of Gary Jones who is standing here to my right and I'm also joined by Ms. Newberger who is with me at counsel table.

**THE COURT:** All right, counsel, Mr. Jones, you can all be seated.

Before we turn to the Lafler hearing, it's come to my attention that perhaps we haven't had an arraignment on the superseding indictment; is that correct?

**MR. BUDLOW:** As you began to say that I assumed that that's what you were going to say, but I will have to admit that I don't know for sure.

**MS. FRANCIK:** I believe that is correct, Your Honor. We are prepared to proceed with an arraignment this morning.

**THE COURT:** Did you have an initial appearance on the superseding?

**MS. FRANCIK:** I do not believe we had an initial appearance on the superseding, no.

**THE COURT:** Okay. So does everybody have a copy of the superseding? It's ECF number 49.

**MS. FRANCIK:** Yes, Your Honor.

**THE COURT:** Okay, very well. So I'm going to ask --

**MR. BUDLOW:** 47.

**THE COURT:** 49. Do you have it there, Mr. Budlow? I have a copy if you need it. Because I'm going to ask the Government to indicate what's changed between the first indictment and the second indictment.

**MR. BUDLOW:** Your Honor, I have document 47 as the superseding indictment.

**MS. FRANCIK:** I have that as well, Your Honor. 49 may be the redline.

**THE COURT:** It's the redline copy. So Mr. Budlow, can you tell us what the changes were in the superseding indictment? It looks like significant changes.

**MR. BUDLOW:** There were significant changes and that's my hesitation, Your Honor. Obviously I wasn't prepared to address it.

**THE COURT:** So maybe we'll just go to the superseding indictment.

**MR. BUDLOW:** I don't think that would add much time because there were only a few counts, I believe, relating to

distribution and possession in the initial indictment.

**THE COURT:** Okay, very well. So do you have a copy of the superseding indictment there, Ms. Francik?

**MS. FRANCIK:** I do, Your Honor.

**THE COURT:** Okay. You've reviewed it with your client?

**MS. FRANCIK:** Yes.

**THE COURT:** Mr. Jones, since you had your appearance on the original indictment, a superseding indictment has been returned. I just want to make sure you understand what the charges are in this indictment, as well as the maximum penalties. Do you understand that?

**THE DEFENDANT:** Yes.

**THE COURT:** Okay. So the superseding indictment which added additional charges charges you in Count One through Three and Six through Eight with sexual exploitation of a child.

Counsel, I'm looking at the speedy trial form and having trouble reconciling it so let me just call on the Government to tell me what the changes are in the superseding indictment.

**MR. BUDLOW:** Absolutely, Your Honor. Counts One through Twenty-Seven charge the defendant with sexual exploitation of a child under 18 United States Code § 2251(a). Would you like me to go through the charges all the way through or do you want me to do the penalties or does Your

Honor wish --

**THE COURT:** I would state the count, the counts, what the nature of the counts are and the statutory reference and the maximum penalty associated, if you can.

**MR. BUDLOW:** Yes. Thank you, Your Honor. So with respect to Counts One through Twenty-Seven, all of which charge sexual exploitation of a child under 2251(a), the maximum -- the maximum penalty if the defendant has a qualifying conviction is 50 years and the mandatory minimum penalty is 25 years. If the defendant does not have a qualifying conviction then the maximum penalty is 30 years and the mandatory minimum is 15 years. There's also a $250,000 fine and a possibility of lifetime supervised release.

With respect to Counts Twenty-Eight through Forty-Two, the defendant is charged with coercion and enticement under 18 United States Code 2422(b). The mandatory minimum penalty is 10 years imprisonment and the maximum penalty is life. There's a $250,000 fine and supervised release up to life.

With respect to Count Forty-Three, the defendant is charged with distribution of child pornography under 18 United States Code 2252(a)(2) and 2256. If the defendant has a qualifying conviction, the mandatory minimum sentence is 15 years and the maximum sentence is 40 years. If the defendant does not have a qualifying conviction, the mandatory minimum sentence is five years and the maximum sentence is 20 years.

With respect to Counts Forty-Four and Forty-Five, they both charge the defendant with possession of child pornography with respect to United States Code 2252A(a)(5)(B) and 2256.

The maximum penalty with respect to each is 20 years incarceration and the mandatory minimum sentence if the defendant has any qualifying conviction is ten years imprisonment. And there's no mandatory minimum sentence if he does not have a qualifying conviction. There's also a fine of $250,000 for each count and up to lifetime supervised release.

Count Forty-Six charges the defendant with commission of a felony involving a minor by a registered sex offender under 18 United States Code 2260(a). The penalty for that conviction would be a ten-year sentence which must be imposed consecutively to any qualifying offense of which Counts One through Forty-Two are qualifying. So a conviction for Count Forty-Six would have to be ten years consecutive to the sentence imposed in Counts One through Forty-Two.

Additionally, Your Honor, there is special allegations one and two. The Government has already agreed to withdraw special allegation two, so I will not address that unless the Court requests. I think we'll be handling that matter formally later today.

With respect to special allegation one, the special allegation relates to Counts One through Twenty-Seven -- actually One through -- yeah, One through Twenty-Seven and

Forty-Three through Forty-Five indicating that at the time of those incidents prior to August the 8th, 2015, that the defendant had a prior conviction relating to aggravated sexual abuse, sexual abuse, and abuse of sexual conduct involving a minor or a ward. And it cites that conviction from June of 2006.

Court's indulgence one moment. Your Honor, there's also a forfeiture allegation that's referenced in the indictment that the defendant has been charged with various offenses that relate to devices that are listed on page 17, paragraph four.

**THE COURT:** Page 18. Page 18 I think lists the devices.

**MR. BUDLOW:** Document 47, page 17.

**THE COURT:** Never mind. I'm looking at the redline. I apologize.

**MR. BUDLOW:** Your Honor, that is the offenses for which the defendant is charged, as well as the penalty that he faces if he were convicted.

**THE COURT:** Okay, very well.

And Ms. Francik, you said you've reviewed that with Mr. Jones?

**MS. FRANCIK:** Yes, Your Honor.

**THE COURT:** Mr. Jones, you understand what the charges are in the new superseding indictment as well as the maximum possible penalty?

**THE DEFENDANT:** Yes.

**THE COURT:** Now just as you were advised on the original indictment, you have the right to remain silent with respect to the current charges. You're not required to make any statements and if you did, it could be used against you. You also have the right to have continued representation of counsel and obviously you're here with your counsel here today. They'll continue to represent you going forward on the superseding indictment.

You understand both of those rights?

**THE DEFENDANT:** Yes.

**THE COURT:** Okay. Counsel, are you satisfied that your client understands the charges and the maximum penalties in the superseding indictment?

**MS. FRANCIK:** I am, Your Honor.

**THE COURT:** Okay, very well. And with respect to an arraignment, do you waive a formal reading of the indictment?

**MS. FRANCIK:** I do.

**THE COURT:** And Mr. Jones, if you could please answer the questions the clerk is going to ask you.

**THE CLERK:** Please state your name for the record.

**THE DEFENDANT:** Gary Jones.

**THE CLERK:** What is your age?

**THE DEFENDANT:** 44.

**THE CLERK:** And what year, just the year were you

born?

**THE DEFENDANT:** '79.

**THE CLERK:** Have you read the superseding indictment or has the substance of the charges been explained to you?

**THE DEFENDANT:** Explained.

**THE COURT:** Sorry?

**THE DEFENDANT:** Yes.

**THE CLERK:** Do you understand the charges?

**THE DEFENDANT:** Yes.

**THE COURT:** Ms. Francik, are you satisfied that the defendant understands the charges against him?

**MS. FRANCIK:** Yes, I am.

**THE COURT:** Mr. Jones, you have been charged in Counts One through Twenty-Seven; Twenty-Eight through Forty-Two; Forty-Three; Forty-Four through Forty-Five; and Forty-Six of the superseding indictment. What is your plea?

**THE DEFENDANT:** Not guilty.

**THE CLERK:** Thank you.

**THE COURT:** Thank you, you can be seated.

And counsel, I do assume that the Due Process Protection Act instruction has previously been given. I assume discovery is ongoing? I gather you have a schedule in place, trial is scheduled; is that right?

**MS. FRANCIK:** That's correct, Your Honor.

**MR. BUDLOW:** Yes, Your Honor.

**THE COURT:** Okay. Just as an administrative matter, Mr. Budlow, I may be looking at the wrong speedy trial form, but I have docket number 48, speedy trial form which only has Counts One through Ten, so that was my confusion in not being able to match it up with the superseding. So if you just want to check that out.

**MR. BUDLOW:** Yes, thank you.

**THE COURT:** And fix it if I make a mistake in looking at the wrong one.

**MR. BUDLOW:** Well, given that the superseding indictment is Forty-Seven, my guess is you're looking at the accurate --

**THE COURT:** --speedy trial form, but I don't think so. So in any event, I'd like you just to check that.

**MR. BUDLOW:** Yes.

**THE COURT:** Counsel, is there anything else to address with respect to the superseding indictment before we turn to the Lafler hearing?

**MR. BUDLOW:** Nothing from the Government.

**MS. FRANCIK:** No, Your Honor.

**THE COURT:** Okay. And with respect to the Lafler hearing, I understand that the Government has requested and the defense consents to proceeding with a Lafler hearing and so I'll defer to the Government for purposes of stating the plea offer that's been made to the defendant.

**MR. BUDLOW:** Yes. Thank you, Your Honor. My understanding of the case law is that it's required that if the Government makes a formal offer to the defense, it needs to be conveyed to the defendant. And the purpose of this hearing would be to make a record of that.

So I want to start by saying there has been no formal plea offer made to the defendant throughout the course of this indictment and superseding indictment. There was, however, informal plea discussions and while they're not technically falling under Lafler Frye decisions, the Government would like to make a record of what those were. And if the defense is willing to have them put on the record that as they relayed to me, that those discussions were conveyed to the defendant.

**THE COURT:** Okay, very well. I gather that the defense was aware of the status of the situation?

**MS. FRANCIK:** That's right, Your Honor.

**THE COURT:** Okay, very well. So we can go ahead and put that on the record, Mr. Budlow.

**MR. BUDLOW:** Yes, thank you, Your Honor. So in May of 2021 I spoke with defense counsel on the telephone on approximately May 6, 2021. And this was before the superseding indictment was returned, but the general nature of the superseding indictment, including the number of victims approximately, the charges that would be filed and the special allegations, including the enhanced penalties was all

discussed between the parties.

In terms of an unofficial discussion relating to a possible plea which of course hadn't been approved or put in writing, the Government suggested that we would consider a plea with a floor of 25 years. And there are a variety of ways to get there in this case which I don't believe we need to put on the record. However, that was the general understanding is that the plea would allow the defendant to ask for 25 years imprisonment, but there wouldn't be a cap on the Government's recommendation and no specific cap was discussed. In fact, we discussed it would either be life maximum or potentially limited to a number of counts which would be at least 100 years. And so I did convey that to the defense.

In September of 2021 I spoke to defense counsel and while I wouldn't say that that informal plea was officially rejected, it was indicated that the defendant wasn't in a position to accept that -- a plea offer, if those numbers were made in an official offer.

So that's my -- those are my notes and my recollection of the discussions. So the two things that the Government is asking for is one, an acknowledgement that there was no -- well, I'll leave that up to the Court. But the two points that I think are most important are one, that there were no official plea offers that were made to the defendant and two, the nature and general understanding of the unofficial plea

discussion that was had in May of 2021.

**THE COURT:** Okay, thank you.

Ms. Francik.

**MS. FRANCIK:** Your Honor, if I could have one moment before we proceed.

**THE COURT:** Yes.

**(Discussion was held off the record.)**

**MS. FRANCIK:** Thank you, Your Honor. We're ready to proceed.

**THE COURT:** Okay, Ms. Francik, so the Government has stated the informal discussions that they had, they had with you and I think that, you know, the points that probably -- Mr. Jones may have a question for you all.

**THE DEFENDANT:** I wanted to know --

**THE COURT:** You can put the husher on.

**(The defendant conferred privately with his counsel.)**

**MS. NEWBERGER:** Your Honor, I'm sorry. Could we have a brief recess?

**THE COURT:** Sure, just I'll await your call.

**MS. NEWBERGER:** I appreciate it.

**THE CLERK:** All rise. This Honorable Court now stands in recess.

**(Recess was taken from 10:50 to 11:30 a.m.)**

**THE CLERK:** This Court now resumes in session.

**THE COURT:** Please be seated. Resume this matter. Ms. Francik, I think where we had left off was the Government had stated what they thought were informal discussions and that the inquiry is to confirm that no official offer has been made, that the informal discussions occurred and that that had been communicated.

**MS. FRANCIK:** That's correct, Your Honor. And my notes do and my recollection does track the representations that Mr. Budlow made to the Court previously.

**THE COURT:** Okay, very well. So that again, no formal offer was extended.

**MS. FRANCIK:** That's correct, Your Honor.

**THE COURT:** Is that correct? And the informal discussion that was had that Mr. Budlow recounted is reflected in your notes as well?

**MS. FRANCIK:** Yes, Your Honor.

**THE COURT:** And that that was communicated to your client?

**MS. FRANCIK:** Yes, it was.

**THE COURT:** Okay, very well.

Is there anything else from the Government's standpoint on this issue?

**MR. BUDLOW:** No, Your Honor. Thank you.

**THE COURT:** Anything else from the defense, Ms. Francik?

**MS. FRANCIK:** Nothing further, Your Honor.

**THE COURT:** Let me also note, I don't think, again, another catch by our star CRD here, I don't think that a due process protection order was issued and I think it may have been because the original initial appearance perhaps occurred prior to the time that we were advising those. So as I'm required by the Due Process Protection Act, I am advising the Government that they're ordered to produce any exculpatory evidence pursuant to *Brady v. Maryland* and its progeny and not doing so in a timely manner may result in the imposition of sanctions. I'll issue a written order to that effect as well.

**MR. BUDLOW:** Thank you, Your Honor.

**THE COURT:** Is there anything else from the Government?

**MR. BUDLOW:** No, Your Honor. That's it.

**THE COURT:** Defendant?

**MS. FRANCIK:** Nothing further. Thank you.

**THE COURT:** Thank you.

**(Proceeding concluded.)**

**CERTIFICATE OF OFFICIAL REPORTER**

**I, Nadine M. Bachmann, Registered Merit Reporter and Certified Realtime Reporter, do hereby certify that the foregoing is a correct transcript of the audio-recorded proceedings in the above-entitled matter, audio recorded via FTR Gold on November 25, 2019, and transcribed from the audio recording to the best of my ability and that said transcript has been compared with the audio recording.**

**Dated this 12th day of November, 2023.**

***-S-***

**NADINE M. BACHMANN RMR, CRR**
**FEDERAL OFFICIAL COURT REPORTER**

## $

**$250,000** [3] - 5:12, 5:18, 6:9

## '

**'79** [1] - 9:2

## 1

**10** [1] - 5:17
**100** [2] - 1:20, 12:12
**10:13** [1] - 2:2
**10:50** [1] - 13:24
**11:30** [1] - 13:24
**12th** [1] - 16:13
**15** [2] - 5:12, 5:22
**17** [2] - 7:10, 7:13
**18** [6] - 4:23, 5:15, 5:20, 6:12, 7:11

## 2

**20** [2] - 5:25, 6:4
**2006** [1] - 7:6
**2015** [1] - 7:2
**2019** [1] - 16:9
**2021** [4] - 11:20, 11:21, 12:14, 13:1
**2023** [2] - 1:10, 16:13
**21201** [2] - 1:16, 1:20
**2251(a** [1] - 5:7
**2251(a)** [1] - 4:23
**2252(a)(2** [1] - 5:21
**2252A(a)(5)(B** [1] - 6:3
**2256** [2] - 5:21, 6:3
**2260(a)** [1] - 6:12
**2422(b)** [1] - 5:16
**25** [4] - 5:10, 12:5, 12:8, 16:9

## 3

**30** [1] - 5:11
**36** [1] - 1:15

## 4

**40** [1] - 5:23
**44** [1] - 8:24
**47** [3] - 3:7, 3:12, 7:13
**48** [1] - 10:3
**49** [3] - 3:4, 3:8, 3:14
**4th** [1] - 1:15

## 5

**5** [1] - 1:10
**50** [1] - 5:9

## 6

**6** [1] - 11:21

## 7

**7B** [1] - 1:11

## 8

**8th** [1] - 7:2

## 9

**9th** [1] - 1:20

## A

**a.m** [2] - 2:2, 13:24
**ability** [1] - 16:10
**able** [1] - 10:5
**above-entitled** [1] - 16:8
**absolutely** [1] - 4:21
**abuse** [3] - 7:4
**accept** [1] - 12:17
**accurate** [1] - 10:12
**acknowledgement** [1] - 12:21
**Act** [2] - 9:21, 15:7
**add** [1] - 3:24
**added** [1] - 4:15
**additional** [1] - 4:15
**additionally** [1] - 6:18
**address** [3] - 3:21, 6:20, 10:17
**administrative** [1] - 10:1
**admit** [1] - 2:20
**advised** [1] - 8:2
**advising** [2] - 15:6, 15:7
**age** [1] - 8:23
**Agent** [1] - 2:8
**aggravated** [1] - 7:3
**agreed** [1] - 6:19
**ahead** [1] - 11:17
**Aided** [1] - 1:25
**allegation** [4] - 6:20, 6:23, 6:24, 7:8
**allegations** [2] - 6:18, 11:25
**allow** [1] - 12:8
**AMERICA** [1] - 1:3
**America** [1] - 2:3
**answer** [1] - 8:20
**apologize** [1] - 7:15
**appearance** [4] - 2:24, 3:2, 4:8, 15:5
**APPEARANCE/ ARRAIGNMENT/ LAFLER** [1] - 1:8
**appreciate** [1] - 13:21
**approved** [1] - 12:3
**arraignment** [3] - 2:17, 2:23, 8:17
**Assistant** [1] - 2:7
**associated** [1] - 5:4
**assume** [2] - 9:20, 9:21
**assumed** [1] - 2:19
**attention** [1] - 2:17
**ATTORNEY** [1] - 1:15
**Attorney** [1] - 2:7
**audio** [4] - 16:7, 16:8, 16:9, 16:11
**audio-recorded** [1] - 16:7
**August** [1] - 7:2
**await** [1] - 13:20
**aware** [1] - 11:15

## B

**BACHMANN** [1] - 16:16
**Bachmann** [1] - 16:5
**Baltimore** [3] - 1:10, 1:16, 1:20
**BEFORE** [1] - 1:9
**began** [1] - 2:19
**behalf** [2] - 2:6, 2:11
**best** [1] - 16:10
**BETH** [1] - 1:9
**between** [2] - 3:10, 12:1
**born** [1] - 9:1
**Brady** [1] - 15:9
**brief** [1] - 13:19
**BUDLOW** [21] - 1:14, 2:3, 2:19, 3:7, 3:12, 3:19, 3:24, 4:21, 5:5, 7:13, 7:16, 9:25, 10:7, 10:10, 10:15, 10:19, 11:1, 11:19, 14:23, 15:12, 15:15
**budlow** [1] - 10:2
**Budlow** [6] - 2:6, 3:8, 3:16, 11:18, 14:9, 14:14
**BY** [4] - 1:14, 1:14, 1:18, 1:19

## C

**cap** [2] - 12:9, 12:10
**case** [2] - 11:2, 12:6
**CASE** [1] - 1:4
**catch** [1] - 15:3
**CERTIFICATE** [1] - 16:1
**Certified** [1] - 16:6
**certify** [1] - 16:6
**changed** [1] - 3:10
**changes** [4] - 3:17, 3:18, 3:19, 4:20
**charge** [3] - 4:22, 5:7, 6:2
**charged** [5] - 5:15, 5:20, 7:9, 7:17, 9:13
**charges** [12] - 4:11, 4:15, 4:24, 6:10, 7:24, 8:4, 8:13, 9:4, 9:8, 9:11, 11:24
**Charles** [2] - 1:15, 1:20
**check** [2] - 10:6, 10:14
**child** [5] - 4:17, 4:23, 5:7, 5:20, 6:2
**cites** [1] - 7:5
**clerk** [1] - 8:20
**CLERK** [8] - 8:21, 8:23, 8:25, 9:3, 9:8, 9:18, 13:22, 13:25
**client** [3] - 4:6, 8:13, 14:18
**Code** [5] - 4:23, 5:16, 5:21, 6:3, 6:12
**coercion** [1] - 5:15
**Colleen** [1] - 2:7
**COLLEEN** [1] - 1:14
**commission** [1] - 6:10
**communicated** [2] - 14:6, 14:17
**compared** [1] - 16:11
**Computer** [1] - 1:25
**Computer-Aided** [1] - 1:25
**concluded** [1] - 15:19
**conduct** [1] - 7:4
**conferred** [1] - 13:16
**confirm** [1] - 14:4
**confusion** [1] - 10:4
**consecutive** [1] - 6:16
**consecutively** [1] - 6:14
**consents** [1] - 10:23
**consider** [1] - 12:4
**continue** [1] - 8:8
**continued** [1] - 8:6
**convey** [1] - 12:13
**conveyed** [2] - 11:4, 11:13
**convicted** [1] - 7:18
**conviction** [10] - 5:9, 5:11, 5:22, 5:24, 6:6, 6:8, 6:12, 6:15, 7:3, 7:5
**copy** [4] - 3:3, 3:9, 3:16, 4:2
**Corn** [1] - 2:8
**correct** [7] - 2:18, 2:22, 9:24, 14:7, 14:12, 14:13, 16:7
**counsel** [12] - 2:7, 2:13, 2:14, 4:18, 8:7, 8:12, 9:20, 10:16, 11:20, 12:14, 13:17
**count** [3] - 5:2, 6:9, 6:10
**Count** [3] - 4:15, 5:19, 6:15
**counts** [4] - 3:25, 5:2, 5:3, 12:12
**Counts** [9] - 4:21, 5:6, 5:14, 6:1, 6:14, 6:17, 6:24, 9:14, 10:4
**course** [2] - 11:7, 12:3
**COURT** [49] - 1:1, 2:9, 2:14, 2:24, 3:3, 3:6, 3:8, 3:16, 3:22, 4:2, 4:5, 4:8, 4:14, 5:2, 7:11, 7:14, 7:19, 7:23, 8:2, 8:12, 8:16, 8:19, 9:6, 9:10, 9:13, 9:19, 10:1, 10:8, 10:13, 10:16, 10:21, 11:14, 11:17, 13:2, 13:6, 13:10, 13:15, 13:20, 14:1, 14:10, 14:13, 14:17, 14:20, 14:24, 15:2, 15:13, 15:16, 15:18, 16:16
**Court** [5] - 6:21, 12:22, 13:22, 13:25, 14:9
**court's** [1] - 7:7
**Courtney** [1] - 2:10
**COURTNEY** [1] - 1:18
**Courtroom** [1] - 1:11
**CRD** [1] - 15:3
**Criminal** [1] - 2:4
**CRR** [1] - 16:16
**current** [1] - 8:4

## D

**Dated** [1] - 16:13
**decisions** [1] - 11:10
**Defendant** [1] - 1:6
**defendant** [23] - 4:22, 5:8, 5:10, 5:15, 5:19, 5:21, 5:23, 6:2, 6:6, 6:10, 7:3, 7:9, 7:17, 9:11, 10:25, 11:4, 11:7, 11:13, 12:8, 12:16, 12:24, 13:16, 15:16
**DEFENDANT** [12] - 1:17, 4:13, 8:1, 8:11,

8:22, 8:24, 9:2, 9:5, 9:7, 9:9, 9:17, 13:14
**DEFENDER** [1] - 1:19
**defense** [8] - 10:23, 11:3, 11:11, 11:15, 11:20, 12:13, 12:14, 14:24
**defer** [1] - 10:24
**devices** [2] - 7:10, 7:12
**discovery** [1] - 9:21
**discussed** [3] - 12:1, 12:10, 12:11
**discussion** [3] - 12:2, 13:1, 14:14
**Discussion** [1] - 13:7
**discussions** [6] - 11:9, 11:13, 12:20, 13:11, 14:3, 14:5
**distribution** [2] - 4:1, 5:20
**DISTRICT** [2] - 1:1, 1:1
**DIVISION** [1] - 1:2
**docket** [1] - 10:3
**document** [2] - 3:12, 7:13
**Due** [2] - 9:20, 15:7
**due** [1] - 15:3

E

**ECF** [1] - 3:4
**effect** [1] - 15:11
**Eight** [3] - 4:16, 5:14, 9:14
**either** [1] - 12:11
**enhanced** [1] - 11:25
**enticement** [1] - 5:15
**entitled** [1] - 16:8
**ESQUIRE** [4] - 1:14, 1:14, 1:18, 1:19
**event** [1] - 10:14
**evidence** [1] - 15:9
**exculpatory** [1] - 15:8
**explained** [2] - 9:4, 9:5
**exploitation** [3] - 4:16, 4:23, 5:7
**extended** [1] - 14:11

F

**faces** [1] - 7:18
**fact** [1] - 12:10
**falling** [1] - 11:10
**FBI** [1] - 2:8
**FEDERAL** [2] - 1:19, 16:16
**felony** [1] - 6:11
**few** [1] - 3:25
**filed** [1] - 11:24
**fine** [3] - 5:13, 5:18, 6:8
**first** [1] - 3:10
**five** [1] - 5:25
**Five** [3] - 6:1, 7:1, 9:15
**fix** [1] - 10:8
**Floor** [2] - 1:15, 1:20
**floor** [1] - 12:5
**FOR** [3] - 1:1, 1:13, 1:17
**foregoing** [1] - 16:7
**forfeiture** [1] - 7:8
**form** [4] - 4:18, 10:2, 10:3, 10:13
**formal** [4] - 8:17, 11:3, 11:6, 14:11
**formally** [1] - 6:21
**Forty** [16] - 5:14, 5:19, 6:1, 6:10, 6:15, 6:16, 6:17, 7:1, 9:15, 9:16, 10:11
**Forty-Five** [3] - 6:1, 7:1, 9:15
**Forty-Four** [2] - 6:1, 9:15
**Forty-Seven** [1] - 10:11
**Forty-Six** [3] - 6:10, 6:16, 9:16
**Forty-Three** [3] - 5:19, 7:1, 9:15
**Forty-Two** [4] - 5:14, 6:15, 6:17, 9:15
**forward** [1] - 8:8
**four** [1] - 7:10
**Four** [2] - 6:1, 9:15
**FRANCIK** [23] - 1:18, 2:10, 2:22, 3:1, 3:5, 3:14, 4:4, 4:7, 7:22, 8:15, 8:18, 9:12, 9:24, 10:20, 11:16, 13:4, 13:8, 14:7, 14:12, 14:16, 14:19, 15:1, 15:17
**Francik** [8] - 2:11, 4:3, 7:20, 9:10, 13:3, 13:10, 14:2, 14:25
**FRYE** [1] - 1:8
**Frye** [2] - 2:5, 11:10
**FTR** [2] - 1:25, 16:9

G

**GARY** [1] - 1:5
**Gary** [3] - 2:3, 2:11, 8:22
**gather** [2] - 9:22, 11:14
**general** [3] - 11:22, 12:7, 12:25
**GESNER** [1] - 1:9
**given** [2] - 9:21, 10:10
**GLR-20-0283** [1] - 1:4
**GLR-20-283** [1] - 2:4
**Gold** [1] - 16:9
**GOLD** [1] - 1:25
**Government** [15] - 2:6, 3:10, 4:19, 6:19, 10:19, 10:22, 10:24, 11:3, 11:10, 12:4, 12:20, 13:10, 14:2, 15:8, 15:14
**Government's** [2] - 12:9, 14:21
**guess** [1] - 10:11
**guilty** [1] - 9:17

H

**handling** [1] - 6:21
**HEARING** [1] - 1:8
**hearing** [6] - 2:6, 2:16, 10:18, 10:22, 10:23, 11:5
**held** [1] - 13:7
**hereby** [1] - 16:6
**hesitation** [1] - 3:20
**Honor** [32] - 2:5, 2:10, 2:22, 3:5, 3:12, 3:14, 3:20, 4:4, 4:21, 5:1, 5:5, 6:18, 7:7, 7:16, 7:22, 8:15, 9:24, 9:25, 10:20, 11:1, 11:16, 11:19, 13:4, 13:8, 13:18, 14:7, 14:12, 14:16, 14:23, 15:1, 15:12, 15:15
**Honorable** [1] - 13:22
**HONORABLE** [1] - 1:9
**husher** [1] - 13:15

I

**II** [1] - 1:20
**important** [1] - 12:23
**imposed** [2] - 6:13, 6:17
**imposition** [1] - 15:10
**imprisonment** [3] - 5:17, 6:7, 12:9
**IN** [1] - 1:1
**incarceration** [1] - 6:5
**incidents** [1] - 7:2
**including** [2] - 11:23, 11:25
**indicate** [1] - 3:10
**indicated** [1] - 12:16
**indicating** [1] - 7:1
**indictment** [27] - 2:18, 3:11, 3:13, 3:18, 3:23, 4:1, 4:3, 4:9, 4:11, 4:14, 4:20, 7:8, 7:24, 8:3, 8:9, 8:14, 8:17, 9:3, 9:16, 10:11, 10:17, 11:8, 11:22, 11:23
**indulgence** [1] - 7:7
**informal** [6] - 11:9, 12:15, 13:11, 14:3, 14:5, 14:13
**initial** [4] - 2:24, 3:1, 4:1, 15:5
**INITIAL** [1] - 1:8
**inquiry** [1] - 14:4
**instruction** [1] - 9:21
**involving** [2] - 6:11, 7:4
**issue** [2] - 14:22, 15:11
**issued** [1] - 15:4

J

**joined** [1] - 2:12
**joining** [1] - 2:6
**JONES** [1] - 1:5
**Jones** [10] - 2:4, 2:11, 2:14, 4:8, 7:21, 7:23, 8:19, 8:22, 9:13, 13:13
**JUDGE** [1] - 1:9
**June** [1] - 7:5

K

**KATHERINE** [1] - 1:19

L

**Lafler** [6] - 2:5, 2:16, 10:18, 10:21, 10:23, 11:10
**law** [1] - 11:2
**least** [1] - 12:12
**leave** [1] - 12:22
**left** [1] - 14:2
**life** [3] - 5:17, 5:18, 12:11
**lifetime** [2] - 5:13, 6:9
**limited** [1] - 12:12
**listed** [1] - 7:10
**lists** [1] - 7:11
**looking** [5] - 4:18, 7:14, 10:2, 10:9, 10:11
**looks** [1] - 3:18

M

**MAGISTRATE** [1] - 1:9
**mandatory** [7] - 5:9, 5:12, 5:16, 5:22, 5:24, 6:5, 6:7
**manner** [1] - 15:10
**MARYLAND** [1] - 1:1
**Maryland** [4] - 1:10, 1:16, 1:20, 15:9
**match** [1] - 10:5
**matter** [5] - 2:4, 6:21, 10:1, 14:1, 16:8
**maximum** [12] - 4:11, 5:4, 5:8, 5:11, 5:17, 5:23, 5:25, 6:4, 7:25, 8:13, 12:11
**McGuinn** [2] - 1:14, 2:7
**Merit** [1] - 16:5
**mind** [1] - 7:14
**minimum** [7] - 5:9, 5:12, 5:16, 5:22, 5:24, 6:5, 6:7
**minor** [2] - 6:11, 7:5
**mistake** [1] - 10:8
**moment** [2] - 7:7, 13:4
**morning** [4] - 2:5, 2:9, 2:10, 2:23
**most** [1] - 12:23
**MR** [20] - 2:3, 2:19, 3:7, 3:12, 3:19, 3:24, 4:21, 5:5, 7:13, 7:16, 9:25, 10:7, 10:10, 10:15, 10:19, 11:1, 11:19, 14:23, 15:12, 15:15
**MS** [24] - 2:10, 2:22, 3:1, 3:5, 3:14, 4:4, 4:7, 7:22, 8:15, 8:18, 9:12, 9:24, 10:20, 11:16, 13:4, 13:8, 13:18, 13:21, 14:7, 14:12, 14:16, 14:19, 15:1, 15:17
**must** [1] - 6:13

N

**NADINE** [1] - 16:16
**Nadine** [1] - 16:5
**name** [1] - 8:21
**nature** [3] - 5:3, 11:22, 12:25
**need** [2] - 3:9, 12:6
**needs** [1] - 11:3
**never** [1] - 7:14
**new** [1] - 7:24
**NEWBERGER** [3] - 1:19, 13:18, 13:21

**newberger** [1] - 2:12
**NORTHERN** [1] - 1:2
**note** [1] - 15:2
**notes** [3] - 12:19, 14:8, 14:15
**nothing** [3] - 10:19, 15:1, 15:17
**November** [2] - 16:9, 16:13
**number** [4] - 3:4, 10:3, 11:23, 12:12
**Number** [1] - 2:4
**NUMBER** [1] - 1:4
**numbers** [1] - 12:17

## O

**obviously** [2] - 3:20, 8:7
**occurred** [2] - 14:5, 15:5
**OF** [6] - 1:1, 1:3, 1:8, 1:15, 1:19, 16:1
**offender** [1] - 6:11
**offense** [1] - 6:14
**offenses** [2] - 7:9, 7:16
**offer** [7] - 10:25, 11:3, 11:7, 12:17, 12:18, 14:4, 14:11
**offers** [1] - 12:24
**OFFICE** [2] - 1:15, 1:19
**OFFICIAL** [2] - 16:1, 16:16
**official** [3] - 12:18, 12:24, 14:4
**officially** [1] - 12:15
**One** [10] - 4:15, 4:21, 5:6, 6:14, 6:17, 6:24, 6:25, 9:14, 10:4
**one** [7] - 6:19, 6:23, 7:7, 10:9, 12:21, 12:23, 13:4
**ongoing** [1] - 9:22
**order** [2] - 15:4, 15:11
**ordered** [1] - 15:8
**original** [3] - 4:9, 8:3, 15:5

## P

**page** [4] - 7:10, 7:11, 7:13
**paragraph** [1] - 7:10
**parties** [1] - 12:1
**PAUL** [1] - 1:14
**Paul** [1] - 2:6
**penalties** [4] - 4:12, 4:25, 8:13, 11:25
**penalty** [10] - 5:4, 5:8, 5:10, 5:11, 5:16, 5:17, 6:4, 6:12, 7:17, 7:25
**perhaps** [2] - 2:17, 15:5
**place** [1] - 9:22
**Plaintiff** [1] - 1:3
**PLAINTIFF** [1] - 1:13
**plea** [11] - 9:16, 10:25, 11:7, 11:9, 12:3, 12:5, 12:8, 12:15, 12:17, 12:24, 12:25
**points** [2] - 12:22, 13:12
**pornography** [2] - 5:20, 6:2
**position** [1] - 12:17
**possession** [2] - 4:1, 6:2
**possibility** [1] - 5:13
**possible** [2] - 7:25, 12:3
**potentially** [1] - 12:11
**prepared** [2] - 2:23, 3:20
**previously** [2] - 9:21, 14:9
**privately** [1] - 13:16
**proceed** [3] - 2:23, 13:5, 13:9
**Proceeding** [1] - 15:19
**proceeding** [1] - 10:23
**proceedings** [1] - 16:8
**Proceedings** [1] - 1:25
**PROCEEDINGS** [1] - 1:8
**Process** [2] - 9:20, 15:7
**process** [1] - 15:4
**produce** [1] - 15:8
**Produced** [1] - 1:25
**progeny** [1] - 15:9
**Protection** [2] - 9:20, 15:7
**protection** [1] - 15:4
**PUBLIC** [1] - 1:19
**purpose** [1] - 11:4
**purposes** [1] - 10:24
**pursuant** [1] - 15:9
**put** [5] - 11:12, 11:18, 12:3, 12:6, 13:15

## Q

**qualifying** [8] - 5:9, 5:11, 5:22, 5:24, 6:6, 6:8, 6:14, 6:15
**questions** [1] - 8:20

## R

**Rachel** [1] - 2:8
**read** [1] - 9:3
**reading** [1] - 8:17
**ready** [1] - 13:8
**Realtime** [1] - 16:6
**recess** [2] - 13:19, 13:23
**Recess** [1] - 13:24
**recollection** [2] - 12:19, 14:8
**recommendation** [1] - 12:10
**reconciling** [1] - 4:19
**record** [7] - 8:21, 11:5, 11:11, 11:12, 11:18, 12:7, 13:7
**recorded** [2] - 16:7, 16:8
**Recorded** [1] - 1:25
**recording** [2] - 16:10, 16:11
**recounted** [1] - 14:14
**redline** [3] - 3:15, 3:16, 7:14
**reference** [1] - 5:3
**referenced** [1] - 7:8
**reflected** [1] - 14:14
**registered** [1] - 6:11
**Registered** [1] - 16:5
**rejected** [1] - 12:16
**relate** [1] - 7:10
**relates** [1] - 6:24
**relating** [3] - 3:25, 7:3, 12:2
**relayed** [1] - 11:12
**release** [3] - 5:13, 5:18, 6:9
**remain** [1] - 8:3
**REPORTER** [2] - 16:1, 16:16
**Reporter** [2] - 16:5, 16:6
**represent** [1] - 8:8
**representation** [1] - 8:6
**representations** [1] - 14:8
**requested** [1] - 10:22
**requests** [1] - 6:21
**required** [3] - 8:4, 11:2, 15:7
**respect** [11] - 5:6, 5:14, 5:19, 6:1, 6:3, 6:4, 6:23, 8:4, 8:16, 10:17, 10:21
**result** [1] - 15:10
**resume** [1] - 14:1
**resumes** [1] - 13:25
**returned** [2] - 4:10, 11:22
**reviewed** [2] - 4:5, 7:20
**rights** [1] - 8:10
**rise** [1] - 13:22
**RMR** [1] - 16:16
**ROCKY** [1] - 1:5
**Rocky** [1] - 2:3

## S

**sanctions** [1] - 15:11
**satisfied** [2] - 8:12, 9:10
**schedule** [1] - 9:22
**scheduled** [2] - 2:5, 9:23
**seated** [3] - 2:15, 9:19, 14:1
**second** [1] - 3:11
**sentence** [8] - 5:22, 5:23, 5:25, 6:5, 6:7, 6:13, 6:17
**September** [2] - 1:10, 12:14
**session** [1] - 13:25
**Seven** [6] - 4:22, 5:6, 6:24, 6:25, 9:14, 10:11
**sex** [1] - 6:11
**sexual** [6] - 4:16, 4:22, 5:7, 7:3, 7:4
**significant** [2] - 3:18, 3:19
**silent** [1] - 8:3
**situation** [1] - 11:15
**Six** [4] - 4:16, 6:10, 6:16, 9:16
**sorry** [2] - 9:6, 13:18
**Special** [1] - 2:8
**special** [5] - 6:18, 6:20, 6:23, 11:24
**specific** [1] - 12:10
**speedy** [4] - 4:18, 10:2, 10:3, 10:13
**standing** [1] - 2:11
**standpoint** [1] - 14:21
**stands** [1] - 13:22
**star** [1] - 15:3
**start** [1] - 11:6
**state** [2] - 5:2, 8:21
**statements** [1] - 8:5
**States** [6] - 2:3, 4:23, 5:16, 5:21, 6:3, 6:12
**STATES** [4] - 1:1, 1:3, 1:9, 1:15
**stating** [1] - 10:24
**status** [1] - 11:15
**statutory** [1] - 5:3
**Street** [2] - 1:15, 1:20
**substance** [1] - 9:4
**suggested** [1] - 12:4
**superseding** [22] - 2:18, 2:25, 3:2, 3:4, 3:13, 3:17, 3:23, 4:3, 4:9, 4:14, 4:20, 7:24, 8:9, 8:14, 9:3, 9:16, 10:5, 10:10, 10:17, 11:8, 11:21, 11:23
**supervised** [3] - 5:13, 5:18, 6:9

## T

**table** [2] - 2:7, 2:13
**technically** [1] - 11:9
**telephone** [1] - 11:20
**Ten** [1] - 10:4
**ten** [3] - 6:6, 6:13, 6:16
**ten-year** [1] - 6:13
**terms** [1] - 12:2
**THE** [73] - 1:1, 1:1, 1:9, 1:13, 1:15, 1:17, 1:19, 2:9, 2:14, 2:24, 3:3, 3:6, 3:8, 3:16, 3:22, 4:2, 4:5, 4:8, 4:13, 4:14, 5:2, 7:11, 7:14, 7:19, 7:23, 8:1, 8:2, 8:11, 8:12, 8:16, 8:19, 8:21, 8:22, 8:23, 8:24, 8:25, 9:2, 9:3, 9:5, 9:6, 9:7, 9:8, 9:9, 9:10, 9:13, 9:17, 9:18, 9:19, 10:1, 10:8, 10:13, 10:16, 10:21, 11:14, 11:17, 13:2, 13:6, 13:10, 13:14, 13:15, 13:20, 13:22, 13:25, 14:1, 14:10, 14:13, 14:17, 14:20, 14:24, 15:2, 15:13, 15:16, 15:18
**Three** [4] - 4:16, 5:19, 7:1, 9:15
**throughout** [1] - 11:7
**timely** [1] - 15:10
**today** [2] - 6:22, 8:8
**Tower** [1] - 1:20
**track** [1] - 14:8
**transcribed** [1] - 16:9
**TRANSCRIPT** [1] - 1:8
**Transcript** [1] - 1:25
**transcript** [2] - 16:7, 16:10
**Transcription** [1] - 1:25

**trial** [5] - 4:18, 9:22, 10:2, 10:3, 10:13
**trouble** [1] - 4:19
**Tuesday** [1] - 1:10
**turn** [2] - 2:16, 10:18
**Twenty** [7] - 4:22, 5:6, 5:14, 6:24, 6:25, 9:14
**Twenty-Eight** [2] - 5:14, 9:14
**Twenty-Seven** [5] - 4:22, 5:6, 6:24, 6:25, 9:14
**Two** [4] - 5:14, 6:15, 6:17, 9:15
**two** [5] - 6:19, 6:20, 12:20, 12:22, 12:24

### U

**U.S** [1] - 2:7
**under** [6] - 4:23, 5:7, 5:15, 5:20, 6:11, 11:10
**United** [6] - 2:3, 4:23, 5:16, 5:20, 6:3, 6:12
**UNITED** [4] - 1:1, 1:3, 1:9, 1:15
**unless** [1] - 6:20
**unofficial** [2] - 12:2, 12:25
**up** [4] - 5:18, 6:9, 10:5, 12:22

### V

**variety** [1] - 12:5
**various** [1] - 7:9
**via** [1] - 16:8
**victims** [1] - 11:23
**vs** [1] - 1:4

### W

**waive** [1] - 8:17
**ward** [1] - 7:5
**ways** [1] - 12:5
**willing** [1] - 11:12
**wish** [1] - 5:1
**withdraw** [1] - 6:19
**writing** [1] - 12:4
**written** [1] - 15:11

### Y

**year** [3] - 6:13, 8:25
**years** [15] - 5:9, 5:10, 5:11, 5:12, 5:17, 5:23, 5:25, 6:4, 6:6, 6:16, 12:5, 12:8, 12:13

### §

**§** [1] - 4:23