```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
                    NORTHERN DIVISION

UNITED STATES OF AMERICA,)
     Plaintiff ,         )
                         )
     vs.                 )  CASE NUMBER: GLR-20-0283
                         )
GARY ROCKY JONES,        )
     Defendant.          )
_____)


    TRANSCRIPT OF PROCEEDINGS - ATTORNEY INQUIRY HEARING
         BEFORE THE HONORABLE MATTHEW J. MADDOX
              UNITED STATES MAGISTRATE JUDGE
                Monday, September 11, 2023
                    Baltimore, Maryland
                       Courtroom 7B

                   A P P E A R A N C E S

FOR THE PLAINTIFF:

     BY: PAUL BUDLOW, ESQUIRE
     BY: COLLEEN McGUINN, ESQUIRE
     OFFICE OF THE UNITED STATES ATTORNEY
     36 S. Charles Street, 4th Floor
     Baltimore, Maryland  21201


FOR THE DEFENDANT:

     BY: COURTNEY FRANCIK, ESQUIRE
     BY: KATHERINE NEWBERGER, ESQUIRE
     OFFICE OF THE FEDERAL PUBLIC DEFENDER
     100 S. Charles Street, Tower II, 9th Floor
     Baltimore, Maryland  21201


Also Present:

Special Agent Rachel Corn, FBI

_____

         ***Proceedings Recorded by FTR GOLD***
      Transcript Produced by Computer-Aided Transcription
```

```
 1                   P R O C E E D I N G S
 2       MR. BUDLOW:  This is United States of America v. Gary
 3  Rocky Jones. Criminal Number GLR-20-283. This matter is
 4  scheduled before Your Honor on a referral from Judge Russell.
 5  I'm Paul Budlow on behalf of the Government. Joining me at
 6  counsel table is Assistant United States Attorney Colleen
 7  McGuinn and FBI Special Agent Rachel Corn.
 8       THE COURT:  All right, good morning to all of you.
 9  Good morning, Ms. Francik.
10       MS. FRANCIK:  Good morning, Your Honor. Courtney
11  Francik on behalf of Gary Jones and I'm joined here by
12  Katherine Tang Newberger.
13       THE COURT:  All right, good morning to both of you
14  and good morning, Mr. Jones. You all may be seated.
15       Mr. Budlow mentioned that this matter was referred to me.
16  He didn't specify, but my understanding is that we're here for
17  an attorney inquiry hearing and I think that that's based upon
18  an e-mail that the Court received on Friday from defense
19  counsel indicating a wish by Mr. Jones to have his current
20  counsel terminated; is that correct, Ms. Francik?
21       MS. FRANCIK:  It is, Your Honor.
22       THE COURT:  Okay, all right. So I anticipate that
23  this attorney inquiry hearing like most will be conducted ex
24  parte outside the presence of the Government, at least for
25  some period of time. I note that based upon my review of the
```

1   docket in this case that Mr. Jones is charged in the
2   superseding indictment with 27 counts of sexual exploitation
3   of a child; 15 counts of coercion and enticement; one count of
4   distribution of child pornography; and one count of possession
5   of child pornography. The superseding indictment was filed in
6   February of 2022 following an original indictment filed I
7   think some time in 2020.
8       The Office of the Federal Public Defender has been
9   appointed to represent Mr. Jones since the outset of this case
10  in September of 2020. So this case has been pending for quite
11  a while.
12      I understand that last week Mr. Jones was arraigned and
13  entered a not guilty plea to the charges contained in the
14  superseding indictment. And this matter is scheduled for trial
15  to begin today or at least jury selection is scheduled to
16  begin today as I understand it.
17      Judge Russell or the previous presiding judge, I'm not
18  sure which, entered a scheduling order in November of 2022
19  setting today as the first day of what was projected to be an
20  11-day jury trial. I understand that this trial will involve a
21  number of witnesses and victims testifying.  Some of them may
22  be out-of-state victims and witnesses; is that correct, Mr.
23  Budlow?
24      **MR. BUDLOW:**  Yes, Your Honor.
25      **THE COURT:**  A pretrial conference and a pretrial

1    motions hearing was conducted last week on last Tuesday,
2    September 5th, and continued on last Thursday, September 7th.
3    I also understand that Mr. Jones previously asked for a
4    postponement of the trial to review discovery and I believe
5    that Judge Russell denied that request.  Is that correct, Mr.
6    Budlow?
7             **MR. BUDLOW:**  Yes, Your Honor.
8             **THE COURT:**  Okay. And as I indicated earlier, now
9    Mr. Jones has made a request to have his current counsel
10   terminated and that request was made last Friday.
11       Mr. Budlow, just give a cursory sort of summary of the
12   status of this case.  Is there anything that you have to add
13   of any significance?
14            **MR. BUDLOW:**  Yes, of course. I would like to
15   supplement that a little bit. I do appreciate the Court's very
16   thorough review of this long-standing trial. I would like to
17   give a little bit more information just sort of so I
18   understand the process as Your Honor sees it. I know you're
19   going to ask us to leave at some point so there's a little bit
20   of argument that I would like to make as well if that's okay,
21   in addition to sort of filling in the record a bit.
22            **THE COURT:**  Yes.
23            **MR. BUDLOW:**  The point I want to start out by saying
24   is that because of the postponement request being denied that
25   came up suddenly which I'll explain a little bit more briefly

1  because this is the first day of trial, the Government sees
2  the defendant's request to terminate counsel today as
3  effectively a request to represent himself, although he has
4  not at this point said anything on the record about that, we
5  have not heard that through counsel. Given those circumstances
6  I don't see any other way to interpret it.
7      I do believe that while this Court may either in open
8  court or during an ex parte proceeding deal with some of the
9  issues pursuant to Faretta, I think that a Faretta hearing
10 still should be held before Judge Russell if it is necessary,
11 if the defendant is seeking to represent himself --
12          **THE COURT:**  Okay.
13          **MR. BUDLOW:**  --at trial assuming the trial is going
14 forward today which it appears to be. So I just wanted to put
15 that on the record. And I'd also --
16          **THE COURT:**  Before you go any further, was there any
17 discussion with Judge Russell about if there was need for a
18 Faretta hearing that it should be conducted in front of him
19 versus --
20          **MR. BUDLOW:**  Yes.  I made a similar point to him
21 earlier and he seemed to acknowledge it. In fact, when he
22 understood you to be engaged in a longer hearing that wound up
23 ending, he brought us back to do a Faretta hearing is what he
24 had said. Again, I think there obviously needs to be an
25 initial inquiry of the defendant if he is asking both and so

it's somewhat implicitly, I think he understands that that's the Government's position and I think he agrees.

**THE COURT:** Okay.

**MR. BUDLOW:** And I would just add that if Your Honor pursues Faretta in some way, that maybe if we're outside of the courtroom and we're made aware of that in some way, but I do think it needs to be redone before Judge -- no matter how it happens, the Government is entitled to be at the Faretta inquiry hearing.

**THE COURT:** I understand.

**MR. BUDLOW:** And the last point I'll make before I give you a little more history is that the Government sees this and then I think the Court will see it too as a clear attempt by the defendant to manipulate the system to change the trial schedule. And I don't think there can be any doubt that that's precisely what's happening here and hopefully the Court will see it. I think it's apparent from the chronology that you just provided.

What I would add is that when the defendant was originally indicted in September 2020 he was facing penalties of 15 to 40 years assuming the recidivist enhancement applied. He was charged with distribution of child pornography. In the spring of 2021 a fairly extensive evidence review was conducted with counsel who was just Ms. Francik at the time at the FBI offices in Linthicum where the defendant was shown --

1    with defense attorney was shown a number of videos and chats
2    relating to the evidence.
3         Sometime after that a more fulsome reverse proffer
4    occurred where the Government brought the defendant and Ms.
5    Francik into the courthouse here and went over a lot of the
6    detail of the evidence, including showing him videos and him
7    engaging in sex acts with a minor, highlighting the fact that
8    his tattoo was visible and then executing a search warrant to
9    take photographs of his wrist where that tattoo was.
10        Additionally there was significant evidence reviewed with
11   the defendant and his attorney relating to the Government's
12   proof at trial relating to his control of the accounts that
13   were at issue.
14        The trial was schedule for July of 2022 initially and it
15   was then postponed at the defense request to December the 5th
16   of 2022. Prior to seeking a superseding indictment and during
17   the reverse proffer process, the Government provided the
18   defense with a draft of what the superseding indictment looked
19   like. It actually wound up including far more victims, but I
20   believe the initial draft had at least ten additional victims
21   of production of child pornography.  And so the defense was
22   well aware that that was coming.  And, in fact, as Your Honor
23   mentioned, it did occur in February of 2022, the superseding
24   indictment that we're moving forward on now occurred.  And I
25   would point out that --

1       **THE COURT:** And at that point in time the trial had
2   been scheduled for July of 2022?
3       **MR. BUDLOW:** The superseding indictment when it was
4   sought, the case had been postponed at that point to December
5   the 5th of 2022.
6       **THE COURT:** Okay.
7       **MR. BUDLOW:** Judge Blake was assigned to the case.
8   At some point in August of 2022 the materials related to that
9   reverse proffer were provided in full to Ms. Newberger who had
10  entered the case. Again, trial was scheduled for December. The
11  parties were preparing for trial. They were engaged in
12  significant trial preparation and discussions in the fall of
13  2022 when suddenly in October, late October of 2022 the case
14  was reassigned to Judge Russell who was not available on the
15  December 5th trial date.  And on October 27th he set that new
16  trial for today, approximately 11 months ago.
17      I would note that in January of 2023 the defendant wrote
18  a letter to the Court pro se.  Actually, it's dated December
19  8, 2022. It's at document 68, where he basically was
20  complaining about the schedule and asking to be released
21  because of the length of the delay. He did not mention any
22  complaints about counsel or issues in that letter.
23      Since that time the parties engaged in significant
24  motions practice. Over the summer -- over this past summer
25  there's been just extensive communication between the parties

1   regarding the evidence the Government sought to put on at
2   trial, the various motions that were pending, the mode of
3   trial, agreements with respect to testimony, witnesses,
4   stipulations, exchange of witness lists, exchange -- the
5   Government provided witness lists and a fairly detailed list
6   of which witnesses they intended to call.
7       There was an evidence review at the U.S. Attorney's
8   Office with defense counsel to show them all of the child
9   exploitation videos other than those charged in the indictment
10  so that they could be aware of what the Government sought to
11  introduce and also so they could lodge any objections as we
12  had a motions in limine pending.
13      The defendant over the summer was provided with the
14  majority of the Government's exhibits. And then at some point
15  additional files on the defendant's phone which had been
16  encrypted were located and they depicted the defendant engaged
17  in sex acts with one of the victims. The defense counsel was
18  immediately notified literally that evening by e-mail and
19  brought in within a day or two to view those pictures and
20  videos, or those videos.
21      Then on September the 5th as Your Honor mentioned there
22  was a pretrial conference. There was also motions in limine
23  and the Court ruled, Judge Russell ruled against the defendant
24  and told the defendant at that hearing that the mandatory
25  minimum, in fact, was 25 years for a single count of

production or child exploitation which had been in some dispute based on his prior record. So he learned that for the first time that that was the Court's ruling which Your Honor --

**THE COURT:** 25 years?

**MR. BUDLOW:** So the production which is normally 15 to 30 because of the defendant's prior conviction for second degree sex offense in Maryland he learned would now be 25 years at the minimum and 50 at the maximum, which effectively meant that after trial he would be facing a 35-year mandatory minimum sentence because there's also a count of 18 United States Code 2260(a) which is a recidivist penalty for someone who has committed the crime of either production or coercion and enticement while being a registered sex offender which the defendant was, as a ten-year consecutive sentence. So effectively if he were convicted at trial, the least sentence that he could get is 35 years.

That same -- so the defendant through counsel literally towards the end of that hearing requested the postponement. Counsel did not support the request. They essentially made the request on behalf of the defendant. None of the bases that he provided made any sense. The Government opposed and Judge Russell denied that request, in part because this case -- because of the history of this case and part because there are 16 minor victims, many of whom are planning on coming from

1    places such as Tennessee, Alabama, Ohio, Virginia, other
2    places in Maryland and I think I left one out -- Louisiana.
3    They've been contacted and interviewed and are preparing as
4    well. Some of their family members are coming with them. Some
5    of their family members are coming instead of them. And all of
6    those as you can imagine, enormous preparations for a trial of
7    this magnitude that it will last into a third week for sure
8    we're going on. So Judge Russell denied the postponement.
9        Later that afternoon in the courthouse the Government
10   allowed counsel to meet with the defendant at a computer by
11   themselves to review these additional files that showed the
12   defendant, his face and his tattoos, engaging in sex acts with
13   one of the victims. So very compelling evidence for the
14   defendant to see.
15       Two days later -- so that was September the 5th. Two days
16   later we went back to Judge Russell for a continuation of the
17   motions hearing where the defendant lost a couple of his
18   requests, one of which would now allow the Government to use
19   the defendant's prior convictions and other evidence of sexual
20   molestation of children at trial, evidence that would be heard
21   by a jury.
22       On September the 8th, one day later, we hear from defense
23   counsel that the defendant wants to fire his lawyers. During
24   all of my interactions in this case with counsel, I am not
25   aware of any displeasure that has ever been expressed with

1   respect to counsel, not that they would be required to tell me
2   that. There's been no filings by the defendant. There has been
3   no indication that that case was doing anything other than
4   heading directly for the trial that all the parties were
5   preparing for.
6       Then today there's been a host of issues from the
7   defendant, from claiming that he wasn't provided his
8   medication which I don't know is true; claiming we hear from
9   the marshals through Judge Russell that he refused to wear his
10  court attire.  When he was in court this morning he says
11  that's not the case, in fact it just didn't fit him. We've
12  heard variations of threats that the defendant has made
13  against counsel and -- defense counsel to be clear, against
14  the Court.
15      I've heard and I don't know if this is true, that he may
16  have been in the mental health facility. And then during the
17  proceedings before Judge Russell, momentarily when Judge
18  Russell was attempting to address sort of an outline of where
19  we were heading today, the defendant had a few outbursts
20  stating repeatedly, "I was abused by my attorneys" and then
21  "They sexually abused me over at the city jail." Which even
22  after Judge Russell told him to stop saying that, he said it
23  at least a second time. "They sexually abused me over at the
24  city jail."
25      And so, Your Honor, I want to make sure that -- I know

1    I'm stepping out of the courtroom, you're going to have
2    questions for the defense, some of this will come up, that
3    this record indicates on its face that this defendant is
4    gaming the system, is acting out in a way to get what he
5    wants. And what he wants is -- what he wants now, today, is
6    not to go to trial. What he wants ultimately is with his
7    extremely displeasure with the prospect of serving the rest of
8    his life in prison which nobody wants, everybody would be
9    stressed by and maybe lots of people would act out by it.  But
10   the Government's view is this defendant shouldn't be allowed
11   to control the court system by last second postponements, last
12   second requests for counsel to be changed and then when all of
13   that fails, acting out in an incredibly intentional,
14   undignified and false way which clearly shows that regardless
15   of what mental health issues he may have legitimately or may
16   have presented in the past that I'm not aware of but I just
17   got maybe a brief summary of from defense counsel, that
18   regardless of any of that, he knows what's going on today. He
19   knows what he's trying to do, and he is making a very rational
20   albeit but unique allegation in an attempt to get what he
21   wants, which is to not go to trial today.
22        And I'm certainly happy to answer any other of Your
23   Honor's questions either now or if during the hearing I'll
24   step outside if you have any questions for me.
25              **THE COURT:**  All right, thank you, Mr. Budlow.  Any

1  objection to conducting the hearing ex parte?

2  **MR. BUDLOW:** No, Your Honor.

3  **THE COURT:** I'll ask you all to be excused then, but
4  please stand nearby to be recalled at the appropriate time.

5  **(Government parties exited the courtroom.)**

6  **(Ex parte portion of proceeding took place.)**

7  **(Government parties reentered the courtroom.)**

8  **THE COURT:** All right. So Government counsel has
9  returned with the case agent in this case. Just to apprise the
10 Government, the request to discharge the Federal Public
11 Defender was denied for reasons stated on the ex parte record.

12      Are there any questions for me, or any other issues that
13 counsel wanted to raise with me, Mr. Budlow?

14  **MR. BUDLOW:** Court's indulgence. Your Honor, if Your
15 Honor thinks it is appropriate, I would inquire as to if the
16 Court -- I would like to know if the defendant has requested
17 to proceed pro se. All I know for sure is that he's requested
18 to discharge the Federal Public Defender's Office.

19  **THE COURT:** He did not make a request to proceed pro
20 se. He maintained his request to dismiss his current counsel.

21  **MR. BUDLOW:** May I inquire with the Court if you
22 believe that a Faretta hearing is necessary before Judge
23 Russell?

24  **THE COURT:** I don't see a basis for it. Obviously he
25 may go back in front of Judge Russell and say he wants to

1  represent himself, at which point I expect Judge Russell would
2  take on the Faretta issue. And you indicated earlier in your
3  discussions with Judge Russell, it sounded like he wanted to
4  take that on anyway, even if the Faretta issue was raised
5  here.  But he did not make a request to me to be permitted to
6  represent himself.
7            **MR. BUDLOW:**  Okay.  Thank you, Your Honor.
8            **THE COURT:**  Okay. Anything else?
9            **MR. BUDLOW:**  No.
10           **THE COURT:**  Anything else from you, Ms. Francik, or
11 Ms. Newberger?
12           **MS. FRANCIK:**  Nothing further.
13           **THE COURT:**  Okay, thank you all.
14           **(Proceeding was concluded at 11:42 a.m.)**

**CERTIFICATE OF OFFICIAL REPORTER**

I, Nadine M. Bachmann, Registered Merit Reporter and Certified Realtime Reporter, do hereby certify that the foregoing is a correct transcript of the audio-recorded proceedings in the above-entitled matter, audio recorded via FTR Gold on November 25, 2019, and transcribed from the audio recording to the best of my ability and that said transcript has been compared with the audio recording.

Dated this <u>12th</u> day of <u>November, 2023</u>

-S-
_____
NADINE M. BACHMANN   RMR, CRR
FEDERAL OFFICIAL COURT REPORTER

# 1

**100** [1] - 1:19
**11** [2] - 1:9, 8:16
**11-day** [1] - 3:20
**11:42** [1] - 15:14
**12th** [1] - 16:13
**15** [3] - 3:3, 6:21, 10:6
**16** [1] - 10:25
**18** [1] - 10:11

# 2

**2019** [1] - 16:9
**2020** [3] - 3:7, 3:10, 6:20
**2021** [1] - 6:23
**2022** [11] - 3:6, 3:18, 7:14, 7:16, 7:23, 8:2, 8:5, 8:8, 8:13, 8:19
**2023** [3] - 1:9, 8:17, 16:13
**21201** [2] - 1:15, 1:20
**2260(a** [1] - 10:12
**25** [4] - 9:25, 10:5, 10:8, 16:9
**27** [1] - 3:2
**27th** [1] - 8:15

# 3

**30** [1] - 10:7
**35** [1] - 10:17
**35-year** [1] - 10:10
**36** [1] - 1:15

# 4

**40** [1] - 6:21
**4th** [1] - 1:15

# 5

**50** [1] - 10:9
**5th** [6] - 4:2, 7:15, 8:5, 8:15, 9:21, 11:15

# 6

**68** [1] - 8:19

# 7

**7B** [1] - 1:10
**7th** [1] - 4:2

# 8

**8** [1] - 8:19
**8th** [1] - 11:22

# 9

**9th** [1] - 1:19

# A

**a.m** [1] - 15:14
**ability** [1] - 16:10
**above-entitled** [1] - 16:8
**abused** [3] - 12:20, 12:21, 12:23
**accounts** [1] - 7:12
**acknowledge** [1] - 5:21
**act** [1] - 13:9
**acting** [2] - 13:4, 13:13
**acts** [3] - 7:7, 9:17, 11:12
**add** [3] - 4:12, 6:4, 6:19
**addition** [1] - 4:21
**additional** [3] - 7:20, 9:15, 11:11
**additionally** [1] - 7:10
**address** [1] - 12:18
**afternoon** [1] - 11:9
**Agent** [2] - 1:22, 2:7
**agent** [1] - 14:9
**ago** [1] - 8:16
**agreements** [1] - 9:3
**agrees** [1] - 6:2
**Aided** [1] - 1:25
**Alabama** [1] - 11:1
**albeit** [1] - 13:20
**allegation** [1] - 13:20
**allow** [1] - 11:18
**allowed** [2] - 11:10, 13:10
**AMERICA** [1] - 1:3
**America** [1] - 2:2
**answer** [1] - 13:22
**anticipate** [1] - 2:22
**anyway** [1] - 15:4
**apparent** [1] - 6:17
**applied** [1] - 6:21
**appointed** [1] - 3:9
**appreciate** [1] - 4:15
**apprise** [1] - 14:9
**appropriate** [2] - 14:4, 14:15
**argument** [1] - 4:20
**arraigned** [1] - 3:12
**assigned** [1] - 8:7
**Assistant** [1] - 2:6
**assuming** [2] - 5:13, 6:21
**attempt** [2] - 6:14, 13:20
**attempting** [1] - 12:18
**attire** [1] - 12:10
**ATTORNEY** [2] - 1:8, 1:14
**Attorney** [1] - 2:6
**attorney** [4] - 2:17, 2:23, 7:1, 7:11
**Attorney's** [1] - 9:7
**attorneys** [1] - 12:20
**audio** [4] - 16:7, 16:8, 16:9, 16:11
**audio-recorded** [1] - 16:7
**August** [1] - 8:8
**available** [1] - 8:14
**aware** [5] - 6:6, 7:22, 9:10, 11:25, 13:16

# B

**Bachmann** [1] - 16:5
**BACHMANN** [1] - 16:16
**Baltimore** [3] - 1:10, 1:15, 1:20
**based** [3] - 2:17, 2:25, 10:2
**bases** [1] - 10:21
**basis** [1] - 14:24
**BEFORE** [1] - 1:8
**begin** [2] - 3:15, 3:16
**behalf** [3] - 2:5, 2:11, 10:21
**best** [1] - 16:10
**between** [1] - 8:25
**bit** [5] - 4:15, 4:17, 4:19, 4:21, 4:25
**Blake** [1] - 8:7
**brief** [1] - 13:17
**briefly** [1] - 4:25
**brought** [3] - 5:23, 7:4, 9:19
**BUDLOW** [18] - 1:13, 2:2, 3:24, 4:7, 4:14, 4:23, 5:13, 5:20, 6:4, 6:11, 8:3, 8:7, 10:6, 14:2, 14:14, 14:21, 15:7, 15:9
**Budlow** [7] - 2:5, 2:15, 3:23, 4:6, 4:11, 13:25, 14:13
**BY** [4] - 1:13, 1:14, 1:18, 1:18

# C

**case** [15] - 3:1, 3:9, 3:10, 4:12, 8:4, 8:7, 8:10, 8:13, 10:23, 10:24, 11:24, 12:3, 12:11, 14:9
**CASE** [1] - 1:4
**certainly** [1] - 13:22
**CERTIFICATE** [1] - 16:1
**Certified** [1] - 16:6
**certify** [1] - 16:6
**change** [1] - 6:14
**changed** [1] - 13:12
**charged** [3] - 3:1, 6:22, 9:9
**charges** [1] - 3:13
**Charles** [2] - 1:15, 1:19
**chats** [1] - 7:1
**child** [7] - 3:3, 3:4, 3:5, 6:22, 7:21, 9:8, 10:1
**children** [1] - 11:20
**chronology** [1] - 6:17
**circumstances** [1] - 5:5
**city** [2] - 12:21, 12:24
**claiming** [2] - 12:7, 12:8
**clear** [2] - 6:13, 12:13
**clearly** [1] - 13:14
**Code** [1] - 10:12
**coercion** [2] - 3:3, 10:13
**Colleen** [1] - 2:6
**COLLEEN** [1] - 1:14
**coming** [4] - 7:22, 10:25, 11:4, 11:5
**committed** [1] - 10:13
**communication** [1] - 8:25
**compared** [1] - 16:11
**compelling** [1] - 11:13
**complaining** [1] - 8:20
**complaints** [1] - 8:22
**computer** [1] - 11:10
**Computer** [1] - 1:25
**Computer-Aided** [1] - 1:25
**concluded** [1] - 15:14
**conducted** [4] - 2:23, 4:1, 5:18, 6:24
**conducting** [1] - 14:1
**conference** [2] - 3:25, 9:22
**consecutive** [1] - 10:15
**contacted** [1] - 11:3
**contained** [1] - 3:13
**continuation** [1] - 11:16
**continued** [1] - 4:2
**control** [2] - 7:12, 13:11
**convicted** [1] - 10:16
**conviction** [1] - 10:7
**convictions** [1] - 11:19
**Corn** [2] - 1:22, 2:7
**correct** [4] - 2:20, 3:22, 4:5, 16:7
**counsel** [23] - 2:6, 2:19, 2:20, 4:9, 5:2, 5:5, 6:24, 8:22, 9:8, 9:17, 10:18, 10:20, 11:10, 11:23, 11:24, 12:1, 12:13, 13:12, 13:17, 14:8, 14:13, 14:20
**count** [4] - 3:3, 3:4, 9:25, 10:11
**counts** [2] - 3:2, 3:3
**couple** [1] - 11:17
**course** [1] - 4:14
**court** [4] - 5:8, 12:10, 13:11
**COURT** [23] - 1:1, 2:8, 2:13, 2:22, 3:25, 4:8, 4:22, 5:12, 5:16, 6:3, 6:10, 8:1, 8:6, 10:5, 13:25, 14:3, 14:8, 14:19, 14:24, 15:8, 15:10, 15:13, 16:16
**Court** [9] - 2:18, 5:7, 6:13, 6:17, 8:18, 9:23, 12:14, 14:16, 14:21
**Court's** [2] - 4:15, 10:3
**court's** [1] - 14:14
**courthouse** [2] - 7:5, 11:9
**Courtney** [1] - 2:10
**COURTNEY** [1] - 1:18
**courtroom** [4] - 6:6, 13:1, 14:5, 14:7
**Courtroom** [1] - 1:10
**crime** [1] - 10:13
**Criminal** [1] - 2:3
**CRR** [1] - 16:16
**current** [3] - 2:19, 4:9, 14:20
**cursory** [1] - 4:11

# D

**date** [1] - 8:15
**Dated** [1] - 16:13
**dated** [1] - 8:18
**days** [2] - 11:15
**deal** [1] - 5:8
**December** [5] - 7:15, 8:4, 8:10, 8:15, 8:18
**defendant** [27] - 5:11,

5:25, 6:14, 6:19, 6:25, 7:4, 7:11, 8:17, 9:13, 9:16, 9:23, 9:24, 10:15, 10:18, 10:21, 11:10, 11:12, 11:14, 11:17, 11:23, 12:2, 12:7, 12:12, 12:19, 13:3, 13:10, 14:16
**Defendant** [1] - 1:6
**DEFENDANT** [1] - 1:17
**defendant's** [4] - 5:2, 9:15, 10:7, 11:19
**Defender** [2] - 3:8, 14:11
**DEFENDER** [1] - 1:19
**Defender's** [1] - 14:18
**defense** [11] - 2:18, 7:1, 7:15, 7:18, 7:21, 9:8, 9:17, 11:22, 12:13, 13:2, 13:17
**degree** [1] - 10:8
**delay** [1] - 8:21
**denied** [5] - 4:5, 4:24, 10:23, 11:8, 14:11
**depicted** [1] - 9:16
**detail** [1] - 7:6
**detailed** [1] - 9:5
**directly** [1] - 12:4
**discharge** [2] - 14:10, 14:18
**discovery** [1] - 4:4
**discussion** [1] - 5:17
**discussions** [2] - 8:12, 15:3
**dismiss** [1] - 14:20
**displeasure** [2] - 11:25, 13:7
**dispute** [1] - 10:2
**distribution** [2] - 3:4, 6:22
**DISTRICT** [2] - 1:1, 1:1
**DIVISION** [1] - 1:2
**docket** [1] - 3:1
**document** [1] - 8:19
**doubt** [1] - 6:15
**draft** [2] - 7:18, 7:20
**during** [5] - 5:8, 7:16, 11:23, 12:16, 13:23

**E**

**e-mail** [2] - 2:18, 9:18
**effectively** [3] - 5:3, 10:9, 10:16
**either** [3] - 5:7, 10:13, 13:23
**encrypted** [1] - 9:16
**end** [1] - 10:19

**ending** [1] - 5:23
**engaged** [4] - 5:22, 8:11, 8:23, 9:16
**engaging** [2] - 7:7, 11:12
**enhancement** [1] - 6:21
**enormous** [1] - 11:6
**entered** [3] - 3:13, 3:18, 8:10
**enticement** [2] - 3:3, 10:14
**entitled** [2] - 6:8, 16:8
**ESQUIRE** [4] - 1:13, 1:14, 1:18, 1:18
**essentially** [1] - 10:20
**evening** [1] - 9:18
**evidence** [9] - 6:23, 7:2, 7:6, 7:10, 9:1, 9:7, 11:13, 11:19, 11:20
**Ex** [1] - 14:6
**ex** [4] - 2:23, 5:8, 14:1, 14:11
**exchange** [2] - 9:4
**excused** [1] - 14:3
**executing** [1] - 7:8
**exhibits** [1] - 9:14
**exited** [1] - 14:5
**expect** [1] - 15:1
**explain** [1] - 4:25
**exploitation** [3] - 3:2, 9:9, 10:1
**expressed** [1] - 11:25
**extensive** [2] - 6:23, 8:25
**extremely** [1] - 13:7

**F**

**face** [2] - 11:12, 13:3
**facility** [1] - 12:16
**facing** [2] - 6:20, 10:10
**fact** [5] - 5:21, 7:7, 7:22, 9:25, 12:11
**fails** [1] - 13:13
**fairly** [2] - 6:23, 9:5
**fall** [1] - 8:12
**false** [1] - 13:14
**family** [2] - 11:4, 11:5
**far** [1] - 7:19
**Faretta** [9] - 5:9, 5:18, 5:23, 6:5, 6:8, 14:22, 15:2, 15:4
**FBI** [3] - 1:22, 2:7, 6:25
**February** [2] - 3:6, 7:23
**FEDERAL** [2] - 1:19,

16:16
**Federal** [3] - 3:8, 14:10, 14:18
**few** [1] - 12:19
**filed** [2] - 3:5, 3:6
**files** [2] - 9:15, 11:11
**filings** [1] - 12:2
**filling** [1] - 4:21
**fire** [1] - 11:23
**first** [3] - 3:19, 5:1, 10:3
**fit** [1] - 12:11
**Floor** [2] - 1:15, 1:19
**following** [1] - 3:6
**FOR** [3] - 1:1, 1:12, 1:17
**foregoing** [1] - 16:7
**forward** [2] - 5:14, 7:24
**Francik** [6] - 2:9, 2:11, 2:20, 6:24, 7:5, 15:10
**FRANCIK** [4] - 1:18, 2:10, 2:21, 15:12
**Friday** [2] - 2:18, 4:10
**front** [2] - 5:18, 14:25
**FTR** [2] - 1:25, 16:9
**full** [1] - 8:9
**fulsome** [1] - 7:3

**G**

**gaming** [1] - 13:4
**GARY** [1] - 1:5
**Gary** [2] - 2:2, 2:11
**given** [1] - 5:5
**GLR-20-0283** [1] - 1:4
**GLR-20-283** [1] - 2:3
**Gold** [1] - 16:9
**GOLD** [1] - 1:25
**Government** [17] - 2:5, 2:24, 5:1, 6:8, 6:12, 7:4, 7:17, 9:1, 9:5, 9:10, 10:22, 11:9, 11:18, 14:5, 14:7, 14:8, 14:10
**Government's** [4] - 6:2, 7:11, 9:14, 13:10
**guilty** [1] - 3:13

**H**

**happy** [1] - 13:22
**heading** [2] - 12:4, 12:19
**health** [2] - 12:16, 13:15
**hear** [2] - 11:22, 12:8
**heard** [4] - 5:5, 11:20,

12:12, 12:15
**HEARING** [1] - 1:8
**hearing** [14] - 2:17, 2:23, 4:1, 5:9, 5:18, 5:22, 5:23, 6:9, 9:24, 10:19, 11:17, 13:23, 14:1, 14:22
**held** [1] - 5:10
**hereby** [1] - 16:6
**highlighting** [1] - 7:7
**himself** [4] - 5:3, 5:11, 15:1, 15:6
**history** [2] - 6:12, 10:24
**Honor** [15] - 2:4, 2:10, 2:21, 3:24, 4:7, 4:18, 6:4, 7:22, 9:21, 10:4, 12:25, 14:2, 14:14, 14:15, 15:7
**Honor's** [1] - 13:23
**HONORABLE** [1] - 1:8
**hopefully** [1] - 6:16
**host** [1] - 12:6

**I**

**II** [1] - 1:19
**imagine** [1] - 11:6
**immediately** [1] - 9:18
**implicitly** [1] - 6:1
**IN** [1] - 1:1
**including** [2] - 7:6, 7:19
**incredibly** [1] - 13:13
**indicated** [2] - 4:8, 15:2
**indicates** [1] - 13:3
**indicating** [1] - 2:19
**indication** [1] - 12:3
**indicted** [1] - 6:20
**indictment** [9] - 3:2, 3:5, 3:6, 3:14, 7:16, 7:18, 7:24, 8:3, 9:9
**indulgence** [1] - 14:14
**information** [1] - 4:17
**initial** [2] - 5:25, 7:20
**inquire** [2] - 14:15, 14:21
**inquiry** [4] - 2:17, 2:23, 5:25, 6:9
**INQUIRY** [1] - 1:8
**instead** [1] - 11:5
**intended** [1] - 9:6
**intentional** [1] - 13:13
**interactions** [1] - 11:24
**interpret** [1] - 5:6
**interviewed** [1] - 11:3
**introduce** [1] - 9:11
**involve** [1] - 3:20

**issue** [3] - 7:13, 15:2, 15:4
**issues** [5] - 5:9, 8:22, 12:6, 13:15, 14:12

**J**

**jail** [2] - 12:21, 12:24
**January** [1] - 8:17
**joined** [1] - 2:11
**joining** [1] - 2:5
**JONES** [1] - 1:5
**Jones** [9] - 2:3, 2:11, 2:14, 2:19, 3:1, 3:9, 3:12, 4:3, 4:9
**judge** [1] - 3:17
**Judge** [20] - 2:4, 3:17, 4:5, 5:10, 5:17, 6:7, 8:7, 8:14, 9:23, 10:22, 11:8, 11:16, 12:9, 12:17, 12:22, 14:22, 14:25, 15:1, 15:3
**JUDGE** [1] - 1:9
**July** [2] - 7:14, 8:2
**jury** [3] - 3:15, 3:20, 11:21

**K**

**Katherine** [1] - 2:12
**KATHERINE** [1] - 1:18
**knows** [2] - 13:18, 13:19

**L**

**last** [9] - 3:12, 4:1, 4:2, 4:10, 6:11, 11:7, 13:11
**late** [1] - 8:13
**lawyers** [1] - 11:23
**learned** [2] - 10:2, 10:8
**least** [5] - 2:24, 3:15, 7:20, 10:16, 12:23
**leave** [1] - 4:19
**left** [1] - 11:2
**legitimately** [1] - 13:15
**length** [1] - 8:21
**letter** [2] - 8:18, 8:22
**life** [1] - 13:8
**limine** [2] - 9:12, 9:22
**Linthicum** [1] - 6:25
**list** [1] - 9:5
**lists** [2] - 9:4, 9:5
**literally** [2] - 9:18, 10:18
**located** [1] - 9:16

**lodge** [1] - 9:11
**long-standing** [1] - 4:16
**looked** [1] - 7:18
**lost** [1] - 11:17
**Louisiana** [1] - 11:2

**M**

**MADDOX** [1] - 1:8
**MAGISTRATE** [1] - 1:9
**magnitude** [1] - 11:7
**mail** [2] - 2:18, 9:18
**maintained** [1] - 14:20
**majority** [1] - 9:14
**mandatory** [2] - 9:24, 10:10
**manipulate** [1] - 6:14
**marshals** [1] - 12:9
**MARYLAND** [1] - 1:1
**Maryland** [5] - 1:10, 1:15, 1:20, 10:8, 11:2
**materials** [1] - 8:8
**matter** [5] - 2:3, 2:15, 3:14, 6:7, 16:8
**MATTHEW** [1] - 1:8
**maximum** [1] - 10:9
**McGuinn** [2] - 1:14, 2:7
**meant** [1] - 10:10
**medication** [1] - 12:8
**meet** [1] - 11:10
**members** [2] - 11:4, 11:5
**mental** [2] - 12:16, 13:15
**mention** [1] - 8:21
**mentioned** [3] - 2:15, 7:23, 9:21
**Merit** [1] - 16:5
**minimum** [3] - 9:25, 10:9, 10:11
**minor** [2] - 7:7, 10:25
**mode** [1] - 9:2
**molestation** [1] - 11:20
**momentarily** [1] - 12:17
**Monday** [1] - 1:9
**months** [1] - 8:16
**morning** [6] - 2:8, 2:9, 2:10, 2:13, 2:14, 12:10
**most** [1] - 2:23
**motions** [6] - 4:1, 8:24, 9:2, 9:12, 9:22, 11:17
**moving** [1] - 7:24
**MR** [17] - 2:2, 3:24,

4:7, 4:14, 4:23, 5:13, 5:20, 6:4, 6:11, 8:3, 8:7, 10:6, 14:2, 14:14, 14:21, 15:7, 15:9
**MS** [3] - 2:10, 2:21, 15:12

**N**

**Nadine** [1] - 16:5
**NADINE** [1] - 16:16
**nearby** [1] - 14:4
**necessary** [2] - 5:10, 14:22
**need** [1] - 5:17
**needs** [2] - 5:24, 6:7
**new** [1] - 8:15
**newberger** [1] - 8:9
**NEWBERGER** [1] - 1:18
**Newberger** [2] - 2:12, 15:11
**nobody** [1] - 13:8
**none** [1] - 10:21
**normally** [1] - 10:6
**NORTHERN** [1] - 1:2
**note** [2] - 2:25, 8:17
**nothing** [1] - 15:12
**notified** [1] - 9:18
**November** [3] - 3:18, 16:9, 16:13
**NUMBER** [1] - 1:4
**number** [2] - 3:21, 7:1
**Number** [1] - 2:3

**O**

**objection** [1] - 14:1
**objections** [1] - 9:11
**obviously** [2] - 5:24, 14:24
**occur** [1] - 7:23
**occurred** [2] - 7:4, 7:24
**October** [3] - 8:13, 8:15
**OF** [6] - 1:1, 1:3, 1:8, 1:14, 1:19, 16:1
**offender** [1] - 10:14
**offense** [1] - 10:8
**Office** [3] - 3:8, 9:8, 14:18
**OFFICE** [2] - 1:14, 1:19
**offices** [1] - 6:25
**OFFICIAL** [2] - 16:1, 16:16
**Ohio** [1] - 11:1
**one** [7] - 3:3, 3:4, 9:17,

11:2, 11:13, 11:18, 11:22
**open** [1] - 5:7
**opposed** [1] - 10:22
**order** [1] - 3:18
**original** [1] - 3:6
**originally** [1] - 6:20
**out-of-state** [1] - 3:22
**outbursts** [1] - 12:19
**outline** [1] - 12:18
**outset** [1] - 3:9
**outside** [3] - 2:24, 6:5, 13:24

**P**

**part** [2] - 10:23, 10:24
**parte** [5] - 2:24, 5:8, 14:1, 14:6, 14:11
**parties** [6] - 8:11, 8:23, 8:25, 12:4, 14:5, 14:7
**past** [2] - 8:24, 13:16
**Paul** [1] - 2:5
**PAUL** [1] - 1:13
**penalties** [1] - 6:20
**penalty** [1] - 10:12
**pending** [3] - 3:10, 9:2, 9:12
**people** [1] - 13:9
**period** [1] - 2:25
**permitted** [1] - 15:5
**phone** [1] - 9:15
**photographs** [1] - 7:9
**pictures** [1] - 9:19
**place** [1] - 14:6
**places** [2] - 11:1, 11:2
**Plaintiff** [1] - 1:3
**PLAINTIFF** [1] - 1:12
**planning** [1] - 10:25
**plea** [1] - 3:13
**point** [11] - 4:19, 4:23, 5:4, 5:20, 6:11, 7:25, 8:1, 8:4, 8:8, 9:14, 15:1
**pornography** [4] - 3:4, 3:5, 6:22, 7:21
**portion** [1] - 14:6
**position** [1] - 6:2
**possession** [1] - 3:4
**postponed** [2] - 7:15, 8:4
**postponement** [4] - 4:4, 4:24, 10:19, 11:8
**postponements** [1] - 13:11
**practice** [1] - 8:24
**precisely** [1] - 6:16
**preparation** [1] - 8:12

**preparations** [1] - 11:6
**preparing** [3] - 8:11, 11:3, 12:5
**presence** [1] - 2:24
**Present** [1] - 1:21
**presented** [1] - 13:16
**presiding** [1] - 3:17
**pretrial** [3] - 3:25, 9:22
**previous** [1] - 3:17
**previously** [1] - 4:3
**prison** [1] - 13:8
**pro** [3] - 8:18, 14:17, 14:19
**proceed** [2] - 14:17, 14:19
**Proceeding** [1] - 15:14
**proceeding** [2] - 5:8, 14:6
**PROCEEDINGS** [1] - 1:8
**Proceedings** [1] - 1:25
**proceedings** [2] - 12:17, 16:8
**process** [2] - 4:18, 7:17
**Produced** [1] - 1:25
**production** [4] - 7:21, 10:1, 10:6, 10:13
**proffer** [3] - 7:3, 7:17, 8:9
**projected** [1] - 3:19
**proof** [1] - 7:12
**prospect** [1] - 13:7
**provided** [7] - 6:18, 7:17, 8:9, 9:5, 9:13, 10:22, 12:7
**PUBLIC** [1] - 1:19
**Public** [3] - 3:8, 14:10, 14:18
**pursuant** [1] - 5:9
**pursues** [1] - 6:5
**put** [2] - 5:14, 9:1

**Q**

**questions** [4] - 13:2, 13:23, 13:24, 14:12
**quite** [1] - 3:10

**R**

**Rachel** [2] - 1:22, 2:7
**raise** [1] - 14:13
**raised** [1] - 15:4
**rational** [1] - 13:19
**Realtime** [1] - 16:6
**reasons** [1] - 14:11

**reassigned** [1] - 8:14
**recalled** [1] - 14:4
**received** [1] - 2:18
**recidivist** [2] - 6:21, 10:12
**record** [6] - 4:21, 5:4, 5:15, 10:2, 13:3, 14:11
**recorded** [2] - 16:7, 16:8
**Recorded** [1] - 1:25
**recording** [2] - 16:10, 16:11
**redone** [1] - 6:7
**reentered** [1] - 14:7
**referral** [1] - 2:4
**referred** [1] - 2:15
**refused** [1] - 12:9
**regarding** [1] - 9:1
**regardless** [2] - 13:14, 13:18
**registered** [1] - 10:14
**Registered** [1] - 16:5
**related** [1] - 8:8
**relating** [3] - 7:2, 7:11, 7:12
**released** [1] - 8:20
**repeatedly** [1] - 12:20
**REPORTER** [2] - 16:1, 16:16
**Reporter** [2] - 16:5, 16:6
**represent** [5] - 3:9, 5:3, 5:11, 15:1, 15:6
**request** [14] - 4:5, 4:9, 4:10, 4:24, 5:2, 5:3, 7:15, 10:20, 10:21, 10:23, 14:10, 14:19, 14:20, 15:5
**requested** [3] - 10:19, 14:16, 14:17
**requests** [2] - 11:18, 13:12
**required** [1] - 12:1
**respect** [2] - 9:3, 12:1
**rest** [1] - 13:7
**returned** [1] - 14:9
**reverse** [3] - 7:3, 7:17, 8:9
**review** [6] - 2:25, 4:4, 4:16, 6:23, 9:7, 11:11
**reviewed** [1] - 7:10
**RMR** [1] - 16:16
**ROCKY** [1] - 1:5
**Rocky** [1] - 2:3
**ruled** [2] - 9:23
**ruling** [1] - 10:3
**Russell** [18] - 2:4, 3:17, 4:5, 5:10, 5:17,

8:14, 9:23, 10:23, 11:8, 11:16, 12:9, 12:17, 12:18, 12:22, 14:23, 14:25, 15:1, 15:3

### S

**schedule** [3] - 6:15, 7:14, 8:20
**scheduled** [5] - 2:4, 3:14, 3:15, 8:2, 8:10
**scheduling** [1] - 3:18
**se** [3] - 8:18, 14:17, 14:20
**search** [1] - 7:8
**seated** [1] - 2:14
**second** [4] - 10:7, 12:23, 13:11, 13:12
**see** [5] - 5:6, 6:13, 6:17, 11:14, 14:24
**seeking** [2] - 5:11, 7:16
**sees** [3] - 4:18, 5:1, 6:12
**selection** [1] - 3:15
**sense** [1] - 10:22
**sentence** [3] - 10:11, 10:15, 10:16
**September** [8] - 1:9, 3:10, 4:2, 6:20, 9:21, 11:15, 11:22
**serving** [1] - 13:7
**set** [1] - 8:15
**setting** [1] - 3:19
**sex** [5] - 7:7, 9:17, 10:8, 10:14, 11:12
**sexual** [2] - 3:2, 11:19
**sexually** [2] - 12:21, 12:23
**show** [1] - 9:8
**showed** [1] - 11:11
**showing** [1] - 7:6
**shown** [2] - 6:25, 7:1
**shows** [1] - 13:14
**significance** [1] - 4:13
**significant** [3] - 7:10, 8:12, 8:23
**similar** [1] - 5:20
**single** [1] - 9:25
**someone** [1] - 10:12
**sometime** [1] - 7:3
**somewhat** [1] - 6:1
**sort** [4] - 4:11, 4:17, 4:21, 12:18
**sought** [3] - 8:4, 9:1, 9:10
**sounded** [1] - 15:3
**Special** [2] - 1:22, 2:7
**specify** [1] - 2:16

**spring** [1] - 6:23
**stand** [1] - 14:4
**standing** [1] - 4:16
**start** [1] - 4:23
**state** [1] - 3:22
**STATES** [4] - 1:1, 1:3, 1:9, 1:14
**States** [3] - 2:2, 2:6, 10:12
**stating** [1] - 12:20
**status** [1] - 4:12
**step** [1] - 13:24
**stepping** [1] - 13:1
**still** [1] - 5:10
**stipulations** [1] - 9:4
**stop** [1] - 12:22
**Street** [2] - 1:15, 1:19
**stressed** [1] - 13:9
**suddenly** [2] - 4:25, 8:13
**summary** [2] - 4:11, 13:17
**summer** [3] - 8:24, 9:13
**superseding** [7] - 3:2, 3:5, 3:14, 7:16, 7:18, 7:23, 8:3
**supplement** [1] - 4:15
**support** [1] - 10:20
**system** [3] - 6:14, 13:4, 13:11

### T

**table** [1] - 2:6
**Tang** [1] - 2:12
**tattoo** [2] - 7:8, 7:9
**tattoos** [1] - 11:12
**ten** [2] - 7:20, 10:15
**ten-year** [1] - 10:15
**Tennessee** [1] - 11:1
**terminate** [1] - 5:2
**terminated** [2] - 2:20, 4:10
**testifying** [1] - 3:21
**testimony** [1] - 9:3
**THE** [27] - 1:1, 1:1, 1:8, 1:12, 1:14, 1:17, 1:19, 2:8, 2:13, 2:22, 3:25, 4:8, 4:22, 5:12, 5:16, 6:10, 8:1, 8:6, 10:5, 13:25, 14:3, 14:8, 14:19, 14:24, 15:8, 15:10, 15:13
**themselves** [1] - 11:11
**they've** [1] - 11:3
**thinks** [1] - 14:15
**third** [1] - 11:7
**thorough** [1] - 4:16
**threats** [1] - 12:12

**Thursday** [1] - 4:2
**today** [11] - 3:15, 3:16, 3:19, 5:2, 5:14, 8:16, 12:6, 12:19, 13:5, 13:18, 13:21
**took** [1] - 14:6
**towards** [1] - 10:19
**Tower** [1] - 1:19
**transcribed** [1] - 16:9
**Transcript** [1] - 1:25
**transcript** [2] - 16:7, 16:10
**TRANSCRIPT** [1] - 1:8
**Transcription** [1] - 1:25
**trial** [26] - 3:14, 3:20, 4:4, 4:16, 5:1, 5:13, 6:15, 7:12, 7:14, 8:1, 8:10, 8:11, 8:12, 8:15, 8:16, 9:2, 9:3, 10:10, 10:16, 11:6, 11:20, 12:4, 13:6, 13:21
**true** [2] - 12:8, 12:15
**trying** [1] - 13:19
**Tuesday** [1] - 4:1
**two** [3] - 9:19, 11:15

### U

**U.S** [1] - 9:7
**ultimately** [1] - 13:6
**understood** [1] - 5:22
**undignified** [1] - 13:14
**unique** [1] - 13:20
**UNITED** [4] - 1:1, 1:3, 1:9, 1:14
**United** [3] - 2:2, 2:6, 10:11
**up** [4] - 4:25, 5:22, 7:19, 13:2

### V

**variations** [1] - 12:12
**various** [1] - 9:2
**versus** [1] - 5:19
**via** [1] - 16:8
**victims** [7] - 3:21, 3:22, 7:19, 7:20, 9:17, 10:25, 11:13
**videos** [5] - 7:1, 7:6, 9:9, 9:20
**view** [2] - 9:19, 13:10
**Virginia** [1] - 11:1
**visible** [1] - 7:8
**vs** [1] - 1:4

### W

**wants** [8] - 11:23, 13:5, 13:6, 13:8, 13:21, 14:25
**warrant** [1] - 7:8
**wear** [1] - 12:9
**week** [3] - 3:12, 4:1, 11:7
**wish** [1] - 2:19
**witness** [2] - 9:4, 9:5
**witnesses** [4] - 3:21, 3:22, 9:3, 9:6
**wound** [2] - 5:22, 7:19
**wrist** [1] - 7:9
**wrote** [1] - 8:17

### Y

**year** [1] - 10:15
**years** [5] - 6:21, 9:25, 10:5, 10:9, 10:17