```
 1                 IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF MARYLAND
 2                        NORTHERN DIVISION

 3     UNITED STATES OF AMERICA,)
             Plaintiff ,        )
 4                              )
             vs.                )   CASE NUMBER: GLR 20-0283
 5                              )
       GARY ROCKY JONES,        )        STATUS CONFERENCE
 6           Defendant.         )
       _____)
 7
                        TRANSCRIPT OF PROCEEDINGS
 8           BEFORE THE HONORABLE GEORGE LEVI RUSSELL, III
                      UNITED STATES DISTRICT JUDGE
 9                   Monday, September 11, 2023
                        BALTIMORE, MARYLAND
10

11                   A P P E A R A N C E S

12     FOR THE PLAINTIFF:
             BY: PAUL BUDLOW, ESQUIRE
13               COLLEEN McGUINN, ESQUIRE
                  OFFICE OF THE UNITED STATES ATTORNEY
14               36 S. Charles Street, 4th Floor
                 Baltimore, Maryland  21201
15
       FOR THE DEFENDANT:
16           COURTNEY FRANCIK, ESQUIRE
             KATHERINE NEWBERGER, ESQUIRE
17           Office of the Federal Public Defender
             100 S. Charles Street, Tower II, 9th Floor
18           Baltimore, Maryland  21201

19     Also Present:

20     Rachel Corn, Special Agent, FBI

21     _____

22
                           Reported by:
23               Nadine M. Bachmann, CRR, RMR
         101 W. Lombard Street, 4th Floor Clerk's Office
24                 Baltimore, Maryland  21201
                         410-962-4753
25               nadine_bachmann@mdd.uscourts.gov
```

```
 1              P R O C E E D I N G S

 2         (9:38 a.m.)

 3              MR. BUDLOW:  Your Honor, good morning.  This is

 4     United States of America v. Gary Rocky Jones. Criminal Number

 5     GLR 20-0283, scheduled before Your Honor this morning to begin

 6     a jury trial. I'm Paul Budlow on behalf of the Government.

 7     Joining me at counsel table is Assistant United States

 8     Attorney Colleen McGuinn, FBI Special Agent Rachel Corn.

 9              THE COURT:  Okay, very well. Good morning. You can

10     have a seat.  Counsel.

11              MS. FRANCIK:  Good morning, Your Honor.  Courtney

12     Francik on behalf of Mr. Gary Jones.  I'm joined here with my

13     colleague, Katherine Tang Newberger.

14              THE COURT:  All right, thank you very much.  And

15     thank you very much for the correspondence late last week, as

16     well as on Sunday. We are here -- we were here initially for a

17     status conference related to activity that has occurred over

18     the course of the past couple of--

19              (Discussion was held off the record.)

20              THE COURT:  So we're here for the purposes of a

21     status conference. There was a flurry of activity that

22     occurred over the course of the past 72, and certainly 24

23     hours. I was advised and we put in place -- I was advised that

24     Mr. Jones indeed wanted to fire or discharge his attorney. I

25     put in a request for a status call. Mr. Jones I just learned
```

1     refuses to put on his court clothes, so he's going to be

2     brought up momentarily in a jumpsuit. He's also going to be

3     fully shackled.

4         It's been brought to my attention from the marshal

5     service that he threatened his lawyers and he imposed a threat

6     on me. I wasn't aware of that until two minutes ago. For the

7     sake of transparency I'm bringing him up. Counsel, certainly

8     he will be shackled. You can either sit at trial table or not

9     sit at trial table. I don't know what your comfort level is.

10        Once I disclose to Mr. Jones sort of why we're here and

11    where we are I'm going to refer him to Judge Maddox for an

12    attorney -- a formal attorney inquiry hearing. I did not think

13    it was appropriate for me to handle the attorney inquiry

14    hearing because I'm the presiding judge in the case and I did

15    not know the nature of his displeasure with his attorneys, so

16    I'm going to allow Judge Maddox to handle that portion of it.

17        I know Mr. Budlow had indicated in his correspondence to

18    me that there could be an expansion of the scope of the

19    attorney inquiry hearing regarding a potential -- I don't know

20    whether or not it was based upon information,

21    self-representation, I don't know.  But that's sort of where

22    we are from my perspective.

23        And so I invite counsel -- and I will recap this for Mr.

24    Jones's benefit so that he is not -- so he is assured that any

25    discussions outside of his presence he has been made aware of.

1        So is there any other comments or questions upon how I

2    should proceed?

3            **MR. BUDLOW:**  I'm happy to address now and also later

4    if you want to put this back on the record in front of the

5    defendant. I guess to be clear, I'm not necessarily asking for

6    an expansion of the attorney inquiry hearing.  I guess I first

7    want to point out that I don't believe that an attorney

8    inquiry hearing is necessary, not that I'm objecting to it. I

9    don't think this close to trial given the proceedings last

10   week and the motions being denied and the defendant suddenly

11   asking for a postponement without basis and it getting denied,

12   that there needs to be an attorney inquiry hearing. But like

13   you, I don't know what the nature of this sudden request is in

14   terms of dealings with counsel.

15           **THE COURT:**  Well, I know that -- I received

16   information that there was a death threat put on his

17   attorneys.

18           **MR. BUDLOW:**  Oh, I'm sorry.  I was only referring to

19   what we knew last week.

20           **THE COURT:**  No, no, no. This morning I was advised

21   by the marshal service that -- and again, I'm not going to ask

22   you what -- whether or not that's accurate or inaccurate. This

23   is information that I got from the U.S. Marshal that he

24   threatened his present counsel and that he threatened me.

25           **MR. BUDLOW:**  And that's obviously new information.

 1    And my point still though is that to the extent that Judge

 2    Maddox is going to be hearing this, I'm asking the Court maybe

 3    to address a couple of things with us. One is what is Judge

 4    Maddox being requested to do and what's the scope of his

 5    inquiry. And what the Government suggests would be appropriate

 6    here, I mean, this court, the District Court controls its

 7    schedule. And if the situation is that the defendant wants to

 8    fire his counsel, which is where we were on Friday, I believe

 9    that it would be appropriate for this Court before sending the

10    case to Judge Maddox, to inform the defendant that his

11    postponement has been denied and that what he is facing now is

12    proceeding to trial today as planned either with this counsel

13    -- and again, I recognize this is before the recent

14    developments of the death threat -- or he can proceed pro se.

15    And if he were to proceed pro se, the Government's view is

16    that the District Court should hold and is required to hold a

17    Faretta hearing.

18         I don't know that a Faretta hearing cannot be referred to

19    a magistrate judge. I don't see any reason why it would be

20    because unlike the attorney/client issues that occur

21    occasionally at the attorney inquiry hearing, a Faretta

22    hearing is on the record, the Government needs to be there, it

23    needs to be on the record and the defendant is advised of

24    certain things relating to his voluntarily and knowingly

25    waiving his right to have counsel --

1      **THE COURT:**  And timely doing it.

2      **MR. BUDLOW:**  --and to represent himself.  And I

3  guess I want to make sure that in sending the matter to Judge

4  Maddox for whatever basis, the Court is not unintentionally

5  providing an avenue for postponement that the Court isn't

6  otherwise viewing as something that should happen.

7      So again, if there needs to be things said to Judge

8  Maddox, fine. I think the defendant needs to be made aware,

9  assuming this is the Court's view, that the case is going to

10  trial and if you're able to fire your attorneys, then you're

11  going to trial pro se.

12      **THE COURT:**  Right. Understand that he may choose not

13  to exercise his right of self-representation. And if he

14  demands new counsel be appointed and he does not waive his

15  right to counsel, then that puts us in another set of

16  circumstances, depending on whether or not Judge Maddox

17  believes that he should be -- that counsel should, indeed, be

18  discharged.

19      **MR. BUDLOW:**  Right.  I guess -- I think Judge Maddox

20  maybe could weigh in on that. I don't believe Judge Maddox

21  would be in a position to weigh in on whether or not new

22  counsel should be appointed because the trial is set to start

23  today.  And that would be something for this Court to

24  determine in its role as controlling the scheduling.  If the

25  defendant wants to fire his counsel, first of all Judge Maddox

```
1    would need to know so much information to determine whether or

2    not the defendant is potentially gaming the system, which is

3    the Government's view of what's happening here. That's a lot

4    to bring him up to speed on, which I can do.

5              THE COURT:  Well, I'll tell you what.  If he's

6    coming -- is he coming out?

7              A U.S. MARSHAL:  I'm not going to bring him out, Your

8    Honor, until you're ready.

9              THE COURT:  What is his disposition?

10             A U.S. MARSHAL:  He's saying that he did not get his

11   medication this morning.  He's pretty calm otherwise.

12             THE COURT:  Okay. So here's what I'll do. Can we

13   confirm -- can we confirm whether or not he was given his

14   medication in the morning?

15             A U.S. MARSHAL:  I can confirm that.

16             THE COURT:  We'll confirm that. In the meantime,

17   counsel, do you wish to have the defendant seated in the

18   middle seat or do you --

19             MS. FRANCIK:  Yes, Your Honor.

20             THE COURT:  You do?

21             MS. FRANCIK:  Yes.

22             THE COURT:  Very good. So we can bring him out and

23   then we'll confirm about his medication.

24             (Defendant entered the courtroom.)

25             THE COURT:  Mr. Budlow, just for the record, could
```

1    you please call the case again for me, please?

2            **MR. BUDLOW:**  Yes, Your Honor.  Calling United States

3    of America v. Gary Rocky Jones. Criminal Number GLR 20-0283,

4    scheduled before Your Honor this morning both for a jury

5    trial, and some preliminary matters. I'm Paul Budlow on behalf

6    of the Government. Joining me at counsel table is Assistant

7    United States Attorney Colleen McGuinn and FBI Special Agent

8    Rachel Corn.

9            **THE COURT:** Very good, thank you.  Ms. Francik.

10           **MS. FRANCIK:**  Hello, Your Honor.  Courtney Francik

11   on behalf of Gary Jones.  I'm joined here by my colleague,

12   Katherine Tang Newberger.

13           **THE COURT:**  Very well.  Thank you.  Good morning and

14   good morning to you, Mr. Jones. We are here for the purposes

15   of at least a status hearing related to this case. We're

16   currently set for trial this morning. A jury has been

17   summonsed. We are ready to go.

18       Late Friday this Court received information that you

19   sought to discharge your attorneys from representing you. I do

20   not know whether or not that coincided with your affirmative

21   decision to represent yourself and waive your right to

22   counsel.

23       Upon receipt of this information Friday I put steps in

24   place to have an attorney inquiry hearing to determine whether

25   or not the circumstances related to your attorneys are so

 1    irreconcilable as to require that counsel be discharged, or

 2    whether or not they will be allowed to be discharged as your

 3    attorneys. Just because you wish to discharge your attorneys

 4    on the day of trial does not automatically give you the right

 5    to not have representation. And so the attorney inquiry

 6    hearing would be set up to determine whether or not you would

 7    even be allowed to discharge your attorneys and whether or not

 8    you waived that right.

 9        Further, in the event that you chose to discharge your

10    attorneys, you have to affirmatively waive your right to

11    counsel and proceed by representing yourself. That waiver of

12    your right to counsel needs to be clear and unequivocal, as

13    well as timely. And given the fact that this case -- we are on

14    the start date of this trial with jurors summonsed, there

15    seems to be some question as to whether or not that is timely.

16        In addition, there appear to be circumstances which may

17    give rise to you attempting to manipulate the court docket. I

18    have not made a specific finding on that at this point in

19    time, but given your postponement request that has been

20    previously denied, as well as the fact that you're asserting

21    this on the day of trial, it certainly may give the appearance

22    that you are making a request to discharge your attorney in

23    order to manipulate the system.

24        There are certain hazards to engaging in

25    self-representation. I am presuming that you're not an

1    experienced attorney, nor are you familiar with the rules of

2    evidence, including our local rules here. The penalties that

3    you face are significant and grave.  I believe the maximum

4    penalty if you are convicted is life imprisonment without the

5    possibility of parole, as well as a number of other minimum

6    mandatory sentences that come along with your conviction. So

7    there are certainly various hazards and perils that come along

8    with it.

9        I did engage in a discussion with the attorneys as far as

10   the status is concerned, but I wanted to make sure that I

11   conveyed to you the sum and substance of what we have been

12   talking about.

13       This morning I received a phone call from the U.S.

14   Marshal. The U.S. Marshal indicated that you refused to put on

15   your court clothes. And as a result, I requested that they

16   bring you up here in your jumpsuit.

17       Further, it's been brought to my attention that you have

18   threatened your attorneys, including threatened me.  And so as

19   a result, the leg irons and body chain have been attached to

20   you. But the way I am proposing that we handle this, Judge

21   Maddox is here and available to sort out with you and your

22   current counsel, your -- at least the represented

23   disagreements that you may have with them to determine whether

24   or not they are so irreconcilable that it manifests a need

25   that they be discharged. But that is no guarantee on that. The

1  alternative would be arguably a self-representation which

2  needs to be both knowing and voluntary and also made in a

3  timely fashion, because you can waive your right to

4  self-representation as well.

5       Let me ask counsel -- and, you know, what I've gotten

6  regarding the circumstances related to your representation is

7  third hand. In other words --

8            THE DEFENDANT:  I couldn't fit in the clothes.

9            THE COURT:  All right -- well, okay. That's one

10  circumstance as to why you didn't want -- so that's great and

11  I want to thank you very much for clearing that up because I

12  was maybe under the impression that you were refusing to put

13  on your clothes.

14            THE DEFENDANT: No.

15            THE COURT:  Perfect. All right, well that certainly

16  is something that can be remedied in a very, very quick

17  manner. I am certain of that.

18            THE DEFENDANT:  I was abused by my attorneys.

19            THE COURT:  Well, I don't want you to talk about

20  what happened with your counsel. That's something for another

21  day. But we are on the eve of trial and --

22            THE DEFENDANT:  They abused me.  They sexually

23  abused me over at the city jail.

24            THE COURT:  Mr. Jones, please stop talking. Please

25  stop talking because what I'd like to do -- and sort of wild

```
 1   allegations also raise issues regarding competence. So I
 2   prefer that you not speak because I don't want you to put
 3   yourself in a position where you end up incriminating yourself
 4   and saying something that is to your detriment. You currently
 5   have counsel. They have not been discharged. We're currently
 6   set for trial. The jury is here. We're ready to go.
 7            THE DEFENDANT:  They sexually abused me at the city
 8   jail.
 9            THE COURT:  I'm asking you to keep your mouth quiet,
10   please. Because I'm doing this and I'm making this
11   admonishment in your own best interest. What I'm going to
12   do -- Mr. Budlow, is there anything else that you believe
13   needs to be placed on the record at this point?
14            MR. BUDLOW:  No, Your Honor.
15            THE COURT:  All right. Ms. Francik, is there
16   anything else that at least for the time being that needs to
17   be placed on the record at this point?
18            MS. FRANCIK:  Not at this point, Your Honor.
19            THE COURT:  Okay. So the next step that is going to
20   take place is that you're going to be transported next door,
21   Mr. Jones, where Judge Maddox will hear you with regard to
22   your circumstance in the attorney inquiry hearing. There may
23   be an assessment at some point in time regarding competence
24   because of the allegations that you're making.  But I'm not
25   here, at this point in time to end up addressing that now. So
```

1    absent something else from the Government as far as

2    establishing a record, I'll hear from you. Otherwise, we'll

3    reconvene as soon as Judge Maddox concludes.

4         **MR. BUDLOW:**  I guess just maybe for clarification,

5    Your Honor, when you say "establishing a record," the

6    Government's view is that given the Court's denial of the

7    postponement earlier, that the defendant's request to fire

8    counsel is effectively asking for self-representation. So

9    we'll go to Judge Maddox, he'll hear what he hears. The

10   Government's view is that if the defense attorneys are removed

11   from the case, that this Court still should conduct the

12   Faretta hearing in its fullness, asking the defendant the

13   questions that are laid out in the cases and in the judges's

14   bench book that the defendant needs to be advised about

15   regarding self-representation.  So I guess I didn't know if

16   that's what you meant, but it seems to me the view is we'll go

17   there and then if we wind up with a request for

18   self-representation which is effectively what he's asking,

19   that we would conduct that inquiry at that time.

20        **THE COURT:**  Right. But there's also the issue --

21   arguably the issue of competence as well which gives the Court

22   some pause, unless he's just making it up.

23        **MR. BUDLOW:**  And, I mean, if you're asking.

24        **THE COURT:**  Right.

25        **MR. BUDLOW:**  I will tell you the Government's view

1    is that the defendant is clearly manipulating the system and

2    that we should not allow an individual to come in who doesn't

3    like the Court's rulings or the mandatory penalties set by

4    Congress and just act out, make threats, and make crazy

5    allegations that clearly aren't true doesn't make him -- it's

6    just another way to get a postponement to seem incompetent.

7    But there's really no basis for that.

8            **THE COURT:**  Okay. All right, so what we'll do is we

9    will -- you'll endeavor to go over to 7B.

10           **THE CLERK:** Judge Maddox is currently in another

11   hearing so Telita will call you when she's ready and they're

12   finished.

13           **THE COURT:**  All right, thank you very much.

14           **(Recess was taken.)**

15           **THE COURT:**  Good afternoon.  Mr. Budlow, could you

16   call the case for me?

17           **MR. BUDLOW:**  Yes, Your Honor.  Recalling United

18   States of America v. Gary Rocky Jones. Criminal Number GLR

19   20-0283. I'm Paul Budlow on behalf of the Government.  I'm

20   joined with AUSA Colleen McGuinn and FBI Special Agent Rachel

21   Corn.

22           **THE COURT:**  Very good.  Ms. Francik.

23           **MS. FRANCIK:**  Good afternoon, Your Honor.  Courtney

24   Francik on behalf of Mr. Jones who is seated to my left.  I'm

25   joined by my colleague, Katherine Tang Newberger, who is also

```
 1        at trial table.
 2                  THE COURT:  Thank you very much.  You can have a
 3        seat.  And Mr. Jones, good afternoon to you. It's my
 4        understanding Judge Maddox held an attorney inquiry hearing in
 5        which he found or -- well, he indicated or ordered that the
 6        public defender's office remain as counsel for you, Mr. Jones,
 7        and it will remain that way.
 8            There's another issue that we have before us that related
 9        to your medication. It's my understanding that you take
10        medication for your diabetic condition and you have not taken
11        that; is that correct, sir?
12                  THE DEFENDANT:  She mad now.
13                  THE COURT:  Is that correct, sir?  You have not taken
14        your medication?
15                  THE DEFENDANT:  No, I ain't take it.
16                  THE COURT:  Why not?
17                  THE DEFENDANT:  She mad now.
18                  THE COURT:  Why haven't you taken your medication?
19                  THE DEFENDANT:  I mean, I don't understand.
20                  THE COURT:  Yes, you do. You have the ability to be
21        able to take your medication.  The medication is here and
22        available to you if you wish to take it. If you choose not to
23        take your medication, to a certain extent that has serious
24        ramifications on you. But the medication is here and now and
25        it is available to you to take, sir.
```

1          It's also my understanding that you are refusing to wear

2     your court attire; is that correct?

3              **THE DEFENDANT:**  No, I didn't refuse no court attire.

4              **THE COURT:**  Okay.  So counsel, does he have civilian

5     attire to wear?

6              **THE DEFENDANT:**  I got to get some.

7              **THE COURT:**  Has he been given civilian attire?

8              **THE DEFENDANT:**  She mad now.

9          **MS. FRANCIK:**  There was a change of clothes provided

10    to the marshal's lockup.  I'm not sure whether that's the

11    change of clothes Mr. Jones referenced earlier that he said

12    did not fit. We have another change of clothes.

13             **THE COURT:**  Good, we've got another change of

14    clothes for you to be able to receive and wear so that when we

15    do pick the jury, you have the opportunity to wear your

16    civilian clothing.  So you do have an option and you do not

17    have to wear that jumpsuit. If you, knowing you have an option

18    to wear civilian clothing, refuse to put that civilian

19    clothing on and put on a jumpsuit, that's on you. But I'm not

20    depriving you of an option to wear appropriate, civil,

21    civilian clothing during the course of the jury selection.

22         Also, you should be aware that if there is any disruption

23    in the court proceeding pursuant to when we are selecting a

24    jury, you will be immediately removed from this courtroom and

25    we will make accommodations for you to listen to the

```
1    proceedings.
2         THE DEFENDANT:  Those will be my voices.
3         THE COURT:  We'll make accommodations.  Mr. Jones,
4    I've observed you all day on -- for most of the day during the
5    course of the pretrial conference. You have responded
6    affirmatively to questions that I've asked you. You've
7    acknowledged points that I've made on the open record by
8    shaking your head.
9         THE DEFENDANT: Them voices been with me forever
10   since I was young.
11        THE COURT:  You attempted, you attempted to get this
12   trial postponed. You attempted to have your attorneys removed
13   as your counsel.
14        THE DEFENDANT:  I can represent myself.
15        THE COURT:  No, you can't. That's too late.
16        THE DEFENDANT: Why can't I represent myself?
17        THE COURT:  You waived your right to
18   self-representation on the day of trial. You had plenty of
19   opportunity to do that and you never raised it before. I
20   looked at the record in this case and there's no issues that
21   have been raised before. All of this is being raised --
22        THE DEFENDANT:  She mad now. She mad.
23        THE COURT:  --on the eve of trial because you want
24   to manipulate this trial.
25        THE DEFENDANT:  What?
```

```
 1              THE COURT:  And get it postponed.
 2              THE DEFENDANT: Nigga, you's crazy.
 3              THE COURT:  Well, guess what. You continue to
 4    disrupt this court proceeding, we've got an area in lockup
 5    where you can listen to it, but we're picking this jury this
 6    afternoon.
 7              THE DEFENDANT: What are you talking about, man?  I
 8    can represent myself.
 9              THE COURT:  No, you're not representing yourself.
10              THE DEFENDANT:  I never waived it.
11              THE COURT:  You've waived your right.
12              THE DEFENDANT:  When?
13              THE COURT:  Because it is untimely. Sir, you're
14    raising this on the day that we're picking the jury.
15              THE DEFENDANT:  No, I fired them.
16              THE COURT:  I'm not arguing with you. I'm not
17    arguing with you.  Your counsel are in and they're going to be
18    representing you in this matter. You forfeited your right to
19    waive yourself because you have failed to do that in a
20    timely --
21              THE DEFENDANT:  She mad now. She mad.
22              THE COURT:  --in a timely manner. Furthermore, I
23    think your protestations and representations in this court are
24    malingering and manipulative. I do not think --
25              THE DEFENDANT:  She mad now.
```

1      **THE COURT:**  --that it's sincere. I don't have any

2  reasonable cause to believe somehow that you are incompetent

3  to proceed. I think you are manipulating the system and I

4  think you're manipulating the docket.

5      **THE DEFENDANT:**  What are you talking about?

6      **THE COURT:**  It's been perfectly clear from what I

7  said.

8      **THE DEFENDANT:**  I've been hearing voices since I've

9  been a kid. That's documented. What do you need to see in the

10  documents?

11      **THE COURT:**  You're going to be removed. We can

12  remove him from the courtroom right now and he has the ability

13  to be able to listen to these court proceedings downstairs.

14      **THE DEFENDANT:** I don't understand what you talking

15  about.  I got documentation.

16      **THE COURT:**  What we'll do is we can have -- is there

17  a cell or an area where he can listen to what's going on?

18      **THE U.S. MARSHAL:**  Yes, Your Honor.

19      **THE DEFENDANT:**  I need my insulin.

20      **THE COURT:**  They can give you your insulin whenever

21  you request it. It's right there for you.

22      **(Defendant escorted out of the courtroom.)**

23      **THE COURT:**  All right. Ms. Francik, is there

24  anything else you want to place on the record?

25      **MS. FRANCIK:**  If I may, Your Honor.

1       **THE COURT:**  Yes.

2       **MS. FRANCIK:**  I would like to make a record of the

3    fact -- and I explained some of this to Judge Maddox as part

4    of our ex parte proceedings there, but I'd like to make a

5    record that there is documentation that Mr. Jones has been

6    diagnosed with psychological and mental health issues that are

7    long-standing, including in adolescence. We also have

8    documentation that he has significant cognitive impairments,

9    including a low intelligence. And so there is a record in this

10   case, Your Honor, that these issues are not new as of today.

11      Ms. Newberger and I have conferred regarding these issues

12   in the past. I think it's important just to clarify for the

13   Court that in his adolescence, Mr. Jones was diagnosed with

14   several significant psychological issues.

15      **THE COURT:**  Okay. And this was in his adolescence.

16   At this point I note during the course of previous proceedings

17   Mr. Jones has not been otherwise disruptive. This is the first

18   time that that has occurred in front of me. Further, I would

19   note that during the course of the motions hearing he was able

20   to confer effectively with his counsel during a request for a

21   postponement. I will note for the record that I observed Mr.

22   Jones acknowledging certain points that I asked and that I was

23   making during the course of the argument, shaking his head

24   affirmatively. I will note even today he was responsive to the

25   questions that I would ask. And only after he doesn't get his

 1    way does he become disruptive related to that.  And I believe

 2    that that's a basis for me to believe that he is manipulating

 3    the system.

 4        Mr. Budlow, is there something else that you would like

 5    to add for the record?

 6              **MR. BUDLOW:**  Court's indulgence.

 7              **THE COURT:**  Yes.

 8              **MR. BUDLOW:**  Thank you, Your Honor.  Nothing from

 9    the Government.

10              **THE COURT:**  All right.  Do you think the Court has

11    made an adequate record with regard to the competency issues?

12    Is there anything that you would like to add on those issues?

13              **MR. BUDLOW:**  Your Honor, I do think the record is

14    sufficient. This may have been implicit in what you said, but

15    I think even during the defendant's outbursts he was

16    understanding what the Court was saying and responding to what

17    he didn't hear with comments that were -- that sort of were

18    logically related to what you were saying.

19              **THE COURT:**  Understood.

20              **MR. BUDLOW:**  When he was saying he was hearing

21    voices, he also was complaining about things and commenting

22    about Your Honor's questions in a way that he clearly

23    understood them.

24              **THE COURT:**  And also I would note that when I

25    indicated that he could hear the proceeding, he indicated that

```
 1    yeah, that's when I hear voices.  So it's an indication that
 2    yeah, he was acknowledging it. I agree.
 3              MR. BUDLOW:  And the only thing I'd say, I think
 4    that Your Honor was clear, but maybe just to reiterate that to
 5    the extent that you commented that you believe the defendant
 6    was manipulating the system or believe that he understood, if
 7    they would be sort of incorporated into your factual findings
 8    that if you make a record as to what your findings are with
 9    respect to the defendant's --
10              THE COURT:  Understood. If I indicated what I
11    believe, certainly it is what I have found. I do find that he
12    has been manipulative for the purposes of inappropriately
13    attempting to delay this proceeding and the trial.
14         I haven't had to remove a defendant from the courtroom
15    and have them listen. I would be open to suggestions, Ms.
16    Francik, on how you would best effectively communicate with
17    your client during the course of the trial.  Whether or not it
18    is during a break in the proceeding or otherwise, I would be
19    more than happy to bring Mr. Jones back up during the course
20    of occasions where we don't have the jury present and inquire
21    whether or not he intends on being disruptive. If he is not
22    disruptive, he's perfectly fine to sit there at counsel table.
23    If he is disruptive, he would be removed back down to the
24    lockup.  And I promise I will do it as frequently as you would
25    like, but certainly I will do it on occasions during the
```

1    course of breaks. It might prolong the trial a little bit, but

2    I think that he is certainly entitled if he can behave, to be

3    present during the course of the proceedings.

4         Given the level of agitation that he has experienced and

5    a legitimate concern because of his refusal to wear civilian

6    attire that you provided, we can take -- during the course of

7    the lunch break if you wanted to -- if he's up for a visit

8    from you, I would -- and he's willing to wear the civilian

9    attire, if he's willing to -- if he was going to take his meds

10   which are available to him then you're relatively assured for

11   what you would like to do to have him come back up, that's

12   fine. But I fully intend on trying to pick this jury this

13   afternoon and not have it, by the way, get carried over

14   arguably to tomorrow. But if we have to, that's exactly what

15   we'll do, as far as the selection is concerned.

16        So it's 12:15 now.  Why don't we see -- the jury is

17   already out.  I'm going to hear from you before I adjourn, but

18   you can still stand if you want. But I was going to take until

19   1:00 today for lunch and then we get started in courtroom 1A

20   at 1:00.

21        Yes, Ms. Francik.

22        **MS. FRANCIK:**  First, Your Honor, just to return to

23   the issue of competency, I understand that the Court has made

24   its ruling.  I just wanted to make a record of the fact that

25   one of the specific diagnoses reflected in Mr. Jones's

```
 1    adolescent records is multiple personality disorders.
 2              THE COURT:  Okay.
 3              MS. FRANCIK:  With regard to the Court's suggestion
 4    as to revisiting the issue as to whether Mr. Jones can sit at
 5    counsel table, that's all I would have asked, Your Honor, is
 6    to continually revisit the issue as Ms. Newberger and I have a
 7    chance to meet with him and speak with him.
 8              THE COURT:  Right. Okay. And for the record, how old
 9    is he now?
10              MS. FRANCIK:  He is in his early forties, Your
11    Honor. 44.
12              THE COURT:  44, okay. Mr. Budlow, is there anything
13    else?
14              MR. BUDLOW:  No, Your Honor.
15              THE COURT:  So what we will do is I will see
16    everyone back down in Courtroom 1A at 1:00. All right?
17    Thanks.
18                   (Recess was taken.)
19                   (The requested portion of transcript is complete.)
20
21
22
23
24
25
```

**CERTIFICATE OF OFFICIAL REPORTER**

1

2

3

4

5        I, Nadine M. Bachmann, Certified Realtime Reporter

6  and Registered Merit Reporter, in and for the United States

7  District Court for the District of Maryland, do hereby

8  certify, pursuant to 28 U.S.C. § 753, that the foregoing is a

9  true and correct transcript of the stenographically-reported

10  proceedings held in the above-entitled matter and that the

11  transcript page format is in conformance with the regulations

12  of the Judicial Conference of the United States.

13

14                Dated this <u>11th</u> day of <u>September, 2022</u>.

15

16                      *-S-*

17                _____

18                NADINE M. BACHMANN, CRR, RMR
                  FEDERAL OFFICIAL COURT REPORTER

19

20

21

22

23

24

25

**1**

**100** [1] - 1:17
**101** [1] - 1:23
**11** [1] - 1:9
**11th** [1] - 25:14
**12:15** [1] - 23:16
**1:00** [3] - 23:19, 23:20, 24:16
**1A** [2] - 23:19, 24:16

**2**

**20-0283** [4] - 1:4, 2:5, 8:3, 14:19
**2022** [1] - 25:14
**2023** [1] - 1:9
**21201** [3] - 1:14, 1:18, 1:24
**24** [1] - 2:22
**28** [1] - 25:8

**3**

**36** [1] - 1:14

**4**

**410-962-4753** [1] - 1:24
**44** [2] - 24:11, 24:12
**4th** [2] - 1:14, 1:23

**7**

**72** [1] - 2:22
**753** [1] - 25:8
**7B** [1] - 14:9

**9**

**9:38** [1] - 2:2
**9th** [1] - 1:17

**A**

**a.m** [1] - 2:2
**ability** [2] - 15:20, 19:12
**able** [5] - 6:10, 15:21, 16:14, 19:13, 20:19
**above-entitled** [1] - 25:10
**absent** [1] - 13:1
**abused** [4] - 11:18, 11:22, 11:23, 12:7
**accommodations** [2] - 16:25, 17:3
**accurate** [1] - 4:22
**acknowledged** [1] -

17:7
**acknowledging** [2] - 20:22, 22:2
**act** [1] - 14:4
**activity** [2] - 2:17, 2:21
**add** [2] - 21:5, 21:12
**addition** [1] - 9:16
**address** [2] - 4:3, 5:3
**addressing** [1] - 12:25
**adequate** [1] - 21:11
**adjourn** [1] - 23:17
**admonishment** [1] - 12:11
**adolescence** [3] - 20:7, 20:13, 20:15
**adolescent** [1] - 24:1
**advised** [5] - 2:23, 4:20, 5:23, 13:14
**affirmatively** [3] - 9:10, 17:6, 20:24
**afternoon** [5] - 14:15, 14:23, 15:3, 18:6, 23:13
**Agent** [4] - 1:20, 2:8, 8:7, 14:20
**agitation** [1] - 23:4
**ago** [1] - 3:6
**agree** [1] - 22:2
**ain't** [1] - 15:15
**allegations** [3] - 12:1, 12:24, 14:5
**allow** [2] - 3:16, 14:2
**allowed** [2] - 9:2, 9:7
**alternative** [1] - 11:1
**AMERICA** [1] - 1:3
**America** [3] - 2:4, 8:3, 14:18
**appear** [1] - 9:16
**appearance** [1] - 9:21
**appointed** [2] - 6:14, 6:22
**appropriate** [4] - 3:13, 5:5, 5:9, 16:20
**area** [2] - 18:4, 19:17
**arguably** [3] - 11:1, 13:21, 23:14
**arguing** [2] - 18:16, 18:17
**argument** [1] - 20:23
**asserting** [1] - 9:20
**assessment** [1] - 12:23
**Assistant** [2] - 2:7, 8:6
**assuming** [1] - 6:9
**assured** [2] - 3:24, 23:10
**attached** [1] - 10:19
**attempted** [3] - 17:11, 17:12

**attempting** [2] - 9:17, 22:13
**attention** [2] - 3:4, 10:17
**attire** [6] - 16:2, 16:3, 16:5, 16:7, 23:6, 23:9
**Attorney** [2] - 2:8, 8:7
**ATTORNEY** [1] - 1:13
**attorney** [15] - 2:24, 3:12, 3:13, 3:19, 4:6, 4:7, 4:12, 5:21, 8:24, 9:5, 9:22, 10:1, 12:22, 15:4
**attorney/client** [1] - 5:20
**attorneys** [14] - 3:15, 4:17, 6:10, 8:19, 8:25, 9:3, 9:7, 9:10, 10:9, 10:18, 11:18, 13:10, 17:12
**AUSA** [1] - 14:20
**automatically** [1] - 9:4
**available** [4] - 10:21, 15:22, 15:25, 23:10
**avenue** [1] - 6:5
**aware** [4] - 3:6, 3:25, 6:8, 16:22

**B**

**BACHMANN** [1] - 25:18
**Bachmann** [2] - 1:23, 25:5
**BALTIMORE** [1] - 1:9
**Baltimore** [3] - 1:14, 1:18, 1:24
**based** [1] - 3:20
**basis** [4] - 4:11, 6:4, 14:7, 21:2
**become** [1] - 21:1
**BEFORE** [1] - 1:8
**begin** [1] - 2:5
**behalf** [6] - 2:6, 2:12, 8:5, 8:11, 14:19, 14:24
**behave** [1] - 23:2
**believes** [1] - 6:17
**bench** [1] - 13:14
**benefit** [1] - 3:24
**best** [2] - 12:11, 22:16
**bit** [1] - 23:1
**body** [1] - 10:19
**book** [1] - 13:14
**break** [2] - 22:18, 23:7
**breaks** [1] - 23:1
**bring** [5] - 7:4, 7:7, 7:22, 10:16, 22:19
**bringing** [1] - 3:7

**brought** [3] - 3:2, 3:4, 10:17
**BUDLOW** [19] - 1:12, 2:3, 4:3, 4:18, 4:25, 6:2, 6:19, 8:2, 12:14, 13:4, 13:23, 13:25, 14:17, 21:6, 21:8, 21:13, 21:20, 22:3, 24:14
**Budlow** [9] - 2:6, 3:17, 7:25, 8:5, 12:12, 14:15, 14:19, 21:4, 24:12
**BY** [1] - 1:12

**C**

**calm** [1] - 7:11
**cannot** [1] - 5:18
**carried** [1] - 23:13
**CASE** [1] - 1:4
**case** [10] - 3:14, 5:10, 6:9, 8:1, 8:15, 9:13, 13:11, 14:16, 17:20, 20:10
**cases** [1] - 13:13
**cell** [1] - 19:17
**certain** [5] - 5:24, 9:24, 11:17, 15:23, 20:22
**certainly** [8] - 2:22, 3:7, 9:21, 10:7, 11:15, 22:11, 22:25, 23:2
**CERTIFICATE** [1] - 25:1
**Certified** [1] - 25:5
**certify** [1] - 25:8
**chain** [1] - 10:19
**chance** [1] - 24:7
**change** [4] - 16:9, 16:11, 16:12, 16:13
**Charles** [2] - 1:14, 1:17
**choose** [2] - 6:12, 15:22
**chose** [1] - 9:9
**circumstance** [2] - 11:10, 12:22
**circumstances** [4] - 6:16, 8:25, 9:16, 11:6
**city** [2] - 11:23, 12:7
**civil** [1] - 16:20
**civilian** [8] - 16:4, 16:7, 16:16, 16:18, 16:21, 23:5, 23:8
**clarification** [1] - 13:4
**clarify** [1] - 20:12
**clear** [4] - 4:5, 9:12,

19:6, 22:4
**clearing** [1] - 11:11
**clearly** [3] - 14:1, 14:5, 11:22
**CLERK** [1] - 14:10
**Clerk's** [1] - 1:23
**client** [1] - 22:17
**close** [1] - 4:9
**clothes** [8] - 3:1, 10:15, 11:8, 11:13, 16:9, 16:11, 16:12, 16:14
**clothing** [6] - 16:16, 16:18, 16:19, 16:21
**cognitive** [1] - 20:8
**coincided** [1] - 8:20
**colleague** [3] - 2:13, 8:11, 14:25
**COLLEEN** [1] - 1:13
**Colleen** [3] - 2:8, 8:7, 14:20
**comfort** [1] - 3:9
**coming** [2] - 7:6
**commented** [1] - 22:5
**commenting** [1] - 21:21
**comments** [2] - 4:1, 21:17
**communicate** [1] - 22:16
**competence** [3] - 12:1, 12:23, 13:21
**competency** [2] - 21:11, 23:23
**complaining** [1] - 21:21
**complete** [1] - 24:19
**concern** [1] - 23:5
**concerned** [2] - 10:10, 23:15
**concludes** [1] - 13:3
**condition** [1] - 15:10
**conduct** [2] - 13:11, 13:19
**confer** [1] - 20:20
**CONFERENCE** [1] - 1:5
**Conference** [1] - 25:12
**conference** [3] - 2:17, 2:21, 17:5
**conferred** [1] - 20:11
**confirm** [5] - 7:13, 7:15, 7:16, 7:23
**conformance** [1] - 25:11
**Congress** [1] - 14:4
**continually** [1] - 24:6
**continue** [1] - 18:3
**controlling** [1] - 6:24

controls [1] - 5:6
conveyed [1] - 10:11
convicted [1] - 10:4
conviction [1] - 10:6
Corn [4] - 1:20, 2:8, 8:8, 14:21
correct [4] - 15:11, 15:13, 16:2, 25:9
correspondence [2] - 2:15, 3:17
counsel [32] - 2:7, 2:10, 3:7, 3:23, 4:14, 4:24, 5:8, 5:12, 5:25, 6:14, 6:15, 6:17, 6:22, 6:25, 7:17, 8:6, 8:22, 9:1, 9:11, 9:12, 10:22, 11:5, 11:20, 12:5, 13:8, 15:6, 16:4, 17:13, 18:17, 20:20, 22:22, 24:5
couple [2] - 2:18, 5:3
course [12] - 2:18, 2:22, 16:21, 17:5, 20:16, 20:19, 20:23, 22:17, 22:19, 23:1, 23:3, 23:6
COURT [68] - 1:1, 2:9, 2:14, 2:20, 4:15, 4:20, 6:1, 6:12, 7:5, 7:9, 7:12, 7:16, 7:20, 7:22, 7:25, 8:9, 8:13, 11:9, 11:15, 11:19, 11:24, 12:9, 12:15, 12:19, 13:20, 13:24, 14:8, 14:13, 14:15, 14:22, 15:2, 15:13, 15:16, 15:18, 15:20, 16:4, 16:7, 16:13, 17:3, 17:11, 17:15, 17:17, 17:23, 18:1, 18:3, 18:9, 18:11, 18:13, 18:16, 18:22, 19:1, 19:6, 19:11, 19:16, 19:20, 19:23, 20:1, 20:15, 21:7, 21:10, 21:19, 21:24, 22:10, 24:2, 24:8, 24:12, 24:15, 25:18
court [10] - 3:1, 5:6, 9:17, 10:15, 16:2, 16:3, 16:23, 18:4, 18:23, 19:13
Court [15] - 5:2, 5:6, 5:9, 5:16, 6:4, 6:5, 6:23, 8:18, 13:11, 13:21, 20:13, 21:10, 21:16, 23:23, 25:7
court's [1] - 21:6
Court's [4] - 6:9, 13:6, 14:3, 24:3

Courtney [3] - 2:11, 8:10, 14:23
COURTNEY [1] - 1:16
courtroom [6] - 7:24, 16:24, 19:12, 19:22, 22:14, 23:19
Courtroom [2] - 24:16
crazy [2] - 14:4, 18:2
Criminal [3] - 2:4, 8:3, 14:18
CRR [2] - 1:23, 25:18
current [1] - 10:22

# D

date [1] - 9:14
Dated [1] - 25:14
dealings [1] - 4:14
death [2] - 4:16, 5:14
decision [1] - 8:21
Defendant [1] - 1:6
defendant [16] - 4:5, 4:10, 5:7, 5:10, 5:23, 6:8, 6:25, 7:2, 7:17, 7:24, 13:12, 13:14, 14:1, 19:22, 22:5, 22:14
DEFENDANT [30] - 1:15, 11:8, 11:14, 11:18, 11:22, 12:7, 15:12, 15:15, 15:17, 15:19, 16:3, 16:6, 16:8, 17:2, 17:9, 17:14, 17:16, 17:22, 17:25, 18:2, 18:7, 18:10, 18:12, 18:15, 18:21, 18:25, 19:5, 19:8, 19:14, 19:19
defendant's [1] - 13:7, 21:15, 22:9
Defender [1] - 1:17
defender's [1] - 15:6
defense [1] - 13:10
delay [1] - 22:13
demands [1] - 6:14
denial [1] - 13:6
denied [4] - 4:10, 4:11, 5:11, 9:20
depriving [1] - 16:20
determine [5] - 6:24, 7:1, 8:24, 9:6, 10:23
detriment [1] - 12:4
developments [1] - 5:14
diabetic [1] - 15:10
diagnosed [2] - 20:6, 20:13
diagnoses [1] - 23:25
disagreements [1] - 10:23

discharge [6] - 2:24, 8:19, 9:3, 9:7, 9:9, 9:22
discharged [5] - 6:18, 9:1, 9:2, 10:25, 12:5
disclose [1] - 3:10
discussion [1] - 10:9
Discussion [1] - 2:19
discussions [1] - 3:25
disorders [1] - 24:1
displeasure [1] - 16:22
disposition [1] - 7:9
disrupt [1] - 18:4
disruption [1] - 16:22
disruptive [5] - 20:17, 21:1, 22:21, 22:22, 22:23
District [4] - 5:6, 5:16, 25:7
DISTRICT [3] - 1:1, 1:1, 1:8
DIVISION [1] - 1:2
docket [2] - 9:17, 19:4
documentation [3] - 19:15, 20:5, 20:8
documented [1] - 19:10
documents [1] - 19:10
door [1] - 12:20
down [2] - 22:23, 24:16
downstairs [1] - 19:13
during [13] - 16:21, 17:4, 20:16, 20:19, 20:20, 20:23, 21:15, 22:17, 22:18, 22:19, 22:25, 23:3, 23:6

# E

early [1] - 24:10
effectively [4] - 13:8, 13:18, 20:20, 22:16
either [2] - 3:8, 5:12
end [2] - 12:3, 12:25
endeavor [1] - 14:9
engage [1] - 10:9
engaging [1] - 9:24
entered [1] - 7:24
entitled [2] - 23:2, 25:10
escorted [1] - 19:22
ESQUIRE [4] - 1:12, 1:13, 1:16, 1:16
establishing [1] - 13:2, 13:5
eve [2] - 11:21, 17:23
event [1] - 9:9
evidence [1] - 10:2
ex [1] - 20:4
exactly [1] - 23:14

exercise [1] - 6:13
expansion [2] - 3:18, 4:6
experienced [2] - 10:1, 23:4
explained [1] - 20:3
extent [3] - 5:1, 15:23, 22:5

# F

face [1] - 10:3
facing [1] - 5:11
fact [4] - 9:13, 9:20, 20:3, 23:24
factual [1] - 22:7
failed [1] - 18:19
familiar [1] - 10:1
far [3] - 10:9, 13:1, 23:15
Faretta [4] - 5:17, 5:18, 5:21, 13:12
fashion [1] - 16:16
FBI [4] - 1:20, 2:8, 8:7, 14:20
Federal [1] - 1:17
FEDERAL [1] - 25:18
findings [2] - 22:7, 22:8
fine [3] - 6:8, 22:22, 23:12
finished [1] - 14:12
fire [5] - 2:24, 5:8, 6:10, 6:25, 13:7
fired [1] - 18:15
first [4] - 4:6, 6:25, 20:17, 23:22
fit [2] - 11:8, 16:12
Floor [1] - 1:14, 1:17, 1:23
flurry [1] - 2:21
FOR [3] - 1:1, 1:12, 1:15
foregoing [1] - 25:8
forever [1] - 17:9
forfeited [1] - 18:18
formal [1] - 3:12
format [1] - 25:13
forties [1] - 24:10
FRANCIK [13] - 1:16, 2:11, 7:19, 7:21, 8:10, 12:18, 14:23, 16:9, 19:25, 20:2, 23:22, 24:3, 24:10
Francik [9] - 2:12, 8:9, 8:10, 12:15, 14:22, 14:24, 19:23, 22:16, 23:21
frequently [1] - 22:24
Friday [3] - 5:8, 8:18,

8:23
front [2] - 4:4, 20:18
fullness [1] - 13:12
fully [2] - 3:3, 23:12
furthermore [1] - 18:22

# G

gaming [1] - 7:2
Gary [5] - 2:4, 2:12, 8:3, 8:11, 14:18
GARY [1] - 1:5
GEORGE [1] - 1:8
given [7] - 4:9, 7:13, 9:13, 9:19, 13:6, 16:7, 23:4
GLR [4] - 1:4, 2:5, 8:3, 14:18
Government [7] - 2:6, 5:5, 5:22, 8:6, 13:1, 14:19, 21:9
Government's [5] - 5:15, 7:3, 13:6, 13:10, 13:25
grave [1] - 10:3
great [1] - 11:10
guarantee [1] - 10:25
guess [7] - 4:5, 4:6, 6:3, 6:19, 13:4, 13:15, 18:3

# H

hand [1] - 11:7
handle [3] - 3:13, 3:16, 10:20
happy [2] - 4:3, 22:19
hazards [2] - 9:24, 10:7
head [2] - 17:8, 20:23
health [1] - 20:6
hear [7] - 12:21, 13:2, 13:9, 21:17, 21:25, 22:1, 23:17
hearing [21] - 3:12, 3:14, 3:19, 4:6, 4:8, 4:12, 5:2, 5:17, 5:18, 5:21, 5:22, 8:15, 8:24, 9:6, 12:22, 13:12, 14:11, 15:4, 19:8, 20:19, 21:20
hears [1] - 13:9
held [3] - 2:19, 15:4, 25:10
hello [1] - 8:10
hereby [1] - 25:7
himself [1] - 6:2
hold [2] - 5:16
Honor [23] - 2:3, 2:5,

2:11, 7:8, 7:19, 8:2, 8:4, 8:10, 12:14, 12:18, 13:5, 14:17, 14:23, 19:18, 19:25, 20:10, 21:8, 21:13, 22:4, 23:22, 24:5, 24:11, 24:14
**Honor's** [1] - 21:22
**HONORABLE** [1] - 1:8
**hours** [1] - 2:23

## I

**II** [1] - 1:17
**III** [1] - 1:8
**immediately** [1] - 16:24
**impairments** [1] - 20:8
**implicit** [1] - 21:14
**important** [1] - 20:12
**imposed** [1] - 3:5
**impression** [1] - 11:12
**imprisonment** [1] - 10:4
**IN** [1] - 1:1
**inaccurate** [1] - 4:22
**inappropriately** [1] - 22:12
**including** [4] - 10:2, 10:18, 20:7, 20:9
**incompetent** [2] - 14:6, 19:2
**incorporated** [1] - 22:7
**incriminating** [1] - 12:3
**indeed** [2] - 2:24, 6:17
**indicated** [6] - 3:17, 10:14, 15:5, 21:25, 22:10
**indication** [1] - 22:1
**individual** [1] - 14:2
**indulgence** [1] - 21:6
**inform** [1] - 5:10
**information** [7] - 3:20, 4:16, 4:23, 4:25, 7:1, 8:18, 8:23
**inquire** [1] - 22:20
**inquiry** [13] - 3:12, 3:13, 3:19, 4:6, 4:8, 4:12, 5:5, 5:21, 8:24, 9:5, 12:22, 13:19, 15:4
**insulin** [2] - 19:19, 19:20
**intelligence** [1] - 20:9
**intend** [1] - 23:12
**intends** [1] - 22:21
**interest** [1] - 12:11
**invite** [1] - 3:23

**irons** [1] - 10:19
**irreconcilable** [2] - 9:1, 10:24
**issue** [6] - 13:20, 13:21, 15:8, 23:23, 24:4, 24:6
**issues** [9] - 5:20, 12:1, 17:20, 20:6, 20:10, 20:11, 20:14, 21:11, 21:12

## J

**jail** [2] - 11:23, 12:8
**joined** [4] - 2:12, 8:11, 14:20, 14:25
**joining** [2] - 2:7, 8:6
**JONES** [1] - 1:5
**Jones** [22] - 2:4, 2:12, 2:24, 2:25, 3:10, 8:3, 8:11, 8:14, 11:24, 12:21, 14:18, 14:24, 15:3, 15:6, 16:11, 17:3, 20:5, 20:13, 20:17, 20:22, 22:19, 24:4
**Jones's** [3] - 3:24, 23:25
**JUDGE** [1] - 1:8
**Judge** [18] - 3:11, 3:16, 5:1, 5:3, 5:10, 6:3, 6:7, 6:16, 6:19, 6:20, 6:25, 10:20, 12:21, 13:3, 13:9, 14:10, 15:4, 20:3
**judge** [2] - 3:14, 5:19
**judges's** [1] - 13:13
**Judicial** [1] - 25:12
**jumpsuit** [4] - 3:2, 10:16, 16:17, 16:19
**jurors** [1] - 9:14
**jury** [12] - 2:6, 8:4, 8:16, 12:6, 16:15, 16:21, 16:24, 18:5, 18:14, 22:20, 23:12, 23:16

## K

**KATHERINE** [1] - 1:16
**Katherine** [3] - 2:13, 8:12, 14:25
**keep** [1] - 12:9
**kid** [1] - 19:9
**knowing** [2] - 11:2, 16:17
**knowingly** [1] - 5:24

## L

**laid** [1] - 13:13
**last** [3] - 2:15, 4:9, 4:19
**late** [3] - 2:15, 8:18, 17:15
**lawyers** [1] - 3:5
**learned** [1] - 2:25
**least** [3] - 8:15, 10:22, 12:16
**left** [1] - 14:24
**leg** [1] - 10:19
**legitimate** [1] - 23:5
**level** [2] - 3:9, 23:4
**LEVI** [1] - 1:8
**life** [1] - 10:4
**listen** [5] - 16:25, 18:5, 19:13, 19:17, 22:15
**local** [1] - 10:2
**lockup** [3] - 16:10, 18:4, 22:24
**logically** [1] - 21:18
**Lombard** [1] - 1:23
**long-standing** [1] - 20:7
**looked** [1] - 17:20
**low** [1] - 20:9
**lunch** [2] - 23:7, 23:19

## M

**mad** [8] - 15:12, 15:17, 16:8, 17:22, 18:21, 18:25
**Maddox** [18] - 3:11, 3:16, 5:2, 5:4, 5:10, 6:4, 6:8, 6:16, 6:19, 6:20, 6:25, 10:21, 12:21, 13:3, 13:9, 14:10, 15:4, 20:3
**magistrate** [1] - 5:19
**malingering** [1] - 18:24
**man** [1] - 18:7
**mandatory** [2] - 10:6, 14:3
**manifests** [1] - 10:24
**manipulate** [3] - 9:17, 9:23, 17:24
**manipulating** [5] - 14:1, 19:3, 19:4, 21:2, 22:6
**manipulative** [2] - 18:24, 22:12
**manner** [2] - 11:17, 18:22
**marshal** [2] - 3:4, 4:21
**Marshal** [3] - 4:23, 10:14

**MARSHAL** [4] - 7:7, 7:10, 7:15, 19:18
**marshal's** [1] - 16:10
**MARYLAND** [2] - 1:1, 1:9
**Maryland** [4] - 1:14, 1:18, 1:24, 25:7
**matter** [3] - 6:3, 18:18, 25:10
**matters** [1] - 8:5
**maximum** [1] - 10:3
**McGuinn** [4] - 1:13, 2:8, 8:7, 14:20
**mean** [3] - 5:6, 13:23, 15:19
**meant** [1] - 13:16
**meantime** [1] - 7:16
**medication** [11] - 7:17, 7:14, 7:23, 15:9, 15:10, 15:14, 15:18, 15:21, 15:23, 15:24
**meds** [1] - 23:9
**meet** [1] - 24:7
**mental** [1] - 20:6
**Merit** [1] - 25:6
**middle** [1] - 7:18
**might** [1] - 23:1
**minimum** [1] - 10:5
**minutes** [1] - 3:6
**momentarily** [1] - 3:2
**Monday** [1] - 1:9
**morning** [12] - 2:3, 2:5, 2:9, 2:11, 4:20, 7:11, 7:14, 8:4, 8:13, 8:14, 8:16, 10:13
**most** [1] - 17:4
**motions** [2] - 4:10, 20:19
**mouth** [1] - 12:9
**MR** [18] - 2:3, 4:3, 4:18, 4:25, 6:2, 6:19, 8:2, 12:14, 13:4, 13:23, 13:25, 14:17, 21:6, 21:8, 21:13, 21:20, 22:3, 24:14
**MS** [12] - 2:11, 7:19, 7:21, 8:10, 12:18, 14:23, 16:9, 19:25, 20:2, 23:22, 24:3, 24:10
**multiple** [1] - 24:1

## N

**Nadine** [2] - 1:23, 25:5
**NADINE** [1] - 25:18
nadine_bachmann@ mdd.uscourts.gov [1] - 1:25
**nature** [2] - 3:15, 4:13

**necessarily** [1] - 4:5
**necessary** [1] - 4:8
**need** [4] - 7:1, 10:24, 19:9, 19:19
**needs** [10] - 4:12, 5:22, 5:23, 6:7, 6:8, 9:12, 11:2, 12:13, 12:16, 13:14
**never** [2] - 17:19, 18:10
**new** [4] - 4:25, 6:14, 6:21, 20:10
**NEWBERGER** [1] - 1:16
**Newberger** [5] - 2:13, 8:12, 14:25, 20:11, 24:6
**next** [2] - 12:19, 12:20
**nigga** [1] - 18:2
**NORTHERN** [1] - 1:2
**note** [5] - 20:16, 20:19, 20:21, 20:24, 21:24
**nothing** [1] - 21:8
**Number** [3] - 2:4, 8:3, 14:18
**NUMBER** [1] - 1:4
**number** [1] - 10:5

## O

**objecting** [1] - 4:8
**observed** [2] - 17:4, 20:21
**obviously** [1] - 4:25
**occasionally** [1] - 5:21
**occasions** [2] - 22:20, 22:25
**occur** [1] - 5:20
**occurred** [3] - 2:17, 2:22, 20:18
**OF** [5] - 1:1, 1:3, 1:7, 1:13, 25:1
**office** [1] - 15:6
**OFFICE** [1] - 1:13
**Office** [2] - 1:17, 1:23
**OFFICIAL** [2] - 25:1, 25:18
**old** [1] - 24:8
**once** [1] - 3:10
**one** [3] - 5:3, 11:9, 23:25
**open** [2] - 17:7, 22:15
**opportunity** [2] - 16:15, 17:19
**option** [3] - 16:16, 16:17, 16:20
**order** [1] - 9:23
**ordered** [1] - 15:5
**otherwise** [5] - 6:6,

7:11, 13:2, 20:17, 22:18
**outbursts** [1] - 21:15
**outside** [1] - 3:25
**own** [1] - 12:11

## P

**page** [1] - 25:11
**parole** [1] - 10:5
**part** [1] - 20:3
**parte** [1] - 20:4
**past** [3] - 2:18, 2:22, 20:12
**PAUL** [1] - 1:12
**Paul** [3] - 2:6, 8:5, 14:19
**pause** [1] - 13:22
**penalties** [2] - 10:2, 14:3
**penalty** [1] - 10:4
**perfect** [1] - 11:15
**perfectly** [2] - 19:6, 22:22
**perils** [1] - 10:7
**personality** [1] - 24:1
**perspective** [1] - 3:22
**phone** [1] - 10:13
**pick** [2] - 16:15, 23:12
**picking** [2] - 18:5, 18:14
**place** [4] - 2:23, 8:24, 12:20, 19:24
**placed** [2] - 12:13, 12:17
**Plaintiff** [1] - 1:3
**PLAINTIFF** [1] - 1:12
**planned** [1] - 5:12
**plenty** [1] - 17:18
**point** [9] - 4:7, 5:1, 9:18, 12:13, 12:17, 12:18, 12:23, 12:25, 20:16
**points** [2] - 17:7, 20:22
**portion** [2] - 3:16, 24:19
**position** [2] - 6:21, 12:3
**possibility** [1] - 10:5
**postponed** [2] - 17:12, 18:1
**postponement** [7] - 4:11, 5:11, 6:5, 9:19, 13:7, 14:6, 20:21
**potential** [1] - 3:19
**potentially** [1] - 7:2
**prefer** [1] - 12:2
**preliminary** [1] - 8:5
**presence** [1] - 3:25

**Present** [1] - 1:19
**present** [3] - 4:24, 22:20, 23:3
**presiding** [1] - 3:14
**presuming** [1] - 9:25
**pretrial** [1] - 17:5
**pretty** [1] - 7:11
**previous** [1] - 20:16
**previously** [1] - 9:20
**pro** [3] - 5:14, 5:15, 6:11
**proceed** [5] - 4:2, 5:14, 5:15, 9:11, 19:3
**proceeding** [6] - 5:12, 16:23, 18:4, 21:25, 22:13, 22:18
**PROCEEDINGS** [1] - 1:7
**proceedings** [7] - 4:9, 17:1, 19:13, 20:4, 20:16, 23:3, 25:10
**prolong** [1] - 23:1
**promise** [1] - 22:24
**proposing** [1] - 10:20
**protestations** [1] - 18:23
**provided** [2] - 16:9, 23:6
**providing** [1] - 6:5
**psychological** [2] - 20:6, 20:14
**Public** [1] - 1:17
**public** [1] - 15:6
**purposes** [3] - 2:20, 8:14, 22:12
**pursuant** [2] - 16:23, 25:8
**put** [11] - 2:23, 2:25, 3:1, 4:4, 4:16, 8:23, 10:14, 11:12, 12:2, 16:18, 16:19
**puts** [1] - 6:15

## Q

**questions** [5] - 4:1, 13:13, 17:6, 20:25, 21:22
**quick** [1] - 11:16
**quiet** [1] - 12:9

## R

**Rachel** [4] - 1:20, 2:8, 8:8, 14:20
**raise** [1] - 12:1
**raised** [3] - 17:19, 17:21
**raising** [1] - 18:14

**ramifications** [1] - 15:24
**ready** [4] - 7:8, 8:17, 12:6, 14:11
**really** [1] - 14:7
**Realtime** [1] - 25:5
**reason** [1] - 5:19
**reasonable** [1] - 19:2
**recalling** [1] - 14:17
**recap** [1] - 3:23
**receipt** [1] - 8:23
**receive** [1] - 16:14
**received** [3] - 4:15, 8:18, 10:13
**recent** [1] - 5:13
**recess** [1] - 14:14
**Recess** [1] - 24:18
**recognize** [1] - 5:13
**reconvene** [1] - 13:3
**record** [22] - 2:19, 4:4, 5:22, 5:23, 7:25, 12:13, 12:17, 13:2, 13:5, 17:7, 17:20, 19:24, 20:2, 20:5, 20:9, 20:21, 21:5, 21:11, 21:13, 22:8, 23:24, 24:8
**records** [1] - 24:1
**refer** [1] - 3:11
**referenced** [1] - 16:11
**referred** [1] - 5:18
**referring** [1] - 4:18
**reflected** [1] - 23:25
**refusal** [1] - 23:5
**refuse** [2] - 16:3, 16:18
**refused** [1] - 10:14
**refuses** [1] - 3:1
**refusing** [2] - 11:12, 16:1
**regard** [3] - 12:21, 21:11, 24:3
**regarding** [6] - 3:19, 11:6, 12:1, 12:23, 13:15, 20:11
**Registered** [1] - 25:6
**regulations** [1] - 25:11
**reiterate** [1] - 22:4
**related** [7] - 2:17, 8:15, 8:25, 11:6, 15:8, 21:1, 21:18
**relating** [1] - 5:24
**relatively** [1] - 5:24
**remain** [2] - 15:6, 15:7
**remedied** [1] - 11:16
**remove** [2] - 19:12, 22:14
**removed** [5] - 13:10, 16:24, 17:12, 19:11, 22:23

**reported** [1] - 25:9
**Reported** [1] - 1:22
**REPORTER** [2] - 25:1, 25:18
**Reporter** [2] - 25:5, 25:6
**represent** [5] - 6:2, 8:21, 17:14, 17:16, 18:8
**representation** [11] - 3:21, 6:13, 9:5, 9:25, 11:1, 11:4, 11:6, 13:8, 13:15, 13:18, 17:18
**representations** [1] - 18:23
**represented** [1] - 10:22
**representing** [4] - 8:19, 9:11, 18:9, 18:18
**request** [8] - 2:25, 4:13, 9:19, 9:22, 13:7, 13:17, 19:21, 20:20
**requested** [3] - 5:4, 10:15, 24:19
**require** [1] - 9:1
**required** [1] - 5:16
**respect** [1] - 22:9
**responded** [1] - 17:5
**responding** [1] - 21:16
**responsive** [1] - 20:24
**result** [2] - 10:15, 10:19
**return** [1] - 23:22
**revisit** [1] - 24:6
**revisiting** [1] - 24:4
**rise** [1] - 9:17
**RMR** [2] - 1:23, 25:18
**ROCKY** [1] - 1:5
**Rocky** [3] - 2:4, 8:3, 14:18
**role** [1] - 6:24
**rules** [2] - 10:1, 10:2
**ruling** [1] - 23:24
**rulings** [1] - 14:3
**RUSSELL** [1] - 1:8

## S

**sake** [1] - 3:7
**schedule** [1] - 5:7
**scheduled** [2] - 2:5, 8:4
**scheduling** [1] - 6:24
**scope** [2] - 3:18, 5:4
**se** [3] - 5:14, 5:15, 6:11

**seat** [3] - 2:10, 7:18, 15:3
**seated** [2] - 7:17, 14:24
**see** [4] - 5:19, 19:9, 23:16, 24:15
**seem** [1] - 14:6
**selecting** [1] - 16:23
**selection** [2] - 16:21, 23:15
**self** [9] - 3:21, 6:13, 9:25, 11:1, 11:4, 13:8, 13:15, 13:18, 17:18
**self-representation** [9] - 3:21, 6:13, 9:25, 11:1, 11:4, 13:8, 13:15, 13:18, 17:18
**sending** [2] - 5:9, 6:3
**sentences** [1] - 10:6
**September** [2] - 1:9, 25:14
**serious** [1] - 15:23
**service** [2] - 3:5, 4:21
**set** [6] - 6:15, 6:22, 8:16, 9:6, 12:6, 14:3
**several** [2] - 20:14
**sexually** [2] - 11:22, 12:7
**shackled** [2] - 3:3, 3:8
**shaking** [2] - 17:8, 20:23
**significant** [3] - 10:3, 20:8, 20:14
**sincere** [1] - 19:1
**sit** [4] - 3:8, 3:9, 22:22, 24:4
**situation** [1] - 5:7
**soon** [1] - 13:3
**sorry** [1] - 4:18
**sort** [6] - 3:10, 3:21, 10:21, 11:25, 21:17, 22:7
**sought** [1] - 8:19
**Special** [4] - 1:20, 2:8, 8:7, 14:20
**specific** [2] - 9:18, 23:25
**speed** [1] - 7:4
**stand** [1] - 23:18
**standing** [1] - 20:7
**start** [2] - 6:22, 9:14
**started** [1] - 23:19
**STATES** [4] - 1:1, 1:3, 1:8, 1:13
**States** [7] - 2:4, 2:7, 8:2, 8:7, 14:18, 25:6, 25:12
**STATUS** [1] - 1:5
**status** [5] - 2:17, 2:21,

2:25, 8:15, 10:10
**stenographically** [1] - 25:9
**stenographically-reported** [1] - 25:9
**step** [1] - 12:19
**steps** [1] - 8:23
**still** [3] - 5:1, 13:11, 23:18
**stop** [2] - 11:24, 11:25
**Street** [3] - 1:14, 1:17, 1:23
**substance** [1] - 10:11
**sudden** [1] - 4:13
**suddenly** [1] - 4:10
**sufficient** [1] - 21:14
**suggestion** [1] - 24:3
**suggestions** [1] - 22:15
**suggests** [1] - 5:5
**sum** [1] - 10:11
**summonsed** [2] - 8:17, 9:14
**Sunday** [1] - 2:16
**system** [6] - 7:2, 9:23, 14:1, 19:3, 21:3, 22:6

## T

**table** [7] - 2:7, 3:8, 3:9, 8:6, 15:1, 22:22, 24:5
**Tang** [3] - 2:13, 8:12, 14:25
**Telita** [1] - 14:11
**terms** [1] - 4:14
**THE** [103] - 1:1, 1:1, 1:8, 1:12, 1:13, 1:15, 2:9, 2:14, 2:20, 4:15, 4:20, 6:1, 6:12, 7:5, 7:9, 7:12, 7:16, 7:20, 7:22, 7:25, 8:9, 8:13, 11:8, 11:9, 11:14, 11:15, 11:18, 11:19, 11:22, 11:24, 12:7, 12:9, 12:15, 12:19, 13:20, 13:24, 14:8, 14:10, 14:13, 14:15, 14:22, 15:2, 15:12, 15:13, 15:15, 15:16, 15:17, 15:18, 15:19, 15:20, 16:3, 16:4, 16:6, 16:7, 16:8, 16:13, 17:2, 17:3, 17:9, 17:11, 17:14, 17:15, 17:16, 17:17, 17:22, 17:23, 17:25, 18:1, 18:2, 18:3, 18:7, 18:9, 18:10,

18:11, 18:12, 18:13, 18:15, 18:16, 18:21, 18:22, 18:25, 19:1, 19:5, 19:6, 19:8, 19:11, 19:14, 19:16, 19:18, 19:19, 19:20, 19:23, 20:1, 20:15, 21:7, 21:10, 21:19, 21:24, 22:10, 24:2, 24:8, 24:12, 24:15
**third** [1] - 11:7
**threat** [3] - 3:5, 4:16, 5:14
**threatened** [5] - 3:5, 4:24, 10:18
**threats** [1] - 14:4
**timely** [6] - 6:1, 9:13, 9:15, 11:3, 18:20, 18:22
**today** [5] - 5:12, 6:23, 20:10, 20:24, 23:19
**tomorrow** [1] - 23:14
**Tower** [1] - 1:17
**TRANSCRIPT** [1] - 1:7
**transcript** [3] - 24:19, 25:9, 25:11
**transparency** [1] - 3:7
**transported** [1] - 12:20
**trial** [23] - 2:6, 3:8, 3:9, 4:9, 5:12, 6:10, 6:11, 6:22, 8:5, 8:16, 9:4, 9:14, 9:21, 11:21, 12:6, 15:1, 17:12, 17:18, 17:23, 17:24, 22:13, 22:17, 23:1
**true** [2] - 14:5, 25:9
**trying** [1] - 23:12
**two** [1] - 3:6

## U

**U.S** [7] - 4:23, 7:7, 7:10, 7:15, 10:13, 10:14, 19:18
**U.S.C** [1] - 25:8
**under** [1] - 11:12
**understood** [4] - 21:19, 21:23, 22:6, 22:10
**unequivocal** [1] - 9:12
**unintentionally** [1] - 6:4
**United** [7] - 2:4, 2:7, 8:2, 8:7, 14:17, 25:6, 25:12
**UNITED** [4] - 1:1, 1:3, 1:8, 1:13
**unless** [1] - 13:22
**unlike** [1] - 5:20

**untimely** [1] - 18:13
**up** [13] - 3:2, 3:7, 7:4, 9:6, 10:16, 11:11, 12:3, 12:25, 13:17, 13:22, 22:19, 23:7, 23:11

## V

**various** [1] - 10:7
**view** [7] - 5:15, 6:9, 7:3, 13:6, 13:10, 13:16, 13:25
**viewing** [1] - 6:6
**visit** [1] - 23:7
**voices** [5] - 17:2, 17:9, 19:8, 21:21, 22:1
**voluntarily** [1] - 5:24
**voluntary** [1] - 11:2
**vs** [1] - 1:4

## W

**waive** [5] - 6:14, 8:21, 9:10, 11:3, 18:19
**waived** [4] - 9:8, 17:17, 18:10, 18:11
**waiver** [1] - 9:11
**waiving** [1] - 5:25
**wants** [2] - 5:7, 6:25
**wear** [9] - 16:1, 16:5, 16:14, 16:15, 16:17, 16:18, 16:20, 23:5, 23:8
**week** [3] - 2:15, 4:10, 4:19
**weigh** [2] - 6:20, 6:21
**wild** [1] - 11:25
**willing** [2] - 23:8, 23:9
**wind** [1] - 13:17
**wish** [3] - 7:17, 9:3, 15:22
**words** [1] - 11:7

## Y

**you's** [1] - 18:2
**young** [1] - 17:10
**yourself** [6] - 8:21, 9:11, 12:3, 18:9, 18:19

## §

**§** [1] - 25:8