```
             THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MARYLAND
                      NORTHERN DIVISION

UNITED STATES OF AMERICA,)
     Plaintiff ,          )
                          )
     vs.                  )   CASE NUMBER: GLR 20-0283
                          )         JURY TRIAL DAY 5
GARY ROCKY JONES,         )   EXCERPT OF PROCEEDINGS
     Defendant.           )
_____)

              TRANSCRIPT OF PROCEEDINGS
      BEFORE THE HONORABLE GEORGE LEVI RUSSELL, III
               UNITED STATES DISTRICT JUDGE
              Monday, September 18, 2023
                  Baltimore, Maryland


             A P P E A R A N C E S

FOR THE PLAINTIFF:
     BY: PAUL BUDLOW, ESQUIRE
         COLLEEN McGUINN, ESQUIRE
         OFFICE OF THE UNITED STATES ATTORNEY
         36 S. Charles Street, 4th Floor
         Baltimore, Maryland  21201

FOR THE DEFENDANT:
     BY: COURTNEY FRANCIK, ESQUIRE
     BY: KATHERINE NEWBERGER, ESQUIRE
         Office of the Federal Public Defender
         100 S. Charles Street, Tower II, 9th Floor
         Baltimore, Maryland  21201

Also Present:

Special Agent Rachel Corn, FBI




_____


     ***Proceedings Recorded by Mechanical Stenography***
     Transcript Produced by Computer-Aided Transcription
```

Nadine M. Bachmann, RMR, CRR - Federal Official Court Reporter

```
 1                      P R O C E E D I N G S
 2            MR. BUDLOW:  Good morning, Your Honor.  This is
 3   United States of America v. Gary Rocky Jones. It's Criminal
 4   Number GLR 20-0283. It's scheduled this morning for a
 5   continuation of a jury trial. I'm Paul Budlow on behalf of the
 6   Government, joined by Assistant United States Attorney Colleen
 7   McGuinn and FBI Special Agent Rachel Corn.
 8            THE COURT:  Very good. Good morning.  Ms. Francik.
 9            MS. FRANCIK:  Good morning, Your Honor.  Courtney
10   Francik on behalf of Gary Jones.  I'm joined here by my
11   colleague, Katherine Tang Newberger, and we have not yet
12   received an update regarding Mr. Jones' status.
13            THE COURT:  Right. That's one of the reasons I came
14   out. Good morning.
15        I received correspondence from the U.S. Marshals Service
16   today that Mr. Jones, again, has refused that he be
17   transported.  And so consistent with the Court's previous
18   ruling, I will find that he at least for the time being, has
19   waived his presence.
20        I will invite -- I did send counsel an updated
21   correspondence from the marshal which seemed to indicate --
22   I'm not quite sure what it indicates, but I felt obligated to
23   be able to -- obligated to send that to you because I received
24   it.
25            In the event that defense counsel believes -- in the
```

1   event that Mr. Jones is convicted, then I certainly would
2   invite counsel for a briefing on any of the legal issues that
3   you preserved, including a request for a competency hearing
4   and then I would presumably review whatever is filed. The
5   Government would file an opposition. You could file a reply.
6   If there's medical experts that need to be heard from I'll
7   hear from them. In the event that I need fact witnesses of
8   people who made observations during the pendency of the trial
9   then I will take testimony on those and apply the appropriate
10  standard and make a determination.
11       So is there anything else that needs to be placed on the
12  record before we conclude these preliminary matters?
13          **MS. NEWBERGER:**  Your Honor, if I may just to update
14  the Court, as of Friday morning Mr. Jones was still on the
15  IMHU unit at Central Booking. To the best of my understanding
16  he was still on suicide watch. That was certainly consistent
17  with the way that he was being held and he continued to refuse
18  to speak with counsel.
19          **THE COURT:**  Okay. Mr. Budlow, is there anything
20  you'd like to add on these preliminary matters?
21          **MR. BUDLOW:**  No, Your Honor.  Thank you.
22          **THE COURT:**  Okay. All right, so we'll just wait for
23  the jury to arrive and then we will proceed.
24          **(Requested excerpt of the transcript is complete.)**
25

**CERTIFICATE OF OFFICIAL REPORTER**

    I, Nadine M. Bachmann, Certified Realtime Reporter and Registered Merit Reporter, in and for the United States District Court for the District of Maryland, do hereby certify, pursuant to 28 U.S.C. § 753, that the foregoing is a true and correct transcript of the stenographically-reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

    Dated this <u>17th</u> day of <u>January, 2024</u>.

    *-S-*

    _____

    NADINE M. BACHMANN, CRR, RMR
    FEDERAL OFFICIAL COURT REPORTER