```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MARYLAND
                         NORTHERN DIVISION

 UNITED STATES OF AMERICA,)
       Plaintiff ,        )
                          )
       vs.                )   CASE NUMBER: GLR 20-0283
                          )
 GARY ROCKY JONES,        )    EXCERPT OF PROCEEDINGS
       Defendant.         )     JURY TRIAL VOLUME VII
 _____)

                    TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE GEORGE LEVI RUSSELL, III
                  UNITED STATES DISTRICT JUDGE
                  Tuesday, September 19, 2023
                       Baltimore, Maryland


                   A P P E A R A N C E S

 FOR THE PLAINTIFF:
     BY:  PAUL BUDLOW, ESQUIRE
          COLLEEN McGUINN, ESQUIRE
          OFFICE OF THE UNITED STATES ATTORNEY
          36 S. Charles Street, 4th Floor
          Baltimore, Maryland  21201

 FOR THE DEFENDANT:
     BY:  COURTNEY FRANCIK, ESQUIRE
          KATHERINE NEWBERGER, ESQUIRE
          Office of the Federal Public Defender
          100 S. Charles Street, Tower II, 9th Floor
          Baltimore, Maryland  21201

 Also Present:

 Rachel Corn, Special Agent, FBI
 _____


        ***Proceedings Recorded by Mechanical Stenography***
         Transcript Produced by Computer-Aided Transcription
```

```
                       P R O C E E D I N G S
 1
 2            MR. BUDLOW:  Good morning, Your Honor.  This is
 3   United States of America v. Gary Rocky Jones, Criminal Number
 4   GLR 20-0283.  It's scheduled this morning for a continuation
 5   of the jury trial. I'm Paul Budlow on behalf of the
 6   Government.  Joining me at counsel table is Assistant United
 7   States Attorney Colleen McGuinn and FBI Special Agent Rachel
 8   Corn.
 9            THE COURT:  All right, good morning.
10        Ms. Francik, always a pleasure.
11            MS. FRANCIK:  Good morning, Your Honor.  Courtney
12   Francik on behalf of Gary Jones.  I'm joined here by my
13   colleague, Katherine Tang Newberger.
14            THE COURT:  All right, Ms. Newberger, always a
15   pleasure.
16        I received -- you can have a seat. I received an email --
17   chambers received an email correspondence from Mr. Budlow
18   preliminarily flagging a pretrial issue regarding the
19   admission of certain evidence related to the case and offered
20   to have this discussed before the trial resumed.
21        As a preliminary matter, I did receive word from the U.S.
22   Marshals Service that Mr. Jones, again, refused his
23   medication, as well as refused to be transported. I will
24   acknowledge Ms. Francik's and the defense's continuing
25   objection and request for a competency issue.
```

1          I take it, Ms. Francik, that you've taken the time, I
2    believe you referenced it yesterday, that you attempted to
3    speak to the defendant over the course of the weekend and he
4    refused to meet with you; is that correct?
5          **MS. FRANCIK:** Yes, Your Honor. On Friday Ms.
6    Newberger and an investigator and social worker from our
7    office went to visit Mr. Jones at the inmate mental health
8    unit at Central Booking and Intake Facility and he refused to
9    speak with Ms. Newberger.
10         **THE COURT:** Are there any other -- I know that I
11   invited the parties at some point in time for a much more
12   fulsome briefing on the absentee issues that have occurred.
13   Is there anything else that you wish me to -- that you feel
14   comfortable placing on the record regarding information that
15   you've received related to the defendant's absence at this
16   time?
17         **MS. FRANCIK:** Only that, Your Honor, to the best of
18   our knowledge he continues to remain on suicide watch at the
19   mental health unit.
20         **THE COURT:** Okay, once that is -- well, I will
21   receive the daily updates and I will place -- I didn't receive
22   one from yesterday, but I'm comfortable with the
23   representations that I've made on the record. And once I
24   receive any written updates of email correspondence confirming
25   the information that I have received regarding his absence I

1  will go ahead and put that as part of the court record in the
2  case so the parties can rely upon it. All right.
3              **(Requested excerpt of the transcript is complete.)**
4              **CERTIFICATE OF OFFICIAL REPORTER**
5
6         **I, Nadine M. Bachmann, Certified Realtime Reporter**
7  **and Registered Merit Reporter, in and for the United States**
8  **District Court for the District of Maryland, do hereby**
9  **certify, pursuant to 28 U.S.C. § 753, that the foregoing is a**
10 **true and correct transcript of the stenographically-reported**
11 **proceedings held in the above-entitled matter and that the**
12 **transcript page format is in conformance with the regulations**
13 **of the Judicial Conference of the United States.**
14
15                          **Dated this 24th day of January, 2024.**
16
17                                   *-s-*
18                          _____
19                              **NADINE M. BACHMANN, CRR, RMR**
                                **FEDERAL OFFICIAL COURT REPORTER**
20
21
22
23
24
25