```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND
                         NORTHERN DIVISION

  UNITED STATES OF AMERICA,)
       Plaintiff ,         )
                           )
        v.                 )  CASE NUMBER: GLR 20-0283
                           )
  GARY ROCKY JONES,        )   EXCERPT OF PROCEEDINGS
       Defendant.          )   JURY TRIAL VOLUME VIII
  _____)

                   TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE GEORGE LEVI RUSSELL, III
                  UNITED STATES DISTRICT JUDGE
                  Thursday, September 21, 2023
                       Baltimore, Maryland


                       A P P E A R A N C E S

  FOR THE PLAINTIFF:
       BY: PAUL BUDLOW, ESQUIRE
           COLLEEN McGUINN, ESQUIRE
           OFFICE OF THE UNITED STATES ATTORNEY
           36 S. Charles Street, 4th Floor
           Baltimore, Maryland  21201

  FOR THE DEFENDANT:
       BY: COURTNEY FRANCIK, ESQUIRE
           KATHERINE NEWBERGER, ESQUIRE
           Office of the Federal Public Defender
           100 S. Charles Street, Tower II, 9th Floor
           Baltimore, Maryland  21201

  Also Present:

  Rachel Corn, Special Agent, FBI
  _____




       ***Proceedings Recorded by Mechanical Stenography***
         Transcript Produced by Computer-Aided Transcription
```

```
 1                    P R O C E E D I N G S
 2       (9:15 a.m.)
 3              MR. BUDLOW:  This is United States of America v.
 4       Gary Rocky Jones. It's Criminal Number GLR 20-0283, scheduled
 5       before Your Honor this morning for a continuation of a jury
 6       trial. I'm Paul Budlow on behalf of the Government, joined by
 7       Assistant U.S. Attorney Colleen McGuinn, and FBI Special Agent
 8       Rachel Corn is on the witness stand.
 9              THE COURT:  Thank you very much.
10          Ms. Francik.
11              MS. FRANCIK:  Good morning, Your Honor.  Courtney
12       Francik on behalf of Gary Jones.  I'm joined by my colleague,
13       Katherine Tang Newberger.
14              THE COURT:  Agent Corn, you can have a seat.
15       Everyone can have a seat.
16          Prior to going on the record in this case, the Court
17       received several documents related to a Release of
18       Responsibility related to Mr. Jones. The Release of
19       Responsibility covers all, if not most of the days that this
20       court has been in session, beginning with September -- Monday,
21       September 11th indicating that Mr. Jones either refused his
22       medications or failed to take his morning medications or other
23       times during the day.
24          I would note that there are instances where a box is not
25       checked related to the medication issues or a refusal with
```

1    regard to medication, but maybe a refusal regarding a finger
2    stick, an Accu-Chek, a finger stick and other medical
3    treatment that he was to receive. Certainly it appears to be
4    sporadic and non-uniform refusals which suggest to the Court
5    that this is, again, a conscious decision.
6         I provided this documentation to counsel. I indicated to
7    them that Mr. Jones -- I received information from the
8    Marshals Service consistent with what has taken place
9    throughout the course of this trial that the defendant has
10   refused to be transported by the United States Marshal, as
11   well as refused his morning medication for today. I am
12   awaiting documentation regarding the refusal to be transported
13   and the refusal to receive medication as of today, but for the
14   purposes of this proceeding I am marking as an additional
15   Court's exhibit, all of the Release of Responsibility records
16   that I received to date.
17        It's my understanding that Mr. Jones refused to sign the
18   Release of Responsibility records and as a result, these
19   Release of Responsibility forms were at least witnessed and/or
20   electronically signed by two individuals who are identified at
21   the bottom of most, if not all, of the documents.
22        So with that, it will be a Court's exhibit and I'm going
23   to pass that over to the courtroom deputy as well.
24        With this new information, the Court continues to find
25   that Mr. Jones is malingering or manipulating the system, that

1  he puts himself at risk by failing to take his medication for
2  his medical condition which is -- well, for his medical
3  condition and puts himself at risk of significant injury. I
4  believe the failure to take medication sporadically is both
5  knowing and voluntary and designed to put the Court in a
6  position where if he were to be forcibly transported, he could
7  be at risk of physical injury. And if he is not transported,
8  it could be an issue related to competency or reasonable
9  cause. I do not believe that reasonable cause exists at this
10 stage in the litigation and as a result, I will find that his
11 waiver is both knowing and voluntary and designed to delay
12 this trial.
13      Mr. Budlow, do you think the Court has made an adequate
14 record?
15           **MR. BUDLOW:**  Yes, Your Honor.  Thank you.
16           **THE COURT:**  And Ms. Francik, I know that previously
17 yesterday you made a record regarding your attempts to contact
18 Mr. Jones. Do you wish to stand on that record and is there
19 anything that you'd like to add with regard to the record that
20 the Court has made?
21           **MS. FRANCIK:**  We'll stand on that record, Your
22 Honor, and have nothing further to add this morning.
23           **THE COURT:**  Okay, very well. With that in mind is
24 everyone ready for the jury?
25           **MR. BUDLOW:**  Yes, Your Honor.

```
 1            (Requested portion of transcript is complete.)
 2                  CERTIFICATE OF OFFICIAL REPORTER
 3
 4
 5
 6         I, Nadine M. Bachmann, Certified Realtime Reporter
 7    and Registered Merit Reporter, in and for the United States
 8    District Court for the District of Maryland, do hereby
 9    certify, pursuant to 28 U.S.C. § 753, that the foregoing is a
10    true and correct transcript of the stenographically-reported
11    proceedings held in the above-entitled matter and that the
12    transcript page format is in conformance with the regulations
13    of the Judicial Conference of the United States.
14
15                         Dated this 23rd day of January, 2024.
16
17                                -S-
18                         _____
19                            NADINE M. BACHMANN, CRR, RMR
                              FEDERAL OFFICIAL COURT REPORTER
20
21
22
23
24
25
```