```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND
 2                       NORTHERN DIVISION

 3      UNITED STATES OF AMERICA,)
              Plaintiff ,       )
 4                             )
              vs.              )   CASE NUMBER: GLR 20-0283
 5                             )
        GARY ROCKY JONES,      )    EXCERPT OF PROCEEDINGS
 6           Defendant.        )       CLOSING ARGUMENTS
        _____ )
 7
                     TRANSCRIPT OF PROCEEDINGS
 8        BEFORE THE HONORABLE GEORGE LEVI RUSSELL, III
                   UNITED STATES DISTRICT JUDGE
 9                Tuesday, September 26, 2023
                      Baltimore, Maryland
10

11                 A P P E A R A N C E S

12      FOR THE PLAINTIFF:
              BY: PAUL BUDLOW, ESQUIRE
13            BY: COLLEEN McGUINN, ESQUIRE
                  OFFICE OF THE UNITED STATES ATTORNEY
14                36 S. Charles Street, 4th Floor
                  Baltimore, Maryland  21201
15
        FOR THE DEFENDANT:
16            BY: COURTNEY FRANCIK, ESQUIRE
              BY: KATHERINE NEWBERGER, ESQUIRE
17                Office of the Federal Public Defender
                  100 S. Charles Street, Tower II, 9th Floor
18                Baltimore, Maryland  21201

19      Also Present:

20      Rachel Corn, Special Agent, FBI

21      _____

22            ***Proceedings Recorded by Mechanical Stenography***
               Transcript Produced by Computer-Aided Transcription
23

24

25
```

```
 1                          I N D E X

 2     Closing Arguments:                              PAGE

 3     On behalf of the Government
               By Ms. McGuinn:                          3
 4
       On behalf of the Defendant
 5             By Ms. Francik:                          43

 6     Rebuttal Argument on behalf of the Government
               By Mr. Budlow:                           65
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                      P R O C E E D I N G S

 2              (Requested excerpt of transcript begins.)

 3      (12:36 p.m.)

 4              THE COURT: Is the Government prepared to give their

 5      closing?

 6              MS. McGUINN:  Yes, Your Honor.

 7              THE COURT:  Okay, at your pleasure.

 8              MS. McGUINN:  Thank you, Your Honor. Good afternoon,

 9      ladies and gentlemen.

10              MULTIPLE JURORS:  Good afternoon.

11              MS. McGUINN:  14 days ago in opening statements you

12      were told that you were going to be listening to some

13      difficult facts, some soul-bearing testimony and that you will

14      be seeing some disturbing, emotional videos and evidence in

15      this case, videos and evidence of exploitation and abuse of 16

16      boys.

17          You were told by my partner, Mr. Budlow, that at the end

18      of the evidence we would come back together and we would ask

19      you to find the defendant, Gary Rocky Jones, guilty of all 46

20      counts before you. And that's what I'm here to do today.

21          The defense said, "Sometimes the Government gets it

22      wrong. Police and prosecutors get it wrong." But not today.

23      Not this case, not this defendant, not this time.

24          You have heard and seen a lot in the last two weeks and

25      you know that the Government got it right. You know that Agent
```

1    Rachel Corn, with 17 years of experience investigating the

2    exploitation of children, protecting our most vulnerable

3    citizens, worked her way through the Wild Wild West or the

4    internet, as the defendant called it.  Maybe she wore a

5    ten-gallon hat, I don't really know, but she did and she

6    figured it out.

7        You know that ████████████ got it right when he looked at

8    this man and identified his abuser, the man who exploited his

9    instability, his poverty, his literal hunger and he said

10   "That's Lorpeee." That's the outlaw who approached me in the

11   Wild Wild West of Instagram and coerced me, enticed me, and

12   exploited me.

13       And you know that the other 15 boys, these other lost

14   boys were also exploited by Gary Rocky Jones. He exploited

15   their desperation, their loneliness and their poverty, their

16   grief, their displacement, and their abusive situations.

17       The judge read you an awful lot of instructions prior to

18   our lunch and I want to go over a few of them with you before

19   I resume arguing to you the defendant's guilt. I have a lot of

20   exhibits in this PowerPoint that you're about to see. And this

21   PowerPoint as the judge told you, is not evidence.  My

22   argument is not evidence.  But you'll see references to

23   exhibit numbers and things like that if you want to jot them

24   down so that you can go back and look at anything you want to

25   look at. You will have binders of evidence. You will have all

1    those chats to review. You will have digital evidence.  And if

2    you want to -- I'm not going to show you any more of the

3    exploitation videos, but if you want to come back and just

4    make sure you saw the right thing in the right count, you will

5    have the absolute right to do that too.

6         Counts 1 through 27 are sexual exploitation of a child.

7    There are three elements. The person depicted in the video and

8    the image was less than 18 years old and as the judge told

9    you, the Government doesn't have to prove that the defendant

10   knew that, although in this case he did. The defendant used,

11   or employed, or persuaded, or induced, or enticed, or

12   coerced -- any one or combination of those things will do

13   it -- that minor victim, to take part in sexually explicit

14   conduct for the purpose of transmitting a visual depiction of

15   that conduct or for the purpose of transmitting a live visual

16   depiction.

17        And lastly, I've summarized it, you heard a lot about it,

18   but it's moving in interstate or foreign commerce. In other

19   words, that the Apple devices were not manufactured in

20   Maryland, that the internet was used to transmit or -- and

21   again, or, any one of these things will do it -- that the

22   defendant knew or intended for the depictions to be

23   transmitted using the internet.

24        I've highlighted the middle instruction in yellow because

25   I submit to you you're not going to hear from the defense that

1    any of these children were over 18.  And I'd argue that you're

2    not going to hear from the defense that Apple was somehow

3    manufactured next door here in Baltimore. We know that the

4    devices were made in China. That's not in question. We know

5    that the internet was used to conduct almost this entire

6    crime.

7        Coercion and enticement, Counts 28 through 42. There is

8    one count for John Does 2 through 16 which I'll address in a

9    little bit. The defendant used a facility of interstate

10   commerce, in other words the internet or the telephone. The

11   defendant knowingly persuaded, or induced, or enticed, or

12   coerced the minor victims to engage in sexual activity or

13   attempted to do so.  And had this sexual activity occurred,

14   any person could have been charged with sexual exploitation of

15   a child or distribution of child pornography or production of

16   child pornography and the minor victims were under 18.

17       Again, I highlighted the second element for you because I

18   submit that would be the defendant's focus. Knowingly

19   persuaded, or induced, or enticed, or coerced and that the

20   defendant is the one who did so knowingly.

21       The judge instructed you that persuaded, induced,

22   enticed, or coerced should be given their ordinary meanings.

23   So I argue to you some of the words that are synonyms,

24   convincing someone. Giving rise to tempting them, attracting

25   them, all the way out to putting pressure and threats on a

1   person. It could be a sliding scale of these types of coercion

2   that were used on these boys.

3        And of note in this instruction, in the full instruction

4   that the judge gave to you is particularly as it pertains to

5   John Doe 4, ███████████ and John Doe 7, who is ███████████,

6   the little brothers as it were. The Government doesn't have to

7   show you that the defendant communicated directly with those

8   little brothers in order to get them to engage in this

9   coercion and enticement. It was enough that he went through a

10  third-party and lured their big brothers in order to get them

11  to persuade them to induce, entice, coerce, or attempted to do

12  so.

13       Distribution of child pornography:  The defendant

14  knowingly distributed a visual depiction, in other words an

15  image or a video. That image or video was transported in or

16  affecting interstate commerce or was produced using materials

17  that had been transported in interstate commerce; again, the

18  internet.

19       Apple devices:  That the image or video involved the use

20  of a minor engaged in sexually explicit conduct and portrays

21  that minor engaged in that conduct, and that the defendant

22  knew that that production of the visual depiction, in other

23  words the image or the video, involved the use of a minor

24  engaged in sexually explicit conduct. Specifically this has to

25  do with the April 2, 2018 distribution via the defendant's

1    Facebook account.

2        In all of these three counts so far, the judge instructed

3    you the definition of sexually explicit conduct. This includes

4    many things, but it can include oral sex, anal sex,

5    masturbation, or the lascivious exhibition of the genitals.

6    In other words, the focus of the image is on in this case, the

7    penis, or the scrotum, or the anus of these boys.

8        Possession of child pornography:  This is Counts 44 and

9    45. The defendant knowingly possessed a visual image, the

10   images or the videos. The visual depiction was transported in

11   or affecting interstate commerce. The visual depiction was

12   child pornography and the defendant knew of the sexually

13   explicit nature of the material.  In other words, he didn't

14   send it on accident. He had to do this knowingly.

15       You were told that the word "possess" was to have control

16   over it.  So I'd ask all of you to kind to think of the cell

17   phone that you have in your pocket or nearby and the images of

18   your family or friends that you may have on your phone. You

19   are in possession of those items. You can control them and you

20   can access them. That would amount to a definition of

21   possession in this particular case.

22       For these two counts we're talking about the defendant's

23   iCloud account which is under; shitmanbaby and

24   ddhman2929@iCloud, and his Snap account which was under the

25   name of mikebreezyddh@gmail and ddhloveyou614.

1          And lastly, commission of a felony crime involving a

2     minor by a registered sex offender. The defendant committed a

3     specified felony involving a minor and two, the defendant was

4     a registered sex offender at the time and was required to at

5     least register as a sex offender.

6          That is not in dispute. You heard the detective tell you

7     how he had met with Gary Rocky Jones many, many times and he

8     was required to register as a sex offender.  And, in fact, was

9     registered as a sex offender on the date he was arrested.

10         If you find that the defendant is guilty of any one of

11    the counts between 1 and 42, you have then met element one

12    which he committed a specified felony involving any one of

13    these boys.

14         Quite frankly, it seems to me that the only thing in

15    question by the defense is that Gary Rocky Jones was the

16    person behind the Instagram account, behind the iCloud, behind

17    the Facebook, and behind those three devices. He was the one

18    behind all of the exploitation of these children. He was the

19    outlaw in the Wild Wild West committing these crimes. And if

20    he is or even if he isn't, these victims in some way wanted

21    this to happen. They're the ones who persuaded Gary Rocky

22    Jones. They coerced him. They enticed him. They had their way

23    with him. These children are to blame. They should be ashamed

24    of themselves for holding out their sexual beings to Gary

25    Rocky Jones, to this man. They are somehow corrupting

1      themselves to this registered sex offender because they wanted

2      this. This was a business transaction between equals. They had

3      already made these videos or had videos just like this and

4      they were just waiting for Gary Rocky Jones to come into their

5      lives and make their iPhone and Instagram fan followers dreams

6      come true.

7          And this is why the defense got it wrong. This is Exhibit

8      5.1.  Mr. Budlow showed this to you. We were a little out of

9      order.  Maybe the second or third day, I can't quite remember.

10     When this investigation started out at least from the

11     perspective of Agent Corn, she received an Instagram cyber

12     tip. That Instagram cyber tip led her to this telephone number

13     beginning with 667. That cyber tip in April of 2019 gave her

14     that number. That number then led to an AT&T subpoena which

15     gave her the name, Gary Rocky Jones registered as the user for

16     this wireless telephone. At this point, Agent Corn does her

17     research and she learns that Gary Rocky Jones is one of 1,400

18     sex offenders who are registered in Baltimore City. The sex

19     offender registry unit tells her that Gary Rocky Jones doesn't

20     have a 667 number as far as they're concerned, but he does

21     have this number, 717 with the rest to follow. He uses this

22     number under the penalties of perjury every time that he

23     registers in Baltimore City: In June of 2019; in September of

24     2019; in December of 2019; in March of 2020; and again in

25     September of 2020. And in all of those instances he uses the

1    exact same address every single time:  4819 Aberdeen Avenue.

2         Now we learn through Agent Corn's research that 717,

3    that's what I'll call it, is not a real phone number. It's not

4    assigned to a cell phone device or an iPhone device.  It, in

5    fact, belongs to an app called TextMe. This app allows you to

6    receive calls under your device even though that's not the

7    number that's assigned to your device. So she does that

8    subpoena. And we learn that the 717 number is registered to

9    shitmanbaby@gmail.com, which then leads her to an Apple iCloud

10   account in the name of shitmanbaby@gmail.com which you see is

11   registered to ddhman-- down da hill man -- 2929@iCloud.com at

12   the same exact address as Gary Rocky Jones, 4819 Aberdeen

13   Avenue, with a two-number authentication. Those two numbers,

14   717 number that the defendant uses, as well as his second

15   number which leads Agent Corn back to AT&T again and that

16   second number also leads to Gary Rocky Jones.

17        Just at this point in the investigation with what we've

18   just said right now, whoever is behind the Instagram if it's

19   not Gary Rocky Jones, would have had to know to put in his

20   AT&T number registered with the Instagram account which would

21   then lead to an AT&T subpoena, which would then lead to him

22   being a registered sex offender, which would then lead to this

23   TextNow number, which would then lead to shitman, which would

24   then lead to the iCloud, and the Instagram and the iClouds

25   belong to the same person. Either he is the most unlucky man

1   on the face of the earth, or he is the owner of these accounts

2   and he is guilty.

3       The Instagram accounts and the iCloud account all belong

4   to Gary Rocky Jones. All of the videos that you saw that

5   amounted to child exploitation which are Counts 1 through 27,

6   they are all found in the ddhman -- down da hill man -- iCloud

7   account. And in that iCloud account there are all kinds of

8   other images that you would normally find in your iCloud

9   account. Those of you who have iPhones or some other cloud

10  storage on your phone, think about the things that you have in

11  there. We have Gary Rock Jones' license, a selfie, a

12  screenshot of him trying to purchase Instagram fans. A receipt

13  from Apple specifically for the ddhman iCloud account. A loss

14  receipt with his actual signature that matches the

15  registration from the Sex Offender Registry unit.

16      There are also selfies that depict his tattoos:  The

17  dollar sign on his bicep; the "Brenda" in the name of his

18  mother, "RIP Brenda" on his cheek; the Bible verse, "John

19  3:16" on his wrist and the "Brenda" on his forehead -- excuse

20  me, on his finger which is on his forehead in this photo. You

21  also see in that upper left corner the brown furniture that

22  keeps coming back again and again in this case, as well as the

23  red blanket.

24      All of this and more was in the iCloud including

25  screenshots of all the various email accounts that this person

1    possesses and uses, as well as video clips.

2              **(Whereupon the videotape was played.)**

3         **MS. McGUINN:**   More importantly, as Agent Corn told

4    you, in this iCloud that she went through there was no

5    evidence that anyone else was accessing or using this iCloud.

6    This iCloud that contains Counts 1 through 27, there's no

7    evidence that anyone else possessed or used that account.

8         Agent Corn went back through the Instagram.  As you heard

9    it came to her if you recall, one big lump of texts that she

10   had to parse out and divide between communications and various

11   chats. She went through the Instagram returns and was able to

12   match up dates and times in conversations between John Does 2

13   through 16.  And she went and did a whole bunch of other

14   subpoenas as well which you heard about. When you put those

15   Instagram chats together with the iCloud, she was able to

16   discern what happened.

17        And now I'm going to go through each count based on the

18   iCloud results and the Instagram chats to show you how the

19   defendant exploited all 16 of these boys.

20        First we have Count 1 which is John Doe 1, ███████████. █

21   ███████████ was born April 13th of 2000 and the allegations

22   in this case occurred in 2014 and 2015. If you recall, his

23   mother testified on his behalf, Latoya Jones. She knew Gary

24   Rocky Jones, Man, as a person who befriended her son and lived

25   with them in her house.

1          This image is a still from one of the child pornography

2    images that was found. There were five images located in a

3    Snap account which was mikebreezyddh, and in the iCloud which

4    we've already established belongs to the defendant. In the

5    iCloud it was an image of ████████████ standing naked,

6    ████████████ with a penis in his mouth.  And then there were

7    three images in the Snap account, the same image of ████████

8    with a penis in his mouth, then two others of ████████████

9    holding his penis and of his buttock. They appear to be

10   related. They appear all to be taking place right here in this

11   room, which Latoya Jones told you was her kitchen and that

12   this was her boy when he was 15 years old.

13          You learned that Man lived with them for about a year

14   prior to mid-September of 2015 when he had been arrested. If

15   you recall he was chased out of the house based on allegations

16   when ████████ told his mom something, she told her mom and then

17   chased him out.  And the police saw him being chased down the

18   street by a bunch of kids. And you learned that those charges

19   were dropped because the Baltimore Police couldn't get into

20   his phone. But we know that this image took place in 2014 and

21   2015, no later than mid-September 2015 when the defendant ran

22   out of the house.

23          Snapchat, we learn from Agent Corn's diligence at finding

24   this subpoena, belongs to mikebreezy email. As you can see

25   from this slide with the subpoena to Google, the Mikebreezy

1    email shows the welcome to that Snapchat account, the

2    ddhloveyou614.  There's also a receipt specifically for the

3    mikebreezy@iCloud account in Gary Jones' name with that same

4    address.  And there was also an email in that Google account:

5    "Hello, I'm Gary Jones." So it's clear that that mikebreezy

6    and therefore, that Snap account are being maintained by the

7    defendant.

8          There were also emails and messages in that Snapchat --

9    excuse me, messages in that Snapchat. He texts someone,

10   "Here's my number," the 717 number yet again appears.  The

11   second time, "Call me", 717. And below someone says, "Who

12   this?"  And he says, "It's Man", the defendant's nickname.

13         Man lived with this family which now leads us to Count 2.

14   For a year he had access to this child. He bought them iPads,

15   helped pay bills, and ingratiated himself to this family and

16   to Latoya Jones. She testified that in August of 2015 her son

17   broke his finger -- and we have the medical records to show.

18   And this selfie which comes from the defendant's iCloud, shows

19   ██████ with the wrap around his hand. His mother testified

20   how she would have to clumsily wrap that. The middle image is

21   a still photograph from the Count 2 video that you watched

22   where ██████████ was anally penetrated by an adult male

23   penis.

24         Here we have ██████████ again on the left and on the

25   right. He's wearing the red shoes that Latoya Jones told you,

1    "Man bought him those." And in the middle is another still

2    photograph taken from the abusive video which comprises Count

3    2, the same red shoes. Because that's the person, ████████

4    ████, who was anally penetrated in that video. And we know

5    it was the defendant who anally penetrated and produced that

6    video. The bottom photo with the red is a known image that

7    Agent Corn and her team took of the defendant's Bible verse

8    tattoo on his wrist. The top one is a still from that video,

9    just before the defendant inserts his penis into the anus of

10   this 15-year old boy. And the far right is our image of the

11   two of them together standing in the basement.  And that

12   bottom photo is taken during the search -- or excuse me,

13   during crime lab just to show what that basement looks like.

14        The chance that someone else abused ████████████ who had

15   access to this kid, and had matching tattoos, and had the

16   defendant's Snapchat account several years later, and the

17   defendant's iCloud, is nonsense.

18        John Doe 1 was not part of the coercion and enticement

19   because that took place in 2015.  And those images were found

20   much later. The remainder of the boys that we'll talk about

21   are all subject to Counts 28 through 42 which are coercion and

22   enticement, as well as the sexual exploitation.  And that all

23   comes down to the chats you heard so much about.

24        So we're going to go through them one at a time for each

25   boy. First you met ████████████. ████████████ and the defendant

1    began texting in September of 2018. ███████ was 13 going on 14

2    years old. They texted via Instagram. He told you the person

3    he texted was the name of Lorpeee. Per the subpoena, per the

4    search warrant of the Instagram account we know that Lorpeee

5    has a telephone number attached to it of 717. Same Text Me Now

6    that belongs to the defendant.

7         And let's break down that name "Lorpeee" for a minute.

8    The defendant's cousin, Shameka Cox, told you that L-o-r is

9    sort of a Baltimore regional thing.  Instead of saying

10   "little" or "lil," l-i-l like Lil Wayne you say lor. Lor boy,

11   lor girl. Lorpeee. And later we hear lorpeeelove. It's an

12   interesting acronym for one to use for their Instagram account

13   when they're reaching out to young boys.

14        ██████████ told you that he spoke to the defendant. He

15   spoke to Lorpeee. That that person had a deeper voice.

16   Definitely sounded older. Did not sound his age. That they

17   began talking in September and by March he's asking him to

18   make these videos. ███████ says, "That shit feel uncomfortable.

19   I don't want to do this. I don't like doing that." The

20   defendant begins coercing him. "I thought this was just going

21   to be between us and it was going to be okay. But I don't want

22   to do this. I'm not tryna be gay. No offense. I'm just

23   saying." "You don't act like it. "Okay, fine." It's like a

24   young person to -- "Fine don't do it." That's a form of

25   coercion too.

1          And here we have where Agent Corn was able to match up a

2    livestream record in the Instagram with the Instagram chats

3    itself. And here's where the first count occurs. On March 5th

4    of 2019, ████████ exposes his anus, masturbation and his

5    own face via this chat.

6          The next count, Count Four, which occurred on March 7th.

7    There are two screen recordings of John Doe 2 or ████████

8    face, his penis, and his exposed anus and masturbation. It

9    leads with, "You got the card from the defendant?"  "Yeah."

10   There's an exchange there and he makes the video for him.

11         We learn through FedEx that soon thereafter the defendant

12   ships the iPhone to ████████.  ████████ told you he got an iPhone

13   in exchange for these first couple videos and FedEx provided

14   this information via subpoena that it was mailed by Gary

15   Jones.  Granted, it was at his former address that his sister

16   testified about, but it was shipped to ████████████.

17         The coercion and enticement continues. This is not a

18   charged count.  However, you'll see the brown furniture in the

19   background.  This was a classic phone-on-phone record.  And

20   I'm not going to play the video for you, but I'd like you to

21   listen to the audio so that you can remember what this

22   coercion and enticement sounds like. You also hear the

23   defendant being called "Man."

24              **(Whereupon the audiotape was played.)**

25              **MS. McGUINN:**  The coercion continues:  "Do that for

1    me." "I'm not sticking my finger in.  I can't do it. That's

2    beyond my limits." "Just this one time." "No.  Watch now

3    what's going to happen is just because I don't do it you're

4    not going to talk to me anymore and you're going to ignore

5    me." "Send now."  And sure enough, Count 5, there are two

6    videos depicting ████████████ face is exposed, anus,

7    masturbation and in fact he caves, digital penetration of his

8    anus just as the defendant coerced him to do.

9        ████████ had a friend named ████████. ████████████ who

10   you'll hear about in a minute, was extremely poor and had an

11   extremely unstable life as well. He tells the defendant --

12   ██████ tells the defendant, "Bro says he thinks he'll do it."

13       He refers to ████████ as his brother several times.  And,

14   in fact, in this video clip you'll see -- you'll hear that

15   voice again that I'm sure you know as well as I do at this

16   point, the defendant saying, "I want to see him in the light."

17   And ████████ says, "My brother is struggling.  He's struggling.

18   If you could help him that would be really great.  He's only

19   14.  And the defendant says, "If you both flash me I'll give

20   you $1,000." And then the defendant says, "Make sure you take

21   your phone with you everywhere you go, even if you go in the

22   bathroom."  He says the phrase, "If you're going to take a

23   shit, if you're going to go to the bathroom take the phone

24   with you even if it's at 1 percent.  Don't ever leave you

25   phone out so people can't go through your stuff."

1          **(Whereupon the videotape was played.)**

2          **MS. McGUINN:**  John Doe 3, ███████████ and John Doe

3   4, ██████████. Right around the time of this video the

4   defendant begins to exchange Instagram communications with

5   ████████. ████████ was actually 16, though as you heard ██████

6   say, "Lorpeee he's only 14."

7          He didn't have much. You heard he was being kicked out of

8   his house at the time. He had about 12 kids in his family

9   between stepparents, and aunts, and uncles that he's at

10  various times lived with.  He was living with his aunt and

11  stepfather.  He literally needed food, clothing, and shoes.

12         He knew ██████ was getting things, absolutely, and he

13  began exchanging text messages or Instagram messages with the

14  defendant. The defendant sends him a card for video games.

15  That's the first step.

16              "That's so cool that you did that."

17              "Can I get a video of you?"

18              "Doing what?"

19              "Jerking."

20              "Can you give me some time to think about it?"

21              "I mean, okay, but if you did it now it would be

22  really great."

23              "Okay, but I still want to think about it."

24              "Yeah, but if you did it now I'll send you a phone."

25         So he decides to do it.

1          "I didn't see your face."

2      And we get to Count 6 which is three screen recordings of

3  live videos depicting ███████ face, his exposed genitals,

4  exposed anus, and masturbation through this video call. Soon

5  thereafter ██████ actually says when he receives some of the

6  money he's just going to save it for food. And you see in this

7  screen capture here the tattooed fingers of the defendant as

8  he's manipulating his phone, engaging in this chat.

9      You'll hear their conversation.

10          **(Whereupon the audiotape was played.)**

11      **MS. McGUINN:** "Move into the light. Open up. Stand

12  up." It's like it's choreographed, that entire thing.

13          "Let me see that bitch."  Meaning his anus.

14          **(Whereupon the audiotape was played.)**

15      **MS. McGUINN:**  Count 7, there's three screen

16  recordings of live videos which depict John Doe 3's face,

17  exposed genitals, and masturbation.  What's interesting about

18  this count if you'll recall from Agent Corn's testimony the

19  defendant's phone overheats in the middle of this and as he's

20  screen recording, he accidentally captures his own screen

21  recording overheating and showing his wallpaper which is the

22  picture of him with the comedian, Jess Hilarious.  And you'll

23  later see that exact same photo in his Facebook account.

24      Here you have just their regular conversations where

25  they're talking and the defendant says, "I got to go, but I'll

1    be right back."  And you can see ▓▓▓▓▓ playing a game. The

2    defendant didn't realize he was screen recording him leaving

3    from his exact address on Aberdeen Avenue because he's going

4    to go to the Bass Pro Shops that day.

5              **(Whereupon the videotape was played.)**

6         **MS. McGUINN:**  Count 8 and Count 9. Count 8 is

7    another video file depicting ▓▓▓▓▓ face, digital

8    penetration of the anus and masturbation.  And Count 9 is

9    where it starts to get even more difficult because there's a

10   set of video series involving now ▓▓▓▓▓ who was 11. And it

11   features John Doe 3, ▓▓▓▓▓, inserting his penis into

12   ▓▓▓▓▓ mouth and both of them masturbating. You can hear

13   the defendant speaking to both of them, specifically to

14   ▓▓▓▓▓.

15             **(Whereupon the audiotape was played.)**

16        **MS. McGUINN:**  That's when his phone dies.

17      Count 10 are three video files that depict the two boys

18   again, exposed anus, masturbation, exposed genitals.  I had

19   three, but I'm going to play you one of the audios from one of

20   the videos and you can hear ▓▓▓▓▓.

21             **(Whereupon the audiotape was played.)**

22        **MS. McGUINN:**  Count 11 between the two boys again,

23   exposed masturbation, exposed genitals.  John Doe 3, ▓▓▓▓▓,

24   ejaculating on his brother. ▓▓▓▓▓ inserting his penis into

25   his brother's mouth.  And a still shot as the defendant is

1    phone-on-phone recording this of that brown furniture from the

2    defendant's home. ███████ tries to get out of this.

3              "No please, for real."

4              "But I'm gonna post it."

5         He threatens him.

6              "I'm trying my hardest for you every day to make you

7    happy and I just don't know what else to do."

8         And finally we see when the defendant actually comes to

9    Steubenville, you can see part of his John 3:16 tattoo.

10             **(Whereupon the videotape was played.)**

11        **MS. McGUINN:**  There are more counts after these.

12   There's Count 12 which occurred on August 16, 2019 with both

13   brothers engaged in oral sex.

14        Count 13 which occurs on August 24, 2019 which includes

15   both boys and their files of oral sex and masturbation.

16        Count 14, September 11, 2019, both boys and their exposed

17   genitals.

18        And Count 15 on October 3rd, prior to this car video of

19   just ███████ masturbating.

20        This is another part of the selected chats between

21   ███████ and the defendant. The emojis are pretty much a

22   spot-on match and he tells him about his sister having to get

23   evicted and that his sister used to worked at Walmart.  And

24   you heard from Sabrina Harris, she in fact actually had been

25   evicted and she had worked at Walmart at some point.

1          John Doe 5, ████████████. ████ was 11 years old. You

2    heard from his sister, ████████████, she testified for him.

3    You noticed in his image the Spiderman on the walls behind

4    him. He did not speak to Lorpeee, but he spoke to the

5    defendant nonetheless through the gmc.boi account which again,

6    was double verified through the 717 number, as well as 443-767

7    number which again, Rachel Corn was able to verify was another

8    AT&T phone number that belonged to the defendant. So we know

9    that gmc.boi was a two authentication belonging to the

10   defendant.

11         These are when they exchanged pictures. You see ████ on

12   the top and the image that the defendant sent him lying to

13   ████ about who he was and his approximate age. He asks him

14   to make a video.

15              "Can I see that ass real quick?"

16         And ████ who is 11 says:

17              "I can twerk for you, but I got to do it with my

18   pants on.  Let me go get my shorts. I'll be right back.  I

19   can't do it if I pull them down."

20              "Just pull them down a little bit. I got it.  This

21   is just between us."

22              "Yeah, but if I pull them down" --

23         This back and forth where the defendant is convincing him

24   to pull down his pants. He even goes through and tells him

25   similar to what he did to ████:

1      "Here's how you can delete our conversations in case

2  anyone goes through your phone."

3      He shows him this and the screen record was captured in

4  the defendant's iCloud.

5      Count 16 of ████████████ is a video depicting his face

6  as he talks to the camera and he's masturbating his penis.

7      John Doe 6, ████████ and John Doe 7, ████████. You heard

8  from their father who was arguably the best looking man and

9  dressed man in the courtroom that day if you remember his full

10  suit the way that I do.  And in July and August of 2019 his

11  boys were 9 years old and 13 years old.  ████████ is talking

12  to gmc.boi, the defendant. He asks if I know you.

13      "No, I was just looking at your page."

14      "Who are you?"

15  The defendant says:

16      "My name is Anthony and I'm 17. And can I see that

17  dick?"

18      ████████ gets into the conversation over Instagram.

19      "Dam, if you could make that happen you would be

20  mine forever" says the defendant.

21      So he says, "Okay, let's make a deal. What do you want to

22  do?"

23      For Count 17 you see ████████ face and he masturbates.

24  There are two video files and it's a phone-to-phone

25  transaction. He wants him to involve his little brother. And

1    you know that ███████ resists or tries to or tries to just be

2    close to him, but now the defendant has his face and he

3    threatens to expose him.

4            "I'm ready to post everything. I'm doing it. I'm mad

5    for real."

6            ███████ says, "I'm about to cry. You don't know

7    what you're asking me to do."

8            "I wasn't gonna ask you to do it ever again," says

9    the defendant.

10           "But I'm crying. You don't even know, bro. You don't

11   even know what you're asking me to do."

12           "I just want you to do it right," says the

13   defendant.

14       And sure enough on Count 18 is a screen record of John

15   Doe 6's exposed penis near his little brother's face. And when

16   he does it, the defendant is still not happy.

17           "I can't believe you didn't do it," implying you

18   didn't do it correctly.

19       On this previous slide, the bottom is very telling.

20           "You basically want me to molest my little brother

21   for your amusement."

22       John Doe 8, ████████████. ██████████████ testified

23   he was 15 years old and from Virginia. The defendant reached

24   out to him:

25           "You want more followers?"



1          "Yeah."

2          "Okay cool."

3          "How old are you?"

4      The defendant says he's 16. ███████ was 15. The

5  defendant begins to ask him for these videos, telling him:

6          "Don't be short.  That video wasn't long enough."

7  ████████ sends:

8          "Oh my God" with a crying emoji. He says:

9          "If you want a long video you need to give me 10,000

10  followers. What do you want to see on it?

11          "Your face and open your butt."

12      He continues to orchestrate to choreograph exactly what

13  he wants ████████████ to do.

14      Finally in Count 19 there's a screen recording of a live

15  video depicting John Doe 8's face, his exposed anus, his

16  exposed penis and masturbation. The defendant telling him he

17  wants to see that ass. It doesn't end well between these two.

18  In fact, ████████ gets very angry because the defendant is

19  manipulating him, threatening to expose him and threatening to

20  send these out and in the end he says:

21          "Don't ever call me or text me again."

22      John Doe 9, ██████████. ███████ mom testified. ████████

23  was 13 years old. The defendant asked him how many followers

24  he wants. He says:

25          "3,000 or is that too much?"

 1            He goes, "No, but you better show me your dick. I
 2    just want to see it on FaceTime."
 3            He's telling him how he wants it done. He's convincing
 4    him that this is the right thing to do.
 5            And in Count 20 we have two video files of John Doe 9,
 6    his exposed penis, while masturbating in the bathroom that his
 7    mother testified from the still photo that is, in fact, her
 8    bathroom.
 9            John Doe 10, ████████████. ██████████████ mom also
10    testified. Now there are no Instagram chats that match him
11    despite Agent Corn's thorough search. However, the defendant
12    did do screen records and documented their conversations.
13            These were the images if you recall Agent Corn talked
14    about had to be lightened. You can see it from the previous
15    slide they were a little bit greenish and a little bit dark,
16    but the video ultimately that doody, a/k/a ███████████████,
17    John Doe 10 sends is a exposed genitals and his face.
18            John Doe 11, ██████████████. Agent Corn testified about
19    █████████████ because he lives in the Baltimore area and she
20    was there when he was interviewed as part of his
21    investigation. ██████████ is 12 years old. The defendant says:
22                "Can I see that body?"
23            He says, "Only if you get me 13k."
24                "Okay, but you have to show me on FaceTime."
25                "All right, cool."



```
 1              "FaceTime me."

 2              "Get me the followers first."

 3              "Show me and then I'll start."

 4         That's coercion.

 5         Count 22, the video file depicts John Doe 11's face and

 6    exposed genitals.

 7         John Doe 12, ██████████████.  Agent Claire Smith of the

 8    FBI from Louisiana testified for ████████ who was 13 years old

 9    at the time.  The defendant is asked his age.  He tells

10    ██████████ he is 16.  They have a conversation at this point

11    where he tells him what he wants him to do as far as these

12    videos.  He wants him to show his face.  And ████████████ is

13    resistant to that.

14         In Count 23 there are, in fact, two video files depicting

15    John Doe 12's face, his exposed anus, digital penetration and

16    masturbation.  In the middle of that screen record, the one

17    that you watched in court, Gary got an email which was

18    captured on that screen record, again, showing that Gary Rocky

19    Jones is the person screen recording this exploitation and

20    orchestrating the abuse of John Doe 12.

21         John Doe 13, ██████████.  ██████████████, Slap, who came here

22    from Steubenville, Ohio.  He knows ████████ and ████████.  In fact,

23    ████████ is his cousin.  He was 13 years old at the time, going

24    on 14 when he ultimately was exploited by the defendant.  He

25    actually spoke to him.  He knew the defendant's voice.  It was
```

1  older, it was grown, it was a deep voice.  It was the same

2  voice every single time. And the first page of Instagram chats

3  if you recall there's a big gap in time. And ███████ told you

4  it's because he deleted a lot of those messages.  And you know

5  that if he deletes them in his Instagram chat then they delete

6  off the defendant's ability to keep them. And he did that

7  because he knew ████████ had been exploited and sent out to

8  the school and he didn't want that to happen to him.

9     The defendant promised him an Instagram account with

10  followers built in and that ███████ could get Instagram

11  famous. He also sent him money via Cash App to pay for the

12  abuse.

13     Count 24 which was a video file depicting ███████████

14  exposed genitals and his face. The Cash App is also in the

15  name of Gary Rocky Jones with the other names in the far

16  bottom left of that, Lorpeee and Gary Jones and his other

17  names and the same address. He also sent the money from these

18  records as ████████████ told you to him too.

19     John Doe 14, ████████████. Agent Erin Schu testified that

20  she had been there for his interview.  The defendant texted

21  gmc.boi:

22          "Hey hey just want to go see if you want more

23  followers."

24          "Okay."

25          "Can I see that body?"

1                And he's like, "Huh?"

2                "If you show me that body I'll help you get more

3       followers."

4           And, in fact, we see the live screen record matches the

5       Instagram chats.  And in Count 25 there are two video files

6       depicting John Doe 14's face, exposed anus, and genitals, and

7       masturbation.

8           John Doe 15, ███████████████ -- or excuse me, ███████

9       ██████████ who is from Tennessee. If you recall his videos

10      were all pretty dark and hazy. He was I would submit of these

11      boys, the most resistant to all of this. He came here to

12      testify. The defendant found him out of the blue:

13                "Hey."

14                "Who is this?"

15                "Just wanted to see if you want more followers:

16          Now we learned from cross-examination of ███████████████

17      ██████████ that he was into internet stuff. He has apparently a

18      very popular TikTok. That doesn't mean he can't be coerced and

19      enticed in this particular case. And, in fact, the defendant

20      says:

21                "Can we keep this between us?  Can you show me that

22      body?  I want to be able to help you."

23          And here's the one-sided chats that were retained:

24                "I want to see that dick. I was talking low."

25          And in Count 26 there are videos depicting John Doe 15's

1        face, masturbating his exposed penis.

2            He tries to put him off, lie to him, block him, block

3        gmc.boi and he randomly gets these texts when he testified

4        from Lorpeeelove, little P love.

5                "Yo why are you doing my man like that?  He's

6        talking about exposing you."

7            These are the threats from the defendant to try to get

8        ██████████████████ back on board.

9                "I don't know him."

10               "Gmc.boi."

11               "I got my phone back.  I had been in trouble."

12           He told you he had been lying about that.  He was doing

13       everything he could to break out of the cycle.

14           And lastly, John Doe 16, ████████████████. He was 13

15       years old. If you recall all of his videos kind of have this

16       yellowish background. He testified as well. He told you these

17       videos took place in his bathroom.

18           Count 27 which was a series of eight videos depicting his

19       face, his exposed penis, his genitals and digital penetration

20       of his anus. The defendant says:

21               "I won't say anything.  But are you going to do it

22       for her?"

23           He's talking about his aunt, saying he's going to get

24       followers for her. Defendant says:

25               "I'm waiting on you."

1          Side-by-side screen recorded their chat as well as

2     Instagram capture of their chat.

3          Those are the 16 John Does.

4          Agent Corn then went on to do a subpoena for Facebook as

5     part of her investigation. The Facebook in question was

6     ddhman, down da hill man 29@gmail. We know that it's the

7     defendant because there's actually a chat captured in that

8     Facebook where he asks a person to put in a ceiling fan for

9     him at his exact address that he uses over and over and over

10    again, 4819 Aberdeen Avenue.

11         These are the photos from the Facebook account. Again,

12    that spot-on match emoji, the defendant with a friend, John

13    Doe 1 saved in his Facebook, as well as the picture that we

14    saw from the screen overheated when he was chatting with John

15    Doe 2.

16         And this is where the count on distribution comes in.

17    Through the chats that Agent Corn was able to find through the

18    Facebook subpoena and search warrant she was able to see the

19    defendant's communications. You heard they were done in

20    Spanish and it was to a young teenager overseas who speaks

21    Spanish. They have a conversation:

22              "Let me see your face. Let me see your face on

23    camera."

24         The defendant says:

25              "Do you want to see someone young sucking dick?"

1      At which point in the middle file he sends him a video.

2   And that is the count of distribution in this particular case.

3   Their conversation continues.

4      That's the case.  Before anything else is done, before

5   there are search warrants on the house, before there are

6   search warrants of the defendant's person, before the devices

7   are examined, before the defendant is interviewed, Counts 1

8   through 42 are done. 27 counts of sexual exploitation of those

9   boys and the remaining counts of coercion and enticement of

10   John Does 2 through 16.

11      Count 44, possession of child pornography on the iCloud.

12   All those images you saw, done.  Possession of child porn on

13   the Snap account of John Doe 1, done. Distribution of child

14   pornography on Facebook, Count 43, done. And that is before we

15   even get to the rest of this case. Count 46, using a minor in

16   the commission of a felony when you are, in fact, a registered

17   sex offender which we know, done.

18      Based on the investigation, just on this work that Agent

19   Corn did, the defendant is guilty of these counts.  But she

20   didn't stop there. And the investigation didn't stop there.

21   Because you learn that on September 1st of 2020, Agent Corn

22   who already knew, already knew that Gary Rocky Jones had

23   exploited multiple children, she already had the evidence to

24   arrest him. She got a search warrant for his person when he

25   reported the Sex Offender Registry Unit and she got a search

1    warrant for his house.

2         When the defendant arrives at the Sex Offender Registry

3    Unit when he's registering, he provides the number that begins

4    with 717. He's then brought into the room with Detective Rees

5    who you heard from and with Agent Corn. They give him his

6    rights. They ask him basic fundamental questions.

7              "How can we reach you?"

8         He gives them a number, 443-780-5522. Agent Corn says:

9              "Is that your cell phone number?"

10             "No."

11             "Is that your home number?"

12             "No, it's just somebody I know."

13        Detective Rees says:

14             "But I just heard you say a different number out

15   there, 717."

16             "Oh, that's not my number. I can just use other

17   people's numbers."

18        Anyone?  Does that make sense to anyone except if you're

19   trying to hide the fact that you use this number to register

20   for all of these unlawful accounts.

21        He then says, "I haven't even been on the internet" which

22   we know for a fact is untrue. And then they ask him:

23             "We have a search warrant for your phone" which is

24   the one that was on his person.

25             "What's your PIN number?" And he says, "Why would I

1    give you that?"

2         He's arrested with the wallet and this particular red

3    credit card which we'll get back to. The phone that's on his

4    person as you'll see has that text message from Sabrina:  "Oh

5    okay" which we'll see again across his other device. He also

6    has a notification for ddh, again, down da hill as we've all

7    learned.

8         Meanwhile, back at 4819 Aberdeen Avenue, a search warrant

9    is underway. The defendant we know lives in the basement.

10   There was much to say about that:  Maybe Gary, Senior lived

11   down there, maybe other people got down there.  But you heard

12   the residents of that house. That was Gary Rocky Jones'

13   domain. There was a lock on both sides. He had the key. He's

14   the only one down there and certainly the only one down there

15   since December of 2017 when his grandmother passed away. They

16   had to use a tool to break the lock to get into that basement.

17        In that basement they find multiple devices, but of

18   interest to all of us are two particular cell phones and an

19   iPad. One of the cell phones is only interested for this. He

20   had a backing to a cell phone, a cell phone case in the name

21   of John Doe 2 who lives in Steubenville.  In Steubenville.

22   He's not in Baltimore living in this house or anything,

23   ██████████  is gone.

24        The phone of interest as you recall is in the back of

25   that bed up against the wall below the letter G. On that phone

1    when they looked at the notifications, it's logged into

2    gmc.boi, the very same Instagram account used to exploit most

3    of these children other than ███████ and ██████ who were

4    abused by the Lorpeee account. There's that "Oh, okay" message

5    from Sabrina, the same as on his other device.

6         Agent Oberly did the search for the analysis of this

7    particular phone. You learned that the cell phone number

8    attached to this is the 676 number which was linked as the

9    second authenticating number to gmc.boi. And a search of this

10   particular device, Lorpeee or gmc.boi is the Instagram account

11   shitman or ddhman is the iCloud linked to this particular

12   device. We see a selfie of the defendant and his sister,

13   Sabrina, taken from this particular device.

14        There's also a still shot of a title in the defendant's

15   name. There's again, a screenshot of a screen record of

16   gmc.boi and a finger activating it and there's this:

17             **(Whereupon the audiotape was played.)**

18        **MS. McGUINN:**  And there's this:

19             **(Whereupon the audiotape was played.)**

20        **MS. McGUINN:**  A video on the defendant's phone of

21   him driving to Steubenville where we know he abused ██████████

22   ███.

23        We also have a video of ████████████ performing oral sex

24   on the defendant which is that still shot 2911.2 with the

25   defendant's tattoos on display.  There's also ███████████████,

1          ███████████ in that far right corner, gmc.boi again

2     attempting to talk to two of our victims and a screenshot from

3     a gmail:  "Congratulations, Gary you've unlocked a check

4     mailing."

5          And we have ███████████ or excuse me, ███████████ in

6     a screen record actively talking to the defendant as he said

7     he did very often during that time.

8          And lastly we have taken from the chat of

9     ███████████████████, John Doe 15.

10               **(Whereupon the audiotape was played.)**

11          **MS. McGUINN:**  You also learn about the iPad that was

12     seized in the defendant's room in the basement of 4819.  The

13     iPad had the name of ██████ iPad.  Both his and the

14     defendant's iClouds were logged into it or had the ability to

15     be logged into it.  And you heard that ██████ prior to having

16     been locked up in May of 2019, probably ended his abuse cycle,

17     gave the defendant his Apple ID and password.  And you'll see

18     that in the chats if you want to look for it.  ██████ actually

19     gave that information to the defendant and the defendant used

20     it clearly logging into this particular iPad.

21          You also see images of ██████.  ██████ is on here too.

22     There's a recording that I'm not going to play, but from the

23     Sex Offender Registry unit reminding him that he has to

24     report.  There are screen shots from gmc.boi again logged into

25     this device.  There's ██████, there's ██████, there's

1   ████.

2        And lastly and certainly not least is the elusive 1B18,

3   the phone that was found on his person. You heard from Agent

4   Oberly and Agent Corn that this device was not able to be

5   accessed right away. Actually, Agent Oberly in a moment of

6   true humanness told you that when he went to go get the device

7   which he had properly put in airplane mode, plugged in, done

8   all of those things and when he went to get it, realized he

9   hadn't plugged it in correctly.  It had lost all battery and

10  it was dead. The device that was on the defendant's person

11  which you can imagine if we looked at any of your phones or

12  you looked at mine, we'd learn a lot about each other, that

13  phone was dead.  And for three years on and off he would try

14  as GreyKey kept updating and doing new things to try to get

15  into these iPhones. And you heard what he said, you know "I

16  tried because Agent Corn said, 'Please keep trying.'" And it

17  wasn't until August of 2023, about eight weeks ago that, in

18  fact, GreyKey had another update and he went into 1B18 and he

19  was able to access it fully.

20       And as you would expect, because it was the defendant's

21  phone, there's a still shot of his updated driver's license.

22  And all of these accounts, the mikebreezy, the gmc.boi,

23  Lorpeee@gmail, all of these accounts were logged into this

24  particular device.

25       There's also a still shot of contact information for ddh,

1    down da hill man 29@gmail.com with a shipping address for Gary

2    Jones, 4819 Aberdeen Avenue. There's also the still shot from

3    an auto accident that he had fairly recently. And there's an

4    image from 31.8 which is a still of his filming of the abuse

5    or the screenshot of his abuse with John Doe 14. And you can

6    see the skull tattoo from the top of his hand which ironically

7    matches his phone case, gmc.boi, Lorpeeelove, ddhman all

8    logged in on this phone.

9         And in our line of work, our best piece of evidence which

10   is all too often our worst piece of evidence, there are

11   videos.  And these are screenshots from those videos of the

12   defendant in a car with ▇▇▇▇▇▇▇▇ in Steubenville, Ohio

13   receiving oral sex from ▇▇▇▇▇▇▇. There's a video of

14   ▇▇▇▇▇▇▇ in the shower at the Best Western in

15   Steubenville.  The defendant tells him, "Soap it up, bitch."

16   "Soap up that bitch," excuse me.

17        And there's the video of the defendant with his tattoos

18   and his beard on display receiving oral sex from ▇▇▇▇▇▇▇

19   inside the Best Western in Steubenville, Ohio.

20        And we have the Best Western records showing that Man

21   Jones, Gary Jones registered in August of 2020, about a month

22   before Agent Corn finally got her hands on him abusing ▇▇▇▇

23   ▇▇ at the Best Western.

24        Ladies and gentlemen, Gary Rocky Jones is all over this

25   case. He's hiding in plain sight. It doesn't matter what name

1    he uses:  Lorpeee, Lil P, Lorpeeelove, little p love, ddhman,

2    down da hill man, Man, Gary, gmc.boi, shitmanbaby, Mikebreezy,

3    it's Gary Rocky Jones again, and again, and again.

4         The man with a decade-long sexual attraction to boys. He

5    had already been caught. You learned about that. He had almost

6    gotten caught again in 2015 when Latoya Jones and her family

7    ran him out of the house. What do you need to do if you want

8    to keep abusing boys?  You need to be more clever. You need to

9    be more deceptive. You need more accounts. If you want to lure

10   kids, you need to hide. You need to pretend you're a kid

11   yourself. You need to threaten, you need to manipulate, you

12   need to coerce, you need to entice. And he got really good at

13   it, really good at it. And as he told ███████████ who is

14   John Doe 6 who asked him, "Do you have a talent?"  He said,

15   "Yeah, this."

16        Ladies and gentlemen of the jury, the Government got it

17   right.  The west was won today. The defendant is guilty of 27

18   counts of sexual exploitation of a minor, 15 counts of

19   coercion and enticement, one count of distribution of child

20   pornography, two counts of possession of child pornography and

21   one count of the commission of a felony while using a minor

22   and we ask that you find him guilty.

23        **THE COURT:**  Thank you very much.

24        Ladies and gentlemen, we are going to take a recess for

25   about 15 or 20 minutes or so. So if you could, please don't

1    discuss this case among yourselves, allow anyone to discuss

2    the case with you. Continue to keep an open mind about this

3    case throughout all of the evidence and finally, when we

4    conclude the argument.

5        So with that, you can put your materials down. We'll get

6    you back here about 2 o'clock or about 5 after. Thank you very

7    much.

8              **(The jury exited the courtroom.)**

9        **THE COURT:**  All right, everyone could be seated.

10   Counsel, is there anything else we can handle productively

11   before we take our break?

12             **MR. BUDLOW:**  No.

13             **MS. FRANCIK:**  No.

14       **THE COURT:**  All right, thank you.

15             **(Recess was taken from 1:44 to 2:03 p.m.)**

16       **THE COURT:**  All right, you can have a seat,

17   everyone. Are we ready for the jury?  Ms. Francik?

18             **MS. FRANCIK:**  Yes.

19       **THE COURT:**  All right, great. Let's get the jury.

20             **(The jury reentered the courtroom at 2:04 p.m.)**

21       **THE COURT:**  Good afternoon, ladies and gentlemen.

22   I'm glad you had your break.  We are ready to hear from the

23   defense and their closing statement.

24       Ms. Francik, are you prepared?

25             **MS. FRANCIK:**  I am, Your Honor.

1              **THE COURT:**  At your pleasure.

2              **MS. FRANCIK:**  Two weeks ago I stood before you and

3     said, "the Government got it wrong." I said the Government

4     could not overcome their burden of proving beyond a reasonable

5     doubt that Gary Jones created, distributed, or possessed child

6     pornography.

7          You have now heard all the evidence. You have listened to

8     the evidence carefully, objectively, and critically. You are

9     now in a position to understand how the Government got it

10    wrong; by making assumptions, assumptions that ignore

11    inconvenient facts and technological realities brought out on

12    cross-examination. Assumptions that are not enough to meet the

13    Government's heavy burden of proof.

14         I'll soon discuss several flawed assumptions threaded

15    throughout the Government's narrative. I'll then discuss how

16    the flaws in those assumptions constitute reasonable doubt and

17    defeat the Government's ability to overcome their burden of

18    proof on any of the counts charged in the indictment.

19         As part of that discussion, I'll divide the Government's

20    case into three parts:  First, the counts involving John Doe

21    1; second, the counts involving John Doe 2, John Does 4

22    through 16 and Facebook; and third, the counts involving John

23    Doe 3.

24         But before diving in, I'll take a moment to discuss why

25    the Government was so quick to make assumptions in this case.

1    Because it is imperative that you, as individuals and as a

2    collective, avoid repeating the Government's mistakes.

3        We all make assumptions to evaluate our options, to make

4    decisions. We may assume that Google knows the fastest route

5    to get from point A to point B.  We may assume that Wikipedia

6    is accurate enough to be relied upon for basic research, or

7    that the book is always better than the movie.

8        Assumptions are a fact of human life. We rely on them to

9    provide us with cognitive shortcuts. But assumptions are not

10   facts. And our society is coming to realize that assumptions

11   fuel the stereotypes that lead to many divisive problems.

12   Stereotyping is the bedrock, bedrock of sexism, of racism, of

13   many prejudices.

14       One of the most common stereotypes in modern society is

15   that sex offenders pose an ongoing danger to the public. And

16   this assumption is state-sanctioned, as our federal and state

17   legislatures require people with certain prior convictions to

18   register as sex offenders.

19       In this case, you've heard evidence that Gary Jones has

20   been twice convicted of crimes involving minors, that he's a

21   registered sex offender. And so when his name cropped up

22   during a child pornography investigation, the Government

23   quickly assumed they had gotten the right guy. They relied on

24   stereotypes. They relied on prejudice. That may seem like an

25   understandable assumption, an acceptable stereotype, a

1    state-sanctioned prejudice. But in our criminal legal system,

2    assumptions are not a substitute for proof. The Government's

3    burden is not changed by the fact that Mr. Jones had a duty to

4    register.

5         As Judge Russell instructed you numerous times, Mr. Jones

6    is presumed innocent. And the Government can only overcome the

7    presumption of innocence by proof beyond a reasonable doubt.

8    Mr. Jones' status on the registry is not enough.

9         Yet because of his status, the Government assumed they

10   hit the mark and so they continually overlooked critical gaps

11   in their evidence. And to convict Gary Jones, the Government

12   needs you to overlook those gaps also.

13        As jurors, it is your job, it is your obligation not to

14   do that. Assumptions are not facts and Mr. Jones' status on

15   the registry is not a shortcut to proof beyond a reasonable

16   doubt.

17        The Government would have you believe that their case

18   against Gary Jones is straightforward, is simple. That it's

19   obvious Gary Jones was the person and the only person who

20   communicated with the John Does to create child pornography.

21   But the Government's investigation belies that cut and dry

22   narrative.

23        As Special Agent Corn testified last Thursday, she had

24   been investigating this case for 18 months before obtaining a

25   search warrant for 4819 Aberdeen Avenue and Gary Jones'

1    person. 18 months. In that time she obtained a search warrant

2    for the ddhman2929 iCloud account. The return from that search

3    warrant reflected sexually explicit chats and calls via

4    Instagram, but it did not reveal the context or extent of

5    those communications. It did not reveal the identities of the

6    participants to those conversations. It did not reveal how the

7    videos ended up in the iCloud account. It did not reveal how

8    the videos were created, nor who created them.

9        To puzzle through the Instagram evidence, Agent Corn

10   needed to obtain three more search warrants for Instagram

11   records with returns totaling over 30,000 pages. The chats

12   were disclosed or dumped in bulk in chronological order, not

13   sorted by conversation. So Agent Corn had to call in an SOS

14   operation specialist to run specialized software to organize

15   the chats into a usable format.

16       Next, she had to try and piece through the chats to

17   understand the iCloud videos. But as you've heard, the chats

18   didn't tell the full story.  They didn't even denote missing

19   chapters. Deleted messages weren't preserved. Indeed there was

20   no record that missing messages had ever existed, other than

21   the fact that many of the Instagram conversations don't make

22   sense.  It's clear that big chunks of conversations are

23   missing. And, indeed, the Government acknowledges that entire

24   conversations are missing:  That is, the Instagram records do

25   not reflect any conversations between gmc.boi and JD10.

1        What's more, live video calls aren't recorded by

2   Instagram. And sent videos were disclosed, but in another

3   folder where only the numeric portion of the file name matched

4   the file name reflected in the chats.

5        Now the Government would have you believe that the story

6   they presented in court, the clearcut narrative brought to

7   life by readers who recited carefully chosen portions of the

8   Instagram chats and the iCloud videos interspersed throughout

9   that exchange quickly revealed itself once the Instagram

10  records were in hand. But that belief simply isn't supported

11  by the timeline in this case.

12       Agent Corn was investigating the case for 18 months

13  before Mr. Jones was arrested. And as you heard, the arrest

14  occurred three years ago. In other words, it has taken

15  four-and-a-half years for the Government to put together the

16  narrative that it presented in court over the past two weeks.

17       The Government's suggestion of a clearcut narrative also

18  isn't supported by Agent Corn's testimony about the deductive

19  process by which he plays the iCloud videos in the context of

20  the Instagram chats. It's not supported by her testimony about

21  the limitations of Instagram's recordkeeping, and it's not

22  supported by Agent Oberly's testimony about the limitations of

23  metadata.

24       By relying on flawed assumptions, the Government may have

25  ultimately arrived at a clearcut narrative to choreograph for

1    you, the jury, during this trial. But the path to that

2    narrative was anything but clear. In fact, it was downright

3    complicated.

4        The Government has made several flawed assumptions in

5    this case which bear upon and undermine their ability to

6    overcome their burden of proof beyond a reasonable doubt.

7        Flawed assumption number one:  Only one person used the

8    Snapchat, Instagram, and Facebook accounts.

9        Flawed assumption number two:  Only one person used or

10   backed up to the iCloud account.

11       Flawed assumption number three:  Only one person used

12   1B3, 1B7 and 1B18.

13       Flawed assumption number four:  The metadata in the files

14   found in the iCloud account and on 1B3, 1B7 and 1B18 is

15   accurate.

16       And finally, flawed assumption number five:  The

17   Instagram records reflect the full nature of the

18   communications involving the John Does.

19       Let's begin with flawed assumption number one:  Only one

20   person used the Snapchat, Instagram and Facebook accounts. The

21   Government assumes that the social media accounts were used by

22   one person and one person only, Gary Jones. But you heard

23   testimony from Agent Corn that an Instagram account can be

24   accessed by anyone with the correct login information, or even

25   a cell phone with the Instagram app loaded onto it and that's

1      signed into the account. In other words, multiple people can

2      use a single account. And while the Government rejects the

3      possibility that the Lorpeee or the gmc.boi or the Lorpeeelove

4      Instagram accounts were used by multiple people, they readily

5      embrace that exact situation in the context of ████████

6      Instagram account, sheluvJordan which they argue was used by

7      Gary Jones while ███████ was incarcerated.

8          But even if you believe there is strong evidence

9      connecting Gary Jones to the Snapchat, Instagram, and Facebook

10     accounts, the Government has not dispelled the possibility

11     that other people had access to and used those accounts.

12         Flawed assumption number two is similar, but not the

13     same. That is, only one person used the iCloud account. The

14     Government assumes that Gary Jones and no one else uploaded to

15     the ddhman2929 iCloud account. Yet you heard from Agent Corn

16     that iCloud accounts can be accessed from multiple devices and

17     by multiple people. iCloud accounts are internet based or a

18     cloud based form of data storage. Agent Oberly explained that

19     data backed up to cloud storage is maintained by a series of

20     data centers located throughout the world, rather than being

21     stored on individual devices. iCloud storage allows multiple

22     devices to be synced to a single account.

23         In practice, this means two things: Number one, data

24     created by multiple devices can populate a single iCloud

25     account; and number two, data stored in an iCloud account can

1    be accessed by any device connected to that account. And

2    because Apple devices are usually set up to automatically back

3    up to an iCloud account, users of the device may not even

4    realize what is being uploaded to the iCloud account.

5         As the Apple records for the iCloud account marked as

6    Government's Exhibit 5.2 reflect, the ddhman2929 iCloud

7    account is associated with 25 Apple devices. The Government

8    has focused a lot of attention on just three devices.  But as

9    Agent Corn acknowledged, the Government does not know the

10   status of all 25 devices listed on Government's Exhibit 5.2,

11   including who possessed them between 2015 and 2020.  The

12   Government ignores that inconvenient evidence, but you should

13   not be fooled by their tunnel vision. The Government's case

14   has left dozens of devices unaccounted for.

15        Beyond the ability to sync multiple devices to a single

16   account, iCloud accounts, like Instagram accounts, can be

17   accessed by anyone with the correct login information. In

18   fact, you heard testimony that ████████, JD-2, shared his

19   iCloud information with Lorpee. While the Government readily

20   embraces that evidence as part of their narrative, they reject

21   the notion that anyone besides Gary Jones used the ddhman2929

22   iCloud account because it doesn't line up with their

23   assumptions about Gary Jones' guilt.

24        The Government's third flawed assumption is that only one

25   person controlled 1B3, 1B7, and 1B18. The Government assumes

1    that because images and videos of the John Does were found on

2    the devices, and the devices were found in Mr. Jones' room or

3    on his person, he must have created them.

4        At first glance this might seem like a fair assumption,

5    but our system of justice requires more than a cursory glance

6    in order to sustain conviction. It requires proof beyond a

7    reasonable doubt.

8        The Government has not presented any evidence that Gary

9    Jones purchased 1B3, 1B7 and 1B18 to mitigate the possibility

10   that someone else possessed the devices before him. Instead,

11   the Government has presented evidence as part of Government's

12   Exhibits 14.8 and 14.9 that 1B7 was registered to ████████.

13   And evidence that it is not only possible to purchase an

14   iPhone for someone else, but also to register that iPhone with

15   an iCloud account, as the Government alleges Lorpeee did in

16   connection with the iPhone they sent to ████████.

17       Flawed assumption number four is that the metadata and

18   the files found in the iCloud account and on 1B3, 1B7 and 1B18

19   is accurate.  The Government relied heavily upon metadata to

20   place the iCloud videos in the context of the Instagram chats

21   and to explain how videos of the John Does ended up on 1B3,

22   1B7 and 1B18. Yet as you heard from Agent Corn and Agent

23   Oberly, metadata may be incomplete, it may be inconsistent,

24   and it is in flux. Not every file contains the same sort of

25   metadata, be it timestamps, device markers, or location data.

1      Bits of metadata may be missing or metadata may be altogether

2      absent.

3          Metadata may also change when files are transferred from

4      one device to another. By way of example, Agent Oberly talked

5      about a picture that was taken two years ago and downloaded to

6      a device today. The metadata on the device may associate the

7      picture with the camera that originally captured it, but the

8      create date will show September 2023. Despite these

9      limitations, the Government assumes, without hesitation, that

10     the metadata associated with the files found in the iCloud

11     account, the iPhones, and the iPad is accurate.  Is it

12     possible to discern whether metadata is correct?  According to

13     Agent Oberly's testimony, it depends. It depends on what?  We

14     don't know because the Government has not seen fit to prove

15     that the metadata they have relied upon so heavily in this

16     case is accurate.

17         The Government's fifth flawed assumption is that the

18     Instagram records reflect the full nature of communications

19     involving the John Does when, in fact, we know that's not the

20     case.  Throughout trial we, including me, have erroneously

21     referred to records of Instagram conversations between

22     Lorpeee, gmc.boi and the John Does as either, quote, "full" or

23     "selected" chats. But "full" is absolutely a misnomer in this

24     context. We don't know, we can't know what the full

25     conversations between Lorpeee, gmc.boi and the John Does

1    entailed. Because Instagram does not create or preserve those

2    records. The chats provided by Instagram reflect only the

3    information that Instagram has chosen to retain.

4         Instagram does not save the content of live video calls.

5    Instagram does not indicate whether a live video call was ever

6    connected or how long it lasted. Instagram does not save

7    deleted messages. Indeed, Instagram allows entire

8    conversations to disappear from its service.

9         Throughout trial you have encountered evidence of deleted

10   chats. You watched a video marked as Government's Exhibit 18.8

11   that gmc.boi sent to John Doe 5 about how to delete chats. You

12   heard that Instagram did not produce a single message between

13   gmc.boi and John Doe 10, although an iCloud video and record

14   from 1B7 reflect their conversation.

15        Agent Corn testified that portions of the chats depicted

16   in the iCloud videos were not included in the Instagram

17   returns, including any messages exchanged between gmc.boi and

18   John Doe 13 in April of 2020 when the video underlying Count

19   24 was created.

20        The Government wants you to ignore the obvious

21   limitations of the Instagram evidence, essentially arguing

22   that what you see is what you get. But that is not the case.

23   In fact, there's no way of knowing what you haven't gotten.

24        Counts 1 and 2 charge Gary Jones with producing a video

25   and images of John Doe 1, ███████████, in the summer of

1    2015. Count 45 charges Mr. Jones with possessing some of that

2    media in a Snapchat account. The Government has argued that

3    the video and images were found in iCloud and Snapchat

4    accounts linked to Mr. Jones, and so he must have created

5    them. The Government's argument fails because it rests on

6    several flawed assumptions.

7         First, as I explained minutes ago, the Government has not

8    proven beyond a reasonable doubt that the iCloud and Snapchat

9    accounts belonged to Mr. Jones and Mr. Jones only. Anyone with

10   login information for those accounts, anyone who borrowed a

11   phone connected to those accounts could have used them. But

12   that's not all. Even if you believe that Mr. Jones likely used

13   those accounts, even if you believe that he was the only

14   person who used those accounts, that does not mean he created

15   the video and images of John Doe 1 found within them.

16        You heard from Latoya Jones that Man lived with her and

17   her family for approximately a year in 2014 and 2015. You

18   heard that Man reminded Latoya Jones of a, quote, "big kid, a

19   grown man who acted like a child." A child, grown man that she

20   must have felt comfortable having around her children and her

21   sister's children, and whom she relied upon for errands and

22   expenses while Man lived with her and her family on East

23   Madison Street.

24        You also heard that on September 13, 2015, Gary Jones was

25   arrested and charged with assaulting John Doe 1. And you heard

1      that those charges were dismissed.

2           What haven't you heard? You haven't heard that Gary Jones

3      created the video and images charged in Count 1, 2, and 45.

4      You haven't heard from John Doe 1 or anyone else that it was

5      Gary Jones who filmed and photographed John Doe 1, let alone

6      that it was Gary Jones who appears in the video with John Doe

7      1. You haven't even heard from John Doe 1 that it's him, John

8      Doe 1, who appears in that video.

9           The Government wants you to overlook these gaps in their

10     evidence and jump to the same conclusion they did, that Mr.

11     Jones and no one else used the iCloud and Snapchat accounts

12     and therefore, he must have created the media found within

13     them.

14          The Government's conclusion, its assumption, is not

15     supported by the evidence and you must avoid the same

16     unfounded beliefs. Even if you believe that Mr. Jones

17     possessed the video and images in the iCloud and Snapchat,

18     that does not mean he produced them and so you must find Mr.

19     Jones not guilty of Counts 1 and 2.

20          This morning, the judge painstakingly reviewed nearly 100

21     pages of instructions to follow during your deliberations.

22     Each of those instructions is important. But before I move on

23     to the remaining counts in the indictment, I'd like to focus

24     your attention on the second element of both production, and

25     coercion, and enticement that the Government must prove beyond

1    a reasonable doubt to convict Gary Jones of those offenses.

2    These are the same elements that the Government focused on

3    during their opening closing.

4         In Counts 1 through 27, Mr. Jones is charged with

5    production of child pornography. To prove that offense, the

6    Government must prove beyond a reasonable doubt that the

7    defendant used or employed or persuaded or induced or enticed

8    or coerced the minor to take part in sexually explicit conduct

9    for the purpose of producing or transmitting a visual

10   depiction of that conduct.

11        In Counts 28 through 42, Mr. Jones is charged with

12   coercion and enticement. To prove that offense, the Government

13   must prove beyond a reasonable doubt that the defendant

14   knowingly persuaded or induced or enticed or coerced a minor

15   to engage in sexual activity. In other words, to sustain a

16   conviction on any of the counts, 1 through 42, the Government

17   must prove beyond a reasonable doubt that it was Mr. Jones who

18   caused the minor to take part in sexually explicit conduct or

19   sexual activity. Mr. Jones, not someone else, not the minor

20   himself. The Government cannot meet that burden of proof as

21   I'll explain now.

22        The Government cannot prove beyond a reasonable doubt

23   that Gary Jones used or employed or persuaded or induced or

24   enticed or coerced any of the John Does 2 through 16 to take

25   part in sexually explicit conduct to produce a visual

1    depiction of that conduct, nor that he knowingly persuaded or

2    induced or enticed or coerced them to engage in sexual

3    activity. And that's the case for two reasons.

4        First, the Government cannot prove beyond a reasonable

5    doubt that Mr. Jones is Lorpee and gmc.boi. And second, the

6    Government cannot prove beyond a reasonable doubt that Mr.

7    Jones caused the minors to expose themselves.

8        The Government cannot prove beyond a reasonable doubt

9    that Mr. Jones is Lorpee and gmc.boi for reasons I've already

10   discussed. They assume that the Lorpee and gmc.boi accounts

11   were used by one person and one person only and haven't

12   dispelled the possibility that multiple people used those

13   accounts.

14       The Government has relied upon subscriber information to

15   connect Gary Jones with the Lorpee and gmc.boi Instagram

16   accounts. Specifically, the Government argues that the Lorpee

17   account is associated with the phone number 717-603-9438 which

18   is connected to Gary Jones through Sex Offender Registry

19   information. Yet, as Government's Exhibit 9.4 reflects and

20   Agent Corn acknowledged, the 717 number was never verified or

21   authenticated by Instagram as a number utilized by the user or

22   users of the Instagram account.

23       Similarly, the Government argues that the gmc.boi account

24   is associated with an email address, geeeasyddh@gmail.com

25   which was found in the iCloud records along with the 717 and

1     443-676 numbers. Yet the Government has not presented evidence

2     of the Google subscriber information for the geeeasyddh

3     account to prove that it was associated with Mr. Jones.

4          Now today, more evidence that law enforcement located the

5     phone associated with the 717 number either at the 4819

6     Aberdeen Avenue address or on Mr. Jones' person.

7          Now today, in closing, the Government said for the first

8     time that law enforcement couldn't seize a device associated

9     with the 717 number because that number was associated with a

10    phone app, Text Me, and not a physical phone.

11         Members of the jury, I'd ask you to take a look back at

12    your notes. I'd submit that you will not encounter receiving

13    any testimony or evidence that that 717 number could not be

14    associated with a physical phone.

15         Now the Government claims that other evidence clearly

16    connects the Instagram accounts to Mr. Jones, but that

17    evidence is not enough. Even if it's likely, even very likely

18    that Mr. Jones had some connection to the Instagram accounts,

19    to prove that he produced any of the videos charged in Counts

20    3 through 27 of the indictment, or that he coerced and enticed

21    John Does 2, and 4 through 16, the Government must prove

22    beyond a reasonable doubt that at the time the video was

23    created or the sexual activity occurred, it was Mr. Jones and

24    not someone else who was operating the account. Relying on

25    assumptions, the Government has not dispelled the possibility

1    that someone other than Mr. Jones is Lorpeee and gmc.boi, and

2    that that person was using the Instagram accounts when the

3    John Does exposed themselves on social media. Accordingly, you

4    must find Mr. Jones not guilty of Counts 3 through 27, and 29

5    through 42.

6        Along the same lines as I've already discussed, the

7    Government has already also failed to dispel the possibility

8    that someone other than Mr. Jones operated the iCloud and

9    Facebook accounts that are the subject of Counts 43 and 44.

10   Thus, you must find Mr. Jones not guilty of those offenses as

11   well.

12       The Government's inability to prove beyond a reasonable

13   doubt that it was Mr. Jones who was communicating with the

14   John Does via Instagram when the visual depictions of sexual

15   activity were created is not the only reason that Counts 3

16   through 27 must fail. Based on obvious, but overlooked

17   limitations of the Instagram and iCloud evidence, the

18   Government also cannot prove beyond a reasonable doubt that it

19   was Mr. Jones, and not the John Does themselves who induced

20   the production of the videos charged in Counts 3 through 27.

21       The Government has relied upon two flawed assumptions to

22   place the iCloud videos in the context of the Instagram chats

23   to conclude when and under what circumstances those videos

24   were created.  Namely, to formulate the choreographed

25   narrative presented during this trial, the Government has

1    assumed first, that metadata is accurate; and second, that the

2    Instagram records reflect the full nature of the

3    communications involving John Does.

4        As I explained several minutes ago, neither assumption is

5    supported by the evidence adduced during the testimony of

6    Agent Corn and Agent Oberly.  What does this matter?  Well, it

7    means that the Government has not clearly established where

8    the iCloud videos fall within the Instagram chats, and whether

9    the Instagram chats capture the whole conversation. Without

10   the benefit of the whole conversation, without certain

11   knowledge of where in those chats the videos fall, you cannot

12   know whether the minors exposed themselves at Gary Jones'

13   behest.

14       Metadata is not always accurate, a fact that Agent Oberly

15   acknowledged during his testimony. Now Agent Corn testified

16   that in addition to metadata, she used context clues to date

17   the iCloud videos. Yet, based on the incomplete nature of the

18   Instagram records, the fact that deleted messages are not

19   preserved, that the notation live video event does not mean a

20   call was connected, that the contents of live video calls is

21   never saved, the Government cannot prove that the context

22   reflected in the Instagram records was the true context under

23   which the charged videos were created.

24       Throughout trial, you've heard and seen evidence about

25   the reasons each John Doe exposed themselves to strangers over

1       the internet.  You've heard about John Doe 2 who spoke about

2       his relationship with Lorpeee in transactional terms and used

3       words like "deals" to describe it; who asked Lorpeee about

4       coming to Ohio; and who complained when Lorpeee didn't come;

5       and who asked Lorpeee to put him on with people who would buy

6       his nudes.

7           You've heard about John Doe 9 who asked gmc.boi "What I

8       got to do to get clout?"  You've heard about John Doe 12 who

9       when asked by gmc.boi whether he had ever been paid to do some

10      stuff he replied "No, I do it for free." The John Does' many

11      and various reasons for exposing themselves to strangers over

12      social media.  It's not a matter of consent. This isn't about

13      consent. That has nothing to do with this case. It's about

14      whether in each specific instance charged in Counts 3 through

15      27 of the indictment, the John Does acted at the behest of

16      Lorpeee or gmc.boi. It is about whether in each specific

17      instance charged in Counts 3 through 27 of the indictment,

18      Lorpeee and gmc.boi caused the John Does to expose themselves

19      or if it was their idea hoping to get something be it fame,

20      money, attention, or simply entertainment in return.

21          At the beginning of trial I told you about the online

22      Wild West that comprises the backdrop of this case. I'm

23      certain that over the past two weeks you've realized that

24      social media presents a terrifying new frontier. It's a

25      frontier in which young people put themselves in vulnerable,

1    dangerous, and potentially life-altering situations for

2    short-term gratification.

3         For John Doe 2 it was fame and money. For John Doe 5 it

4    was companionship. For John Doe 6 it was sexual exploration.

5    For John Doe 8 it was a relationship. For John Doe 9 it was

6    popularity. For John Doe 12 it was entertainment. For John Doe

7    13 it was followers. For John Doe 14 it was sex drive. And for

8    John Doe 16 it was internet fame. These reasons matter,

9    particularly given the incomplete nature of the Instagram

10   evidence because they advance an alternative narrative to the

11   one presented by the Government. That is, in connection with

12   the specific videos charged in Counts 3 through 27, the

13   Government cannot prove beyond a reasonable doubt the second

14   element of the offense of production, that the defendant

15   caused the John Does to expose themselves.  For this reason,

16   in addition to those I discussed earlier, you must find Mr.

17   Jones not guilty of Counts 3 through 27.

18        Mr. Jones is charged in Count 28 with coercion and

19   enticement of ███████████, John Doe 3. The Government accuses

20   Mr. Jones not only of communicating with ███████████ via

21   Instagram, but also in person and engaging in sexual activity

22   with him.  Yet the Government cannot prove that Mr. Jones

23   persuaded, induced, enticed, or coerced ███████████ to engage

24   in sexual activity because there are reasons to doubt Mr.

25   ███████ testimony about the circumstances of his involvement

1    with Mr. Jones.

2            ███████████ testified during trial about feeling

3    trapped. His actions, however, were not those of a trapped

4    person. His actions were those of someone in a relationship.

5    The Government contends that its Exhibit 12.45 depicts Mr.

6    Jones giving Mr. ██████ a driving lesson. Mr. ██████ testified

7    that he asked Lorpeee to take him to Baltimore to meet his

8    biological father for the first time. That was a six-hour

9    drive each way. Mr. ██████ testified that Lorpeee paid for him

10   to stay the night at the Best Western in Steubenville, Ohio

11   for two nights, and that on the second night he hung out with

12   ███████████, not Lorpeee. And if you page through

13   Government's Exhibit 12.1, the chats between ████████████ and

14   Lorpeee, you'll see that Mr. ██████ quite often told Lorpeee, "I

15   love you." And that continued through at least late 2019.

16   Quite simply, the Government cannot overcome its burden of

17   proving the second element of Count 28 beyond a reasonable

18   doubt. And for that reason, you must find Mr. Jones not guilty

19   of that offense.

20          Members of the jury, thank you for the time, the

21   attention, and the compassion and thought that you have put

22   into this case, and for the care that you will undoubtedly

23   exercise during your deliberations. This experience has likely

24   been difficult. It is not over yet. Indeed, now you are tasked

25   with considering the evidence as a group to deliver a verdict.

1        As I emphasized in my opening statement two weeks ago,

2    the American system of justice relies upon juries to ensure

3    that discomfort, anger, and prejudice do not overcome the

4    presumption of innocence or require anything less of the

5    Government than proof beyond a reasonable doubt. You may be

6    disturbed by the Wild West reflected in this case. You may be

7    saddened by the experiences of the John Does. You may feel

8    protective of young people like them. But it is imperative

9    that you not allow your emotions to take hold of your

10   judgment. It is imperative that you avoid making the same

11   unfounded assumptions adopted by the Government and that you

12   continue to remain impartial and think critically about the

13   testimony and evidence you received.

14       The Government cannot prove beyond a reasonable doubt

15   that Mr. Jones created, distributed, or possessed child

16   pornography and so I ask you to return the only verdict that

17   is appropriate in this case, that Mr. Jones is not guilty.

18   Thank you.

19           **THE COURT:**   Thank you, Ms. Francik. In a moment

20   after counsel removes her items from the table we will hear

21   some rebuttal from the Government and then I will give you

22   some final instructions.

23       Ladies and gentlemen, everyone okay?  Nobody needs a

24   break or anything?  Okay. Mr. Budlow, your rebuttal at your

25   pleasure, sir.

1          **MR. BUDLOW:**  Yes, Your Honor. The words "persuade,

2     induce, entice, and coerce" should be given their ordinary

3     meanings. Their ordinary meanings. Ladies and gentlemen, I

4     want to start with something that's obvious and right in front

5     of you and that is that my jacket and my pants do not match.

6     It's a little embarrassing.  The reason is it was a little

7     early, it was a little dark this morning. So sometimes the

8     Government gets it wrong. But ladies and gentlemen, in this

9     courtroom today, for this defendant, I hope you will see that

10    that is the only thing that the Government is going to get

11    wrong.

12         You see, the defense in this case is "It wasn't me." I

13    know there's phone numbers linking me to the most critical

14    accounts in this case, but it wasn't me. I know all of the

15    videos that are part of the charged counts in this case were

16    in my account for which there is no evidence of anybody else

17    ever accessing, but it wasn't me.  I know my face and my

18    tattoos on videos, but it wasn't me.  My voice, my mail, the

19    background in my room, it wasn't me. And if it was me, well, I

20    guess the victims wanted it, didn't they?  And if it was me, I

21    guess the victims asked for it again. And if it wasn't me or

22    if it was me, those children, somebody else's children, I

23    guess they deserved it.

24         Ladies and gentlemen, the defendant seems to think it's

25    just that easy.  Make an anonymous account, use a bunch of

 1    crazy sounding names, gmc.boi, little penis love, Lorpeee
 2    love, code that was figured out eventually, Mikebreezy, ddh
 3    and on and on and on. Lots of accounts, lots of phone numbers.
 4    Those phone numbers aren't his, they're just friends. It's
 5    just that easy. Somebody says oh, look at all the stuff that's
 6    going on in the accounts. It's not mine. And when they figure
 7    out it's yours, well, you know, those sexualized 11-year-olds
 8    and those 16-year-olds on Instagram just looking for fame and
 9    sex. They're just looking to digitally penetrate themselves
10    for the first guy that comes along for Instagram likes.  I'll
11    just go with that defense. Well guess what, ladies and
12    gentlemen, when you come back in this courtroom later this
13    afternoon, tomorrow, you take your time and you say to the
14    defendant "We find you guilty of every single count in this
15    indictment," you'll be saying to him, it's not that easy.

16        I'm sure that the irony is not lost on you that this
17    defendant is preaching about the dangers of the internet and
18    talking about the Wild Wild West that is the worldwide web.
19    There are people out there who are afraid. There are people
20    out there who aren't who they say they are. Parents should be
21    very worried, right?  I mean, Gary Rocky Jones should know,
22    right?  Gary Rocky Jones is what keeps parents up at night.

23        Now a couple flawed assumptions are that minors can
24    consent.  And yes, the defense said the words to you "minors
25    can't consent," but what is the point of the evidence that the

1    11-year-old wanted sex or that the 16-year-old asked for more

2    Instagrams again after the defendant said to him, "Do you want

3    some Instagram followers"?  What is the point of that except

4    to say to you, it's what they wanted.

5         Another flawed assumption is that Wikipedia has anything

6    to do with this case. Absolutely don't rely on Wikipedia. But

7    in a criminal trial for child exploitation, when you hear the

8    testimony of Special Agent Rachel Corn and you sit there and

9    you judge that credibility yourself, I say to you that is

10   something you can rely on.

11        Now this talk about the Sex Offender Registry and

12   Government overreach and there being prejudice against people

13   who are on the registry is not before you. That is not what

14   this case is about. The defendant committed a crime while he

15   was required to register. That's one of the crimes in the

16   elements that you were instructed on, but that is a

17   distraction.  Ladies and gentlemen, it's not just that the

18   defendant is a registered sex offender, it's that he has prior

19   convictions of exploiting young boys for money and attempting

20   to record it. Does that sound familiar to any of you?  Well

21   ladies and gentlemen, you heard the instructions from Judge

22   Russell. You can use that testimony. But you don't need to

23   because as you have seen from what you heard earlier today,

24   the case is literally overflowing with evidence that the

25   defendant is the user of gmc.boi, of Lorpeee, of Lorpeeelove,

1   the owner of the iCloud account, the sole user of the Facebook

2   account and there's no evidence to the contrary.

3       Now the defense says, "Well, these Instagram chats,

4   there's chunks missing," as if that were some surprise. The

5   Government's case started with ███████ and ███████ telling you

6   that. Every witness who testified about using Instagram says

7   "Yes, my understanding is that when I delete a chat it

8   deletes." Yes, we called it the full chat, but we're not

9   playing word games here. You understood from Agent Corn's

10  testimony from the beginning that those were the complete

11  records provided by Instagram.  And through her testimony and

12  everyone else's you learned that those records were not 100

13  percent. But you have those records. And you have the context

14  they provide. You have witness testimony from the victims

15  telling you what the chats were and how the defendant enticed

16  them. And you have the videos.

17      There's no explanation from the defense. There are

18  exploited videos with chats that were screen recorded by the

19  defendant that show exactly what he was asking for.  And let's

20  be clear, he was asking for videos.  That's what you need for

21  production, for sexual exploitation of a child. Not did they

22  ever produce at some point in the past. Did he ask for those

23  videos on that date and did they send them.

24      Now Instagram does not record live videos. My

25  understanding is that most of the companies that have these

1    live video chats do not, but the defendant does. And when he

2    recorded them he didn't just record the chats so that you

3    could place the precise date and context without any metadata

4    necessary, exactly when they occurred by matching those up

5    with the Instagram accounts, you can do that. And then you can

6    see when he asked for the video, when he asked the victim to

7    expose themselves and to stream it on "FT," on FaceTime to

8    show their face. When you heard the audio of him giving

9    instructions of what they should do at that moment. He

10   recorded that for you. And so you can use that. And so you

11   have your common sense.

12       I want to talk a little bit about Count 1 and Count 2.

13   That's ████████████. And if you recall, the defendant is

14   charged with sexual exploitation of ████████████ in two

15   instances, production of child pornography. The first is the

16   series of pictures of him standing nude, exposing himself and

17   with his mouth on a penis.  And I suggest to you that that is

18   the defendant's penis. And it's in the victim's home at a time

19   where the defendant had access to him, that he was left alone

20   with him, and it was in his kitchen. And you know that the

21   family moved out, the defendant was never in that home again

22   after he was arrested.

23       And then look at Count 2. Count 2 is a video of Gary

24   Rocky Jones raping ████████████. It's in his basement. You

25   can see the shoes that he's wearing, the same shoes the

1   defendant bought him and he was wearing during the forensic

2   interview.  And you can see ███████ cast as he's being

3   penetrated from behind. And as the defendant reaches down to

4   continue his rape of ██████, his tattoo is exposed. And you

5   know that that's his tattoo because he spelled John wrong.

6   Jon:316 right on his wrist.

7        Then the defendant gets out of prison, he opens a Snap

8   account. He saved that picture from Count 1 and he distributed

9   it to another Snap user. That's how you know the defendant

10  produced it, because he possessed it, he kept it.  He has a

11  sexual interest in children.  He has a particular sexual

12  interest in ████████████ and he raped ██████████████. You can

13  use your common sense.

14       Remember those instructions from the very beginning of

15  this case two weeks ago. Remember them from Judge Russell

16  earlier today when you go back into the jury room, when you

17  take your common sense with you. You know what the defendant

18  did to ████████ in that video and your common sense and the

19  circumstances and the testimony of his mother, the background

20  tell you the rest.

21       Metadata is great, right?  Sometimes you can have

22  geographic information, you can know where a photograph was

23  taken, you can know how it was taken. But cases of child

24  exploitation and production of child pornography have been

25  being made since before computers existed. They were using

1    Polaroid cameras and there were magazines, just like murders

2    were being solved before DNA. This case is a perfect example.

3    Zero metadata is necessary for any of the counts. This isn't a

4    question of on what specific date did this incident happen.

5    It's on or about. Did the defendant entice, and produce, and

6    exploit these victims.

7        And moreover, you have significant evidence that the

8    metadata in this case was accurate because you heard the

9    testimony of Agent Corn.  And as I was just explaining to you

10   there are videos. And in the videos are a chat and there's

11   metadata in the video. So Agent Corn searched for that chat,

12   searched for that text, went to the Instagram log and found

13   that exact wording on the same date as the metadata in the

14   file. So you know the metadata can be wrong, just like

15   anything can be wrong.  But your job is not to speculate, but

16   just to evaluate the evidence.

17       Ms. Francik said "not the minor himself" when discussing

18   production of child pornography. "Not the minor himself."

19   Ladies and gentlemen, it is not before you whether or not any

20   of these victims, these children, had ever produced child

21   pornography prior to the defendant asking them to do so.  And

22   it is not before you whether or not they ever did it

23   afterwards. Even though most of them, including ███████████

24   testified to you that he had never done it before.

25       The question that you have to ask that is all over those

1     chats, it's all over the audio, and it's all over the video is

2     did he ask.  You heard from Agent Corn, not concerned with all

3     of these other things were they paid, was it a good

4     transaction, was it a happy transaction, do they want to do it

5     again. Did the grown up, did the 40-something year old Gary

6     Rocky Jones ask.

7          What was missing from every single one of those slides

8     that the defense just showed you for all those John Does was

9     their age. Ladies and gentlemen, this idea that they got what

10    they paid for, that this was a fair transaction, that they

11    were looking for this, is not a defense. It's also factually

12    wrong -- if I can find my notes on this.

13         Nearly every John Doe, nearly every victim in this case,

14    the defendant initiated the conversation about Instagram

15    likes. The defendant initiated the topic of sex.

16         John Doe 2, he was 13 years old. That was not on the

17    slide. The defendant initiated the topic of nude photos. John

18    Doe 5, █████████████, was 11 years old. On page 41 of his

19    full chat the defendant initiates conversation about sex, asks

20    him if he knows how to give oral sex.

21         John Doe 6, he's 13. The defendant clearly initiated John

22    Doe 6 to sexually abuse his younger brother, John Doe 7. No

23    discussion of that.  No discussion of that whatsoever. He was

24    13.

25         What does the defendant say in this "fair transaction,"

1    in this "the victims wanted it?"  He says he's a 16 or

2    17-year-old man named ███████.  Sometimes he's ███████,

3    sometimes he's ██████.  Does that sound like a fair

4    transaction?  You can go through each of them. I ask you if

5    you have any doubts, read all of the chats that you have and

6    you will see who initiates them, not that it matters because

7    it's not a defense.

8            ████████████:  The defense says he did it for his sex

9    drive, the 11-year-old. He did it for his sex drive.

10           Look at the defendant's conduct. He was so controlling.

11   He said, "Show your face." "Use FaceTime." "Just one more."

12   "Just a little longer." "Don't text."  "Tell them we're on the

13   phone." But all the time hiding who he really was. All of that

14   goes back to the lack of any fair transaction with these 11

15   and 13 and 16 and 14-year-olds. And all the time he says he's

16   16, he's 17. He's ██████. Why is that?  Because it's a trick.

17   He knows that if he pretends to be an adolescent that sure,

18   adolescents are far more likely to share nudes with him than

19   if he said I'm a 42-year-old in Baltimore sitting in the

20   basement of my grandmother's house waiting on a phone call

21   from the Sex Offender Registry. They're not likely to share

22   with him, so it's all a big trick. And yet they say that the

23   victims enticed Gary Rocky Jones.

24           Above all, when you look at those chats, selected, the

25   full, when you listen to the audios again and watch any of the

1       videos and you're evaluating the argument that somehow these

2       victims did it to themselves, they're not really the victims,

3       we shouldn't call them victims, look at what the defendant

4       always wanted. He wanted new. He wanted their face. He wanted

5       FaceTime. He gave instructions.  It was all live video.

6           Ladies and gentlemen, the investigation in this case did

7       not focus on the defendant. The evidence focused on the

8       defendant, as Ms. McGuinn showed you. A simple following of

9       the evidence and looking at multiple accounts, not three

10      phones, not five phones, looking into, digging into every

11      phone and every account.  And all the while, all of the

12      evidence kept going back to one person, Gary Rocky Jones. 18

13      months before a search warrant was executed at the defendant's

14      house -- and let's be clear, all of that marrying up of the

15      Instagram records and the iCloud, that wasn't even completed

16      yet. But what was clear at that point was Facebook and the

17      defendant's control of the Facebook account, the defendant's

18      control of the iCloud account, but it took time. It did not

19      take four-and-a-half years to put this indictment together.

20      There's no evidence of that. I don't know where that came

21      from, but there was clearly no rush to judgment.

22          Now the defense says, "It wasn't me." And he ignores the

23      phone numbers that are connected to Instagram so anybody could

24      use those phone numbers. All of the evidence is in his

25      account. Completely ignores the fact that the exploitation

1    occurred in his bedroom. The background is indisputable. There

2    are multiple videos where he's using his name and he's

3    narrating, it's in his iCloud account, they're not exploited

4    at all and that brown furniture is there.  And there's

5    multiple videos, phone-to-phone. You see his hand, you see his

6    finger, you see his tattoo.  And you see that brown furniture

7    with the light stitching over, and over, and over again.

8           There's videos of him exploiting ███████████. What is

9    the issue with ████████████ credibility?  What is the

10   defense saying?  Is ███████████ lying?  Because ████████████

11   conclusively connects the defendant to Lorpeee, right?

12   Lorpeee, he's talking to Lorpeee on the phone.  ████████ got him

13   to Lorpeee. So we know it's the same person. You can hear his

14   voice and he's talking to him over time and then they make

15   plans and Lorpeee visits him. And what does Lorpeee do?  He

16   abuses him.  And ████████ sits here and he looks at a picture

17   on that screen and he says that's who Lorpeee is. Not that's

18   Gary Rocky Jones, but that Gary Rocky Jones is Lorpeee.

19          What does the defense say about his Cash App payments to

20   the victims in this case?  Nothing. You also know that Lorpeee

21   and gmc.boi are the same person for a variety of reasons aside

22   from the overwhelming evidence that's on the devices. But you

23   know it because of John Doe 15, ████████████.

24          You heard Ms. McGuinn's closing, Lorpeee and Lorpeeelove

25   are clearly the defendant. He's been identified by the victim.

1    It's on his phone. His phone number is linked to the accounts

2    and all of their exploitive conduct is in his iCloud account.

3    And when John Doe 15 says to gmc.boi, "I really don't want to

4    communicate with you anymore," the defendant then as the

5    Lorpeee goes in and says, "Hey, why aren't you communicating

6    anymore with gmc.boi?  He's about to extort you. He's about to

7    expose you." So that's the digital connection. Lorpeee is the

8    defendant.  Gmc.boi is Lorpeee. The defendant is gmc.boi.

9         Again, when you're analyzing the defense argument that

10   717 is not verified, what does that mean?  The defendant gave

11   the phone number 717 every single time in 2020 he went into

12   the Sex Offender Registry. That sounds verified to me. But

13   their whole point there is that 717 is in the Lorpeee

14   Instagram account and not verified.  Therefore, you have no

15   evidence that the defendant is Lorpee.  But as I just told

16   you, Anthony Hill tells you unequivocally, Gary Rocky Jones is

17   Lorpeee.

18        As to the defendant's identity as Lorpeee, as gmc.boi, as

19   the user of those accounts, his words and his lies and his

20   consciousness of guilt are important. "I'm not even on the

21   internet." That's what he said to Detective Rees and Agent

22   Corn. "I'm not even on the internet." They said to him, "Well,

23   could you give us the PIN to your phone?"  And he said, "Well,

24   why would I do that?"  Well, the answer as to why he would do

25   that is because he had nothing to hide. So why would he do it?

1    Why wouldn't he?  Why wouldn't Gary Jones give up the PIN to

2    1B18?  Because he knew what was on that phone. Chats with

3    victims. Pictures of victims.  The gmc.boi account, the

4    Lorpeee account, videos that he made exploiting ████.

5    Videos from his abuse of ████ in 2019. Videos from the

6    abuse in 2020.  This abuse, remember this is September 1,

7    2020. On this phone, this phone that the defendant took with

8    him to Ohio to abuse ████ were the recordings that he made

9    on this phone.

10         But look what else the defendant says all the time, "Can

11   you go to the bathroom real quick?"  Why does he do that?

12   Because he knows these little boys live with their parents and

13   they can't do things out loud in their bedroom. They have to

14   hide from their families. He taught John Doe 5 how to delete

15   their chats.  And what does he say to the Sex Offender

16   Registry unit every time he was in there?  "I don't have

17   Facebook.  I don't have social media.  I don't have an email

18   address.  I'm not even on the internet."

19         Ladies and gentlemen, these lies, these evasions, these

20   failure to give full information tell you that he's hiding

21   something and, of course, you know what he's hiding.

22         I want to address the defendant's repeated reference to

23   the Government's choreographed presentation. I want to take it

24   as a compliment if I didn't make so many mistakes and get

25   corrected by weaknesses so many times. It felt like the least

1    choreographed presentation I've ever been a part of. There's

2    nothing choreographed about Agent Corn's testimony. There was

3    nothing choreographed about the evidence that came in in this

4    case. There was nothing quick about it. It was difficult to

5    watch. Yes, we took files that were 20 minutes and ten minutes

6    and made them sometimes three seconds and three minutes and

7    two minutes and 30 seconds. That's not choreographed. That's

8    presenting the evidence in a way to you to make it efficient

9    and so you can view as little of the material as possible.

10   There's no other way to view this defense other than what it

11   is they're not saying.  And what they're not saying, but

12   they're saying as loud as they can say, Gary Jones was framed,

13   right?  Because he had to have been framed. Anyone could put

14   that number in the Instagram.  Anyone could put that 717

15   number that he had for all of those months into the Lorpeee

16   Instagram account and it wasn't verified.  And I guess the

17   same person who used that 717 number that wasn't Gary Jones

18   exploited all the children and did all these terrible things

19   with that number. And he put all of the exploitation into Gary

20   Jones' iCloud account. All without Gary Jones knowing. And I

21   guess he broke into Gary Jones' house and went into the

22   basement. Keep in mind the door is always locked, but he went

23   into the house, he broke in, and he exploited all of those

24   kids in Gary Jones' bedroom and nobody saw. And I guess he

25   also got Gary Jones' mother's name tattooed on his face and on

1       his finger, because we see both his face and his finger

2       exploiting the John Does in this case. And somehow put all of

3       that evidence on the defendant's phones without him knowing.

4           And I hope I didn't hear that iPhone sync with the iCloud

5       argument again because ladies and gentlemen, you were here and

6       you saw the evidence. Some of the files on the phones were the

7       same files in the iCloud account. And some of the files on the

8       phones were completely different exploitive files of the

9       victims that are in the iCloud account. Are they seriously

10      asking you to believe that Gary Rocky Jones was framed?

11          I want to unpack it a little bit more for just a minute

12      before I wrap up. Who would do that?  Is there any evidence

13      that there's anybody in the world who would frame Gary Jones?

14      Who would be interested in doing that?  It obviously would be

15      somebody with some pretty amazing computer skills. They had to

16      access the defendant's iCloud, they had to access his Facebook

17      to know every phone number he ever used that was linked to him

18      and then open anonymous accounts, using those numbers, exploit

19      scores of boys in the most horrific way and then just leave

20      little tiny breadcrumbs like his sister working at Walmart and

21      his sister getting evicted and that he sold cars for money.

22      Just these little tiny breadcrumbs. And so like if someone was

23      going to frame Gary Rocky Jones, why not put the accounts or

24      even one account, just put one account in his name. Why use

25      all these strange names like gmc.boi and Lorpeee and

1   Lorpeeelove and Mikebreezy and bemorecrazy.  Why use all these

2   telephone numbers, why use all these accounts. Why, why, why

3   make it so hard on Agent Corn?  Because as you know beyond all

4   doubt, those accounts and those names and those numbers, they

5   were there to hide the defendant's identity, not to point

6   anybody to it.

7       And the other reason that you know it is two letters or

8   three letters, one number and two letters. 2FA. Agent Oberly

9   told you about that. Two-factor authentication. So this idea

10  that he was framed is ludicrous for all the reasons I've just

11  gone over. But you know that the defendant would have been

12  notified if anybody registered a new device, logged in from a

13  new account, logged in from a new computer. He had two-factor

14  authentication on his account.  So nobody was getting into his

15  iCloud account.

16      There's also examples in the gmail and Instagram accounts

17  of emails being sent to him when he changed a phone number. So

18  simply him changing from one phone number that was registered

19  to him to another phone number that was registered to him

20  triggered an e-mail, so there's no way that this all happens

21  without him knowing.

22      Ladies and gentlemen, as I said once in this case,

23  there's a lot of evidence and all of the evidence points to

24  Gary Jones. None of the evidence, not one shred of evidence

25  goes in any other direction. And so you hear of this evidence,

1    the face, the tattoos, the accounts, the phone numbers, the

2    phone records, the Instagram records, the emails, two-factor

3    authentication you think well, what are we doing here?  You're

4    here because Gary Jones has the right to a fair trial. That's

5    what he's gotten for the last two-and-a-half weeks and that's

6    what you're going to continue to give him when you go back

7    into that jury room.

8         Ladies and gentlemen, ███████████ wasn't here. He

9    couldn't be here, but he sent his big brother, ██████.

10   ██████ who wasn't strong enough to stop what was going on in

11   2019 and 2020. He didn't have the words or the strength or the

12   family to make it stop. But ███████████ who had the strength

13   to come in here at age 20 and tell you all of the details of

14   what Gary Jones did to him and made him do to his brother.

15        ███████████ wasn't here, but he sent his mother, Latoya

16   Jones. All of the victims in this case, some of them came and

17   some of them didn't. And when you put it all together, all of

18   the evidence points to Gary Jones.

19        So ladies and gentlemen, the defendant has had his day in

20   court. You've given him that fair trial. Now give him what

21   he's earned. He's earned verdicts of guilt. You are 12

22   reasonable, soon to be 12 reasonable men and women. The

23   prosecution's case has literally overflowed with evidence of

24   the defendant's guilt. Based on the evidence, the defendant's

25   guilt has been proven beyond all doubt. I now turn you over to

1    your good common sense in evaluating the evidence. The FBI did

2    their job in collecting the evidence and the Government did

3    its job in presenting the evidence to you. Now it's up to you

4    to do your job and evaluate that evidence fairly.  And I

5    suggest that when you do, you come back here and you say, "We

6    find the defendant, Gary Rocky Jones, guilty of every single

7    count in the superseding indictment." Thank you.

8              **THE COURT:**  Thank you, Mr. Budlow.

9              **(Requested excerpt of transcript is completed at**

10   **3:22 p.m.)**

1            **CERTIFICATE OF OFFICIAL REPORTER**

2

3

4

5            I, Nadine M. Bachmann, Certified Realtime Reporter

6    and Registered Merit Reporter, in and for the United States

7    District Court for the District of Maryland, do hereby

8    certify, pursuant to 28 U.S.C. § 753, that the foregoing is a

9    true and correct transcript of the stenographically-reported

10   proceedings held in the above-entitled matter and that the

11   transcript page format is in conformance with the regulations

12   of the Judicial Conference of the United States.

13

14            Dated this <u>15th</u> day of <u>February, 2024</u>.

15

16                    /s/

17            _____

18                    NADINE M. BACHMANN, CRR, RMR
                       FEDERAL OFFICIAL COURT REPORTER
19

20

21

22

23

24

25

## $

**$1,000** [1] - 19:20

## '

**'Please** [1] - 39:16

## /

**/S** [1] - 83:16

## 1

**1** [28] - 5:6, 9:11, 12:5, 13:6, 13:20, 16:18, 19:24, 33:13, 34:7, 34:13, 43:21, 53:24, 53:25, 54:15, 54:25, 55:3, 55:4, 55:5, 55:7, 55:8, 55:19, 56:4, 56:16, 69:12, 70:8, 77:6
**1,400** [1] - 10:17
**10** [4] - 22:17, 28:9, 28:17, 53:13
**10,000** [1] - 27:9
**100** [3] - 1:17, 55:20, 68:12
**11** [8] - 22:10, 22:22, 23:16, 24:1, 24:16, 28:18, 72:18, 73:14
**11's** [1] - 29:5
**11-year-old** [2] - 67:1, 73:9
**11-year-olds** [1] - 66:7
**12** [9] - 20:8, 23:12, 28:21, 29:7, 29:20, 61:8, 62:6, 81:21, 81:22
**12's** [1] - 29:15
**12.1** [1] - 63:13
**12.45** [1] - 63:5
**12:36** [1] - 3:3
**13** [15] - 17:1, 23:14, 25:11, 27:23, 29:8, 29:21, 29:23, 32:14, 53:18, 54:24, 62:7, 72:16, 72:21, 72:24, 73:15
**13k** [1] - 28:23
**13th** [1] - 13:21
**14** [9] - 3:11, 17:1, 19:19, 20:6, 23:16, 29:24, 30:19, 40:5, 62:7
**14's** [1] - 31:6
**14-year-old** [1] - 73:15
**14.8** [1] - 51:12

**14.9** [1] - 51:12
**15** [11] - 4:13, 14:12, 23:18, 26:23, 27:4, 31:8, 38:9, 41:18, 41:25, 75:23, 76:3
**15's** [1] - 31:25
**15-year** [1] - 16:10
**15th** [1] - 83:14
**16** [19] - 3:15, 6:8, 13:13, 13:19, 20:5, 23:12, 25:5, 27:4, 29:10, 32:14, 33:3, 34:10, 43:22, 56:24, 58:21, 62:8, 73:1, 73:15, 73:16
**16-year-old** [1] - 67:1
**16-year-olds** [1] - 66:8
**17** [4] - 4:1, 25:16, 25:23, 73:16
**17-year-old** [1] - 73:2
**18** [8] - 5:8, 6:1, 6:16, 26:14, 45:24, 46:1, 47:12, 74:12
**18.8** [1] - 53:10
**19** [1] - 27:14
**1:44** [1] - 42:15
**1B18** [1] - 39:2, 39:18, 48:12, 48:14, 50:25, 51:9, 51:18, 51:22, 77:2
**1B3** [6] - 48:12, 48:14, 50:25, 51:9, 51:18, 51:21
**1B7** [8] - 48:12, 48:14, 50:25, 51:9, 51:12, 51:18, 51:22, 53:14
**1st** [1] - 34:21

## 2

**2** [23] - 6:8, 7:25, 13:12, 15:13, 15:21, 16:3, 18:7, 33:15, 34:10, 36:21, 42:6, 43:21, 53:24, 55:3, 55:19, 56:24, 58:21, 61:1, 62:3, 69:12, 69:23, 72:16
**20** [4] - 28:5, 41:25, 78:5, 81:13
**20-0283** [1] - 1:4
**2000** [1] - 13:21
**2014** [3] - 13:22, 14:20, 54:17
**2015** [11] - 13:22, 14:14, 14:21, 15:16, 16:19, 41:6, 50:11, 54:1, 54:17, 54:24
**2017** [1] - 36:15
**2018** [2] - 7:25, 17:1

**2019** [13] - 10:13, 10:23, 10:24, 18:4, 23:12, 23:14, 23:16, 25:10, 38:16, 63:15, 77:5, 81:11
**2020** [10] - 10:24, 10:25, 34:21, 40:21, 50:11, 53:18, 76:11, 77:6, 77:7, 81:11
**2023** [3] - 1:9, 39:17, 52:8
**2024** [1] - 83:14
**21221** [2] - 1:14, 1:18
**22** [1] - 29:5
**23** [1] - 29:14
**24** [3] - 23:14, 30:13, 53:19
**25** [3] - 31:5, 50:7, 50:10
**26** [2] - 1:9, 31:25
**27** [15] - 5:6, 12:5, 13:6, 32:18, 34:8, 41:17, 56:4, 58:20, 59:4, 59:16, 59:20, 61:15, 61:17, 62:12, 62:17
**28** [6] - 6:7, 16:21, 56:11, 62:18, 63:17, 83:8
**29** [1] - 59:4
**2911.2** [1] - 37:24
**2929@iCloud.com** [1] - 11:11
**29@gmail** [1] - 33:6
**29@gmail.com** [1] - 40:1
**2:03** [1] - 42:15
**2:04** [1] - 42:20
**2FA** [1] - 80:8

## 3

**3** [14] - 2:3, 20:2, 22:11, 22:23, 43:23, 58:20, 59:4, 59:15, 59:20, 61:14, 61:17, 62:12, 62:17, 62:19
**3's** [1] - 21:16
**3,000** [1] - 27:25
**30** [1] - 78:7
**30,000** [1] - 46:11
**31.8** [1] - 40:4
**36** [1] - 1:14
**3:16** [2] - 12:19, 23:9
**3:22** [1] - 82:10
**3rd** [1] - 23:18

## 4

**4** [4] - 7:5, 20:3, 43:21,

58:21
**40-something** [1] - 72:5
**41** [1] - 72:18
**42** [7] - 6:7, 9:11, 16:21, 34:8, 56:11, 56:16, 59:5
**42-year-old** [1] - 73:19
**43** [3] - 2:5, 34:14, 59:9
**44** [3] - 8:8, 34:11, 59:9
**443-676** [1] - 58:1
**443-767** [1] - 24:6
**443-780-5522** [1] - 35:8
**45** [3] - 8:9, 54:1, 55:3
**46** [2] - 3:19, 34:15
**4819** [8] - 11:1, 11:12, 33:10, 36:8, 38:12, 40:2, 45:25, 58:5
**4th** [1] - 1:14

## 5

**5** [7] - 19:5, 24:1, 42:6, 53:11, 62:3, 72:18, 77:14
**5.1** [1] - 10:8
**5.2** [2] - 50:6, 50:10
**5th** [1] - 18:3

## 6

**6** [6] - 21:2, 25:7, 41:14, 62:4, 72:21, 72:22
**6's** [1] - 26:15
**65** [1] - 2:6
**667** [2] - 10:13, 10:20
**676** [1] - 37:8

## 7

**7** [4] - 7:5, 21:15, 25:7, 72:22
**717** [20] - 10:21, 11:2, 11:8, 11:14, 15:10, 15:11, 17:5, 24:6, 35:4, 35:15, 57:20, 57:25, 58:5, 58:9, 58:13, 76:10, 76:11, 76:13, 78:14, 78:17
**717-603-9438** [1] - 57:17
**753** [1] - 83:8
**7th** [1] - 18:6

## 8

**8** [4] - 22:6, 26:22, 62:5
**8's** [1] - 27:15

## 9

**9** [7] - 22:6, 22:8, 25:11, 27:22, 28:5, 61:7, 62:5
**9.4** [1] - 57:19
**9th** [1] - 1:17

## A

**a/k/a** [1] - 28:16
**Aberdeen** [8] - 11:1, 11:12, 22:3, 33:10, 36:8, 40:2, 45:25, 58:6
**ability** [5] - 30:6, 38:14, 43:17, 48:5, 50:15
**able** [9] - 13:11, 13:15, 18:1, 24:7, 31:22, 33:17, 33:18, 39:4, 39:19
**above-entitled** [1] - 83:10
**absent** [1] - 52:2
**absolute** [1] - 5:5
**absolutely** [3] - 20:12, 52:23, 67:6
**abuse** [11] - 3:15, 29:20, 30:12, 38:16, 40:4, 40:5, 72:22, 77:5, 77:6, 77:8
**abused** [3] - 16:14, 37:4, 37:21
**abuser** [1] - 4:8
**abuses** [1] - 75:16
**abusing** [2] - 40:22, 41:8
**abusive** [2] - 4:16, 16:2
**acceptable** [1] - 44:25
**access** [8] - 8:20, 15:14, 16:15, 39:19, 49:11, 69:19, 79:16
**accessed** [5] - 39:5, 48:24, 49:16, 50:1, 50:17
**accessing** [2] - 13:5, 65:17
**accident** [2] - 8:14, 40:3
**accidentally** [1] - 21:20
**according** [1] - 52:12

**accordingly** [1] - 59:3
**account** [81] - 8:1,
8:23, 8:24, 9:16,
11:10, 11:20, 12:3,
12:7, 12:9, 12:13,
13:7, 14:3, 14:7,
15:1, 15:3, 15:4,
15:6, 16:16, 17:4,
17:12, 21:23, 24:5,
30:9, 33:11, 34:13,
37:2, 37:4, 37:10,
46:2, 46:7, 48:10,
48:14, 48:23, 49:1,
49:2, 49:6, 49:13,
49:15, 49:22, 49:25,
50:1, 50:3, 50:4,
50:5, 50:7, 50:16,
50:22, 51:15, 51:18,
52:11, 54:2, 57:17,
57:22, 57:23, 58:3,
58:24, 65:16, 65:25,
68:1, 68:2, 70:8,
74:11, 74:17, 74:18,
74:25, 75:3, 76:2,
76:14, 77:3, 77:4,
78:16, 78:20, 79:7,
79:9, 79:24, 80:13,
80:14, 80:15
**accounts** [44] - 12:1,
12:3, 12:25, 35:20,
39:22, 39:23, 41:9,
48:8, 48:20, 48:21,
49:4, 49:10, 49:11,
49:16, 49:17, 50:16,
54:4, 54:9, 54:10,
54:11, 54:13, 54:14,
55:11, 57:10, 57:13,
57:16, 58:16, 58:18,
59:2, 59:9, 65:14,
66:3, 66:6, 69:5,
74:9, 76:1, 76:19,
79:18, 79:23, 80:2,
80:4, 80:16, 81:1
**accurate** [8] - 44:6,
48:15, 51:19, 52:11,
52:16, 60:1, 60:14,
71:8
**accuses** [1] - 62:19
**acknowledged** [3] -
50:9, 57:20, 60:15
**acknowledges** [1] -
46:23
**acronym** [1] - 17:12
**act** [1] - 17:23
**acted** [2] - 54:19,
61:15
**actions** [2] - 63:3,
63:4
**activating** [1] - 37:10
**actively** [1] - 38:6

**activity** [9] - 6:12,
6:13, 56:15, 56:19,
57:3, 58:23, 59:15,
62:21, 62:24
**actual** [1] - 12:14
**addition** [2] - 60:16,
62:16
**address** [13] - 6:8,
11:1, 11:12, 15:4,
18:15, 22:3, 30:17,
33:9, 40:1, 57:24,
58:6, 77:18, 77:22
**adduced** [1] - 60:5
**adolescent** [1] - 73:17
**adolescents** [1] -
73:18
**adopted** [1] - 64:11
**adult** [1] - 15:22
**advance** [1] - 62:10
**affecting** [2] - 7:16,
8:11
**afraid** [1] - 66:19
**afternoon** [4] - 3:8,
3:10, 42:21, 66:13
**afterwards** [1] - 71:23
**age** [5] - 17:16, 24:13,
29:9, 72:9, 81:13
**Agent** [56] - 1:20,
3:25, 10:11, 10:16,
11:2, 11:15, 13:3,
13:8, 14:23, 16:7,
18:1, 21:18, 28:11,
28:13, 28:18, 33:4,
33:17, 34:18, 34:21,
35:5, 35:8, 37:6,
39:3, 39:4, 39:5,
39:16, 40:22, 45:23,
46:9, 46:13, 47:12,
47:18, 47:22, 48:23,
49:15, 49:18, 50:9,
51:22, 52:4, 52:13,
53:15, 57:20, 60:6,
60:14, 60:15, 67:8,
68:9, 71:9, 71:11,
72:2, 76:21, 78:2,
80:3, 80:8
**agent** [2] - 29:7, 30:19
**ago** [9] - 3:11, 39:17,
43:2, 47:14, 52:5,
54:7, 60:4, 64:1,
70:15
**Aided** [1] - 1:22
**airplane** [1] - 39:7
**allegations** [2] -
13:21, 14:15
**alleges** [1] - 51:15
**allow** [2] - 42:1, 64:9
**allows** [3] - 11:5,
49:21, 53:7
**almost** [2] - 6:5, 41:5

**alone** [2] - 55:5, 69:19
**altering** [1] - 62:1
**alternative** [1] - 62:10
**altogether** [1] - 52:1
**amazing** [1] - 79:15
**AMERICA** [1] - 1:3
**American** [1] - 64:2
**amount** [1] - 8:20
**amounted** [1] - 12:5
**amusement** [1] -
26:21
**anal** [1] - 8:4
**anally** [3] - 15:22,
16:4, 16:5
**analysis** [1] - 37:6
**analyzing** [1] - 76:9
**anger** [1] - 64:3
**angry** [1] - 27:18
**anonymous** [2] -
65:25, 79:18
**answer** [1] - 76:24
**Anthony** [2] - 25:16,
76:16
**anus** [14] - 8:7, 16:9,
18:4, 18:8, 19:6,
19:8, 21:4, 21:13,
22:8, 22:18, 27:15,
29:15, 31:6, 32:20
**App** [3] - 30:11, 30:14,
75:19
**app** [4] - 11:5, 48:25,
58:10
**appear** [2] - 14:9,
14:10
**Apple** [9] - 5:19, 6:2,
7:19, 11:9, 12:13,
38:17, 50:2, 50:5,
50:7
**approached** [1] - 4:10
**appropriate** [1] -
64:17
**approximate** [1] -
24:13
**April** [4] - 7:25, 10:13,
13:21, 53:18
**area** [1] - 28:19
**arguably** [1] - 25:8
**argue** [3] - 6:1, 6:23,
49:6
**argued** [1] - 54:2
**argues** [2] - 57:16,
57:23
**arguing** [2] - 4:19,
53:21
**Argument** [1] - 2:6
**argument** [6] - 4:22,
42:4, 54:5, 74:1,
76:9, 79:5
**Arguments** [1] - 2:2
**ARGUMENTS** [1] - 1:6

**arrest** [2] - 34:24,
47:13
**arrested** [6] - 9:9,
14:14, 36:2, 47:13,
54:25, 69:22
**arrived** [1] - 47:25
**arrives** [1] - 35:2
**ashamed** [1] - 9:23
**aside** [1] - 75:21
**ass** [2] - 24:15, 27:17
**assaulting** [1] - 54:25
**assigned** [2] - 11:4,
11:7
**associate** [1] - 52:6
**associated** [9] - 50:7,
52:10, 57:17, 57:24,
58:3, 58:5, 58:8,
58:9, 58:14
**assume** [3] - 44:4,
44:5, 57:10
**assumed** [3] - 44:23,
45:9, 60:1
**assumes** [4] - 48:21,
49:14, 50:25, 52:9
**assumption** [16] -
44:16, 44:25, 48:7,
48:9, 48:11, 48:13,
48:16, 48:19, 49:12,
50:24, 51:4, 51:17,
52:17, 55:14, 60:4,
67:5
**assumptions** [20] -
43:10, 43:12, 43:14,
43:16, 43:25, 44:3,
44:8, 44:9, 44:10,
45:2, 45:14, 47:24,
48:4, 50:23, 54:6,
58:25, 59:21, 64:11,
66:23
**AT&T** [5] - 10:14,
11:15, 11:20, 11:21,
24:8
**attached** [2] - 17:5,
37:8
**attempted** [2] - 6:13,
7:11
**attempting** [2] - 38:2,
67:19
**attention** [4] - 50:8,
55:24, 61:20, 63:21
**ATTORNEY** [1] - 1:13
**attracting** [1] - 6:24
**attraction** [1] - 41:4
**audio** [3] - 18:21,
69:8, 72:1
**audios** [2] - 22:19,
73:25
**audiotape** [8] - 18:24,
21:10, 21:14, 22:15,
22:21, 37:17, 37:19,

38:10
**August** [6] - 15:16,
23:12, 23:14, 25:10,
39:17, 40:21
**aunt** [2] - 20:10, 32:23
**aunts** [1] - 20:9
**authenticated** [1] -
57:21
**authenticating** [1] -
37:9
**authentication** [5] -
11:13, 24:9, 80:9,
80:14, 81:3
**auto** [1] - 40:3
**automatically** [1] -
50:2
**Avenue** [8] - 11:1,
11:13, 22:3, 33:10,
36:8, 40:2, 45:25,
58:6
**avoid** [4] - 44:2, 55:15,
64:10
**awful** [1] - 4:17

### B

**Bachmann** [1] - 83:5
**BACHMANN** [1] -
83:18
**backdrop** [1] - 61:22
**backed** [2] - 48:10,
49:19
**background** [5] -
18:19, 32:16, 65:19,
70:19, 75:1
**backing** [1] - 36:20
**Baltimore** [12] - 1:9,
1:14, 1:18, 6:3,
10:18, 10:23, 14:19,
17:9, 28:19, 36:22,
63:7, 73:19
**based** [8] - 13:17,
14:15, 34:18, 49:17,
49:18, 59:16, 60:17,
81:24
**basement** [9] - 16:11,
16:13, 36:9, 36:16,
36:17, 38:12, 69:24,
73:20, 78:22
**basic** [2] - 35:6, 44:6
**Bass** [1] - 22:4
**bathroom** [6] - 19:22,
19:23, 28:6, 28:8,
32:17, 77:11
**battery** [1] - 39:9
**bear** [1] - 48:5
**beard** [1] - 40:18
**bearing** [1] - 3:13
**bed** [1] - 36:25
**bedrock** [2] - 44:12

**bedroom** [3] - 75:1, 77:13, 78:24
**BEFORE** [1] - 1:8
**befriended** [1] - 13:24
**began** [3] - 17:1, 17:17, 20:13
**begin** [1] - 48:19
**beginning** [4] - 10:13, 61:21, 68:10, 70:14
**begins** [5] - 3:2, 17:20, 20:4, 27:5, 35:3
**behalf** [4] - 2:3, 2:4, 2:6, 13:23
**behest** [2] - 60:13, 61:15
**behind** [8] - 9:16, 9:17, 9:18, 11:18, 24:3, 70:3
**beings** [1] - 9:24
**belief** [1] - 47:10
**beliefs** [1] - 55:16
**belies** [1] - 45:21
**belong** [2] - 11:25, 12:3
**belonged** [2] - 24:8, 54:9
**belonging** [1] - 24:9
**belongs** [4] - 11:5, 14:4, 14:24, 17:6
**below** [2] - 15:11, 36:25
**bemorecrazy** [1] - 80:1
**benefit** [1] - 60:10
**best** [2] - 25:8, 40:9
**Best** [5] - 40:14, 40:19, 40:20, 40:23, 63:10
**better** [2] - 28:1, 44:7
**between** [18] - 9:11, 10:2, 13:10, 13:12, 17:21, 20:9, 22:22, 23:20, 24:21, 27:17, 31:21, 46:25, 50:11, 52:21, 52:25, 53:12, 53:17, 63:13
**beyond** [25] - 19:2, 43:4, 45:7, 45:15, 48:6, 50:15, 51:6, 54:8, 55:25, 56:6, 56:13, 56:17, 56:22, 57:4, 57:6, 57:8, 58:22, 59:12, 59:18, 62:13, 63:17, 64:5, 64:14, 80:3, 81:25
**Bible** [2] - 12:18, 16:7
**bicep** [1] - 12:17
**big** [7] - 7:10, 13:9, 30:3, 46:22, 54:18,

73:22, 81:9
**bills** [1] - 15:15
**binders** [1] - 4:25
**biological** [1] - 63:8
**bit** [6] - 6:9, 24:20, 28:15, 69:12, 79:11
**bitch** [3] - 21:13, 40:15, 40:16
**bits** [1] - 52:1
**blame** [1] - 9:23
**blanket** [1] - 12:23
**block** [2] - 32:2
**blue** [1] - 31:12
**board** [1] - 32:8
**body** [4] - 28:22, 30:25, 31:2, 31:22
**book** [1] - 44:7
**born** [1] - 13:21
**borrowed** [1] - 54:10
**bottom** [4] - 16:6, 16:12, 26:19, 30:16
**bought** [3] - 15:14, 16:1, 70:1
**boy** [4] - 14:12, 16:10, 16:25, 17:10
**boys** [21] - 3:16, 4:13, 4:14, 7:2, 8:7, 9:13, 13:19, 16:20, 17:13, 22:17, 22:22, 23:15, 23:16, 25:11, 31:11, 34:9, 41:4, 41:8, 67:19, 77:12, 79:19
**breadcrumbs** [2] - 79:20, 79:22
**break** [6] - 17:7, 32:13, 36:16, 42:11, 42:22, 64:24
**Brenda** [3] - 12:17, 12:18, 12:19
**Bro** [1] - 19:12
**bro** [1] - 26:10
**broke** [3] - 15:17, 78:21, 78:23
**brother** [8] - 19:13, 19:17, 22:24, 25:25, 26:20, 72:22, 81:9, 81:14
**brother's** [2] - 22:25, 26:15
**brothers** [4] - 7:6, 7:8, 7:10, 23:13
**brought** [3] - 35:4, 43:11, 47:6
**brown** [5] - 12:21, 18:18, 23:1, 75:4, 75:6
**Budlow** [5] - 2:6, 3:17, 10:8, 64:24, 82:8
**BUDLOW** [3] - 1:12, 42:12, 65:1

**built** [1] - 30:10
**bulk** [1] - 46:12
**bunch** [3] - 13:13, 14:18, 65:25
**burden** [7] - 43:4, 43:13, 43:17, 45:3, 48:6, 56:20, 63:16
**business** [1] - 10:2
**butt** [1] - 27:11
**buttock** [1] - 14:9
**buy** [1] - 61:5
**BY** [4] - 1:12, 1:13, 1:16, 1:16

## C

**camera** [3] - 25:6, 33:23, 52:7
**cameras** [1] - 71:1
**cannot** [12] - 56:20, 56:22, 57:4, 57:6, 57:8, 59:18, 60:11, 60:21, 62:13, 62:22, 63:16, 64:14
**capture** [3] - 21:7, 33:2, 60:9
**captured** [4] - 25:3, 29:18, 33:7, 52:7
**captures** [1] - 21:20
**car** [2] - 23:18, 40:12
**card** [3] - 18:9, 20:14, 36:3
**care** [1] - 63:22
**carefully** [2] - 43:8, 47:7
**cars** [1] - 79:21
**case** [54] - 3:15, 3:23, 5:10, 8:6, 8:21, 12:22, 13:22, 25:1, 31:19, 34:2, 34:4, 34:15, 36:20, 40:7, 40:25, 42:1, 42:2, 42:3, 43:20, 43:25, 44:19, 45:17, 45:24, 47:11, 47:12, 48:5, 50:13, 52:16, 52:20, 53:22, 57:3, 61:13, 61:22, 63:22, 64:6, 64:17, 65:12, 65:14, 65:15, 67:6, 67:14, 67:24, 68:5, 70:15, 71:2, 71:8, 72:13, 74:6, 75:20, 78:4, 79:2, 80:22, 81:16, 81:23
**CASE** [1] - 1:4
**cases** [1] - 70:23
**Cash** [3] - 30:11, 30:14, 75:19
**cast** [1] - 70:2

**caught** [2] - 41:5, 41:6
**caused** [4] - 56:18, 57:7, 61:18, 62:15
**caves** [1] - 19:7
**ceiling** [1] - 33:8
**cell** [9] - 8:16, 11:4, 35:9, 36:18, 36:19, 36:20, 37:7, 48:25
**centers** [1] - 49:20
**certain** [3] - 44:17, 60:10, 61:23
**certainly** [2] - 36:14, 39:2
**CERTIFICATE** [1] - 83:1
**Certified** [1] - 83:5
**certify** [1] - 83:8
**chance** [1] - 16:14
**change** [1] - 52:3
**changed** [2] - 45:3, 80:17
**changing** [1] - 80:18
**chapters** [1] - 46:19
**charge** [1] - 53:24
**charged** [16] - 6:14, 18:18, 43:18, 54:25, 55:3, 56:4, 56:11, 58:19, 59:20, 60:23, 61:14, 61:17, 62:12, 62:18, 65:15, 69:14
**charges** [3] - 14:18, 54:1, 55:1
**Charles** [2] - 1:14, 1:17
**chased** [3] - 14:15, 14:17
**chat** [12] - 18:5, 21:8, 30:5, 33:1, 33:2, 33:7, 38:8, 68:7, 68:8, 71:10, 71:11, 72:19
**chats** [42] - 5:1, 13:11, 13:15, 13:18, 16:23, 18:2, 23:20, 28:10, 30:2, 31:5, 31:23, 33:17, 38:18, 46:3, 46:11, 46:15, 46:16, 46:17, 47:4, 47:8, 47:20, 51:20, 52:23, 53:2, 53:10, 53:11, 53:15, 59:22, 60:8, 60:9, 60:11, 63:13, 68:3, 68:15, 68:18, 69:1, 69:2, 72:1, 73:5, 73:24, 77:2, 77:15
**chatting** [1] - 33:14
**check** [1] - 38:3
**cheek** [1] - 12:18
**child** [29] - 5:6, 6:15,

6:16, 7:13, 8:8, 8:12, 12:5, 14:1, 15:14, 34:11, 34:12, 34:13, 41:19, 41:20, 43:5, 44:22, 45:20, 54:19, 56:5, 64:15, 67:7, 68:21, 69:15, 70:23, 70:24, 71:18, 71:20
**children** [13] - 4:2, 6:1, 9:18, 9:23, 34:23, 37:3, 54:20, 54:21, 65:22, 70:11, 71:20, 78:18
**China** [1] - 6:4
**choreograph** [2] - 27:12, 47:25
**choreographed** [7] - 21:12, 59:24, 77:23, 78:1, 78:2, 78:3, 78:7
**chosen** [2] - 47:7, 53:3
**chronological** [1] - 46:12
**chunks** [2] - 46:22, 68:4
**circumstances** [3] - 59:23, 62:25, 70:19
**citizens** [1] - 4:3
**City** [2] - 10:18, 10:23
**claims** [1] - 58:15
**Claire** [1] - 29:7
**classic** [1] - 18:19
**clear** [6] - 15:5, 46:22, 48:2, 68:20, 74:14, 74:16
**clearcut** [3] - 47:6, 47:17, 47:25
**clearly** [6] - 38:20, 58:15, 60:7, 72:21, 74:21, 75:25
**clever** [1] - 41:8
**clip** [1] - 19:14
**clips** [1] - 13:1
**close** [1] - 26:2
**Closing** [1] - 2:2
**CLOSING** [1] - 1:6
**closing** [5] - 3:5, 42:23, 56:3, 58:7, 75:24
**clothing** [1] - 20:11
**cloud** [3] - 12:9, 49:18, 49:19
**clout** [1] - 61:8
**clues** [1] - 60:16
**clumsily** [1] - 15:20
**code** [1] - 66:2
**coerce** [3] - 7:11, 41:12, 65:2
**coerced** [14] - 4:11,

5:12, 6:12, 6:19, 6:22, 9:22, 19:8, 31:18, 56:8, 56:14, 56:24, 57:2, 58:20, 62:23

**coercing** [1] - 17:20

**coercion** [15] - 6:7, 7:1, 7:9, 16:18, 16:21, 17:25, 18:17, 18:22, 18:25, 29:4, 34:9, 41:19, 55:25, 56:12, 62:18

**cognitive** [1] - 44:9

**collecting** [1] - 82:2

**collective** [1] - 44:2

**COLLEEN** [1] - 1:13

**combination** [1] - 5:12

**comedian** [1] - 21:22

**comfortable** [1] - 54:20

**coming** [3] - 12:22, 44:10, 61:4

**commerce** [5] - 5:18, 6:10, 7:16, 7:17, 8:11

**commission** [3] - 9:1, 34:16, 41:21

**committed** [3] - 9:2, 9:12, 67:14

**committing** [1] - 9:19

**common** [6] - 44:14, 69:11, 70:13, 70:17, 70:18, 82:1

**communicate** [1] - 76:4

**communicated** [2] - 7:7, 45:20

**communicating** [3] - 59:13, 62:20, 76:5

**communications** [7] - 13:10, 20:4, 33:19, 46:5, 48:18, 52:18, 60:3

**companies** [1] - 68:25

**companionship** [1] - 62:4

**compassion** [1] - 63:21

**complained** [1] - 61:4

**complete** [1] - 68:10

**completed** [2] - 74:15, 82:9

**completely** [2] - 74:25, 79:8

**complicated** [1] - 48:3

**compliment** [1] - 77:24

**comprises** [2] - 16:2, 61:22

**Computer** [1] - 1:22

**computer** [2] - 79:15, 80:13

**Computer-Aided** [1] - 1:22

**computers** [1] - 70:25

**concerned** [2] - 10:20, 72:2

**conclude** [2] - 42:4, 59:23

**conclusion** [2] - 55:10, 55:14

**conclusively** [1] - 75:11

**conduct** [14] - 5:14, 5:15, 6:5, 7:20, 7:21, 7:24, 8:3, 56:8, 56:10, 56:18, 56:25, 57:1, 73:10, 76:2

**Conference** [1] - 83:12

**conformance** [1] - 83:11

**congratulations** [1] - 38:3

**connect** [1] - 57:15

**connected** [6] - 50:1, 53:6, 54:11, 57:18, 60:20, 74:23

**connecting** [1] - 49:9

**connection** [4] - 51:16, 58:18, 62:11, 76:7

**connects** [2] - 58:16, 75:11

**consciousness** [1] - 76:20

**consent** [4] - 61:12, 61:13, 66:24, 66:25

**considering** [1] - 63:25

**constitute** [1] - 43:16

**contact** [1] - 39:25

**contains** [2] - 13:6, 51:24

**contends** [1] - 63:5

**content** [1] - 53:4

**contents** [1] - 60:20

**context** [1] - 46:4, 47:19, 49:5, 51:20, 52:24, 59:22, 60:16, 60:21, 60:22, 68:13, 69:3

**continually** [1] - 45:10

**continue** [4] - 42:2, 64:12, 70:4, 81:6

**continued** [1] - 63:15

**continues** [4] - 18:17, 18:25, 27:12, 34:3

**contrary** [1] - 68:2

**control** [4] - 8:15,

8:19, 74:17, 74:18

**controlled** [1] - 50:25

**controlling** [1] - 73:10

**conversation** [11] - 21:9, 25:18, 29:10, 33:21, 34:3, 46:13, 53:14, 60:9, 60:10, 72:14, 72:19

**conversations** [12] - 13:12, 21:24, 25:1, 28:12, 46:6, 46:21, 46:22, 46:24, 46:25, 52:21, 52:25, 53:8

**convict** [2] - 45:11, 56:1

**convicted** [1] - 44:20

**conviction** [2] - 51:6, 56:16

**convictions** [2] - 44:17, 67:19

**convincing** [3] - 6:24, 24:23, 28:3

**cool** [3] - 20:16, 27:2, 28:25

**Corn** [39] - 1:20, 4:1, 10:11, 10:16, 11:15, 13:3, 13:8, 16:7, 18:1, 24:7, 28:13, 28:18, 33:4, 33:17, 34:19, 34:21, 35:5, 35:8, 39:4, 39:16, 40:22, 45:23, 46:9, 46:13, 47:12, 48:23, 49:15, 50:9, 51:22, 53:15, 57:20, 60:6, 60:15, 67:8, 71:9, 71:11, 72:2, 76:22, 80:3

**Corn's** [7] - 11:2, 14:23, 21:18, 28:11, 47:18, 68:9, 78:2

**corner** [2] - 12:21, 38:1

**correct** [4] - 48:24, 50:17, 52:12, 83:9

**corrected** [1] - 77:25

**correctly** [2] - 26:18, 39:9

**corrupting** [1] - 9:25

**counsel** [2] - 42:10, 64:20

**Count** [38] - 13:20, 15:13, 15:21, 16:2, 18:6, 19:5, 21:2, 21:15, 22:6, 22:8, 22:17, 22:22, 23:12, 23:14, 23:16, 23:18, 25:5, 25:23, 26:14, 27:14, 28:5, 29:5, 29:14, 31:5, 31:25,

34:11, 34:14, 53:18, 55:3, 62:18, 63:17, 69:12, 69:23, 70:8

**count** [17] - 5:4, 6:8, 13:17, 18:3, 18:6, 18:18, 21:18, 30:13, 32:18, 33:16, 34:2, 34:15, 41:19, 41:21, 54:1, 66:14, 82:7

**counts** [19] - 3:20, 8:2, 8:22, 9:11, 23:11, 34:8, 34:9, 34:19, 41:18, 41:20, 43:18, 43:20, 43:21, 43:22, 55:23, 56:16, 65:15, 71:3

**Counts** [20] - 5:6, 6:7, 8:8, 12:5, 13:6, 16:21, 34:7, 53:24, 55:19, 56:4, 56:11, 58:19, 59:4, 59:9, 59:15, 59:20, 61:14, 61:17, 62:12, 62:17

**couple** [2] - 18:13, 66:23

**course** [1] - 77:21

**Court** [1] - 83:7

**COURT** [13] - 1:1, 3:4, 3:7, 41:23, 42:9, 42:14, 42:16, 42:19, 42:21, 43:1, 64:19, 82:8, 83:18

**court** [4] - 29:17, 47:6, 47:16, 81:20

**COURTNEY** [1] - 1:16

**courtroom** [5] - 25:9, 42:8, 42:20, 65:9, 66:12

**cousin** [2] - 17:8, 29:23

**Cox** [1] - 17:8

**crazy** [1] - 66:1

**create** [3] - 45:20, 52:8, 53:1

**created** [15] - 43:5, 46:8, 49:24, 51:3, 53:19, 54:4, 54:14, 55:3, 55:12, 58:23, 59:15, 59:24, 60:23, 64:15

**credibility** [2] - 67:9, 75:9

**credit** [1] - 36:3

**crime** [4] - 6:6, 9:1, 16:13, 67:14

**crimes** [3] - 9:19, 44:20, 67:15

**criminal** [2] - 45:1, 67:7

**critical** [2] - 45:10,

65:13

**critically** [2] - 43:8, 64:12

**cropped** [1] - 44:21

**cross** [2] - 31:16, 43:12

**cross-examination** [2] - 31:16, 43:12

**CRR** [1] - 83:18

**cry** [1] - 26:6

**crying** [2] - 26:10, 27:8

**cursory** [1] - 51:5

**cut** [1] - 45:21

**cyber** [3] - 10:11, 10:12, 10:13

**cycle** [2] - 32:13, 38:16

# D

**Dam** [1] - 25:19

**danger** [1] - 44:15

**dangerous** [1] - 62:1

**dangers** [1] - 66:17

**dark** [3] - 28:15, 31:10, 65:7

**data** [6] - 49:18, 49:19, 49:20, 49:23, 49:25, 51:25

**date** [7] - 9:9, 52:8, 60:16, 68:23, 69:3, 71:4, 71:13

**Dated** [1] - 83:14

**dates** [1] - 13:12

**days** [1] - 3:11

**ddh** [3] - 36:6, 39:25, 66:2

**ddhloveyou614** [2] - 8:25, 15:2

**ddhman** [7] - 11:11, 12:6, 12:13, 33:6, 37:11, 40:7, 41:1

**ddhman2929** [4] - 46:2, 49:15, 50:6, 50:21

**ddhman2929@ iCloud** [1] - 8:24

**dead** [2] - 39:10, 39:13

**deal** [1] - 25:21

**deals** [1] - 61:3

**decade** [1] - 41:4

**decade-long** [1] - 41:4

**December** [2] - 10:24, 36:15

**deceptive** [1] - 41:9

**decides** [1] - 20:25

**decisions** [1] - 44:4

**deductive** [1] - 47:18

**deep** [1] - 30:1

**deeper** [1] - 17:15
**defeat** [1] - 43:17
**defendant** [138] - 3:19, 3:23, 4:4, 5:9, 5:10, 5:22, 6:9, 6:11, 6:20, 7:7, 7:13, 7:21, 8:9, 8:12, 9:2, 9:3, 9:10, 11:14, 13:19, 14:4, 14:21, 15:7, 16:5, 16:9, 16:25, 17:6, 17:14, 17:20, 18:9, 18:11, 18:23, 19:8, 19:11, 19:12, 19:16, 19:19, 19:20, 20:4, 20:14, 21:7, 21:25, 22:2, 22:13, 22:25, 23:8, 23:21, 24:5, 24:8, 24:10, 24:12, 24:23, 25:12, 25:15, 25:20, 26:2, 26:9, 26:13, 26:16, 26:23, 27:4, 27:5, 27:16, 27:18, 27:23, 28:11, 28:21, 29:9, 29:24, 30:9, 30:20, 31:12, 31:19, 32:7, 32:20, 32:24, 33:7, 33:12, 33:24, 34:7, 34:19, 35:2, 36:9, 37:12, 37:24, 38:6, 38:17, 38:19, 40:12, 40:15, 40:17, 41:17, 56:7, 56:13, 62:14, 65:9, 65:24, 66:14, 66:17, 67:2, 67:14, 67:18, 67:25, 68:15, 68:19, 69:1, 69:13, 69:19, 69:21, 70:1, 70:3, 70:7, 70:9, 70:17, 71:5, 71:21, 72:14, 72:15, 72:17, 72:19, 72:21, 72:25, 74:3, 74:7, 74:8, 75:11, 75:25, 76:4, 76:8, 76:10, 76:15, 77:7, 77:10, 80:11, 81:19, 82:6
**Defendant** [2] - 1:6, 2:4
**DEFENDANT** [1] - 1:15
**defendant's** [36] - 4:19, 6:18, 7:25, 8:22, 15:12, 15:18, 16:7, 16:16, 16:17, 17:8, 21:19, 23:2, 25:4, 29:25, 30:6, 33:19, 34:6, 37:14, 37:20, 37:25, 38:12, 38:14, 39:10, 39:20,

69:18, 73:10, 74:13, 74:17, 76:18, 77:22, 79:3, 79:16, 80:5, 81:24
**Defender** [1] - 1:17
**defense** [20] - 3:21, 5:25, 6:2, 9:15, 10:7, 42:23, 65:12, 66:11, 66:24, 68:3, 68:17, 72:8, 72:11, 73:7, 73:8, 74:22, 75:10, 75:19, 76:9, 78:10
**definitely** [1] - 17:16
**definition** [2] - 8:3, 8:20
**delete** [5] - 25:1, 30:5, 53:11, 68:7, 77:14
**deleted** [3] - 30:4, 46:19, 53:7, 53:9, 60:18
**deletes** [2] - 30:5, 68:8
**deliberations** [2] - 55:21, 63:23
**deliver** [1] - 63:25
**denote** [1] - 46:18
**depict** [3] - 12:16, 21:16, 22:17
**depicted** [2] - 5:7, 53:15
**depicting** [10] - 19:6, 21:3, 22:7, 25:5, 27:15, 29:14, 30:13, 31:6, 31:25, 32:18
**depiction** [8] - 5:14, 5:16, 7:14, 7:22, 8:10, 8:11, 56:10, 57:1
**depictions** [2] - 5:22, 59:14
**depicts** [2] - 29:5, 63:5
**describe** [1] - 61:3
**deserved** [1] - 65:23
**desperation** [1] - 4:15
**despite** [2] - 28:11, 52:8
**details** [1] - 81:13
**Detective** [3] - 35:4, 35:13, 76:21
**detective** [1] - 9:6
**device** [22] - 11:4, 11:6, 11:7, 36:5, 37:5, 37:10, 37:12, 37:13, 38:25, 39:4, 39:6, 39:10, 39:24, 50:1, 50:3, 51:25, 52:4, 52:6, 58:8, 80:12
**devices** [20] - 5:19, 6:4, 7:19, 9:17, 34:6,

36:17, 49:16, 49:21, 49:22, 49:24, 50:2, 50:7, 50:8, 50:10, 50:14, 50:15, 51:2, 51:10, 75:22
**dick** [4] - 25:17, 28:1, 31:24, 33:25
**dies** [1] - 22:16
**different** [2] - 35:14, 79:8
**difficult** [4] - 3:13, 22:9, 63:24, 78:4
**digging** [1] - 74:10
**digital** [6] - 5:1, 19:7, 22:7, 29:15, 32:19, 76:7
**digitally** [1] - 66:9
**diligence** [1] - 14:23
**direction** [1] - 80:25
**directly** [1] - 7:7
**disappear** [1] - 53:8
**discern** [2] - 13:16, 52:12
**disclosed** [2] - 46:12, 47:2
**discomfort** [1] - 64:3
**discuss** [5] - 42:1, 43:14, 43:15, 43:24
**discussed** [3] - 57:10, 59:6, 62:16
**discussing** [1] - 71:17
**discussion** [3] - 43:19, 72:23
**dismissed** [1] - 55:1
**dispel** [1] - 59:7
**dispelled** [3] - 49:10, 57:12, 58:25
**displacement** [1] - 4:16
**display** [2] - 37:25, 40:18
**dispute** [1] - 9:6
**distraction** [1] - 67:17
**distributed** [4] - 7:14, 43:5, 64:15, 70:8
**distribution** [7] - 6:15, 7:13, 7:25, 33:16, 34:2, 34:13, 41:19
**District** [2] - 83:7
**DISTRICT** [3] - 1:1, 1:1, 1:8
**disturbed** [1] - 64:6
**disturbing** [1] - 3:14
**divide** [2] - 13:10, 43:19
**diving** [1] - 43:24
**DIVISION** [1] - 1:2
**divisive** [1] - 44:11
**DNA** [1] - 71:2
**documented** [1] -

28:12
**Doe** [75] - 7:5, 13:20, 16:18, 18:7, 20:2, 21:16, 22:11, 22:23, 24:1, 25:7, 26:15, 26:22, 27:15, 27:22, 28:5, 28:9, 28:17, 28:18, 29:5, 29:7, 29:15, 29:20, 29:21, 30:19, 31:6, 31:8, 31:25, 32:14, 33:13, 33:15, 34:13, 36:21, 38:9, 40:5, 41:14, 43:20, 43:21, 43:23, 53:11, 53:13, 53:18, 53:25, 54:15, 54:25, 55:4, 55:5, 55:6, 55:7, 55:8, 60:25, 61:1, 61:7, 61:8, 62:3, 62:4, 62:5, 62:6, 62:7, 62:8, 62:19, 72:13, 72:16, 72:18, 72:21, 72:22, 75:23, 76:3, 77:14
**Does'** [1] - 61:10
**dollar** [1] - 12:17
**domain** [1] - 36:13
**done** [10] - 28:3, 33:19, 34:4, 34:8, 34:12, 34:13, 34:14, 34:17, 39:7, 71:24
**doody** [1] - 28:16
**door** [2] - 6:3, 78:22
**double** [1] - 24:6
**doubt** [25] - 43:5, 43:16, 45:7, 45:16, 48:6, 51:7, 54:8, 56:1, 56:6, 56:13, 56:17, 56:22, 57:5, 57:6, 57:8, 58:22, 59:13, 59:18, 62:13, 62:24, 63:18, 64:5, 64:14, 80:4, 81:25
**doubts** [1] - 73:5
**down** [20] - 4:24, 11:11, 12:6, 14:17, 16:23, 17:7, 24:19, 24:20, 24:22, 24:24, 33:6, 36:6, 36:11, 36:14, 40:1, 41:2, 42:5, 70:3
**downloaded** [1] - 52:5
**downright** [1] - 48:2
**dozens** [1] - 50:14
**dreams** [1] - 10:5
**dressed** [1] - 25:9
**drive** [4] - 62:7, 63:9, 73:9
**driver's** [1] - 39:21
**driving** [2] - 37:21,

63:6
**dropped** [1] - 14:19
**dry** [1] - 45:21
**dumped** [1] - 46:12
**during** [13] - 16:12, 16:13, 38:7, 44:22, 48:1, 55:21, 56:3, 59:25, 60:5, 60:15, 63:2, 63:23, 70:1
**duty** [1] - 45:3

# E

**e-mail** [1] - 80:20
**early** [1] - 65:7
**earned** [2] - 81:21
**earth** [1] - 12:1
**East** [1] - 54:22
**easy** [3] - 65:25, 66:5, 66:15
**efficient** [1] - 78:8
**eight** [2] - 32:18, 39:17
**either** [3] - 11:25, 52:22, 58:5
**ejaculating** [1] - 22:24
**element** [5] - 6:17, 9:11, 55:24, 62:14, 63:17
**elements** [3] - 5:7, 56:2, 67:16
**elusive** [1] - 39:2
**email** [7] - 12:25, 14:24, 15:1, 15:4, 29:17, 57:24, 77:17
**emails** [3] - 15:8, 80:17, 81:2
**embarrassing** [1] - 65:6
**embrace** [1] - 49:5
**embraces** [1] - 50:20
**emoji** [2] - 27:8, 33:12
**emojis** [1] - 23:21
**emotional** [1] - 3:14
**emotions** [1] - 64:9
**emphasized** [1] - 64:1
**employed** [3] - 5:11, 56:7, 56:23
**encounter** [1] - 58:12
**encountered** [1] - 53:9
**end** [3] - 3:17, 27:17, 27:20
**ended** [3] - 38:16, 46:7, 51:21
**enforcement** [2] - 58:4, 58:8
**engage** [5] - 6:12, 7:8, 56:15, 57:2, 62:23
**engaged** [4] - 7:20,

7:21, 7:24, 23:13
**engaging** [2] - 21:8, 62:21
**ensure** [1] - 64:2
**entailed** [1] - 53:1
**entertainment** [2] - 61:20, 62:6
**entice** [4] - 7:11, 41:12, 65:2, 71:5
**enticed** [15] - 4:11, 5:11, 6:11, 6:19, 6:22, 9:22, 31:19, 56:7, 56:14, 56:24, 57:2, 58:20, 62:23, 68:15, 73:23
**enticement** [11] - 6:7, 7:9, 16:18, 16:22, 18:17, 18:22, 34:9, 41:19, 55:25, 56:12, 62:19
**entire** [4] - 6:5, 21:12, 46:23, 53:7
**entitled** [1] - 83:10
**equals** [1] - 10:2
**Erin** [1] - 30:19
**errands** [1] - 54:21
**erroneously** [1] - 52:20
**ESQUIRE** [4] - 1:12, 1:13, 1:16, 1:16
**essentially** [1] - 53:21
**established** [2] - 14:4, 60:7
**evaluate** [3] - 44:3, 71:16, 82:4
**evaluating** [2] - 74:1, 82:1
**evasions** [1] - 77:19
**event** [1] - 60:19
**eventually** [1] - 66:2
**everywhere** [1] - 19:21
**evicted** [3] - 23:23, 23:25, 79:21
**evidence** [69] - 3:14, 3:15, 3:18, 4:21, 4:22, 4:25, 5:1, 13:5, 13:7, 34:23, 40:9, 40:10, 42:3, 43:7, 43:8, 44:19, 45:11, 46:9, 49:8, 50:12, 50:20, 51:8, 51:11, 51:13, 53:9, 53:21, 55:10, 55:15, 58:1, 58:4, 58:13, 58:15, 58:17, 59:17, 60:5, 60:24, 62:10, 63:25, 64:13, 65:16, 66:25, 67:24, 68:2, 71:7, 71:16, 74:7, 74:9,

74:12, 74:20, 74:24, 75:22, 76:15, 78:3, 78:8, 79:3, 79:6, 79:12, 80:23, 80:24, 80:25, 81:18, 81:23, 81:24, 82:1, 82:2, 82:3, 82:4
**exact** [7] - 11:1, 11:12, 21:23, 22:3, 33:9, 49:5, 71:13
**exactly** [3] - 27:12, 68:19, 69:4
**examination** [2] - 31:16, 43:12
**examined** [1] - 34:7
**example** [2] - 52:4, 71:2
**examples** [1] - 80:16
**except** [2] - 35:18, 67:3
**EXCERPT** [1] - 1:5
**excerpt** [2] - 3:2, 82:9
**exchange** [4] - 18:10, 18:13, 20:4, 47:9
**exchanged** [2] - 24:11, 53:17
**exchanging** [1] - 20:13
**excuse** [6] - 12:19, 15:9, 16:12, 31:8, 38:5, 40:16
**executed** [1] - 74:13
**exercise** [1] - 63:23
**Exhibit** [7] - 10:7, 50:6, 50:10, 53:10, 57:19, 63:5, 63:13
**exhibit** [1] - 4:23
**exhibition** [1] - 8:5
**Exhibits** [1] - 51:12
**exhibits** [1] - 4:20
**existed** [2] - 46:20, 70:25
**exited** [1] - 42:8
**expect** [1] - 39:20
**expenses** [1] - 54:22
**experience** [2] - 4:1, 63:23
**experiences** [1] - 64:7
**explain** [1] - 51:21, 56:21
**explained** [3] - 49:18, 54:7, 60:4
**explaining** [1] - 71:9
**explanation** [1] - 68:17
**explicit** [9] - 5:13, 7:20, 7:24, 8:3, 8:13, 46:3, 56:8, 56:18, 56:25
**exploit** [3] - 37:2,

71:6, 79:18
**exploitation** [17] - 3:15, 4:2, 5:3, 5:6, 6:14, 9:18, 12:5, 16:22, 29:19, 34:8, 41:18, 67:7, 68:21, 69:14, 70:24, 74:25, 78:19
**exploited** [12] - 4:8, 4:12, 4:14, 13:19, 29:24, 30:7, 34:23, 68:18, 75:3, 78:18, 78:23
**exploiting** [4] - 67:19, 75:8, 77:4, 79:2
**exploitive** [2] - 76:2, 79:8
**exploration** [1] - 62:4
**expose** [7] - 26:3, 27:19, 57:7, 61:18, 62:15, 69:7, 76:7
**exposed** [25] - 18:8, 19:6, 21:3, 21:4, 21:17, 22:18, 22:23, 23:16, 26:15, 27:15, 27:16, 28:6, 28:17, 29:6, 29:15, 30:14, 31:6, 32:1, 32:19, 59:3, 60:12, 60:25, 70:4
**exposes** [1] - 18:4
**exposing** [3] - 32:6, 61:11, 69:16
**extent** [1] - 46:4
**extort** [1] - 76:6
**extremely** [2] - 19:10, 19:11

## F

**face** [31] - 12:1, 18:5, 18:8, 19:6, 21:1, 21:3, 21:16, 22:7, 25:5, 25:23, 26:2, 26:15, 27:11, 27:15, 28:17, 29:5, 29:12, 29:15, 30:14, 31:6, 32:1, 32:19, 33:22, 65:17, 69:8, 73:11, 74:4, 78:25, 79:1, 81:1
**Facebook** [20] - 8:1, 9:17, 21:23, 33:4, 33:5, 33:8, 33:11, 33:13, 33:18, 34:14, 43:22, 48:8, 48:20, 49:9, 59:9, 68:1, 74:16, 74:17, 77:17, 79:16
**FaceTime** [6] - 28:2,

28:24, 29:1, 69:7, 73:11, 74:5
**facility** [1] - 6:9
**fact** [25] - 9:8, 11:5, 19:7, 19:14, 23:24, 27:18, 28:7, 29:14, 29:22, 31:4, 31:19, 34:16, 35:19, 35:22, 39:18, 44:8, 45:3, 46:21, 48:2, 50:18, 52:19, 53:23, 60:14, 60:18, 74:25
**factor** [3] - 80:9, 80:13, 81:2
**facts** [4] - 3:13, 43:11, 44:10, 45:14
**factually** [1] - 72:11
**fail** [1] - 59:16
**failed** [1] - 59:7
**fails** [1] - 54:5
**failure** [1] - 77:20
**fair** [5] - 51:4, 72:10, 72:25, 73:3, 73:14, 81:4, 81:20
**fairly** [2] - 40:3, 82:4
**fall** [2] - 60:8, 60:11
**fame** [4] - 61:19, 62:3, 62:8, 66:8
**familiar** [1] - 67:20
**families** [1] - 77:14
**family** [9] - 8:18, 15:13, 15:15, 20:8, 41:6, 54:17, 54:22, 69:21, 81:12
**famous** [1] - 30:11
**fan** [2] - 10:5, 33:8
**fans** [1] - 12:12
**far** [7] - 8:2, 10:20, 16:10, 29:11, 30:15, 38:1, 73:18
**fastest** [1] - 44:4
**father** [2] - 25:8, 63:8
**FBI** [3] - 1:20, 29:8, 82:1
**features** [1] - 22:11
**February** [1] - 83:14
**Federal** [1] - 1:17
**FEDERAL** [1] - 83:18
**federal** [1] - 44:16
**FedEx** [2] - 18:11, 18:13
**felony** [5] - 9:1, 9:3, 9:12, 34:16, 41:21
**felt** [2] - 54:20, 77:25
**few** [1] - 4:18
**fifth** [1] - 52:17
**figure** [1] - 66:6
**figured** [2] - 4:6, 66:2
**file** [8] - 22:7, 29:5, 30:13, 34:1, 47:3,

47:4, 51:24, 71:14
**files** [15] - 22:17, 23:15, 25:24, 28:5, 29:14, 31:5, 48:13, 51:18, 52:3, 52:10, 78:5, 79:6, 79:7, 79:8
**filmed** [1] - 55:5
**filming** [1] - 40:4
**final** [1] - 64:22
**finally** [5] - 23:8, 27:14, 40:22, 42:3, 48:16
**fine** [1] - 17:23
**Fine** [1] - 17:24
**finger** [7] - 12:20, 15:17, 19:1, 37:16, 75:6, 79:1
**fingers** [1] - 21:7
**first** [16] - 13:20, 16:25, 18:3, 18:13, 20:15, 29:2, 30:2, 43:20, 51:4, 54:7, 57:4, 58:7, 60:1, 63:8, 66:10, 69:15
**fit** [1] - 52:14
**five** [3] - 14:2, 48:16, 74:10
**flash** [1] - 19:19
**flawed** [17] - 43:14, 47:24, 48:4, 48:7, 48:9, 48:11, 48:13, 48:16, 48:19, 49:12, 50:24, 51:17, 52:17, 54:6, 59:21, 66:23, 67:5
**flaws** [1] - 43:16
**Floor** [2] - 1:14, 1:17
**flux** [1] - 51:24
**focus** [4] - 6:18, 8:6, 55:23, 74:7
**focused** [3] - 50:8, 56:2, 74:7
**folder** [1] - 47:3
**follow** [2] - 10:21, 55:21
**followers** [12] - 10:5, 26:25, 27:10, 27:23, 29:2, 30:10, 30:23, 31:3, 31:15, 32:24, 62:7, 67:3
**following** [1] - 74:8
**food** [2] - 20:11, 21:6
**fooled** [1] - 50:13
**FOR** [3] - 1:1, 1:12, 1:15
**foregoing** [1] - 83:8
**forehead** [2] - 12:19, 12:20
**foreign** [1] - 5:18

**forensic** [1] - 70:1
**forever** [1] - 25:20
**form** [2] - 17:24, 49:18
**format** [2] - 46:15, 83:11
**former** [1] - 18:15
**formulate** [1] - 59:24
**forth** [1] - 24:23
**four** [4] - 47:15, 48:13, 51:17, 74:19
**Four** [1] - 18:6
**four-and-a-half** [2] - 47:15, 74:19
**frame** [2] - 79:13, 79:23
**framed** [4] - 78:12, 78:13, 79:10, 80:10
**Francik** [5] - 2:5, 42:17, 42:24, 64:19, 71:17
**FRANCIK** [5] - 1:16, 42:13, 42:18, 42:25, 43:2
**frankly** [1] - 9:14
**free** [1] - 61:10
**friend** [2] - 19:9, 33:12
**friends** [2] - 8:18, 66:4
**front** [1] - 65:4
**frontier** [2] - 61:24, 61:25
**FT** [1] - 69:7
**fuel** [1] - 44:11
**full** [13] - 7:3, 25:9, 46:18, 48:17, 52:18, 52:22, 52:23, 52:24, 60:2, 68:8, 72:19, 73:25, 77:20
**fully** [1] - 39:19
**fundamental** [1] - 35:6
**furniture** [5] - 12:21, 18:18, 23:1, 75:4, 75:6

## G

**gallon** [1] - 4:5
**game** [1] - 22:1
**games** [2] - 20:14, 68:9
**gap** [1] - 30:3
**gaps** [3] - 45:10, 45:12, 55:9
**GARY** [1] - 1:5
**Gary** [80] - 3:19, 4:14, 9:7, 9:15, 9:21, 9:24, 10:4, 10:15, 10:17, 10:19, 11:12, 11:16, 11:19, 12:4, 12:11, 13:23, 15:3, 15:5, 18:14, 29:17, 29:18,

30:15, 30:16, 34:22, 36:10, 36:12, 38:3, 40:1, 40:21, 40:24, 41:2, 41:3, 43:5, 44:19, 45:11, 45:18, 45:19, 45:25, 48:22, 49:7, 49:9, 49:14, 50:21, 50:23, 51:8, 53:24, 54:24, 55:2, 55:5, 55:6, 56:1, 56:23, 57:15, 57:18, 60:12, 66:21, 66:22, 69:23, 72:5, 73:23, 74:12, 75:18, 76:16, 77:1, 78:12, 78:17, 78:19, 78:20, 78:21, 78:24, 78:25, 79:10, 79:13, 79:23, 80:24, 81:4, 81:14, 81:18, 82:6
**gay** [1] - 17:22
**geeeasyddh** [1] - 58:2
**geeeasyddh@gmail. com** [1] - 57:24
**genitals** [11] - 8:5, 21:3, 21:17, 22:18, 22:23, 23:17, 28:17, 29:6, 30:14, 31:6, 32:19
**gentlemen** [20] - 3:9, 40:24, 41:16, 41:24, 42:21, 64:23, 65:3, 65:8, 65:24, 66:12, 67:17, 67:21, 71:19, 72:9, 74:6, 77:19, 79:5, 80:22, 81:8, 81:19
**geographic** [1] - 70:22
**GEORGE** [1] - 1:8
**girl** [1] - 17:11
**given** [4] - 6:22, 62:9, 65:2, 81:20
**glad** [1] - 42:22
**glance** [2] - 51:4, 51:5
**GLR** [1] - 1:4
**gmail** [2] - 38:3, 80:16
**gmc.boi** [42] - 24:5, 24:9, 25:12, 30:21, 32:3, 32:10, 37:2, 37:9, 37:10, 37:16, 38:1, 38:24, 39:22, 40:7, 41:2, 46:25, 49:3, 52:22, 52:25, 53:11, 53:13, 53:17, 57:5, 57:9, 57:10, 57:15, 57:23, 59:1, 61:7, 61:9, 61:16, 61:18, 66:1, 67:25, 75:21, 76:3, 76:6, 76:8, 76:18, 77:3,

79:25
**God** [1] - 27:8
**gonna** [2] - 23:4, 26:8
**Google** [4] - 14:25, 15:4, 44:4, 58:2
**Government** [79] - 2:3, 2:6, 3:4, 3:21, 3:25, 5:9, 7:6, 41:16, 43:3, 43:9, 43:25, 44:22, 45:6, 45:9, 45:11, 45:17, 46:23, 47:5, 47:15, 47:24, 48:4, 48:21, 49:2, 49:10, 49:14, 50:7, 50:9, 50:12, 50:19, 50:25, 51:8, 51:11, 51:15, 51:19, 52:9, 52:14, 53:20, 54:2, 54:7, 55:9, 55:25, 56:2, 56:6, 56:12, 56:16, 56:20, 56:22, 57:4, 57:6, 57:8, 57:14, 57:16, 57:23, 58:1, 58:7, 58:15, 58:21, 58:25, 59:7, 59:18, 59:21, 59:25, 60:7, 60:21, 62:11, 62:13, 62:19, 62:22, 63:5, 63:16, 64:5, 64:11, 64:14, 64:21, 65:8, 65:10, 67:12, 82:2
**Government's** [22] - 43:13, 43:15, 43:17, 43:19, 44:2, 45:2, 45:21, 47:17, 50:6, 50:10, 50:13, 50:24, 51:11, 52:17, 53:10, 54:5, 55:14, 57:19, 59:12, 63:13, 68:5, 77:23
**grandmother** [1] - 36:15
**grandmother's** [1] - 73:20
**granted** [1] - 18:15
**gratification** [1] - 62:2
**great** [4] - 19:18, 20:22, 42:19, 70:21
**greenish** [1] - 28:15
**GreyKey** [2] - 39:14, 39:18
**grief** [1] - 4:16
**group** [1] - 63:25
**grown** [4] - 30:1, 54:19, 72:5
**guess** [7] - 65:20, 65:21, 65:23, 66:11, 78:16, 78:21, 78:24
**guilt** [6] - 4:19, 50:23,

76:20, 81:21, 81:24, 81:25
**guilty** [14] - 3:19, 9:10, 12:2, 34:19, 41:17, 41:22, 55:19, 59:4, 59:10, 62:17, 63:18, 64:17, 66:14, 82:6
**guy** [2] - 44:23, 66:10

## H

**half** [3] - 47:15, 74:19, 81:5
**hand** [4] - 15:19, 40:6, 47:10, 75:5
**handle** [1] - 42:10
**hands** [1] - 40:22
**happy** [2] - 23:7, 26:16, 72:4
**hard** [1] - 80:3
**hardest** [1] - 23:6
**Harris** [1] - 23:24
**hat** [1] - 4:5
**hazy** [1] - 31:10
**hear** [15] - 5:25, 6:2, 17:11, 18:22, 19:10, 19:14, 21:9, 22:12, 22:20, 42:22, 64:20, 67:7, 75:13, 79:4, 80:25
**heard** [45] - 3:24, 5:17, 9:6, 13:8, 13:14, 16:23, 20:5, 20:7, 23:24, 24:2, 25:7, 33:19, 35:5, 35:14, 36:11, 38:15, 39:3, 39:15, 43:7, 44:19, 46:17, 47:13, 48:22, 49:15, 50:18, 51:22, 53:12, 54:16, 54:18, 54:24, 54:25, 55:2, 55:4, 55:7, 60:24, 61:1, 61:7, 61:8, 67:21, 67:23, 69:8, 71:8, 72:2, 75:24
**heavily** [1] - 51:19, 52:15
**heavy** [1] - 43:13
**held** [1] - 83:10
**hello** [1] - 15:5
**help** [3] - 19:18, 31:2, 31:22
**helped** [1] - 15:15
**hereby** [1] - 83:7
**hesitation** [1] - 52:9
**hide** [5] - 35:19, 41:10, 76:25, 77:14, 80:5
**hiding** [4] - 40:25, 73:13, 77:20, 77:21
**highlighted** [2] - 5:24,

6:17
**Hilarious** [1] - 21:22
**Hill** [1] - 76:16
**hill** [6] - 11:11, 12:6, 33:6, 36:6, 40:1, 41:2
**himself** [5] - 15:15, 56:20, 69:16, 71:17, 71:18
**hit** [1] - 45:10
**hold** [1] - 64:9
**holding** [2] - 9:24, 14:9
**home** [4] - 23:2, 35:11, 69:18, 69:21
**Honor** [4] - 3:6, 3:8, 42:25, 65:1
**HONORABLE** [1] - 1:8
**hope** [2] - 65:9, 79:4
**hoping** [1] - 61:19
**horrific** [1] - 79:19
**hour** [1] - 63:8
**house** [13] - 13:25, 14:15, 14:22, 20:8, 34:5, 35:1, 36:12, 36:22, 41:7, 73:20, 74:14, 78:21, 78:23
**human** [1] - 44:8
**humanness** [1] - 39:6
**hung** [1] - 63:11
**hunger** [1] - 4:9

## I

**iCloud** [70] - 8:23, 9:16, 11:9, 11:24, 12:3, 12:6, 12:7, 12:8, 12:13, 12:24, 13:4, 13:5, 13:6, 13:15, 13:18, 14:3, 14:5, 15:18, 16:17, 25:4, 34:11, 37:11, 46:2, 46:7, 46:17, 47:8, 47:19, 48:10, 48:14, 49:13, 49:15, 49:16, 49:17, 49:21, 49:24, 49:25, 50:3, 50:4, 50:5, 50:6, 50:16, 50:19, 50:22, 51:15, 51:18, 51:20, 52:10, 53:13, 53:16, 54:3, 54:8, 55:11, 55:17, 57:25, 59:8, 59:17, 59:22, 60:8, 60:17, 68:1, 74:15, 74:18, 75:3, 76:2, 78:20, 79:4, 79:7, 79:9, 79:16, 80:15
**iClouds** [2] - 11:24, 38:14

**ID** [1] - 38:17
**idea** [3] - 61:19, 72:9, 80:9
**identified** [2] - 4:8, 75:25
**identities** [1] - 46:5
**identity** [2] - 76:18, 80:5
**ignore** [3] - 19:4, 43:10, 53:20
**ignores** [3] - 50:12, 74:22, 74:25
**II** [1] - 1:17
**III** [1] - 1:8
**image** [17] - 5:8, 7:15, 7:19, 7:23, 8:6, 8:9, 14:1, 14:5, 14:7, 14:20, 15:20, 16:6, 16:10, 24:3, 24:12, 40:4
**images** [16] - 8:10, 8:17, 12:8, 14:2, 14:7, 16:19, 28:13, 34:12, 38:21, 51:1, 53:25, 54:3, 54:15, 55:3, 55:17
**imagine** [1] - 39:11
**impartial** [1] - 64:12
**imperative** [3] - 44:1, 64:8, 64:10
**implying** [1] - 26:17
**important** [2] - 55:22, 76:20
**importantly** [1] - 13:3
**IN** [1] - 1:1
**inability** [1] - 59:12
**incarcerated** [1] - 49:7
**incident** [1] - 71:4
**include** [1] - 8:4
**included** [1] - 53:16
**includes** [2] - 8:3, 23:14
**including** [5] - 12:24, 50:11, 52:20, 53:17, 71:23
**incomplete** [3] - 51:23, 60:17, 62:9
**inconsistent** [1] - 51:23
**inconvenient** [2] - 43:11, 50:12
**indeed** [4] - 46:19, 46:23, 53:7, 63:24
**indicate** [1] - 53:5
**indictment** [8] - 43:18, 55:23, 58:20, 61:15, 61:17, 66:15, 74:19, 82:7
**indisputable** [1] - 75:1
**individual** [1] - 49:21

**individuals** [1] - 44:1
**induce** [2] - 7:11, 65:2
**induced** [10] - 5:11, 6:11, 6:19, 6:21, 56:7, 56:14, 56:23, 57:2, 59:19, 62:23
**information** [13] - 18:14, 38:19, 39:25, 48:24, 50:17, 50:19, 53:3, 54:10, 57:14, 57:19, 58:2, 70:22, 77:20
**ingratiated** [1] - 15:15
**initiated** [4] - 72:14, 72:15, 72:17, 72:21
**initiates** [2] - 72:19, 73:6
**innocence** [2] - 45:7, 64:4
**innocent** [1] - 45:6
**inserting** [2] - 22:11, 22:24
**inserts** [1] - 16:9
**inside** [1] - 40:19
**instability** [1] - 4:9
**Instagram** [95] - 4:11, 9:16, 10:5, 10:11, 10:12, 11:18, 11:20, 11:24, 12:3, 12:12, 13:8, 13:11, 13:15, 13:18, 17:2, 17:4, 17:12, 18:2, 20:4, 20:13, 25:18, 28:10, 30:2, 30:5, 30:9, 30:10, 31:5, 33:2, 37:2, 37:10, 46:4, 46:9, 46:10, 46:21, 46:24, 47:2, 47:8, 47:9, 47:20, 48:8, 48:17, 48:20, 48:23, 48:25, 49:4, 49:6, 49:9, 50:16, 51:20, 52:18, 52:21, 53:1, 53:2, 53:3, 53:4, 53:5, 53:6, 53:7, 53:12, 53:16, 53:21, 57:15, 57:21, 57:22, 58:16, 58:18, 59:2, 59:14, 59:17, 59:22, 60:2, 60:8, 60:9, 60:18, 60:22, 62:9, 62:21, 66:8, 66:10, 67:3, 68:3, 68:6, 68:11, 68:24, 69:5, 71:12, 72:14, 74:15, 74:23, 76:14, 78:14, 78:16, 80:16, 81:2
**Instagram's** [1] - 47:21
**Instagrams** [1] - 67:2

**instance** [2] - 61:14, 61:17
**instances** [2] - 10:25, 69:15
**instead** [2] - 17:9, 51:10
**instructed** [4] - 6:21, 8:2, 45:5, 67:16
**instruction** [3] - 5:24, 7:3
**instructions** [8] - 4:17, 55:21, 55:22, 64:22, 67:21, 69:9, 70:14, 74:5
**intended** [1] - 5:22
**interest** [4] - 36:18, 36:24, 70:11, 70:12
**interested** [2] - 36:19, 79:14
**interesting** [2] - 17:12, 21:17
**internet** [15] - 4:4, 5:20, 5:23, 6:5, 6:10, 7:18, 31:17, 35:21, 49:17, 61:1, 62:8, 66:17, 76:21, 76:22, 77:18
**interspersed** [1] - 47:8
**interstate** [5] - 5:18, 6:9, 7:16, 7:17, 8:11
**interview** [1] - 30:20, 70:2
**interviewed** [2] - 28:20, 34:7
**investigating** [3] - 4:1, 45:24, 47:12
**investigation** [9] - 10:10, 11:17, 28:21, 33:5, 34:18, 34:20, 44:22, 45:21, 74:6
**involve** [1] - 25:25
**involved** [2] - 7:19, 7:23
**involvement** [1] - 62:25
**involving** [11] - 9:1, 9:3, 9:12, 22:10, 43:20, 43:21, 43:22, 44:20, 48:18, 52:19, 60:3
**iPad** [6] - 36:19, 38:11, 38:13, 38:20, 52:11
**iPads** [1] - 15:14
**iPhone** [8] - 10:5, 11:4, 18:12, 51:14, 51:16, 79:4
**iPhones** [3] - 12:9, 39:15, 52:11
**ironically** [1] - 40:6

**irony** [1] - 66:16
**issue** [1] - 75:9
**items** [2] - 8:19, 64:20
**itself** [2] - 18:3, 47:9

**J**

**jacket** [1] - 65:5
**JD-2** [1] - 50:18
**JD10** [1] - 46:25
**jerking** [1] - 20:19
**Jess** [1] - 21:22
**job** [5] - 45:13, 71:15, 82:2, 82:3, 82:4
**John** [103] - 6:8, 7:5, 12:18, 13:12, 13:20, 16:18, 18:7, 20:2, 21:16, 22:11, 22:23, 23:9, 24:1, 25:7, 26:14, 26:22, 27:15, 27:22, 28:5, 28:9, 28:17, 28:18, 29:5, 29:7, 29:15, 29:20, 29:21, 30:19, 31:6, 31:8, 31:25, 32:14, 33:3, 33:12, 33:14, 34:10, 34:13, 36:21, 38:9, 40:5, 41:14, 43:20, 43:21, 43:22, 45:20, 48:18, 51:1, 51:21, 52:19, 52:22, 52:25, 53:11, 53:13, 53:18, 53:25, 54:15, 54:25, 55:4, 55:5, 55:6, 55:7, 56:24, 58:21, 59:3, 59:14, 59:19, 60:3, 60:25, 61:1, 61:7, 61:8, 61:10, 61:15, 61:18, 62:3, 62:4, 62:5, 62:6, 62:7, 62:8, 62:15, 62:19, 64:7, 70:5, 72:8, 72:13, 72:16, 72:17, 72:21, 72:22, 75:23, 76:3, 77:14, 79:2
**Jon:316** [1] - 70:6
**Jones** [112] - 3:19, 4:14, 9:7, 9:15, 9:22, 9:25, 10:4, 10:15, 10:17, 10:19, 11:12, 11:16, 11:19, 12:4, 13:23, 13:24, 14:11, 15:5, 15:16, 15:25, 18:15, 29:19, 30:15, 30:16, 34:22, 40:2, 40:21, 40:24, 41:3, 41:6, 43:5, 44:19, 45:3, 45:5, 45:11, 45:18, 45:19, 47:13,

48:22, 49:7, 49:9, 49:14, 50:21, 51:9, 53:24, 54:1, 54:4, 54:9, 54:12, 54:16, 54:18, 54:24, 55:2, 55:5, 55:6, 55:11, 55:16, 55:19, 56:1, 56:4, 56:11, 56:17, 56:19, 56:23, 57:5, 57:7, 57:9, 57:15, 57:18, 58:3, 58:16, 58:18, 58:23, 59:1, 59:4, 59:8, 59:10, 59:13, 59:19, 62:17, 62:18, 62:20, 62:22, 63:1, 63:6, 63:18, 64:15, 64:17, 66:21, 66:22, 69:24, 72:6, 73:23, 74:12, 75:18, 76:16, 77:1, 78:12, 78:17, 78:20, 79:10, 79:13, 79:23, 80:24, 81:4, 81:14, 81:16, 81:18, 82:6
**JONES** [1] - 1:5
**Jones'** [14] - 12:11, 15:3, 36:12, 45:8, 45:14, 45:25, 50:23, 51:2, 58:6, 60:12, 78:20, 78:21, 78:24, 78:25
**jot** [1] - 4:23
**Judge** [3] - 45:5, 67:21, 70:15
**JUDGE** [1] - 1:8
**judge** [8] - 4:17, 4:21, 5:8, 6:21, 7:4, 8:2, 55:20, 67:9
**judgment** [2] - 64:10, 74:21
**Judicial** [1] - 83:12
**July** [1] - 25:10
**jump** [1] - 55:10
**June** [1] - 10:23
**juries** [1] - 64:2
**JURORS** [1] - 3:10
**jurors** [1] - 45:13
**jury** [10] - 41:16, 42:8, 42:17, 42:19, 42:20, 48:1, 58:11, 63:20, 70:16, 81:7
**justice** [2] - 51:5, 64:2

**K**

**KATHERINE** [1] - 1:16
**keep** [6] - 30:6, 31:21, 39:16, 41:8, 42:2, 78:22
**keeps** [2] - 12:22,

66:22

**kept** [3] - 39:14, 70:10, 74:12

**key** [1] - 36:13

**kicked** [1] - 20:7

**kid** [3] - 16:15, 41:10, 54:18

**kids** [4] - 14:18, 20:8, 41:10, 78:24

**kind** [2] - 8:16, 32:15

**kinds** [1] - 12:7

**kitchen** [2] - 14:11, 69:20

**knowing** [4] - 53:23, 78:20, 79:3, 80:21

**knowingly** [8] - 6:11, 6:18, 6:20, 7:14, 8:9, 8:14, 56:14, 57:1

**knowledge** [1] - 60:11

**known** [1] - 16:6

**knows** [5] - 29:22, 44:4, 72:20, 73:17, 77:12

## L

**lab** [1] - 16:13

**lack** [1] - 73:14

**ladies** [20] - 3:9, 40:24, 41:16, 41:24, 42:21, 64:23, 65:3, 65:8, 65:24, 66:11, 67:17, 67:21, 71:19, 72:9, 74:6, 77:19, 79:5, 80:22, 81:8, 81:19

**lascivious** [1] - 8:5

**last** [3] - 3:24, 45:23, 81:5

**lasted** [1] - 53:6

**lastly** [5] - 5:17, 9:1, 32:14, 38:8, 39:2

**late** [1] - 63:15

**Latoya** [1] - 13:23, 14:11, 15:16, 15:25, 41:6, 54:16, 54:18, 81:15

**law** [2] - 58:4, 58:8

**lead** [6] - 11:21, 11:22, 11:23, 11:24, 44:11

**leads** [5] - 11:9, 11:15, 11:16, 15:13, 18:9

**learn** [7] - 11:2, 11:8, 14:23, 18:11, 34:21, 38:11, 39:12

**learned** [7] - 14:13, 14:18, 31:16, 36:7, 37:7, 41:5, 68:12

**learns** [1] - 10:17

**least** [5] - 9:5, 10:10,

39:2, 63:15, 77:25

**leave** [2] - 19:24, 79:19

**leaving** [1] - 22:2

**led** [2] - 10:12, 10:14

**left** [5] - 12:21, 15:24, 30:16, 50:14, 69:19

**legal** [1] - 45:1

**legislatures** [1] - 44:17

**less** [2] - 5:8, 64:4

**lesson** [1] - 63:6

**letter** [1] - 36:25

**letters** [3] - 80:7, 80:8

**LEVI** [1] - 1:8

**license** [2] - 12:11, 39:21

**lie** [1] - 32:2

**lies** [2] - 76:19, 77:19

**life** [4] - 19:11, 44:8, 47:7, 62:1

**life-altering** [1] - 62:1

**light** [3] - 19:16, 21:11, 75:7

**lightened** [1] - 28:14

**likely** [6] - 54:12, 58:17, 63:23, 73:18, 73:21

**lil** [1] - 17:10

**LIL** [1] - 17:10

**Lil** [2] - 17:10, 41:1

**limitations** [5] - 47:21, 47:22, 52:9, 53:21, 59:17

**limits** [1] - 19:2

**line** [2] - 40:9, 50:22

**lines** [1] - 59:6

**linked** [5] - 37:8, 37:11, 54:4, 76:1, 79:17

**linking** [1] - 65:13

**listed** [1] - 50:10

**listen** [2] - 18:21, 73:25

**listened** [1] - 43:7

**listening** [1] - 3:12

**literal** [1] - 4:9

**literally** [3] - 20:11, 67:24, 81:23

**live** [14] - 5:15, 21:3, 21:16, 27:14, 31:4, 47:1, 53:4, 53:5, 60:19, 60:20, 68:24, 69:1, 74:5, 77:12

**lived** [7] - 13:24, 14:13, 15:13, 20:10, 36:10, 54:16, 54:22

**lives** [4] - 10:5, 28:19, 36:9, 36:21

**livestream** [1] - 18:2

**living** [2] - 20:10, 36:22

**loaded** [1] - 48:25

**located** [3] - 14:2, 49:20, 58:4

**location** [1] - 51:25

**lock** [2] - 36:13, 36:16

**locked** [2] - 38:16, 78:22

**log** [1] - 71:12

**logged** [8] - 37:1, 38:14, 38:15, 38:24, 39:23, 40:8, 80:12, 80:13

**logging** [1] - 38:20

**login** [3] - 48:24, 50:17, 54:10

**loneliness** [1] - 4:15

**look** [10] - 4:24, 4:25, 38:18, 58:11, 66:5, 69:23, 73:10, 73:24, 74:3, 77:10

**looked** [4] - 4:7, 37:1, 39:11, 39:12

**looking** [7] - 25:8, 25:13, 66:8, 66:9, 72:11, 74:9, 74:10

**looks** [2] - 16:13, 75:16

**LOR** [1] - 17:8

**lor** [2] - 17:10, 17:11

**Lor** [1] - 17:10

**Lorpee** [1] - 76:15

**lorpeee** [1] - 17:11

**Lorpeee** [54] - 4:10, 17:3, 17:4, 17:7, 17:15, 20:6, 24:4, 30:16, 37:4, 37:10, 41:1, 49:3, 50:19, 51:15, 52:22, 52:25, 57:5, 57:9, 57:10, 57:15, 57:16, 59:1, 61:2, 61:3, 61:4, 61:5, 61:16, 61:18, 63:7, 63:9, 63:12, 63:14, 66:1, 67:25, 75:11, 75:12, 75:13, 75:15, 75:17, 75:18, 75:20, 75:24, 76:5, 76:7, 76:8, 76:13, 76:17, 76:18, 77:4, 78:15, 79:25

**Lorpeee@gmail** [1] - 39:23

**Lorpeeelove** [7] - 32:4, 40:7, 41:1, 49:3, 67:25, 75:24, 80:1

**lorpeeelove** [1] - 17:11

**living** [2] - 20:10, 36:22

**loss** [1] - 12:13

**lost** [3] - 4:13, 39:9, 66:16

**loud** [2] - 77:13, 78:12

**Louisiana** [1] - 29:8

**love** [5] - 32:4, 41:1, 63:15, 66:1, 66:2

**low** [1] - 31:24

**ludicrous** [1] - 80:10

**lump** [1] - 13:9

**lunch** [1] - 4:18

**lure** [1] - 41:9

**lured** [1] - 7:10

**lying** [3] - 24:12, 32:12, 75:10

## M

**mad** [1] - 26:4

**Madison** [1] - 54:23

**magazines** [1] - 71:1

**mail** [2] - 65:18, 80:20

**mailed** [1] - 18:14

**mailing** [1] - 38:4

**maintained** [2] - 15:6, 49:19

**male** [1] - 15:22

**Man** [11] - 2:34, 14:13, 15:12, 15:13, 16:1, 18:23, 40:20, 41:2, 54:16, 54:18, 54:22

**man** [6] - 4:8, 9:25, 11:11, 11:25, 12:6, 25:8, 25:9, 32:5, 33:6, 40:1, 41:2, 41:4, 54:19, 73:2

**manipulate** [1] - 41:11

**manipulating** [2] - 21:8, 27:19

**manufactured** [2] - 5:19, 6:3

**March** [4] - 10:24, 17:17, 18:3, 18:6

**mark** [1] - 45:10

**marked** [2] - 50:5, 53:10

**markers** [1] - 51:25

**marrying** [1] - 74:14

**MARYLAND** [1] - 1:1

**Maryland** [5] - 1:9, 1:14, 1:18, 5:20, 83:7

**masturbates** [1] - 25:23

**masturbating** [5] - 22:12, 23:19, 25:6, 28:6, 32:1

**masturbation** [13] - 8:5, 18:4, 18:8, 19:7,

21:4, 21:17, 22:8, 22:18, 22:23, 23:15, 27:16, 29:16, 31:7

**match** [6] - 13:12, 18:1, 23:22, 28:10, 33:12, 65:5

**matched** [1] - 47:3

**matches** [3] - 12:14, 31:4, 40:7

**matching** [2] - 16:15, 69:4

**material** [2] - 8:13, 78:9

**materials** [2] - 7:16, 42:5

**matter** [5] - 40:25, 60:6, 61:12, 62:8, 83:10

**matters** [1] - 73:6

**McGuinn** [18] - 1:13, 2:3, 3:6, 3:8, 3:11, 13:3, 18:25, 20:2, 21:11, 21:15, 22:6, 22:16, 22:22, 23:11, 37:18, 37:20, 38:11, 74:8

**McGuinn's** [1] - 75:24

**mean** [7] - 20:21, 31:18, 54:14, 55:18, 60:19, 66:21, 76:10

**meaning** [1] - 21:13

**meanings** [2] - 6:22, 65:3

**means** [2] - 49:23, 60:7

**meanwhile** [1] - 36:8

**Mechanical** [1] - 1:22

**media** [7] - 48:21, 54:2, 55:12, 59:3, 61:12, 61:24, 77:17

**medical** [1] - 15:17

**meet** [3] - 43:12, 56:20, 63:7

**members** [2] - 58:11, 63:20

**men** [1] - 81:22

**Merit** [1] - 83:6

**message** [3] - 36:4, 37:4, 53:12

**messages** [10] - 15:8, 15:9, 20:13, 30:4, 46:19, 46:20, 53:7, 53:17, 60:18

**met** [3] - 9:7, 9:11, 16:25

**metadata** [23] - 47:23, 48:13, 51:17, 51:19, 51:23, 51:25, 52:1, 52:3, 52:6, 52:10, 52:12, 52:15, 60:1,

60:14, 60:16, 69:3, 70:21, 71:3, 71:8, 71:11, 71:13, 71:14
**mid** [2] - 14:14, 14:21
**mid-September** [2] - 14:14, 14:21
**middle** [6] - 5:24, 15:20, 16:1, 21:19, 29:16, 34:1
**might** [1] - 51:4
**mikebreezy** [3] - 14:24, 15:5, 39:22
**Mikebreezy** [4] - 14:25, 41:2, 66:2, 80:1
**mikebreezy@iCloud** [1] - 15:3
**mikebreezyddh** [1] - 14:3
**mikebreezyddh@ gmail** [1] - 8:25
**mind** [2] - 42:2, 78:22
**mine** [3] - 25:20, 39:12, 66:6
**minor** [17] - 5:13, 6:12, 6:16, 7:20, 7:21, 7:23, 9:2, 9:3, 34:15, 41:18, 41:21, 56:8, 56:14, 56:18, 56:19, 71:17, 71:18
**minors** [5] - 44:20, 57:7, 60:12, 66:23, 66:24
**minute** [3] - 17:7, 19:10, 79:11
**minutes** [7] - 41:25, 54:7, 60:4, 78:5, 78:6, 78:7
**misnomer** [1] - 52:23
**missing** [7] - 46:18, 46:20, 46:23, 46:24, 52:1, 68:4, 72:7
**mistakes** [2] - 44:2, 77:24
**mitigate** [1] - 51:9
**mode** [1] - 39:7
**modern** [1] - 44:14
**molest** [1] - 26:20
**mom** [4] - 14:16, 27:22, 28:9
**moment** [4] - 39:5, 43:24, 64:19, 69:9
**money** [7] - 21:6, 30:11, 30:17, 61:20, 62:3, 67:19, 79:21
**month** [1] - 40:21
**months** [5] - 45:24, 46:1, 47:12, 74:13, 78:15
**moreover** [1] - 71:7

**morning** [2] - 55:20, 65:7
**most** [9] - 4:2, 11:25, 31:11, 37:2, 44:14, 65:13, 68:25, 71:23, 79:19
**mother** [6] - 12:18, 13:23, 15:19, 28:7, 70:19, 81:15
**mother's** [1] - 78:25
**mouth** [5] - 14:6, 14:8, 22:12, 22:25, 69:17
**move** [2] - 21:11, 55:22
**moved** [1] - 69:21
**movie** [1] - 44:7
**moving** [1] - 5:18
**MR** [2] - 42:12, 65:1
**MS** [19] - 3:6, 3:8, 3:11, 13:3, 18:25, 20:2, 21:11, 21:15, 22:6, 22:16, 22:22, 23:11, 37:18, 37:20, 38:11, 42:13, 42:18, 42:25, 43:2
**multiple** [13] - 34:23, 36:17, 49:1, 49:4, 49:16, 49:17, 49:21, 49:24, 50:15, 57:12, 74:9, 75:2, 75:5
**MULTIPLE** [1] - 3:10
**murders** [1] - 71:1
**must** [16] - 51:3, 54:4, 54:20, 55:12, 55:15, 55:18, 55:25, 56:6, 56:13, 56:17, 58:21, 59:4, 59:10, 59:16, 62:16, 63:18

**N**

**NADINE** [1] - 83:18
**Nadine** [1] - 83:5
**naked** [1] - 14:5
**name** [19] - 8:25, 10:15, 11:10, 12:17, 15:3, 17:3, 17:7, 25:16, 30:15, 36:20, 37:15, 38:13, 40:25, 44:21, 47:3, 47:4, 75:2, 78:25, 79:24
**named** [2] - 19:9, 73:2
**namely** [1] - 59:24
**names** [5] - 30:15, 30:17, 66:1, 79:25, 80:4
**narrating** [1] - 75:3
**narrative** [10] - 43:15, 45:22, 47:6, 47:16, 47:17, 47:25, 48:2,

50:20, 59:25, 62:10
**nature** [6] - 8:13, 48:17, 52:18, 60:2, 60:17, 62:9
**near** [1] - 26:15
**nearby** [1] - 8:17
**nearly** [3] - 55:20, 72:13
**necessary** [2] - 69:4, 71:3
**need** [13] - 27:9, 41:7, 41:8, 41:9, 41:10, 41:11, 41:12, 67:22, 68:20
**needed** [2] - 20:11, 46:10
**needs** [2] - 45:12, 64:23
**never** [4] - 57:20, 60:21, 69:21, 71:24
**new** [6] - 39:14, 61:24, 74:4, 80:12, 80:13
**NEWBERGER** [1] - 1:16
**next** [6] - 6:3, 18:6, 46:16
**nickname** [1] - 15:12
**night** [3] - 63:10, 63:11, 66:22
**nights** [1] - 63:11
**nobody** [1] - 64:23, 78:24, 80:14
**none** [1] - 80:24
**nonetheless** [1] - 24:5
**nonsense** [1] - 16:17
**normally** [1] - 12:8
**NORTHERN** [1] - 1:2
**notation** [1] - 60:19
**note** [1] - 7:3
**notes** [2] - 58:12, 72:12
**nothing** [6] - 61:13, 75:20, 76:25, 78:2, 78:3, 78:4
**noticed** [1] - 24:3
**notification** [1] - 36:6
**notifications** [1] - 37:1
**notified** [1] - 80:12
**notion** [1] - 50:21
**nude** [2] - 69:16, 72:17
**nudes** [2] - 61:6, 73:18
**number** [60] - 10:12, 10:14, 10:20, 10:21, 10:22, 11:3, 11:7, 11:8, 11:13, 11:14, 11:15, 11:16, 11:20, 11:23, 15:10, 17:5, 24:6, 24:7, 24:8,

35:3, 35:8, 35:9, 35:11, 35:14, 35:16, 35:19, 35:25, 37:7, 37:8, 37:9, 48:7, 48:9, 48:11, 48:13, 48:16, 48:19, 49:12, 49:23, 49:25, 51:17, 57:17, 57:20, 57:21, 58:5, 58:9, 58:13, 76:1, 76:11, 78:14, 78:15, 78:17, 78:19, 79:17, 80:8, 80:17, 80:18, 80:19
**NUMBER** [1] - 1:4
**numbers** [13] - 4:23, 11:13, 35:17, 58:1, 65:13, 66:3, 66:4, 74:23, 74:24, 79:18, 80:2, 80:4, 81:1
**numeric** [1] - 47:3
**numerous** [1] - 45:5

**O**

**o'clock** [2] - 42:6
**Oberly** [9] - 37:6, 39:4, 39:5, 49:18, 51:23, 52:4, 60:6, 60:14, 80:8
**Oberly's** [2] - 47:22, 52:13
**objectively** [1] - 43:8
**obligation** [1] - 45:13
**obtain** [1] - 46:10
**obtained** [1] - 46:1
**obtaining** [1] - 45:24
**obvious** [4] - 45:19, 53:20, 59:16, 65:4
**obviously** [1] - 79:14
**occurred** [8] - 6:13, 13:22, 18:6, 23:12, 47:14, 58:23, 69:4, 75:1
**occurs** [2] - 18:3, 23:14
**October** [1] - 23:18
**OF** [6] - 1:1, 1:3, 1:5, 1:7, 1:13, 83:1
**offender** [11] - 9:2, 9:4, 9:5, 9:8, 9:9, 10:1, 10:19, 11:22, 34:17, 44:21, 67:18
**Offender** [9] - 12:15, 34:25, 35:2, 38:23, 57:18, 67:11, 73:21, 76:12, 77:15
**offenders** [3] - 10:18, 44:15, 44:18
**offense** [5] - 17:22, 56:5, 56:12, 62:14,

63:19
**offenses** [2] - 56:1, 59:10
**OFFICE** [1] - 1:13
**Office** [1] - 1:17
**OFFICIAL** [2] - 83:1, 83:18
**often** [3] - 38:7, 40:10, 63:14
**Ohio** [6] - 29:22, 40:12, 40:19, 61:4, 63:10, 77:8
**old** [17] - 5:8, 14:12, 16:10, 17:2, 24:1, 25:11, 26:23, 27:3, 27:23, 28:21, 29:8, 29:23, 32:15, 72:5, 72:16, 72:18
**older** [2] - 17:16, 30:1
**once** [2] - 47:9, 80:22
**one** [52] - 5:12, 5:21, 6:8, 6:20, 9:10, 9:11, 9:12, 9:17, 10:17, 13:9, 14:1, 16:8, 16:24, 17:12, 19:2, 22:19, 29:16, 31:23, 35:24, 36:14, 36:19, 41:19, 41:21, 44:14, 48:7, 48:9, 48:11, 48:19, 48:22, 49:13, 49:14, 49:23, 50:24, 52:4, 55:11, 57:11, 62:11, 67:15, 72:7, 73:11, 74:12, 79:24, 80:8, 80:18, 80:24
**one-sided** [1] - 31:23
**ones** [1] - 9:21
**ongoing** [1] - 44:15
**online** [1] - 61:21
**open** [4] - 21:11, 27:11, 42:2, 79:18
**opening** [3] - 3:11, 56:3, 64:1
**opens** [1] - 70:7
**operated** [1] - 59:8
**operating** [1] - 58:24
**operation** [1] - 46:14
**options** [1] - 44:3
**oral** [7] - 8:4, 23:13, 23:15, 37:23, 40:13, 40:18, 72:20
**orchestrate** [1] - 27:12
**orchestrating** [1] - 29:20
**order** [5] - 7:8, 7:10, 10:9, 46:12, 51:6
**ordinary** [3] - 6:22, 65:2, 65:3
**organize** [1] - 46:14
**originally** [1] - 52:7

**outlaw** [2] - 4:10, 9:19
**overcome** [6] - 43:4, 43:17, 45:6, 48:6, 63:16, 64:3
**overflowed** [1] - 81:23
**overflowing** [1] - 67:24
**overheated** [1] - 33:14
**overheating** [1] - 21:21
**overheats** [1] - 21:19
**overlook** [2] - 45:12, 55:9
**overlooked** [2] - 45:10, 59:16
**overreach** [1] - 67:12
**overseas** [1] - 33:20
**overwhelming** [1] - 75:22
**own** [2] - 18:5, 21:20
**owner** [2] - 12:1, 68:1

**P**

**p.m** [4] - 3:3, 42:15, 42:20, 82:10
**page** [5] - 25:13, 30:2, 63:12, 72:18, 83:11
**PAGE** [1] - 2:2
**pages** [2] - 46:11, 55:21
**paid** [4] - 61:9, 63:9, 72:3, 72:10
**painstakingly** [1] - 55:20
**pants** [3] - 24:18, 24:24, 65:5
**parents** [3] - 66:20, 66:22, 77:12
**parse** [1] - 13:10
**part** [14] - 5:13, 16:18, 23:9, 23:20, 28:20, 33:5, 43:19, 50:20, 51:11, 56:8, 56:18, 56:25, 65:15, 78:1
**participants** [1] - 46:6
**particular** [12] - 8:21, 31:19, 34:2, 36:2, 36:18, 37:7, 37:10, 37:11, 37:13, 38:20, 39:24, 70:11
**particularly** [2] - 7:4, 62:9
**partner** [1] - 3:17
**parts** [1] - 43:20
**party** [1] - 7:10
**passed** [1] - 36:15
**password** [1] - 38:17
**past** [3] - 47:16, 61:23, 68:22

**path** [1] - 48:1
**PAUL** [1] - 1:12
**pay** [2] - 15:15, 30:11
**payments** [1] - 75:19
**penalties** [1] - 10:22
**penetrate** [1] - 66:9
**penetrated** [4] - 15:22, 16:4, 16:5, 70:3
**penetration** [4] - 19:7, 22:8, 29:15, 32:19
**penis** [18] - 8:7, 14:6, 14:8, 14:9, 15:23, 16:9, 18:8, 22:11, 22:24, 25:6, 26:15, 27:16, 28:6, 32:1, 32:19, 66:1, 69:17, 69:18
**people** [14] - 19:25, 36:11, 44:17, 49:1, 49:4, 49:11, 49:17, 57:12, 61:5, 61:25, 64:8, 66:19, 67:12
**people's** [1] - 35:17
**per** [2] - 17:3
**percent** [2] - 19:24, 68:13
**perfect** [1] - 71:2
**performing** [1] - 37:23
**perjury** [1] - 10:22
**person** [42] - 5:7, 6:14, 7:1, 9:16, 11:25, 12:25, 13:24, 16:3, 17:2, 17:15, 17:24, 29:19, 33:8, 34:6, 34:24, 35:24, 36:4, 39:3, 39:10, 45:19, 46:1, 48:7, 48:9, 48:11, 48:20, 48:22, 49:13, 50:25, 51:3, 54:14, 57:11, 58:6, 59:2, 62:21, 63:4, 74:12, 75:13, 75:21, 78:17
**perspective** [1] - 10:11
**persuade** [2] - 7:11, 65:1
**persuaded** [10] - 5:11, 6:11, 6:19, 6:21, 9:21, 56:7, 56:14, 56:23, 57:1, 62:23
**pertains** [1] - 7:4
**phone** [69] - 8:17, 8:18, 11:3, 11:4, 12:10, 14:20, 18:19, 19:21, 19:23, 19:25, 20:24, 21:8, 21:19, 22:16, 23:1, 24:8, 25:2, 25:24, 32:11, 35:9, 35:23, 36:3,

36:20, 36:24, 36:25, 37:7, 37:20, 39:3, 39:13, 39:21, 40:7, 40:8, 48:25, 54:11, 57:17, 58:5, 58:10, 58:14, 65:13, 66:3, 66:4, 73:13, 73:20, 74:11, 74:23, 74:24, 75:5, 75:12, 76:1, 76:11, 76:23, 77:2, 77:7, 77:9, 79:17, 80:17, 80:18, 80:19, 81:1, 81:2
**phone-on-phone** [2] - 18:19, 23:1
**phone-to-phone** [2] - 25:24, 75:5
**phones** [8] - 36:18, 36:19, 39:11, 74:10, 79:3, 79:6, 79:8
**photo** [5] - 12:20, 16:6, 16:12, 21:23, 28:7
**photograph** [3] - 15:21, 16:2, 70:22
**photographed** [1] - 55:5
**photos** [2] - 33:11, 72:17
**phrase** [1] - 19:22
**physical** [2] - 58:10, 58:14
**picture** [6] - 21:22, 33:13, 52:5, 52:7, 70:8, 75:16
**pictures** [3] - 24:11, 69:16, 77:3
**piece** [3] - 40:9, 40:10, 46:16
**PIN** [3] - 35:25, 76:23, 77:1
**place** [7] - 14:10, 14:20, 16:19, 32:17, 51:20, 59:22, 69:3
**plain** [1] - 40:25
**Plaintiff** [1] - 1:3
**PLAINTIFF** [1] - 1:12
**plans** [1] - 75:15
**play** [3] - 18:20, 22:19, 38:22
**played** [12] - 13:2, 18:24, 20:1, 21:10, 21:14, 22:5, 22:15, 22:21, 23:10, 37:17, 37:19, 38:10
**playing** [2] - 22:1, 68:9
**plays** [1] - 47:19
**pleasure** [3] - 3:7, 43:1, 64:25

**plugged** [2] - 39:7, 39:9
**pocket** [1] - 8:17
**point** [14] - 10:16, 11:17, 19:16, 23:25, 29:10, 34:1, 44:5, 66:25, 67:3, 68:22, 74:16, 76:13, 80:5
**points** [2] - 80:23, 81:18
**Polaroid** [1] - 71:1
**police** [3] - 3:22, 14:17
**Police** [1] - 14:19
**poor** [1] - 19:10
**popular** [1] - 31:18
**popularity** [1] - 62:6
**populate** [1] - 49:24
**porn** [1] - 34:12
**pornography** [19] - 6:15, 6:16, 7:13, 8:8, 8:12, 14:1, 34:11, 34:14, 41:20, 43:6, 44:22, 45:20, 56:5, 64:16, 69:15, 70:24, 71:18, 71:21
**portion** [1] - 47:3
**portions** [2] - 47:7, 53:15
**portrays** [1] - 7:20
**pose** [1] - 44:15
**position** [1] - 43:9
**possess** [1] - 8:15
**possessed** [8] - 8:9, 13:7, 43:5, 50:11, 51:10, 55:17, 64:15, 70:10
**possesses** [1] - 13:1
**possessing** [1] - 54:1
**possession** [6] - 8:8, 8:19, 8:21, 34:11, 34:12, 41:20
**possibility** [6] - 49:3, 49:10, 51:9, 57:12, 58:25, 59:7
**possible** [3] - 51:13, 52:12, 78:9
**post** [2] - 23:4, 26:4
**potentially** [1] - 62:1
**poverty** [2] - 4:9, 4:15
**PowerPoint** [2] - 4:20, 4:21
**practice** [1] - 49:23
**preaching** [1] - 66:17
**precise** [1] - 69:3
**prejudice** [4] - 44:24, 45:1, 64:3, 67:12
**prejudices** [1] - 44:13
**prepared** [2] - 3:4, 42:24
**Present** [1] - 1:19

**presentation** [2] - 77:23, 78:1
**presented** [7] - 47:6, 47:16, 51:8, 51:11, 58:1, 59:25, 62:11
**presenting** [2] - 78:8, 82:3
**presents** [1] - 61:24
**preserve** [1] - 53:1
**preserved** [2] - 46:19, 60:19
**pressure** [1] - 6:25
**presumed** [1] - 45:6
**presumption** [2] - 45:7, 64:4
**pretend** [1] - 41:10
**pretends** [1] - 73:17
**pretty** [3] - 23:21, 31:10, 79:15
**previous** [2] - 26:19, 28:14
**prison** [1] - 70:7
**Pro** [1] - 22:4
**problems** [1] - 44:11
**Proceedings** [1] - 1:22
**proceedings** [1] - 83:10
**PROCEEDINGS** [2] - 1:5, 1:7
**process** [1] - 47:19
**produce** [4] - 53:12, 56:25, 68:22, 71:5
**produced** [6] - 7:16, 16:5, 55:18, 58:19, 70:10, 71:20
**Produced** [1] - 1:22
**producing** [2] - 53:24, 56:9
**production** [10] - 6:15, 7:22, 55:24, 56:5, 59:20, 62:14, 68:21, 69:15, 70:24, 71:18
**productively** [1] - 42:10
**promised** [1] - 30:9
**proof** [9] - 43:13, 43:18, 45:2, 45:7, 45:15, 48:6, 51:6, 56:20, 64:5
**properly** [1] - 39:7
**prosecution's** [1] - 81:23
**prosecutors** [1] - 3:22
**protecting** [1] - 4:2
**protective** [1] - 64:8
**prove** [21] - 5:9, 52:14, 55:25, 56:5, 56:6, 56:12, 56:13, 61:17, 56:22, 57:4, 57:6,

57:8, 58:3, 58:19, 58:21, 59:12, 59:18, 60:21, 62:13, 62:22, 64:14
**proven** [2] - 54:8, 81:25
**provide** [2] - 44:9, 68:14
**provided** [3] - 18:13, 53:2, 68:11
**provides** [1] - 35:3
**proving** [2] - 43:4, 63:17
**public** [1] - 44:15
**Public** [1] - 1:17
**pull** [4] - 24:19, 24:20, 24:22, 24:24
**purchase** [2] - 12:12, 51:13
**purchased** [1] - 51:9
**purpose** [3] - 5:14, 5:15, 56:9
**pursuant** [1] - 83:8
**put** [18] - 11:19, 13:14, 32:2, 33:8, 39:7, 42:5, 47:15, 61:5, 61:25, 63:21, 74:19, 78:13, 78:14, 78:19, 79:2, 79:23, 79:24, 81:17
**putting** [1] - 6:25
**puzzle** [1] - 46:9

### Q

**questions** [1] - 35:6
**quick** [4] - 24:15, 43:25, 77:11, 78:4
**quickly** [2] - 44:23, 47:9
**quite** [4] - 9:14, 10:9, 63:14, 63:16
**quote** [2] - 52:22, 54:18

### R

**Rachel** [4] - 1:20, 4:1, 24:7, 67:8
**racism** [1] - 44:12
**ran** [2] - 14:21, 41:7
**randomly** [1] - 32:3
**rape** [1] - 70:4
**raped** [1] - 70:12
**raping** [1] - 69:24
**rather** [1] - 49:20
**reach** [1] - 35:7
**reached** [1] - 26:23
**reaches** [1] - 70:3
**reaching** [1] - 17:13

**read** [2] - 4:17, 73:5
**readers** [1] - 47:7
**readily** [2] - 49:4, 50:19
**ready** [3] - 26:4, 42:17, 42:22
**real** [5] - 11:3, 23:3, 24:15, 26:5, 77:11
**realities** [1] - 43:11
**realize** [3] - 22:2, 44:10, 50:4
**realized** [2] - 39:8, 61:23
**really** [8] - 4:5, 19:18, 20:22, 41:12, 41:13, 43:13, 74:2, 76:3
**Realtime** [1] - 83:5
**reason** [5] - 59:15, 62:15, 63:18, 65:6, 80:7
**reasonable** [24] - 43:4, 43:16, 45:7, 45:15, 48:6, 51:7, 54:8, 56:1, 56:6, 56:13, 56:17, 56:22, 57:4, 57:6, 57:8, 58:22, 59:12, 59:18, 62:13, 63:17, 64:5, 64:14, 81:22
**reasons** [8] - 57:3, 57:9, 60:25, 61:11, 62:8, 62:24, 75:21, 80:10
**rebuttal** [2] - 64:21, 64:24
**Rebuttal** [1] - 2:6
**receipt** [3] - 12:12, 12:14, 15:2
**receive** [1] - 11:6
**received** [2] - 10:11, 64:13
**receives** [1] - 21:5
**receiving** [3] - 40:13, 40:18, 58:12
**recently** [1] - 40:3
**recess** [1] - 41:24
**Recess** [1] - 42:15
**recited** [1] - 47:7
**record** [14] - 18:2, 18:19, 25:3, 26:14, 29:16, 29:18, 31:4, 37:15, 38:6, 46:20, 53:13, 67:20, 68:24, 69:2
**recorded** [5] - 33:1, 47:1, 68:18, 69:2, 69:10
**Recorded** [1] - 1:22
**recording** [7] - 21:20, 21:21, 22:2, 23:1,

27:14, 29:19, 38:22
**recordings** [4] - 18:7, 21:2, 21:16, 77:8
**recordkeeping** [1] - 47:21
**records** [22] - 15:17, 28:12, 30:18, 40:20, 46:11, 46:24, 47:10, 48:17, 50:5, 52:18, 52:21, 53:2, 57:25, 60:2, 60:18, 60:22, 68:11, 68:12, 68:13, 74:15, 81:2
**red** [5] - 12:23, 15:25, 16:3, 16:6, 36:2
**reentered** [1] - 42:20
**Rees** [3] - 35:4, 35:13, 76:21
**reference** [1] - 77:22
**references** [1] - 4:22
**referred** [1] - 52:21
**refers** [1] - 19:13
**reflect** [7] - 46:25, 48:17, 50:6, 52:18, 53:2, 53:14, 60:2
**reflected** [4] - 46:3, 47:4, 60:22, 64:6
**reflects** [1] - 57:19
**regional** [1] - 17:9
**register** [7] - 9:5, 9:8, 35:19, 44:18, 45:4, 51:14, 67:15
**Registered** [1] - 83:6
**registered** [18] - 9:2, 9:4, 9:9, 10:1, 10:15, 10:18, 11:8, 11:11, 11:20, 11:22, 34:16, 40:21, 44:21, 51:12, 67:18, 80:12, 80:18, 80:19
**registering** [1] - 35:3
**registers** [1] - 10:23
**registration** [1] - 12:15
**registry** [4] - 10:19, 45:8, 45:15, 67:13
**Registry** [9] - 12:15, 34:25, 35:2, 38:23, 57:18, 67:11, 73:21, 76:12, 77:16
**regular** [1] - 21:24
**regulations** [1] - 83:11
**reject** [1] - 50:20
**rejects** [1] - 49:2
**related** [1] - 14:10
**relationship** [3] - 61:2, 62:5, 63:4
**relied** [8] - 44:6, 44:23, 44:24, 51:19, 52:15, 54:21, 57:14,

59:21
**relies** [1] - 64:2
**rely** [3] - 44:8, 67:6, 67:10
**relying** [2] - 47:24, 58:24
**remain** [1] - 64:12
**remainder** [1] - 16:20
**remaining** [2] - 34:9, 55:23
**remember** [6] - 10:9, 18:21, 25:9, 70:14, 70:15, 77:6
**reminded** [1] - 54:18
**reminding** [1] - 38:23
**removes** [1] - 64:20
**repeated** [1] - 77:22
**repeating** [1] - 44:2
**replied** [1] - 61:10
**report** [1] - 38:24
**reported** [2] - 34:25, 83:9
**REPORTER** [2] - 83:1, 83:18
**Reporter** [2] - 83:5, 83:6
**Requested** [2] - 3:2, 82:9
**require** [2] - 44:17, 64:4
**required** [3] - 9:4, 9:8, 67:15
**requires** [2] - 51:5, 51:6
**research** [3] - 10:17, 11:2, 44:6
**residents** [1] - 36:12
**resistant** [2] - 29:13, 31:11
**resists** [1] - 26:1
**rest** [3] - 10:21, 34:15, 70:20
**rests** [1] - 54:5
**results** [1] - 13:18
**resume** [1] - 4:19
**retain** [1] - 53:3
**retained** [1] - 31:23
**return** [3] - 46:2, 61:20, 64:16
**returns** [3] - 13:11, 46:11, 53:17
**reveal** [4] - 46:4, 46:5, 46:6, 46:7
**revealed** [1] - 47:9
**review** [1] - 5:1
**reviewed** [1] - 55:20
**rights** [1] - 35:6
**RIP** [1] - 12:18
**rise** [1] - 6:24

**RMR** [1] - 83:18
**Rock** [1] - 12:11
**Rocky** [33] - 3:19, 4:14, 9:7, 9:15, 9:21, 9:25, 10:4, 10:15, 10:17, 10:19, 11:12, 11:16, 11:19, 12:4, 13:24, 29:18, 30:15, 34:22, 36:12, 40:24, 41:3, 66:21, 66:22, 69:24, 72:6, 73:23, 74:12, 75:18, 76:16, 79:10, 79:23, 82:6
**ROCKY** [1] - 1:5
**room** [7] - 14:11, 35:4, 38:12, 51:2, 65:19, 70:16, 81:7
**route** [1] - 44:4
**run** [1] - 46:14
**rush** [1] - 74:21
**RUSSELL** [1] - 1:8
**Russell** [3] - 45:5, 67:22, 70:15

### S

**Sabrina** [4] - 23:24, 36:4, 37:5, 37:13
**saddened** [1] - 64:7
**sanctioned** [2] - 44:16, 45:1
**save** [3] - 21:6, 53:4, 53:6
**saved** [3] - 33:13, 60:21, 70:8
**saw** [7] - 5:4, 12:4, 14:17, 33:14, 34:12, 78:24, 79:6
**scale** [1] - 7:1
**school** [1] - 30:8
**Schu** [1] - 30:19
**scores** [1] - 79:19
**screen** [22] - 18:7, 21:2, 21:7, 21:15, 21:20, 22:2, 25:3, 26:14, 27:14, 28:12, 29:16, 29:18, 29:19, 31:4, 33:1, 33:14, 37:15, 38:6, 38:24, 68:18, 75:17
**screenshot** [4] - 12:12, 37:15, 38:2, 40:5
**screenshots** [2] - 12:25, 40:11
**scrotum** [1] - 8:7
**search** [17] - 16:12, 17:4, 28:11, 33:18, 34:5, 34:6, 34:24, 34:25, 35:23, 36:8,

37:6, 37:9, 45:25, 46:1, 46:2, 46:10, 74:13
**searched** [2] - 71:11, 71:12
**seat** [1] - 42:16
**seated** [1] - 42:9
**second** [13] - 6:17, 10:9, 11:14, 11:16, 15:11, 37:9, 43:21, 55:24, 57:5, 60:1, 62:13, 63:11, 63:17
**seconds** [2] - 78:6, 78:7
**see** [52] - 4:20, 4:22, 11:10, 12:21, 14:24, 18:18, 19:14, 19:16, 21:1, 21:6, 21:13, 21:23, 22:1, 23:8, 23:9, 24:11, 24:15, 25:16, 25:23, 27:10, 27:17, 28:2, 28:14, 28:22, 30:22, 30:25, 31:4, 31:15, 31:24, 33:18, 33:22, 33:25, 36:4, 36:5, 37:12, 38:17, 38:21, 40:6, 53:22, 63:14, 65:9, 65:12, 69:6, 69:25, 70:2, 73:6, 75:5, 75:6, 79:1
**seeing** [1] - 3:14
**seem** [2] - 44:24, 51:4
**seize** [1] - 58:8
**seized** [1] - 38:12
**selected** [3] - 23:20, 52:23, 73:24
**selfie** [3] - 12:11, 15:18, 37:12
**selfies** [1] - 12:16
**send** [5] - 8:14, 19:5, 20:24, 27:20, 68:23
**sends** [4] - 20:14, 27:7, 28:17, 34:1
**Senior** [1] - 36:10
**sense** [7] - 35:18, 46:22, 69:11, 70:13, 70:17, 70:18, 82:1
**sent** [10] - 24:12, 30:7, 30:11, 30:17, 47:2, 51:16, 53:11, 80:17, 81:9, 81:15
**September** [12] - 1:9, 10:23, 10:25, 14:14, 14:21, 17:1, 17:17, 23:16, 34:21, 52:8, 54:24, 77:6
**series** [4] - 22:10, 32:18, 49:19, 69:16
**seriously** [1] - 79:9

**service** [1] - 53:8
**set** [2] - 22:10, 50:2
**several** [6] - 16:16, 19:13, 43:14, 48:4, 54:6, 60:4
**Sex** [9] - 12:15, 34:25, 35:2, 38:23, 57:18, 67:11, 73:21, 76:12, 77:15
**sex** [29] - 8:4, 9:2, 9:4, 9:5, 9:8, 9:9, 10:1, 10:18, 11:22, 23:13, 23:15, 34:17, 37:23, 40:13, 40:18, 44:15, 44:18, 44:21, 62:7, 66:9, 67:1, 67:18, 72:15, 72:19, 72:20, 73:8, 73:9
**sexism** [1] - 44:12
**sexual** [21] - 5:6, 6:12, 6:13, 6:14, 9:24, 16:22, 34:8, 41:4, 41:18, 56:15, 56:19, 57:2, 58:23, 59:14, 62:4, 62:21, 62:24, 68:21, 69:14, 70:11
**sexualized** [1] - 66:7
**sexually** [10] - 5:13, 7:20, 7:24, 8:3, 8:12, 46:3, 56:8, 56:18, 56:25, 72:22
**Shameka** [1] - 17:8
**share** [2] - 73:18, 73:21
**shared** [1] - 50:18
**sheluvJordan** [1] - 49:6
**shipped** [1] - 18:16
**shipping** [1] - 40:1
**ships** [1] - 18:12
**shit** [2] - 17:18, 19:23
**shitman** [2] - 11:23, 37:11
**shitmanbaby** [2] - 8:23, 41:2
**shitmanbaby@gmail .com** [2] - 11:9, 11:10
**shoes** [5] - 15:25, 16:3, 20:11, 69:25
**Shops** [1] - 22:4
**short** [2] - 27:6, 62:2
**short-term** [1] - 62:2
**shortcut** [1] - 45:15
**shortcuts** [1] - 44:9
**shorts** [1] - 24:18
**shot** [6] - 22:25, 37:14, 37:24, 39:21, 39:25, 40:2
**shots** [1] - 38:24

**show** [14] - 5:2, 7:7, 13:18, 15:17, 16:13, 28:1, 28:24, 29:3, 29:12, 31:2, 31:21, 52:8, 68:19, 69:8
**Show** [1] - 73:11
**showed** [3] - 10:8, 72:8, 74:8
**shower** [1] - 40:14
**showing** [3] - 21:21, 29:18, 40:20
**shows** [2] - 15:1, 15:18, 25:3
**shred** [1] - 80:24
**side** [2] - 33:1
**side-by-side** [1] - 33:1
**sided** [1] - 31:23
**sides** [1] - 36:13
**sight** [1] - 40:25
**sign** [1] - 12:17
**signature** [1] - 12:14
**signed** [1] - 49:1
**significant** [1] - 71:7
**similar** [2] - 24:25, 49:12
**similarly** [1] - 57:23
**simple** [2] - 45:18, 74:8
**simply** [4] - 47:10, 61:20, 63:16, 80:18
**single** [11] - 11:1, 30:2, 49:2, 49:22, 49:24, 50:15, 53:12, 66:14, 72:7, 76:11, 82:6
**sister** [7] - 18:15, 23:22, 23:23, 24:2, 37:12, 79:20, 79:21
**sister's** [1] - 54:21
**sit** [1] - 67:8
**sits** [1] - 75:16
**sitting** [1] - 73:19
**situation** [1] - 49:5
**situations** [2] - 4:16, 62:1
**six** [1] - 63:8
**six-hour** [1] - 63:8
**skills** [1] - 79:15
**skull** [1] - 40:6
**Slap** [1] - 29:21
**slide** [4] - 14:25, 26:19, 28:15, 72:17
**slides** [1] - 72:7
**sliding** [1] - 7:1
**Smith** [1] - 29:7
**Snap** [7] - 8:24, 14:3, 14:7, 15:6, 34:13, 70:7, 70:9
**Snapchat** [13] - 14:23, 15:1, 15:8, 15:9,

16:16, 48:8, 48:20, 49:9, 54:2, 54:3, 54:8, 55:11, 55:17
**Soap** [2] - 40:15, 40:16
**social** [5] - 48:21, 59:3, 61:12, 61:24, 77:17
**society** [2] - 44:10, 44:14
**software** [1] - 46:14
**sold** [1] - 79:21
**sole** [1] - 68:1
**solved** [1] - 71:2
**someone** [13] - 6:24, 15:9, 15:11, 16:14, 33:25, 51:10, 51:14, 56:19, 58:24, 59:1, 59:8, 63:4, 79:22
**sometimes** [5] - 65:7, 70:21, 73:2, 73:3, 78:6
**Sometimes** [1] - 3:21
**son** [2] - 13:24, 15:16
**soon** [4] - 18:11, 21:4, 43:14, 81:22
**sort** [2] - 17:9, 51:24
**sorted** [1] - 46:13
**SOS** [1] - 46:13
**soul** [1] - 3:13
**soul-bearing** [1] - 3:13
**sound** [3] - 17:16, 67:20, 73:3
**sounded** [1] - 17:16
**sounding** [1] - 66:1
**sounds** [2] - 18:22, 76:12
**Spanish** [2] - 33:20, 33:21
**speaking** [1] - 22:13
**speaks** [1] - 33:20
**Special** [3] - 1:20, 45:23, 67:8
**specialist** [1] - 46:14
**specialized** [1] - 46:14
**specific** [4] - 61:14, 61:16, 62:12, 71:4
**specifically** [5] - 7:24, 12:13, 15:2, 22:13, 57:16
**specified** [2] - 9:3, 9:12
**speculate** [1] - 71:15
**spelled** [1] - 70:5
**Spiderman** [1] - 24:3
**spot** [2] - 23:22, 33:12
**spot-on** [2] - 23:22, 33:12
**stand** [1] - 21:11

**standing** [3] - 14:5, 16:11, 69:16
**start** [2] - 29:3, 65:4
**started** [2] - 10:10, 68:5
**starts** [1] - 22:9
**state** [3] - 44:16, 45:1
**state-sanctioned** [2] - 44:16, 45:1
**statement** [2] - 42:23, 64:1
**statements** [1] - 3:11
**STATES** [4] - 1:1, 1:3, 1:8, 1:13
**States** [2] - 83:6, 83:12
**status** [4] - 45:8, 45:9, 45:14, 50:10
**stay** [1] - 63:10
**stenographically** [1] - 83:9
**stenographically-reported** [1] - 83:9
**Stenography** [1] - 1:22
**step** [1] - 20:15
**stepfather** [1] - 20:11
**stepparents** [1] - 20:9
**stereotype** [1] - 44:25
**stereotypes** [3] - 44:11, 44:14, 44:24
**stereotyping** [1] - 44:12
**Steubenville** [9] - 23:9, 29:22, 36:21, 37:21, 40:12, 40:15, 40:19, 63:10
**sticking** [1] - 19:1
**still** [14] - 14:1, 15:21, 16:1, 16:8, 20:23, 22:25, 26:16, 28:7, 37:14, 37:24, 39:21, 39:25, 40:2, 40:4
**stitching** [1] - 75:7
**stood** [1] - 43:2
**stop** [4] - 34:20, 81:10, 81:12
**storage** [4] - 12:10, 49:18, 49:19, 49:21
**stored** [2] - 49:21, 49:25
**story** [2] - 46:18, 47:5
**straightforward** [1] - 45:18
**strange** [1] - 79:25
**strangers** [2] - 60:25, 61:11
**stream** [1] - 69:7
**Street** [3] - 1:14, 1:17, 54:23

**street** [1] - 14:18
**strength** [2] - 81:11, 81:12
**strong** [2] - 49:8, 81:10
**struggling** [2] - 19:17
**stuff** [4] - 19:25, 31:17, 61:10, 66:5
**subject** [2] - 16:21, 59:9
**submit** [4] - 5:25, 6:18, 31:10, 58:12
**subpoena** [9] - 10:14, 11:8, 11:21, 14:24, 14:25, 17:3, 18:14, 33:4, 33:18
**subpoenas** [1] - 13:14
**subscriber** [2] - 57:14, 58:2
**substitute** [1] - 45:2
**sucking** [1] - 33:25
**suggest** [2] - 69:17, 82:5
**suggestion** [1] - 47:17
**suit** [1] - 25:10
**summarized** [1] - 5:17
**summer** [1] - 53:25
**superseding** [1] - 82:7
**supported** [6] - 47:10, 47:18, 47:20, 47:22, 55:15, 60:5
**surprise** [1] - 68:4
**sustain** [2] - 51:6, 56:15
**sync** [2] - 50:15, 79:4
**synced** [1] - 49:22
**synonyms** [1] - 6:23
**system** [3] - 45:1, 51:5, 64:2

## T

**table** [1] - 64:20
**talent** [1] - 41:14
**talks** [1] - 25:6
**tasked** [1] - 63:24
**tattoo** [6] - 16:8, 23:9, 40:6, 70:4, 70:5, 75:6
**tattooed** [2] - 21:7, 78:25
**tattoos** [6] - 12:16, 16:15, 37:25, 40:17, 65:18, 81:1
**taught** [1] - 77:14
**team** [1] - 16:7
**technological** [1] - 43:11
**teenager** [1] - 33:20
**telephone** [5] - 6:10,

10:12, 10:16, 17:5, 80:2
**tempting** [1] - 6:24
**ten** [2] - 4:5, 78:5
**ten-gallon** [1] - 4:5
**Tennessee** [1] - 31:9
**term** [1] - 62:2
**terms** [1] - 61:2
**terrible** [1] - 78:18
**terrifying** [1] - 61:24
**testified** [22] - 13:23, 15:16, 15:19, 18:16, 24:2, 26:22, 27:22, 28:7, 28:10, 28:18, 29:8, 30:19, 32:3, 32:16, 45:23, 53:15, 60:15, 63:2, 63:6, 63:9, 68:6, 71:24
**testify** [1] - 31:12
**testimony** [21] - 3:13, 21:18, 47:18, 47:20, 47:22, 48:23, 50:18, 52:13, 58:13, 60:5, 60:15, 62:25, 64:13, 67:8, 67:22, 68:10, 68:11, 68:14, 70:19, 71:9, 78:2
**Text** [2] - 17:5, 58:10
**text** [5] - 20:13, 27:21, 36:4, 71:12, 73:12
**texted** [3] - 17:2, 17:3, 30:20
**texting** [1] - 17:1
**TextMe** [1] - 11:5
**TextNow** [1] - 11:23
**texts** [3] - 13:9, 15:9, 32:3
**THE** [17] - 1:1, 1:1, 1:8, 1:12, 1:13, 1:15, 3:4, 3:7, 41:23, 42:9, 42:14, 42:16, 42:19, 42:21, 43:1, 64:19, 82:8
**themselves** [14] - 9:24, 10:1, 57:7, 59:3, 59:19, 60:12, 60:25, 61:11, 61:18, 61:25, 62:15, 66:9, 69:7, 74:2
**thereafter** [2] - 18:11, 21:5
**therefore** [3] - 15:6, 55:12, 76:14
**thinks** [1] - 19:12
**third** [4] - 7:10, 10:9, 43:22, 50:24
**third-party** [1] - 7:10
**thorough** [1] - 28:11
**threaded** [1] - 43:14
**threaten** [1] - 41:11

**threatening** [2] - 27:19
**threatens** [2] - 23:5, 26:3
**threats** [2] - 6:25, 32:7
**three** [18] - 5:7, 8:2, 9:17, 14:7, 21:2, 21:15, 22:17, 22:19, 39:13, 43:20, 46:10, 47:14, 48:11, 50:8, 74:9, 78:6, 80:8
**throughout** [7] - 42:3, 43:15, 47:8, 49:20, 52:20, 53:9, 60:24
**Thursday** [1] - 45:23
**TikTok** [1] - 31:18
**timeline** [1] - 47:11
**timestamps** [1] - 51:25
**tiny** [2] - 79:20, 79:22
**tip** [3] - 10:12, 10:13
**title** [1] - 37:14
**today** [9] - 3:20, 3:22, 41:17, 52:6, 58:4, 58:7, 65:9, 67:23, 70:16
**together** [6] - 3:18, 13:15, 16:11, 47:15, 74:19, 81:17
**tomorrow** [1] - 66:13
**took** [7] - 14:20, 16:7, 16:19, 32:17, 74:18, 77:7, 78:5
**tool** [1] - 36:16
**top** [3] - 16:8, 24:12, 40:6
**topic** [2] - 72:15, 72:17
**totaling** [1] - 46:11
**Tower** [1] - 1:17
**transaction** [6] - 10:2, 25:25, 72:4, 72:10, 72:25, 73:4, 73:14
**transactional** [1] - 61:2
**TRANSCRIPT** [1] - 1:7
**Transcript** [1] - 1:22
**transcript** [4] - 3:2, 82:9, 83:9, 83:11
**Transcription** [1] - 1:22
**transferred** [1] - 52:3
**transmit** [1] - 5:20
**transmitted** [1] - 5:23
**transmitting** [3] - 5:14, 5:15, 56:9
**transported** [2] - 7:15, 7:17, 8:10
**trapped** [2] - 63:3
**trial** [10] - 48:1, 52:20,

53:9, 59:25, 60:24, 61:21, 63:2, 67:7, 81:4, 81:20
**trick** [2] - 73:16, 73:22
**tried** [1] - 39:16
**tries** [4] - 23:2, 26:1, 32:2
**triggered** [1] - 80:20
**trouble** [1] - 32:11
**true** [4] - 10:6, 39:6, 60:22, 83:9
**try** [4] - 32:7, 39:13, 39:14, 46:16
**trying** [4] - 12:12, 23:6, 35:19, 39:16
**tryna** [1] - 17:22
**Tuesday** [1] - 1:9
**tunnel** [1] - 50:13
**turn** [1] - 81:25
**twerk** [1] - 24:17
**twice** [1] - 44:20
**two** [41] - 3:24, 8:22, 9:3, 11:13, 14:8, 16:11, 18:7, 19:5, 22:17, 22:22, 24:9, 25:24, 27:17, 28:5, 29:14, 31:5, 36:18, 38:2, 41:20, 43:2, 47:16, 48:9, 49:12, 49:23, 49:25, 52:5, 57:3, 59:21, 61:23, 63:11, 64:1, 69:14, 70:15, 78:7, 80:7, 80:8, 80:9, 80:13, 81:2, 81:5
**two-and-a-half** [1] - 81:5
**two-factor** [2] - 80:9, 80:13, 81:2
**two-number** [1] - 11:13
**types** [1] - 7:1

## U

**U.S.C** [1] - 83:8
**ultimately** [3] - 28:16, 29:24, 47:25
**unaccounted** [1] - 50:14
**uncles** [1] - 20:9
**uncomfortable** [1] - 17:18
**under** [7] - 6:16, 8:23, 8:24, 10:22, 11:6, 59:23, 60:22
**underlying** [1] - 53:18
**undermine** [1] - 48:5
**understandable** [1] - 44:25

**understood** [1] - 68:9
**underway** [1] - 36:9
**undoubtedly** [1] - 63:22
**unequivocally** [1] - 76:16
**unfounded** [2] - 55:16, 64:11
**Unit** [2] - 34:25, 35:3
**unit** [4] - 10:19, 12:15, 38:23, 77:16
**UNITED** [4] - 1:1, 1:3, 1:8, 1:13
**United** [2] - 83:6, 83:12
**unlawful** [1] - 35:20
**unlocked** [1] - 38:3
**unlucky** [1] - 11:25
**unpack** [1] - 79:11
**unstable** [1] - 19:11
**untrue** [1] - 35:22
**up** [23] - 13:12, 18:1, 21:11, 21:12, 36:25, 38:16, 40:15, 40:16, 44:21, 46:7, 48:10, 49:19, 50:2, 50:3, 50:22, 51:21, 66:22, 69:4, 72:5, 74:14, 77:1, 79:12, 82:3
**update** [1] - 39:18
**updated** [1] - 39:21
**updating** [1] - 39:14
**uploaded** [2] - 49:14, 50:4
**upper** [1] - 12:21
**usable** [1] - 46:15
**user** [6] - 10:15, 57:21, 67:25, 68:1, 70:9, 76:19
**users** [2] - 50:3, 57:22
**uses** [6] - 10:21, 10:25, 11:14, 13:1, 33:9, 41:1
**utilized** [1] - 57:21

## V

**variety** [1] - 75:21
**various** [4] - 12:25, 13:10, 20:10, 61:11
**verdict** [2] - 63:25, 64:16
**verdicts** [1] - 81:21
**verified** [4] - 24:6, 57:20, 76:10, 76:12, 76:14, 78:16
**verify** [1] - 24:7
**verse** [2] - 12:18, 16:7
**via** [8] - 7:25, 17:2, 18:5, 18:14, 30:11,

46:3, 59:14, 62:20

**victim** [4] - 5:13, 69:6, 72:13, 75:25

**victim's** [1] - 69:18

**victims** [19] - 6:12, 6:16, 9:20, 38:2, 65:20, 65:21, 68:14, 71:6, 71:20, 73:1, 73:23, 74:2, 74:3, 75:20, 77:3, 79:9, 81:16

**video** [62] - 5:7, 7:15, 7:19, 7:23, 13:1, 15:21, 16:2, 16:4, 16:6, 16:8, 18:10, 18:20, 19:14, 20:3, 20:14, 20:17, 21:4, 22:7, 22:10, 22:17, 23:18, 24:14, 25:5, 25:24, 27:6, 27:9, 27:15, 28:5, 28:16, 29:5, 29:14, 30:13, 31:5, 34:1, 37:20, 37:23, 40:13, 40:17, 47:1, 53:4, 53:5, 53:10, 53:13, 53:18, 53:24, 54:3, 54:15, 55:3, 55:6, 55:8, 55:17, 58:22, 60:19, 60:20, 69:1, 69:6, 69:23, 70:18, 71:11, 72:1, 74:5

**videos** [57] - 3:14, 3:15, 5:3, 8:10, 10:3, 12:4, 17:18, 18:13, 19:6, 21:3, 21:16, 22:20, 27:5, 29:12, 31:9, 31:25, 32:15, 32:17, 32:18, 40:11, 46:7, 46:8, 46:17, 47:2, 47:8, 47:19, 51:1, 51:20, 51:21, 53:16, 58:19, 59:20, 59:22, 59:23, 60:8, 60:11, 60:17, 60:23, 62:12, 65:15, 65:18, 68:16, 68:18, 68:20, 68:23, 68:24, 71:10, 74:1, 75:2, 75:5, 75:8, 77:4, 77:5

**videotape** [4] - 13:2, 20:1, 22:5, 23:10

**view** [2] - 78:9, 78:10

**Virginia** [1] - 26:23

**vision** [1] - 50:13

**visits** [1] - 75:15

**visual** [10] - 5:14, 5:15, 7:14, 7:22, 8:9, 8:10, 8:11, 56:9, 56:25, 59:14

**voice** [7] - 17:15, 19:15, 29:25, 30:1, 30:2, 65:18, 75:14

**vs** [1] - 1:4

**vulnerable** [2] - 4:2, 61:25

# W

**waiting** [3] - 10:4, 32:25, 73:20

**wall** [1] - 36:25

**wallet** [1] - 36:2

**wallpaper** [1] - 21:21

**walls** [1] - 24:3

**Walmart** [3] - 23:23, 23:25, 79:20

**wants** [9] - 25:25, 27:13, 27:17, 27:24, 28:3, 29:11, 29:12, 53:20, 55:9

**warrant** [10] - 17:4, 33:18, 34:24, 35:1, 35:23, 36:8, 45:25, 46:1, 46:3, 74:13

**warrants** [3] - 34:5, 34:6, 46:10

**watch** [3] - 19:2, 73:25, 78:5

**watched** [3] - 15:21, 29:17, 53:10

**Wayne** [1] - 17:10

**weaknesses** [1] - 77:25

**wearing** [3] - 15:25, 69:25, 70:1

**web** [1] - 66:18

**weeks** [8] - 3:24, 39:17, 43:2, 47:16, 61:23, 64:1, 70:15, 81:5

**welcome** [1] - 15:1

**west** [1] - 41:17

**West** [6] - 4:3, 4:11, 9:19, 61:22, 64:6, 66:18

**Western** [5] - 40:14, 40:19, 40:20, 40:23, 63:10

**whatsoever** [1] - 72:23

**whole** [4] - 13:13, 60:9, 60:10, 76:13

**Wikipedia** [3] - 44:5, 67:5, 67:6

**Wild** [10] - 4:3, 4:11, 9:19, 61:22, 64:6, 66:18

**wireless** [1] - 10:16

**witness** [2] - 68:6,

68:14

**women** [1] - 81:22

**won** [1] - 41:17

**word** [2] - 8:15, 68:9

**wording** [1] - 71:13

**words** [15] - 5:19, 6:10, 6:23, 7:14, 7:23, 8:6, 8:13, 47:14, 49:1, 56:15, 61:3, 65:1, 66:24, 76:19, 81:11

**wore** [1] - 4:4

**world** [2] - 49:20, 79:13

**worldwide** [1] - 66:18

**worried** [1] - 66:21

**worst** [1] - 40:10

**wrap** [3] - 15:19, 15:20, 79:12

**wrist** [3] - 12:19, 16:8, 70:6

# Y

**year** [4] - 14:13, 15:14, 54:17, 72:5

**years** [21] - 4:1, 5:8, 14:12, 16:16, 17:2, 24:1, 25:11, 26:23, 27:23, 28:21, 29:8, 29:23, 32:15, 39:13, 47:14, 47:15, 52:5, 72:16, 72:18, 74:19

**yellow** [1] - 5:24

**yellowish** [1] - 32:16

**yo** [1] - 32:5

**young** [7] - 17:13, 17:24, 33:20, 33:25, 61:25, 64:8, 67:19

**younger** [1] - 72:22

**yourself** [2] - 41:11, 67:9

**yourselves** [1] - 42:1

# Z

**zero** [1] - 71:3

# §

**§** [1] - 83:8