IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIMINAL NO.  GLR-20-283 |
| | * |
| Gary Rocky Jones, | * |
| | * |
| Defendant. | * |
| | * |

**NOTICE TO STIRKE APPEARANCE**

Please strike the appearance of Assistant United States Attorney Paul A. Riley, in this case as counsel on behalf of the United States. Assistant United States Attorney Paul A. Riley is no longer working on this case.

Respectfully submitted,

Erek L. Barron
United States Attorney


_____/S/_____
Paul A. Riley
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800